## MASSILLON CITY SCHOOLS
## INTERNAL JOB POSTING

"We are an Equal Opportunity Employer"

The following position is effective for the 2017-2018 school year. If you are interested in this position and have the necessary qualifications, please apply in writing to the Assistant Superintendent's office by the following deadline. Only current Massillon City School District employees are eligible to apply for this position.

Position: Intervention Specialist
Classification: Certified
Building: Massillon Intermediate / Junior High School
Daily Time: 8:00 am – 3:30 pm / 7:30 am – 3:00 pm
Salary Rate: Per negotiated agreement
Effective Date: August 22, 2017
Reports to: Student Services Director/Building Principal/Designee
Deadline: May 12, 2017 @ 2:00 pm

### JOB DESCRIPTION

Responsible for meeting the individual educational needs of the special education child by writing, reviewing, teaching and evaluating short and long term goals as outlined in the child's IEP; help students learn subject matter and skills that contribute to their development in the educational process; guide the learning process toward the achievement of curriculum goals and establish clear objectives for all lessons, units, and projects and communicate these objectives to students.

**Essential Functions:**
- Ensure safety of students
- Follow individual student IEP's
- Maintain accurate and up-to-date student records
- Prepare clear and timely lesson plans
- Establish and maintain cooperative relationships with parents through effective use of interim reports, report cards, and conferences
- Demonstrate knowledge of subject matter and present clear, complete, and accurate explanations utilizing a variety of instructional techniques and media suitable to level of learners
- Attend meetings and in-services as required
- Create a classroom environment that is conducive to learning and appropriate to the maturity and interests of students
- Instruct assigned classes in the locations and at the times designated
- Assess the accomplishments of students on a regular basis and provide progress reports as required
- Take all necessary and reasonable precautions to protect students, equipment, materials, and facilities
- Maintain respect at all times for confidential information, i.e., student test scores, family information
- Attend parent-teacher conferences
- Attend IEP meetings
- Supervise teacher aides
- Work with regular classroom teachers in co teaching or inclusion setting
- Plan and schedule activities to meet individual student needs and activities to support the grade level curriculum
- Interact in a positive manner with staff, students and parents
- Perform other duties that may be assigned by Student Services Director/Building Principal/Designee

**Other Duties and Responsibilities:**
- Attend staff, IEP, behavior management, team evaluation and curriculum meetings as necessary
- Work cooperatively with support staff to schedule time for related service evaluation and implementation
- Perform other duties as assigned by the Student Services Director/Building Principal/Designee

**Qualifications:**
- Bachelor's degree in education from an accredited college or university
- Appropriate State of Ohio teaching certifications/license/ Intervention Specialist
- Meet the applicable requirements of a "highly qualified" teacher under the No Child Left Behind Act within the appropriate timelines
- Experience and/or training which evidences the ability to instruct severe behaviorally handicapped students
- Provide evidence of active participation in Teacher Based Team meetings
- Be able to demonstrate how you have applied knowledge and skills acquired from professional development in your content area
- Provide evidence to demonstrate knowledge of Ohio's New Learning Standards and assessments for this job vacancy
- Provide evidence to demonstrate the implementation of Ohio's New Learning Standards in your content area
- Provide documentation of student achievement and progress as it pertains to this job vacancy

**Required Knowledge, Skills and Abilities:**
- Knowledge of academic area and teaching methodology
- Ability to work effectively with others
- Ability to communicate ideas and directives clearly and effectively both orally and in writing
- Effective, active listening skills
- Organizational and problem solving skills
- General computer skills
- Knowledge of IDEA and rules
- Knowledge of public school policies and practices
- Ability to operate various office equipment
- Commitment to education

**Equipment Operated:**
- Smart board
- Computer
- Calculator
- Telephone
- Subject-specific equipment
- CD Rom applications
- TV/DVD player
- Office machines, e.g., copier, scanner, printer, fax

**Additional Working Conditions:**
- Occasional exposure to blood, bodily fluids, and tissue
- Occasional interaction with unruly students
- Frequent requirement to sit, stand, walk, talk, hear, see, read, speak, reach, stretch with hands and arms, crouch, kneel, climb, and stoop
- Occasionally lift, carry, push, and pull various items up to a maximum of 50 pounds

- Occasional operation of a vehicle in inclement weather conditions, i.e., being prepared to work on all scheduled school days, except calamity days
- Frequent repetitive hand motion, e.g., computer keyboard, calculator, writing
- Occasional travel
- Occasional evening/weekend work

This job description is subject to change and in no manner states or implies that these are the only duties and responsibilities to be performed by the incumbent. The incumbent will be required to follow the instructions and perform the duties required by the incumbent's supervisor, appointing authority.

Revised 2/25/14