MASSILLON CITY SCHOOLS
INTERNAL JOB POSTING

"We are an Equal Opportunity Employer"

The following position is effective for the 2015-2016 school year. If you are interested in this position and have the necessary qualifications, please apply in writing to the Assistant Superintendent's office by the following deadline. Only current Massillon City School employees are eligible to apply for this position.

Position: Small Group Teacher
Classification: Certified
Building: Massillon Junior High/Intermediate School
Daily Time: 8:00 am – 3:00 pm or 8:30 am – 3:30 pm
Salary Rate: Per negotiated agreement
Effective Date: Monday, December 14, 2015
Reports to: Building Principal/Director of Pupil Services
Deadline: Wednesday, December 9, 2015 @ 2:00 PM

JOB DESCRIPTION

Responsible for meeting the individual educational needs of the special education child by writing, reviewing, teaching, and evaluating short and long-term goals as outlined in the child's IEP and help students learn subject matter and skills that contribute to their development in the educational process

**Essential Functions:**
- Ensure safety of students
- Follow individual students IEPs
- Tutor in subject area assigned and evaluate the students using sound instructional practices
- Plan, write and implement functional goals, programs and IEPs
- Plan and inform parents, staff and administration of IEP conferences and meetings
- Effectively manage individual student behavior to maintain a good learning environment
- Prepare clear and timely work
- Evaluate student subject level
- Maintain accurate, complete and correct records as required
- Provide guidance and counsel to the students which will promote their welfare and their proper educational development
- Attend parent/teacher conferences
- Counsel with colleagues, students and parents of students
- Attend IEP meetings
- Attend educational field trips, if the schedule permits
- Reinforce the completion of homework assignments
- Ensure students are learning all subject material by reinforcing the completion of assignments
- Provide student schedules for substitute
- Make provisions for being available to students and parents for educational-related purposes outside the instruction day
- Maintain and improve professional competence
- Establish and maintain cooperative relationships with parents through effective use of progress reports and conferences
- Tutor students in the locations and at the times designated
- Assess the accomplishments of students on a regular basis and provide progress reports as required
- Assist in the referral process of students suspected of learning disabilities for diagnosis on a regular basis, seeking the assistance of district specialists as required

- Assist the administration in implementing all procedures and rules governing student life and conduct, and develop reasonable rules of classroom behavior and procedure for the classroom, and maintain order in the classroom in a fair and just manner
- Notify parents if student is not meeting classroom goals
- Follow the scope and sequence of the instructional program as defined in the content standards which have been approved by the Board of Education
- Take all necessary and reasonable precautions to protect students, equipment, materials and facilities
- Demonstrate knowledge of subject matter and present clear, complete, and accurate explanations utilizing a variety of instructional techniques and media suitable to the level of learners
- Act as teacher, facilitator and information source in subject area specialty
- Teach new concepts and facilitate different activities enabling students to learn in different ways
- Participate on building "teams" when requested and agreed upon
- Organize various subject-specific programs within assigned building, e.g., Right to Read Week
- Make contacts with the public with tact and diplomacy
- Maintain respect at all times for confidential information, e.g., home and discipline situations, medical background and family history
- Interact in a positive manner with staff, students and parents
- Promote good public relations by personal appearance, attitude and conversation
- Attend meetings and in-services as required by Principal/Director of Pupil Services/Superintendent

**Other Duties and Responsibilities:**
- Perform other duties as assigned by the Building Principal/Director of Pupil Services

**Qualifications:**
- Bachelor's degree in education from an accredited college or university
- Appropriate State of Ohio teaching certifications/license/ Intervention Specialist
- Meet the applicable requirements of a "highly qualified" teacher under the No Child Left Behind Act within the appropriate timelines
- Experience and/or training which evidences the ability to instruct severe behaviorally handicapped students
- Provide evidence of active participation in Teacher Based Team meetings
- Be able to demonstrate how you have applied knowledge and skills acquired from professional development in your content area
- Provide evidence to demonstrate knowledge of Ohio's New Learning Standards and assessments for this job vacancy
- Provide evidence to demonstrate the implementation of Ohio's New Learning Standards in your content area
- Provide documentation of student achievement and progress as it pertains to this job vacancy
- Alternatives to the above qualification as the Superintendent and/or Board of Education may find appropriate

**Required Knowledge, Skills, and Abilities:**
- Knowledge of academic area and teaching methodology
- Basic knowledge of all other subject matter
- Ability to work effectively with others
- Ability to communicate ideas and directives clearly and effectively both orally and in writing
- Effective, active listening skills
- Organizational and problem solving skills
- Experience working with children
- Training in varied instructional methods
- Basic computer skills
- Excellent reading comprehension

**Equipment Operated:**
- Smart board
- Computer
- Copy machine
- Calculator
- Telephone
- Television/DVD player

**Additional Working Conditions:**
- Requirement to travel, both daily and overnight
- Weekend/evening/summer work
- Exposure to blood, bodily fluids and tissue
- Interaction among unruly children
- Operation of a vehicle in inclement weather conditions
- Repetitive hand motion, e.g., computer keyboard, typing, calculator, writing

This job description is subject to change and in no manner states or implies that these are the only duties and responsibilities to be performed by the incumbent. The incumbent will be required to follow the instructions and perform the duties required by the incumbent's supervisor, appointing authority.