TAB 1



3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

**NAME OF COMPLAINANT:** Nicole Poston

**TELEPHONE NUMBER:** (330) 312-0102

**ADDRESS:** 3407 Trade Winds Cove NW, Canton, OH 44708

**RELATIONSHIP TO THE SCHOOL DISTRICT:**

✓ EMPLOYEE

✓ TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

**STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):**

A SGT meeting at MIS/MJHS was scheduled on January 8th, 2014 from 3:30-4:30 P.M. Multiple requests for a reasonable accommodation due to my disability were made prior to this date with regards to the time the meeting was being held. Building level administration repeatedly refused to provide reasonable accommodation despite my requests.

**WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):**

Please see attachment.

**COMPLAINANT:** Nicole Poston    **DATE:** 1-9-14

---

**Internal Office Use Only**

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: JAN 0 9 2014

© NEOLA 2012

MSS000108

## Nondiscrimination and Equal Opportunity/Access

### Internal Complaint Form (attachment)

Name of Complainant: Nicole Poston

What action are you requesting? (ie. relief sought):

I am requesting the following:

1) I am requesting that my need to have meetings scheduled within the timelines that allow me to travel safely be recognized as an ongoing need. I am also requesting that it is something that need not be requested every time but instead automatically taken into consideration. Additionally, I am requesting that the district recognize their failure to provide reasonable accommodation to me and that all reasonable accommodations need to be considered in the future. This recognition by the district needs to be provided to me in written form.
2) I am requesting that all administrators in the district who may have need or reason to be made aware of this accommodation as well as my potential need for other reasonable accommodations, be notified in writing with my prior approval of the letter being sent.
3) I am requesting that a warning letter be sent to MIS/MJHS administration informing them of their violation of the law, their responsibility to provide any reasonable accommodation to me including the one they denied, and that further violations could result in disciplinary or further legal action against them, with my prior approval of the letter being sent.
4) I am requesting a letter from the district expressing how they intend to prevent further incidents such as this from occurring to myself or other employees in the district. (Note: This could be included with #1)
5) I am requesting a $40.00 payment from the district to cover the cost of transportation costs incurred as the result of not being provided the reasonable accommodation I requested.
6) I am requesting to have a meeting between myself (with representation as witness if desired) and all BOE members (no administration present...with the exception of Mr. Fortner and/or Mr. Graven if desired) at a time and place agreed upon by both parties with no restrictions imposed by the administration.