TAB 3

**From:** Mark Fortner
**Sent:** Thursday, February 06, 2014 1:41 PM
**To:** Richard D. Goodright; John Graven; James Thom; Jennifer Allerding; Daniel Mcgrath; Marcus Simpson; Christine A Ferrell; Angela Chapman; Lynne Kulich
**Subject:** Review of Accommodations
**Importance:** High

Administration;

A review of Reasonable Accommodations was scheduled and completed on Monday, February 3, 2014.  Please review the attached document and call me at ext. 50125 if you have any questions or need further clarification of the items listed in the review.

I appreciate your attention to this important information.

_____

Attention:

The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, delete the material from any system and destroy any copies.

The Massillon City School district and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

**MSS000115**

February 3, 2014

*Via Hand Delivery*
Nicole Poston
3407 Trade Winds Cove NW
Canton, OH 44708

Re:  Reasonable Accommodations Review

Dear Nicole,

Pursuant to Massillon City Schools Board of Education Policy 3122 and accompanying Administrative Guideline 3122, we met on February 3, 2014, to begin complete the informal interactive process. Present at the meeting were you, union attorney Kathleen McKinley, Board attorney Sarah Moore and myself.

At the February 3, 2014, meeting, we reviewed the January 9, 2014, Internal Complaint as well as past and current reasonable accommodations the District had provided to you.  We also explored potential additional reasonable accommodations based upon your disability needs.

<u>Reasonable accommodations for the 2013-2014 school year, and future years</u>

- The reasonable accommodations the District currently provides and which the parties agreed should be provided for the remainder of the 2013-2014 school year as well as future years, are as follows:

    1) Large screen computer monitor -- the District currently provides a large screen computer monitor for Ms. Poston and will continue to do so

**MSS000116**

2) Zoomtext – the District currently provides this software for Ms. Poston's computer and will continue to do so

3) IT in-service and in-service involving IT – the District has provided and will continue to provide Ms. Poston a large computer monitor with Zoomtext or another computer with similar modifications for Ms. Poston to actively participate in said in-services and trainings. If the District is unable to provide the computer access during said IT in-service or in-service involving IT, the District will schedule later in-service/training for Ms. Poston on either her computer with large monitor or Zoomtext or a similar modified computer system.

4) IT Priority Status – the District has provided and will continue to have its IT Department place Ms. Poston on priority status for issues related to Ms. Poston's computer system.

Based on Ms. Poston's current disability, Ms. Poston requested an accommodation of being notified one week in advance of meetings before or after school to allow her ample time to secure necessary transportation.

Through the informal interactive process this requested accommodation was more fully explored. Ms. Poston explained she is able to attend parent teacher conferences and large staff meetings and secure necessary transportation as those are generally either on the school calendar or known well in advance of the meetings to allow her to secure necessary transportation. Ms. Poston explained she has difficulty securing necessary transportation when she is not given enough advance notice of the meeting and/or there are fewer people in attendance. The District agreed it was reasonable to provide advance notice of meetings and the parties explored options in how to address the District not being able to or not providing enough notice.

2

MSS000117

Based on these discussions, it was agreed the following reasonable accommodation will be provided to Ms. Poston for the 2013-2014 school year and future years:

*For the 2013-2014 school year and future years, the District agrees its administrators will give Ms. Poston one-week notice of meetings scheduled before or after school, that Ms. Poston is required to attend, that involve 10 or fewer participants, and that are of a nature other than parent-teacher conferences or school based staff meetings. This one-week notice also applies to parent-teacher conferences and school based staff meetings that are not on the school calendar. If the District does not provide the notice, either the meeting will be rescheduled to a date at least one week later or to a date within the week to which Ms. Poston mutually agrees, or the District may continue with the meeting and meet with Ms. Poston the following school day to inform her what happened at the meeting.[1]*

• Based on Ms. Poston's documented disability and the accommodations provided, the District suggested exploring a reasonable accommodation of providing Ms. Poston copies of in-service or staff meeting materials in a certain format.

Through the informal interactive process, this requested accommodation was more fully explored. The parties recognized the difficulty Ms. Poston has in actively participating in training or in-services that do not involve IT or computer-related training when printed materials are used. Ms. Poston explained she has an easier time reading font that is 14 font size or greater when printed materials are used.

---

[1] The parties agree this one-week notification does not apply to the 2-day meeting notification of disciplinary hearings that the District and Union agreed to in a recent Grievance Settlement.

3

MSS000118

*For the 2013-2014 school year, the District will either provide Ms. Poston copies of in-service or training materials in 14 font size or more at in-services or trainings or by email in advance of such meetings.*

<u>Other matters addressed at the meeting included:</u>

Ms. Poston explained she had been provided an accommodation in a past year when the District limited planning time for SGT's to approximately 10 minutes per day. Ms. Poston explained her need to copy teaching materials in a format that allowed her to read it and that the schedule change by the District that year had impacted her ability to copy teaching materials. The District acknowledged it had agreed to an accommodation to address that specific issue. Ms. Poston agreed she does not currently have an issue with time available to copy teaching materials. The parties desired to memorialize this, should the need to examine such an accommodation arise in a future year.

The parties reviewed the January 9, 2014, internal complaint form and Ms. Poston acknowledged and agreed her issues have been addressed and that she withdraws her complaint. Consequently, the internal complaint is considered addressed and closed.

The parties reviewed which administrators should receive notification of these accommodations and agreed they should include: the Superintendent, Assistant Superintendent, Director of Pupil Services, ADA Compliance Coordinator, Director of Curriculum, Director of Technology, Building Principal, and Assistant Building Principals.

In the future, should there be a need to review any of these accommodations or potential other accommodations, please contact me to set up another interactive process meeting so we can explore the matter.

4

MSS000119

Please sign where indicated below to acknowledge you agree with this
letter accurately reflects our meeting and what we mutually agreed upon.

Sincerely,

Mark Fortner, Assistant Superintendent
Massillon City Schools


I agree to the foregoing reasonable accommodations being provided.

Nicole Poston

cc:  John Graven, Director of Pupil Services
     Rik Goodright, Superintendent

5

MSS000120