TAB 6

October 23, 2014
*Via Hand Delivery*
Nicole Poston
3407 Trade Winds Cove, NW
Canton, OH 44708

Re: Reasonable Accommodations 2014-2015 School Year

Dear Nicole,

During our recent meeting, we identified several issues that arose in implementation of your 2013-2014 accommodations and discussed considerations for modifying some of the accommodations for this school year. At the end of the meeting, I indicated I would follow up by letter to confirm the steps that are being taken this year to accommodate you.

Reasonable accommodations for the 2014-2015 school year

1. The District will continue to provide you a large screen computer monitor at your desk.
2. The District will replace your desktop computer and replace it with a laptop with a screen size of at least 15 inches. The Zoomtext software on your desktop will be transferred onto the laptop. The laptop will be able to connect to the large screen computer monitor on your desk and you will be provided a mouse to connect to your laptop as well.
3. IT Priority Status - you have a priority status for requests made to the IT Department related to your computer system.

MSS000122

4. For In-Services and Staff Meetings – the laptop issued to you is to be used by you so you can view any presentations or handouts in electronic format on your laptop using Zoomtext. The District will make best efforts to provide you an electronic copy of presentations/handouts via its shared drive or by email prior to the scheduled meeting.
5. Paper – the District provided you 11x17 paper in the event you need to make larger print copies of documents for in-services. Should you need additional paper, please contact me.
6. Other than parent teacher conferences and school based staff meetings on the school calendar, the District will continue to provide one-week advance notice of meetings scheduled before or after school that you are required to attend, involving 10 or fewer participants. If notice is not provided, the District may continue with the meeting and meet or email you the next school day to let you know what happened at the meeting or the District can cancel and reschedule the meeting. Note: This accommodation does not apply to any disciplinary hearing notification requirements in the labor contract.

At our meeting, the prior accommodation for providing printed materials in specific font size was discussed. Based on that discussion, the District understands that materials sent to your home should be of the same font size as sent to other recipients as you have equipment at home allowing you to view those items appropriately.

You requested the 14 font size be increased to 18 font in printed materials administrators provide you at school. We all acknowledged the difficulties encountered in implementing the 14 font size accommodation last year, which was due to a variety of factors, including, original materials coming in varied font sizes and difficulty in achieving uniformity with 14 font in copying those materials; practical issues in copying materials (e.g. enlarging vs. increasing percentage to be copied and unintentionally cutting off parts of the material). By providing the laptop with Zoomtext software and access to electronic copies of documents via the shared drive or email, we anticipate you will be able to view all materials. We anticipate this should better address the situation and result in minimal need for printed materials. For those few occasions, the District has provided you with 11x17 paper and use of the copier to make printed copies you need.

Should you be experiencing issues with the accommodations during this school year, please let me know as soon as possible so they can be addressed. As we discussed, it is critical that you and those administrators working to implement these accommodations have open and meaningful discussion if there are any issues or problems so they can be promptly addressed.

Sincerely,

*Mark Fortner*

Mark Fortner, Assistant Superintendent
Massillon City Schools

cc: Traci Hostetler, Director of Curriculum
    Rik Goodright, Superintendent

MSS000125