TAB 7

November 14, 2014- Via Hand Delivery

To: Mark Fortner, Assistant Superintendent
   Massillon City Schools
From: Nicole Poston, Small Group Teacher
   Massillon City Schools
RE: Reasonable Accommodations 2014-15 School Year

Dear Mr. Fortner,

I have had a chance to review the letter you presented me on October 23, 2014 regarding the current status of my reasonable accommodations that I have requested and as a result of the most recent meeting we held about them on September 23, 2014.

I have to share with you, Mr. Fortner, that during and after our meeting on September 23rd, I was very concerned that you had not completely listened or understood my concerns. The letter you presented me further supports my fears. I can tell you that I am not satisfied with everything that is contained in this letter and in fact, it seems as though some language may have been altered that I don't even remember discussing. One of the accommodations the district chose to change is completely unacceptable and is not an effective alternative that meets my needs.

In addition, in the time since we met on September 23rd, there has been yet another incident in which the district failed to provide any reasonable accommodation to me, one that I have repeatedly informed the district I needed. This therefore is another violation under the ADA for failure to provide reasonable accommodation due to my disability.

I am frustrated by the district's continued failure to follow through with what they are stating they will provide and for their disregard of

concerns I have shared regarding certain accommodations. I want to inform you Mr. Fortner that I am currently considering filing multiple additional charges through EEOC against the district for continued discrimination under the ADA due to my disability.

If the district wishes to continue open communication and meaningful discussion regarding this, I am willing to consider further discussion. Please contact my attorney, Kathy McKinley, to initiate further discussion regarding the issues at hand. In order to possibly delay the filing of the additional charges, please contact her by November 25, 2014.

I appreciate your continued attention to this matter.

Sincerely,

*Nicole Poston*

Nicole Poston
Small Group Teacher
Massillon City Schools

CC: Kathy McKinley, Attorney