TAB 8



30 17th Street N E
Massillon, Ohio 44646-6790
Telephone 330-830-3900
Fax 330-830-6537

December 1, 2014

Nicole Poston
3407 Trade Winds Cove NW
Canton, Ohio 44708

Re: Request for specific information

Ms. Poston,

Immediately after meeting on September 23, 2014, the District took steps to ensure all accommodations for the 2014-2015 school year were in place for you. Those accommodations were later memorialized in a letter dated October 23, 2014.

By letter dated November 14, 2014, you stated that one of the accommodations that the District is providing is completely unacceptable and not an effective alternative that meets your needs. But, you did not identify which accommodation is of concern. You also stated that there was another incident between 9/23/2014 and 11/14/2014 of the District failing to provide an accommodation to you. Again, you did not identify what happened.

Superintendent, ext. 50117
Assistant Superintendent, ext. 50125
Treasurer / Financial, ext. 50127
Human Resources, ext. 50112
Food Services, ext. 50129

Curriculum/Instruction, ext. 50155
Federal - State Programs Grants Gifted, ext. 50113
Buildings Grounds, ext. 50118
Special Education, ext. 50147
Technology, ext. 50153

MSS000128

In order to understand the issues, please provide me specific information about (1) the accommodation that is completely unacceptable as an effective alternative to meet your needs; and (2) the incident you referenced between 9/23/14 and 11/14/14. Once we have an understanding of the specifics, we will be in a better position to address the situation and respond to your concerns.

Sincerely,

*Mark Fortner*

Mark Fortner
Assistant Superintendent

Enclosure: Copy of November 14th Letter of Reasonable Accommodations

Cc:   Richard Goodright, Superintendent