TAB 4

**From:** Traci Hostetler
**Sent:** Monday, May 26, 2014 8:15 AM
**To:** Allison Renee Barnhart, Amanda Nicole Piatt, Amy J Pace, Amy M Rousos, Andrea L Talkington, Anthony J Volpe, Jr, Brian T. Smith, Cale Robert Miller, Carla Rae Mangle, Clivette Desheen Stallworth, Daylyn Ann Miller, Dianne L Riemenschneider, Dustin Richard Wilson, Ellen Joanne Elder-Joseph, Grace C. Matzek, Gregory A. Dickerhoof, Heather Collins, Isaac Crews, Jacy J Andrews, Jennifer Faye Gotschall, Joyce A Haidet, Kathleen Shannon Spicer, Kathy Lynn Worges, Kaylee E. Murphy, Kirby Lucas Reed, Kristie Lee Britton, Kristy A Jedel, Lindsay Lauren Moretta, Lindsay Margaret Hose, Mary K Maltese, Matthew C Leisure, Matthew Paul Samaco, Megan Christine Bartuseck, Nicole M Poston, Pamela K Mcclure, Peggy L Cross, Robin Sue Genshaft, Sandra L Rees, Sharon M Seikel, Suzanne Marie Bettilyon, Teresa S Hoffa, Tiffany Renee' Spaziani
**Cc:** Nicki Howard, Angela Chapman, Lynne Kulich

Good morning everyone! Hope you had a nice weekend!

I've attached information on a workshop – yes it's for gifted students, but I believe that we may get a lot out of it as well. I've attached the Bloom's information, and SO template that you can save and modify, the SLO checklist for guidance, and links below related to SLOs and OTES.

This email is packed with information for you to peruse at your own pace. I highly recommend you reviewing everything here before the start of next school year. We will meet on a monthly basis next year (or more at your request) to monitor our transition into the new expectations and to support one another. If you need anything in the meantime, I will be checking emails, and I will be in the office, most of the summer (except July 2-13).

- Copy and paste this address into your browser for the Standards for Ohio Educators:
    - http://education.ohio.gov/getattachment/Topics/Teaching/Educator-Equity/Ohio-s-Educator-Standards/StandardsforEducators_revaug10.pdf.aspx
    - This is a great reference for writing your PGP (Professional Growth Plan)
- Copy and paste this address into your browser for information on OTES (Ohio Teacher Evaluation System):
    - http://education.ohio.gov/Topics/Teaching/Educator-Evaluation-System/Ohio-s-Teacher-Evaluation-System
- Copy and paste this address into your browser for information on SLOs (Student Learning Objectives)
    - Overview of the process:  https://education.ohio.gov/getattachment/Topics/Academic-Content-Standards/New-Learning-Standards/Student-Learning-Objective-Examples/041113-SLO_Guidebook.pdf.aspx
    - Samples of SLOs by content:  http://education.ohio.gov/Topics/Teaching/Educator-Evaluation-System/Ohio-s-Teacher-Evaluation-System/Student-Growth-Measures/Student-Learning-Objective-Examples/Sample-Student-Learning-Objectives

Thanks!

Traci Hostetler
Director of Pupil Services
Massillon City School District
930 17th Street NE
Massillon, Ohio 44646
Phone: 330 830 3900 extension 50147
Fax: 330 830 0953



**From:** Kristina Marie Blair
**Sent:** Tuesday, May 20, 2014 6:01 PM
**To:** All Users
**Subject:** FW: Differentiation

Hello!!!

I have heard that in the past High Impact University, offered by Stark County ESC, has been very beneficial! I plan on attending and would love to have company!!!! If you sign up please let me know!!! Hope to see some of you there!!

(Please see the attachment for information!)

*Thank You,*
*Kris Blair*
*Gifted Coordinator*
*Massillon City Schools*
*330.830-3900 Ext. 50217*

---

**From:** Diane Oplinger [diane.oplinger@email.sparcc.org]
**Sent:** Tuesday, May 20, 2014 2:39 PM
**To:** Curriculum Directors; Gifted Coordinators; Elementary Princpals; Middle School Principals; High School Principals
**Cc:** ,; karenr@cybersummit.org; Kim Berman; Shawn Jividen; st_beckley@smfcsd.org; st_kmoore@smfcs.org; st_komar@smfcs.org; JBruzda@barbertonschools.org;

shabegger@barbertonschools.org; Sharon Dahlman
**Subject:** Differentiation continued

As part of our focus on differentiation for the upcoming year, we will be offering a practical guide to differentiation at this summer's High Impact University. The day-long workshop will take place on June 20, 2014, at RG Drage. A flyer is is attached that contains workshop details and registration information. Please share and distribute.

Thank you.

*Diane Oplinger*
Gifted Consultant/Stark & Summit County ESC
Canton Local/Sandy Valley
Barberton/Stow

Attention:

The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, delete the material from any system and destroy any copies.

The Massillon City School district and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Attention:

The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, delete the material from any system and destroy any copies.

The Massillon City School district and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

# HIGH IMPACT UNIVERSITY

## For all K-12 teachers with high ability students

Put your students on a differentiation path that's Straight Ahead, Uphill, or Mountainous



**June 20, 2014**

**8 a.m. – 4 p.m.**

**R.G. Drage Career Technical Center**



**7.5 Contact Hours**

Topics to include:

Summarization    Value added

Portfolios    Subject/Grade Level Differentiation specialists

Diversity Learner Tool Box    FIP    Data profiling to guide instruction

ELA    Differentiation – What it is and isn't

To register:

Go to http://www.starkcountyesc.org and click on My Workshops

# Bloom's Revised Taxonomy Planning Framework

|  | Original | Revised Taxonomy | Actions | Products | Learning Activities |
|---|---|---|---|---|---|
| Higher-Thinking Skills | Evaluation | **Create** Putting together ideas or elements to develop an original idea or engage in creative thinking. | Designing Constructing Planning Producing Inventing Devising Making | Film Story Project Plan New game Song Media product Advertisement Painting | |
| | Synthesis | **Evaluate** Judging the value of ideas, materials and methods by developing and applying standards and criteria. | Checking Hypothesising Critiquing Experimenting Judging Testing Detecting Monitoring | Debate Panel Report Evaluation Investigation Verdict Conclusion Persuasive speech | |
| | Analysis | **Analyze** Breaking information down into its component elements. | Comparing Organising Deconstructing Attributing Outlining Structuring Integrating | Survey Database Mobile Abstract Report Graph Spreadsheet Checklist Chart Outline | |
| Lower-Thinking Skills | Application | **Apply** Using strategies, concepts, principles and theories in new situations. | Implementing Carrying out Using Executing | Illustration Simulation Sculpture Demonstration Presentation Interview Performance Diary Journal | |
| | Comprehension | **Understand** Understanding of given information. | Interpreting Exemplifying Summarising Inferring Paraphrasing Classifying Comparing Explaining | Recitation Summary Collection Explanation Show and tell Example Quiz List Label Outline | |
| | Knowledge | **Remember** Recall or recognition of specific information. | Recognising Listing Describing Identifying Retrieving Naming Locating Finding | Quiz Definition Fact Worksheet Test Label List Workbook Reproduction | |

## Revised Blooms Taxonomy – Verbs, Materials & Instructional Activities

| | REMEMBERING | UNDERSTANDING | APPLYING | ANALYZING | EVALUATING | CREATING |
|---|---|---|---|---|---|---|
| **VERBS** | Tell, List, Describe, Relate, Locate, Write, Find, State, Name, Identify, Label, Recall, Define, Recognise, Match, Reproduce, Memorise, Draw, Select, Write, Recite | Explain, Interpret, Outline, Discuss, Distinguish, Predict, Restate, Translate, Compare, Describe, Relate, Generalise, Summarise, Put into your own words, Paraphrase, Convert, Demonstrate, Visualise, Find out more information about | Solve, Show, Use, Illustrate, Construct, Complete, Examine, Classify, Choose, Interpret, Make, Put together, Change, Apply, Produce, Translate, Calculate, Manipulate, Modify, put into practice | Analyse, Distinguish, Examine, Compare, Contrast, Investigate, Categorise, Identify, Explain, Separate, Advertise, Take apart, Differentiate, Subdivide, deduce. | Judge, Select, Choose, Decide, Justify, Debate, Verify, Argue, Recommend, Assess, Discuss, Rate, Prioritise, Determine, Critique, Evaluate, Criticise, Weigh, Value, estimate, defend | Create, Invent, Compose, Predict, Plan, Construct, Design, Imagine, Propose, Devise, Formulate, Combine, Hypothesize, Originate, Add to, Forecast, |
| **MATERIALS SITUATIONS** | Events, people, newspapers, magazine articles, definitions, videos, dramas, textbooks, films, television programs, recordings, media presentations | Speech, stories, drama, cartoons, diagrams, graphs, summaries, outlines, analogies, posters, bulletin boards | Diagrams, sculptures, illustrations, dramatisations, forecasts, problems, puzzles, organisations, classifications, rules, systems, routines. | Surveys, questionnaires, arguments, models, displays, demonstrations, diagrams, systems, conclusions, reports, graphed information | Recommendations, self-evaluations, group discussions, debates, court trials, standards, editorials, values | Experiments, games, songs, reports, poems, speculations, creations, art, inventions, drama, rules. |
| **POTENTIAL ACTIVITIES & PRODUCTS** | Make a list of the main events. Make a timeline of events. Make a facts chart. Write a list of any pieces of information you can remember. List all the … in the story. Make a chart showing… Make an acrostic. Recite a poem | Cut out or draw pictures to show a particular event. Illustrate what you think the main idea was. Make a cartoon strip showing the sequence of events. Retell the story in your own words. Paint a picture of some aspect you like. Write a summary report of an event. Prepare a flow chart to illustrate the sequence of events. Make a colouring book. | Construct a model to demonstrate how it will work. Make a diorama to illustrate an important event. Make a scrapbook about the areas of study. Make a papier-mache map to include relevant information about an event. Take a collection of photographs to demonstrate a particular point. Make up a puzzle game showing the ideas from an area of study. Make a clay model of an item in the area. Design a market strategy for your product. Dress a doll in costume. Paint a mural. Write a textbook outline. | Design a questionnaire to gather information. Write a commercial to sell a new product. Conduct an investigation to produce information to support a point of view. Construct a graph to illustrate selected information. Make a jigsaw puzzle. Make a family tree showing relationships. Put on a play about the study area. Write a biography of the study person. Prepare a report. Arrange a party and record as a procedure. Review a piece of art including form, colour and texture | Prepare a list of criteria to judge a ……show? Remember to indicate priorities and ratings. Conduct a debate about a special issue. Make a booklet about 5 rules you see as important to convince others. Form a panel to discuss views. Write a letter to … advising on changes needed at … Write a half yearly report. Present your point of view. | Invent a machine to do a specific task. Design a building to house your study. Create a new product, give it a name and then devise a marketing strategy. Write about your feeling in relation to … Design a record, book or magazine cover. Sell an idea. Devise a way to … Compose a rhythm or put new words to an old song. |

www.lgcpeerlmd.edu/academic/educates/Blooms/critical_thinking.htm

Student Learning Objective (SLO) Template Checklist

*This checklist should be used for both writing and approving SLOs. It should be made available to both teachers and evaluators for these purposes. For an SLO to be formally approved, ALL criteria must be met, and every box below will need a check mark completed by an SLO evaluator.*

| Baseline and Trend Data | Student Population | Interval of Instruction | Standards and Content | Assessment(s) | Growth Target(s) | Rationale for Growth Target(s) |
|---|---|---|---|---|---|---|
| *What information is being used to inform the creation of the SLO and establish the amount of growth that should take place within the time period?* | *Which students will be included in this SLO? Include course, grade level, and number of students.* | *What is the duration of the course that the SLO will cover? Include beginning and end dates.* | *What content will the SLO target? To what related standards is the SLO aligned?* | *What assessment(s) will be used to measure student growth for this SLO?* | *Considering all available data and content requirements, what growth target(s) can students be expected to reach?* | *What is your rationale for setting the target(s) for student growth within the interval of instruction?* |
| ☐ Identifies sources of information about students (e.g., test scores from prior years, results of preassessments)<br>☐ Draws upon trend data, if available<br>☐ Summarizes the teacher's analysis of the baseline data by identifying student strengths and weaknesses | ☐ Identifies the class or subgroup of students covered by the SLO<br>☐ Describes the student population and considers any contextual factors that may impact student growth<br>☐ If subgroups are excluded, explains which students, why they are excluded and if they are covered in another SLO | ☐ Matches the length of the course (e.g., quarter, semester, year) | ☐ Specifies how the SLO will address applicable standards from the highest ranking of the following: (1) Common Core State Standards, (2) Ohio Academic Content Standards, or (3) national standards put forth by education organizations<br>☐ Represents the big ideas or domains of the content taught during the interval of instruction<br>☐ Identifies core knowledge and skills students are expected to attain as required by the applicable standards (if the SLO is targeted) | ☐ Identifies assessments that have been reviewed by content experts to effectively measure course content and reliably measure student learning as intended<br>☐ Selects measures with sufficient "stretch" so that all students may demonstrate learning, or identifies supplemental assessments to cover all ability levels in the course<br>☐ Provides a plan for combining assessments if multiple summative assessments are used<br>☐ Follows the guidelines for appropriate assessments | ☐ All students in the class have a growth target in at least one SLO<br>☐ Uses baseline or pretest data to determine appropriate growth<br>☐ Sets developmentally appropriate targets<br>☐ Creates tiered targets when appropriate so that all students may demonstrate growth<br>☐ Sets ambitious yet attainable targets | ☐ Demonstrates teacher knowledge of students and content<br>☐ Explains why target is appropriate for the population<br>☐ Addresses observed student needs<br>☐ Uses data to identify student needs and determine appropriate growth targets<br>☐ Explains how targets align with broader school and district goals<br>☐ Sets rigorous expectations for students and teacher(s) |



## Student Learning Objective (SLO) Template

*This template should be completed while referring to the SLO Template Checklist.*

Teacher Name: _____ Content Area and Course(s): _____ Grade Level(s): _____ Academic Year: _____

Please use the guidance provided in addition to this template to develop components of the student learning objective and populate each component in the space below.

**Baseline and Trend Data**
*What information is being used to inform the creation of the SLO and establish the amount of growth that should take place?*

|  |
|---|
|  |

**Student Population**
*Which students will be included in this SLO? Include course, grade level, and number of students.*

|  |
|---|
|  |

**Interval of Instruction**
*What is the duration of the course that the SLO will cover? Include beginning and end dates.*

|  |
|---|
|  |

**Standards and Content**
*What content will the SLO target? To what related standards is the SLO aligned?*

|  |
|---|
|  |

**Assessment(s)**

*What assessment(s) will be used to measure student growth for this SLO?*

[ ]

**Growth Target(s)**

*Considering all available data and content requirements, what growth target(s) can students be expected to reach?*

[ ]

**Rationale for Growth Target(s)**

*What is your rationale for setting the above target(s) for student growth within the interval of instruction?*

[ ]