

**Mark Fortner <mfortner@massillonschools.org>**

---

# Accommodations

1 message

---

**Nicole Poston** <nposton@massillonschools.org>                    Wed, Aug 26, 2015 at 2:12 AM
To: Mark Fortner <mfortner@massillonschools.org>
Cc: kmckinley@bmcolawfirm.com

Good Morning Mark,

As we embark on a new school year, I wanted to touch base with you
regarding my requested accommodations.  Since the beginning of this
year, the district has failed on several occasions to honor and provide
accommodations as has been requested and discussed.  In fact, one
such instance involves forms (emergency medical and staff directory)
that I will need provided consistent with my accommodations.
Furthermore, as I reflect back on the time since our last meeting
regarding my accommodations, I have documented approx. 18
occasions when the district has failed to honor and provide
accommodations that were requested and discussed.
So I wanted to touch base and find out if you think we need to
schedule a meeting again to review my accommodations?

Thank you,

--
**Nicole Poston**
**SGT at MIS/MJHS**
**AGT President**
**(330) 830-3902 (work)**
**(330) 312-0102 (cell)**