Rec'd

OCT - 1 2015

Superintendent MCS

3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston _____ 330-312-0102 _____
NAME OF COMPLAINANT                          TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

_X__ TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/18/15-- SPED meeting with Elaine Karp after Convocation. Handout was IEP

checklist to be used when writing IEPs. Was not in accessible format (large print,

18 font size). District has been told repeatedly to provide documents in large print.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested.

Meeting with BOE.

_Nicole Poston_____  _9-6-15_____
COMPLAINANT                       DATE

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _9-9-15_

© NEOLA 2012

MSS000132

Rec'd

OCT - 1 2015

**Superintendent MCS**

3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston                                            330-312-0102
NAME OF COMPLAINANT                                      TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH  44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

X  TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/18/15-- Building-wide staff meeting at MIS/MJHS @ 10am. Presentation was not made accessible and handout (PBIS Folder) was not in large print (18 font) but received same as everyone else.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested.

Meeting with BOE.

*Nicole Poston*         9-6-15
COMPLAINANT           DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: 9-9-15

© NEOLA 2012                                            MSS000133

3122 F1/page 1 of 4

**Rec'd**

**OCT - 1 2015**

No. _____

**Superintendent MCS**

<u>NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS</u>
<u>INTERNAL COMPLAINT FORM</u>

<u>Nicole Poston</u>   <u>330-312-0102</u>
NAME OF COMPLAINANT   TELEPHONE NUMBER

<u>3407 Trade Winds Cove NW, Canton, OH  44708</u>
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/19/15-- PD session "Highly Effective TBT's" by SST9. Powerpoint presentation

and handouts not in accessible format, large print (18 font). Administration has

been asked repeatedly to provide PD materials in accessible, large print format.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have asked.

Meeting with BOE.

_Nicole Poston_   9-6-15
COMPLAINANT   DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: __9-9-15__

© NEOLA 2012   MSS000134

Rec'd

3122 F1/page 1 of 4

OCT - 1 2015

Superintendent MCS

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston      330-312-0102
NAME OF COMPLAINANT      TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

X ___ TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/19/15-- PD session by Brian McNulty. Powerpoint presentation not accessible.

Handout was not in large print (18 font). Administration has been asked repeatedly

to provide documents at PD sessions in accessible, large print format.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have asked.

Meeting with BOE.

*Nicole Poston*     9-6-15
COMPLAINANT     DATE

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: 9-9-15

© NEOLA 2012

MSS000135

Rec'd

OCT - 1 2015

Superintendent MCS

3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston 330-312-0102
NAME OF COMPLAINANT                       TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

X TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/19/15-- PD session "Educating for All" presented by Kris Blair.

No presentation materials were provided in accessible format, large print (18 font).

Administration has been repeatedly asked to provide PD materials in accessible,

large print format.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have asked.

Meeting with BOE.

_Nicol Poston_    9-6-15
COMPLAINANT       DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: 9-9-15

Rec'd

OCT - 1 2015

**Superintendent MCS**

3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston        330-312-0102
NAME OF COMPLAINANT      TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/20/15-- Forms to be filled out were put in mailbox. They were contact information, medical emergency, and sushine committee forms. Were the same forms everyone else received and were not in accessible format, large print (18 font). Administration was told only forms mailed home could be regular print size.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Forms provided in accessible format. Accommodation meeting with administration, as I have asked for. Meeting with BOE.

*Nicole Poston*     9-6-15
COMPLAINANT        DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: 9-9-15

© NEOLA 2012            **MSS000137**

Rec'd

OCT - 1 2015

Superintendent MCS

3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston                                                    330-312-0102
NAME OF COMPLAINANT                                              TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH  44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/31/15-- The "Staff Education Technology Acceptable Use and Safety Agreement" was put in my mailbox in regular size font (10 font), not large print (18 font). It was in the same format as all other staff received. Administration is well aware of the the need for large print format.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Internet and email service remains active and in tact until accommodation is provided with accessible, large print format. Accommodation meeting with administration, as I have asked for. Meeting with BOE.

*Nicole Poston*          9-6-15
COMPLAINANT              DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: 9-9-15

© NEOLA 2012                                              MSS000138