

**MASSILLON CITY SCHOOLS**
930 17th Street N.E.
Massillon, Ohio 44646-6790
Telephone 330-830-3900
Fax 330-830-6537

*Via Hand Delivery*
Nicole Poston
3407 Trade Winds Cove NW
Canton, OH 44708

October 7, 2015

Ms. Poston,

I have reviewed the seven (7) internal complaints filed on September 9, 2015. I would like to meet twice next week to review my findings, if possible. Please check your availability on the following dates:

Tuesday, October 13, 2015 at 3:45 PM

Thursday, October 15, 2015 at 3:45 PM

If you are unable to meet on these dates, let me know your availability so we can schedule accordingly.

Sincerely,

*Mark Fortner*

Mark Fortner
Assistant Superintendent

Cc: Richard Goodright, Superintendent

Superintendent, ext. 50117
Assistant Superintendent, ext. 50125
Treasurer / Financial, ext. 50127
Human Resources, ext. 50112
Food Services, ext. 50129

Curriculum/Instruction, ext. 50155
Federal / State Programs / Grants / Gifted, ext. 50113
Buildings / Grounds, ext. 50118
Special Education, ext. 50147
Technology, ext. 50153