

Nicole Poston <nposton@massillonschools.org>

## Response to Oct. 7th Letter (ADA complaints)
1 message

**Nicole Poston** <nposton@massillonschools.org>　　　　　　　　　　　　　Thu, Oct 8, 2015 at 11:34 PM
To: Mark Fortner <mfortner@massillonschools.org>
Cc: "Kathy K. McKinley" <kmckinley@bmcolawfirm.com>, Richard Goodright <rgoodright@massillonschools.org>
Bcc: nmpbrat@aol.com

Mr. Fortner,

I have reviewed the letter you hand delivered to me on October 7, 2015. In the letter, you provided 2 dates (Tues. Oct. 13th and Thurs. Oct. 15th) in which to meet to review your findings. I, along with my representation, are unable to meet on those dates. We can discuss another possible date in which to meet next Wed. Oct. 14th when all parties are present and able to look at calendars. I do not feel, however, that two dates are necessary or appropriate. I find two dates to be punitive and discriminatory, simply because I am unable to stay late due to daylight hours. Please be prepared to identify only one date with a start time which affords us the needed time to address all issues.

Furthermore, as outlined in Board policy, this meeting should have occurred by Sept. 30th, 2015. Please know that although I am willing to meet, I am not waiving any procedural violations of the complaint procedure at this time.

Thank you,

--
**Nicole Poston**
**SGT at MIS/MJHS**
**AGT President**
(330) 830-3902 (work)
(330) 312-0102 (cell)