Meeting Date
October 20, 2015

Review and disposition of seven (7) Internal Complaints filed
09/09/15 by Poston, Nicole

1) 8/18/2015 After Convocation: SPED meeting with Elaine Karp
   Elaine stated that she handed out IEP Checklist in 14 size font

2) 8/18/2015: Building-wide Staff Meeting @ 10:00 AM
   MJHS Admin stated that handout was in 14 size font
   Presentation was available during/after the meeting
   Presentation is available in staff resources live binder (MMS 2015 code)

3) 8/19/2015: PD session by Brian McNulty
   MJHS Admin stated that handout was in 14 size font
   Power Presentation was not available prior to meeting

4) 8/19/2015: PD session by SST 9
   MJHS Admin stated that building data handout was in 14 size font
   Power Presentation was not available prior to meeting

5) 8/19/2015: PD session by Kris Blair
   Blair stated that there were no handouts
   Items were written on Large Poster Paper

6) 8/20/2015: Forms to be filled out were placed in mailbox.
   Forms placed in mailbox by secretarial staff were not in 14 size font

7) 8/31/2015: Staff Education Technology Acceptable Use and Safety Agreement
   Forms placed in mailbox by secretarial staff were not in 14 size font