3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston           330-312-0102
NAME OF COMPLAINANT           TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

10/12/15-- PD DaY, Session 2: Reciprocal Teaching. Presentation and handouts were shared via email. However, presentation and handouts cannot be seen at once. Handouts were provided but not in accessible font size (large print, 18 font).

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested. Meeting with BOE.

*Nicole Poston*     10-20-15
COMPLAINANT        DATE

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012

3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

**Nicole Poston**            **330-312-0102**
NAME OF COMPLAINANT        TELEPHONE NUMBER

**3407 Trade Winds Cove NW, Canton, OH 44708**
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

_X_ TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

10/12/15 – PD DaY, Session 3: Co-Teaching. Powerpoint and handouts were shared via email. However, powerpoint and handouts cannot be seen at once. Handouts were provided (14 font) but not in accessible font size (large print, 18 font).

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested. Meeting with BOE.

*Nicole Poston*      10-26-15
COMPLAINANT          DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012

3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

**Nicole Poston**             330-312-0102
NAME OF COMPLAINANT          TELEPHONE NUMBER

**3407 Trade Winds Cove NW, Canton, OH 44708**
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

10/12/15— PD DaY, Session 4: 4th Gr. ELA TBT. Presentation shared with me via email right before session. However, computer died (no battery charge left). Materials were provided on large paper but 10-14 font size (not large print, 18 font).

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested. Meeting with BOE.

_Nicole Poston_     10-20-15
COMPLAINANT          DATE

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012

3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston                                         330-312-0102
NAME OF COMPLAINANT                                   TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH  44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

\_\_\_\_ EMPLOYEE

X  TEACHER

\_\_\_\_ OTHER _____ (POSITION)

\_\_\_\_ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

10/12/15-- PD DaY, Session 5: Problem-Based Learning.  Presentation was provided via email.  Computer was dead (no charge) so could not access presentation.  Handouts were not in accessible format. 18 font size.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested.  Meeting with BOE.

*Nicole Poston*     10-20-15
COMPLAINANT         DATE

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012

3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston                               330-312-0102
NAME OF COMPLAINANT                         TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

\_\_\_\_\_ EMPLOYEE

X \_\_\_ TEACHER

\_\_\_\_\_ OTHER _____ (POSITION)

\_\_\_\_\_ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

10/14/15-- Union contract negotiation session with Board Counsel Mary Jo Slick, Assist. Super. Mark Fortner, and Dir. of Special Services Elaine Karp. Ms. Slick did not provide counter-proposal in accessible format (large print, 18 font) but rather 14 font. Ms. Slick was informed on 9/9/15 by Ms. Poston and Mrs. McKinley at first meeting. This failure to provide the accommodation interferes with Ms. Poston's ability to negotiate the contract.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested. Meeting with BOE. Removal of Board Counsel Ms. Slick from negotiations, as she failed to follow federal law (ADA) and did not negotiate in good faith.

*Nicole Poston*                     10-20-15
COMPLAINANT                         DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012