

**MASSILLON CITY SCHOOLS**
930 17th Street N.E.
Massillon, Ohio 44646-6790
Telephone 330-830-3900
Fax 330-830-6537

*Via Hand Delivery*
Nicole Poston
3407 Trade Winds Cove NW
Canton, OH 44708

October 23, 2015

Ms. Poston,

I would like to meet on November 2nd at 9:00 AM at the Stark County Educational Offices to review the five (5) complaints filed on October 20, 2015.

If you are unable to meet on this date, please let me know your availability so we can schedule accordingly.

Sincerely,

Mark Fortner
Assistant Superintendent

Cc: Richard Goodright, Superintendent
    Mary Jo Slick, Legal Counsel

Superintendent, ext. 50117
Assistant Superintendent, ext. 50125
Treasurer / Financial, ext. 50127
Human Resources, ext. 50112
Food Services, ext. 50129

Curriculum/Instruction, ext. 50155
Federal / State Programs / Grants / Gifted, ext. 50113
Buildings / Grounds, ext. 50118
Special Education, ext. 50147
Technology, ext. 50153