To: Nicole Poston, c/o Kathleen McKinley, Esq.
From: Nicole Donovsky
  Designated Compliance Officer for Massillon City School District
Re: Disability Discrimination Complaints
Date: November 25, 2015

I have had the opportunity to consider your twelve (12) disability discrimination complaints. I will note that your legal counsel generously provided additional time to consider your complaints. I interviewed you specifically related to the latter five (5) of those complaints, and offered, through your counsel, to speak again, relative to the initial seven (7) complaints. To date, you have not accepted my invitation. You are welcome to supplement the information that you previously provided to me if you wish to do so.

From my investigation, I have concluded that there was not a clear and mutual understanding regarding your specific accommodations, with Mr. Fortner, other administrative staff, or Ms. Slick. It appears the last specific, mutual agreement was on February 3, 2014. This has resulted in documents being provided to you with a font size smaller than your desired 18 point font, and materials not consistently being provided to you as requested. With respect to the instance where your laptop battery failed, you indicated that you did not consult with IT about the issue. There is no indication that IT support would not have been available to you.

Given this apparent difference in understanding, your requested remedy of holding an accommodation meeting is appropriate. I recommend scheduling this meeting at the earliest possible time. I also recommend memorializing the agreed upon accommodations and a plan for addressing implementation concerns and modifications. Certainly, a meeting with the Board of Education can be requested, either as part of the Complaint process (as you acknowledged), or otherwise. However, removing Ms. Slick from the Board's negotiating team is not an appropriate request, as acknowledged by your counsel.