3122 F1/page 1 of 4

No. _____

# NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

| | |
|---|---|
| Nicole Poston | 330-312-0102 |
| NAME OF COMPLAINANT | TELEPHONE NUMBER |

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

__X__ TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

11/18/15- Staff Meeting/Workshop. Attended session on "Feedback". Presented by teacher (T. Martin). Failure of administration to provide reasonable accommodations to access presentation and materials (including 18 font or larger as previously stated). Teacher never informed. Intentional discrimination by admin. Retaliation for previously filed ADA complaints.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting. Meeting with the Board of Education.

All administration in district receive formal training on ADA and working with employees with disabilities.

*Nicole Poston*       11-30-15
COMPLAINANT           DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012