# ACCOMMODATION PLAN

The following plan was reached between Nicole Poston and the Massillon City School District with their respective attorneys on January 18, 2017.

## EQUIPMENT

1. Laptop computer with large external monitor and zoomtext, the screen must be at least 15 in. and include an extra keyboard, external mouse, and extension cord will be provided. Any changes in software will be discussed with Ms. Poston.

2. Tech support - Priority status - any issues regarding Ms. Poston's technology devices or uses must be given priority treatment.

3. Ms. Poston shall bring her school provided laptop computer with zoom text to in-service/trainings. If periodic updates are occurring at this time, Ms. Poston will be provided training regarding the in-service materials within her accommodations.

provided training regarding the in-service materials within her accommodations.

4. Any district system changes or upgrades will include the appropriate upgrades to zoomtext.

## **TRAINING/ACCOMMODATIONS**

1. Ms. Poston will notify the Assistant Superintendent or designee within twenty four hours of in-service/trainings that the accommodations contained herein were not provided. The Assistant Superintendent or designee will arrange follow-up provisions to provide any required information from meetings, in-services or trainings not provided at that time.

2. In order to avoid disruptions, Ms. Poston will arrange to have a colleague available to assist her during in-service/training/meetings.

## MATERIALS

1. Material, including PowerPoints for meetings, trainings, in-services, shall be provided in 18 font or greater, including any charts or graphs. The font shall be measured using Verdana or Tahoma font to ensure uniformity in size. A hard copy of the material should be made available to Ms. Poston

2. Videos need to be provided to Ms Poston for her viewing prior to any meeting where the video will be shown. The video may be provided by link to the internet, flashdrive or DVD.

3. Ms. Poston cannot view multiple documents on her computer at the same time, so the hard copy documents in accessible format in accordance with item one of this document, need to be available at any meeting.

4. 11 by 17 paper **shall be available at all times.**

## **MEETINGS**

1. Notification of meetings:

    A. Ms. Poston shall be provided at least one week's notice of meetings not on the master calendar.
    B. If a meeting has 10 or fewer participants (scheduled to attend), Ms. Poston will be given 10 calendar days' notice.
    C. If the district cannot provide the appropriate notice, the meeting will either be rescheduled or the meeting is held so long as Ms. Poston's presence is not required. Ms. Poston shall be informed the next day of what occurred at the meeting.

2. Disciplinary meetings will be scheduled in accordance with the contract notice requirements and time/travel accommodations of Ms. Poston.

## **TRAVEL**

1. Due to Ms. Poston's transportation and driving license restrictions, no adverse action may be initiated due to arrival or departure adjustments due to driving license restrictions.

## **ASSIGNMENTS**

1. Building assignments must accommodate Ms. Poston's travel restrictions.

## **MISCELLANEOUS**

1. Since computers are used for state testing an assistant for state testing will be provided for the groups assigned to Ms. Poston as done for the 2014-2015 & 2015-2016 school years.

2. Independent travel through buildings may be assisted with colleagues.

3. Ms. Poston's accommodations will be recognized in any evaluations and expectations of the evaluator shall reflect the

necessary accommodations, including participation on committees, or going to trainings. Evaluator will follow the evaluation process and implement the items outlined in the accommodation plan.

4. As previously provided, adjustments to Ms. Poston's work schedule will be made to accommodate time sensitive student documents if the work is given to Ms. Poston within 48 hours of the deadline.

## **IMPLEMENTATION**

1. District administrators and necessary personnel will be notified of and provided a copy of this accommodation plan.

2. The district and Ms. Poston agree to meet at the beginning of the school year and at the end of the first semester. Upon request a meeting will be held within two weeks to discuss any violation of this agreement. Each party shall have the right to representation.

3. If any of the provisions contained herein are not provided, Ms. Poston must, within 24 hours notify Assistant Superintendent or designee.

4. Individuals providing training or making presentations in which Ms. Poston is expected to participate will provide guidance with respect to accommodations consisting of the "materials" section of this plan.

5. Modifications may be requested by either Ms. Poston or the Assistant Superintendent or designee. If changes are needed to the accommodation plan, notice will provided, and an interactive meeting will be scheduled within two (2) weeks. The person requesting any modification will provide alternate dates for this meeting.

_Nicole Poston_ 1/18/17
Nicole Poston                    Date

_Mark Fortner_ 01/18/17
Mark Fortner                     Date
Assistant Superintendent

11026081v1

MSS000148