JAN-10-2007 WED 08:40 AM  BAASTEN MCKINLEY & CO      FAX NO. 330 492 0588

# GROUP TEACHER EVALUATION
## MASSILLON CITY SCHOOLS
## MASSILLON, OHIO

Name of Teacher: _Nicole Poston_

Years of Experience:
Massillon _5_
Other _____

Type of Contract:
Limited _X_
Continuing _____

PERFORMANCE:
- O - **OUTSTANDING** - Exceeds what is reasonably expected.
- S - **SATISFACTORY** - Demonstrates reasonable expectations.
- NA/O - Not applicable or not observed.
- NI - **NEEDS IMPROVEMENT** - Is somewhat below expectations. Performance improvement is indicated.
- U - **UNSATISFACTORY** - Is below expectations and at an unsatisfactory level.

## STUDENT RELATIONSHIPS

| | O | S | NA/O | NI | U |
|---|---|---|---|---|---|
| 1. Aids students in learning organizational skills. | | X | | | |
| 2. Assists students with homework and classroom work in which they are having difficulty. | | X | | | |
| 3. Works with students to remediate those skills they are lacking or in which they are behind grade level. | | X | | | |
| 4. Utilizes a variety of learning modes and presentations. | X | | | | |
| 5. Maintains appropriate discipline. | | X | | | |
| 6. Maintains student records and data. | | X | | | |
| 7. Writes IEPs for students for the next school year. | | X | | | |

## PARENT RELATIONSHIPS

| | O | S | NA/O | NI | U |
|---|---|---|---|---|---|
| 1. Promotes parental involvement in the development of IEPs, or in the remedial process. | | X | | | |
| 2. Maintains contact with parents or guardians to promote students' academic improvement. | X | | | | |

JAN-10-2007 WED 09:41 AM BRADEN HUNTNEY & CO         FAX NO. 330 492 0008

## STAFF RELATIONSHIPS

|   | O | S | M/O | NI | U |
|---|---|---|-----|----|----|
| 1. Acts as a member of the BAT team and/or MFE Committee. |   |   |   |   |   |
| 2. Refers to the proper staff personnel, any problem a student may be having which may interface with either behavior or school performance. |   | X |   |   |   |
| 3. Maintains contact with classroom teachers to be apprised of students' progress and areas of concern regarding students' classroom performance. | X |   |   |   |   |
| 4. Assists administration in conferences for students involved in disciplinary action. |   |   | X |   |   |
| 5. Cooperates in producing inter-school harmony. |   | X |   |   |   |

## PERSONAL QUALITIES

| | | | | | |
|---|---|---|---|---|---|
| 1. Is healthy enough to meet obligations of position. |   | X |   |   |   |
| 2. Dresses appropriately and is well groomed. |   | X |   |   |   |
| 3. Practices correct usage of English. |   | X |   |   |   |
| 4. Uses tact with students, staff, parents, and public. |   | X |   |   |   |
| 5. Is able to accept constructive criticism. |   | X |   |   |   |
| 6. Interprets and supports the board policies and the school program throughout the community in a positive manner. |   | X |   |   |   |

COMMENTS:

General Evaluation                                PRINCIPAL'S RECOMMENDATION

_[signature]_                                     12-14-07
Signature of Teacher                              Date

_[signature]_                                     12-14-07
Signature indicates knowledge of appraisal and not necessarily concurrence.
Signature of Principal or Supervisor              Date

Evaluations to be typed and completed in triplicate. One copy to the Superintendent's Office, One to the Group Teacher, and One to the Principal.

NOTE: No evaluation form will be sent to another school system except at the request of the Group Teacher.

Exhibit A

GROUP TEACHER
OBSERVATION FORM

Group Teacher *N. Poston*  Observation Date *12-13-07*

Administrator *McPherson*  Time *1415*

STUDENT RELATIONSHIPS

Teacher has a positive relationship with her students and interacts in a positive and productive manner.

Teacher was aprochable and was able to converse on topics ~~that~~ *G her* in a way that placed the students at ease.

STAFF RELATIONSHIPS

N/O

PARENT RELATIONSHIPS

N/O

PERSONAL QUALITIES

Miss Poston was on task and prepared to work with all her students. When needed she was able to adjust to accomodate the needs of her S.G. students.

Missed five Days of work because of *medical issues*

Signature of Group Teacher *Nina Poston* Date *12-14-07*

Signature of Administrator _____ Date *12-14-07*

**Massillon City Schools**
**SGI Evaluation**

Name: Nicole Poston  School Year: 2012-2013  Subject/Grade: Intermediate 4, 5, 6

School: Massillon Intermediate School  Assignment: Small Group Instructor

First Observation (Date): November 8, 2012  Time (In) 1:30pm  Time (Out) 2:10pm

Second Observation (Date): December 6, 2012  Time (In) 8:40am  Time (Out) 9:20am

All Domains Observed and/or Documented

| Domain A: Planning and Preparation | Exceeds Expectations | Meets Expectations | Needs Improvement | Not Observed | Comments |
|---|---|---|---|---|---|
| A. Demonstrates knowledge and use of content and pedagogy | | X | | | Miss Poston is knowledgeable of the content her students are working with. |
| B. Demonstrates knowledge of students | | X | | | |
| C. Selects instructional goals supported by IEP | | X | | | Miss Poston is conscientious of her students IEP's. |
| D. Demonstrates knowledge and use of resources | | X | | | |
| E. Designs coherent instruction | | X | | | |
| F. Assesses student learning | | X | | | Miss Poston does a good job of checking the students work. |
| G. Utilizes PAC (Planning, Assessment, Conference) time effectively for class. | | | | X | |

| Domain B: Classroom Environment | Exceeds Expectations | Meets Expectations | Needs Improvement | Not Observed | Comments |
|---|---|---|---|---|---|
| A. Creates an environment of respect and rapport | | X | | | |
| B. Establishes a culture for learning | | X | | | |
| C. Manages classroom procedure where applicable | | X | | | |
| D. Manages student behavior | | X | | | |
| E. Organizes physical space | | X | | | Her room is organized and it is a safe environment. |
| F. Promotes a pleasant physical climate | | X | | | |

Massillon City Schools
Teacher Evaluation

| Domain C: Instruction | Exceeds Expectations | Meets Expectations | Needs Improvement | Not Observed | Comments |
|---|---|---|---|---|---|
| A. Presents learning goals and instructional procedures that are clear and accurate | | | | X | |
| B. Makes content comprehensible to students | | X | | | |
| C. Encourages students to extend their thinking | | X | | | |
| D. Monitors students' understanding of content through a variety of means | | X | | | |
| E. Provides feedback to students | | X | | | Miss Poston continually has feedback and comments for her students. |
| F. Regulates learning activities throughout the lesson | | X | | | |
| G. Utilizes instructional time wisely | | X | | | Miss Poston is organized and uses the class time effective. |
| H. Demonstrates accurate and current knowledge of subject matter | | X | | | |

| Domain D: Professional Responsibilities | Exceeds Expectations | Meets Expectations | Needs Improvement | Not Observed | Comments |
|---|---|---|---|---|---|
| A. Reflects on teaching | | X | | | |
| B. Maintains accurate records | | X | | | Miss Poston keeps accurate records and has her IEP's up-to-date. |
| C. Communicates with families | | X | | | |
| D. Follows established board policies of the school and district | | X | | | |
| E. Grows and develops professionally | | X | | | |
| F. Shows professionalism through appearance, action and speech | | X | | | |
| G. Shows interest in individual students | | X | | | Miss Poston has a connection with her students in class. |

2.

Massillon City Schools
Teacher Evaluation

| | | | | |
|---|---|---|---|---|
| H. Utilizes technology for assessment, attendance, grading, communicating with parents and to support instruction | | X | | |
| I. Remains with the students during assigned duties (inside and outside) | | X | | |
| J. Does not leave his/her student(s) unsupervised | | X | | | Miss Poston stays with her students when they are assigned to her. |
| K. Punctual and exhibits good attendance | | X | | | Miss Poston is on time and professional. |

Improvements Needed: During the first semester of observations and this evaluation no improvements are needed.

Specific recommendations regarding improvements needed: Not applicable at this time.

Means by which teacher can obtain assistance to make improvements: Not applicable at this time.

Employment Recommendation: After the first semester observations and evaluation process I recommend Miss Poston to continue her employment with Massillon City Schools.

Teacher's Signature: _Nicole Poston_   Date: _12-14-12_

Administrator's Signature: _Dan McXrout_   Date: _12-14-12_

*Signatures indicate that the written evaluation has been reviewed and discussed.

3



# Final Summative Rating of Teacher Effectiveness

**2014-2015**  **Poston, Nicole (OH1333001)**

| | |
|---:|:---|
| **LEA:** | Massillon City (044354) |
| **Building(s):** | Massillon Intermediate School (013124) |
| | Massillon Junior High School (000737) |
| **Evaluator:** | Zapolnik, Jarred (OH1325478) |
| **Admin:** | Zapolnik, Jarred (OH1325478) |
| **Status:** | **Completed** |

*The educator has not completed this form.*
*The administrator completed this form on 5/6/2015 2:47:02 PM.*

## 1. Proficiency on Standards/Educator Performance

| | Ineffective | Developing | Skilled | Accomplished |
|---|---|---|---|---|
| Teacher Performance Rating Scoring | 5/6/2015 | | | x | |
| Cumulative Performance Rating (Holistic Rating using Performance Rubric) | | | x | |

Areas of reinforcement/refinement:

## 2. Student Growth Data

| | Least Eff. | Approaching Avg. | Average | Above | Most Eff. |
|---|---|---|---|---|---|
| Student Growth Measure of Effectiveness | | | | | x |

Areas of reinforcement/refinement:

## 3. Final Summative (Overall) Rating

| | Ineffective | Developing | Skilled | Accomplished |
|---|---|---|---|---|
| Final Summative (Overall) Rating | | | | x |

Improvement Plan has been recommended: **No**