*Powerpoint was sent by email at 3:46 not in time to enlarge. No materials enlarged.*

# Massillon Intermediate School

# TBT – Agenda

## MEETING INFORMATION

| | |
|---|---|
| **Date:** | March 18, 2014 |
| **Time:** | 3:40pm – 4:30pm |
| **Location:** | Library |
| **Next Meeting:** | 4/16/14 |

| AGENDA ITEMS | | PRESENTER |
|---|---|---|
| 1 | Common Core Cadre Presentation | MIS Cadre |
| 2 | 2014-2015 schedule | Dan McGrath |
| 3 | Look at exemplars of 0,1,2,3,4 points | Staff |
| 4 | What are the trends in our students writing | Staff |
| 5 | Create an exemplar folder to view for examples | Staff |
| 6 | Scoring writing…. Norm scoring?? | Staff |
| 7 | Goal setting worksheets for our MAP & OAA tests | Dan McGrath |
| 8 | Questions & Adjournment | Dan McGrath |

## OTHER NOTES OR INFORMATION

Please bring the following:

- Find 2 examples of each writing samples (ie. 2- 1 point, 2-2point, 2-3point)
- Bring 3 copies of each example so we can share
- Writing rubrics

*Sign up for PARCC ACCT*
*parcconline.org*
*use school email*

*Another site: Smartbalance*
*(DLT Feb 2014, PARCC)*
*on share drive*

3/18/14
@TBT mtg.

**Ohio's Quality Review Rubric for Lessons/Units: K-12 Mathematics**

Grade: _____   Mathematics Lesson/Unit Title: _____

| I. Alignment to the Depth of the CCSS | Evidence of Alignment | II. Key Shifts in the CCSS | Evidence of Shifts |
|---|---|---|---|
| *The lesson/unit aligns with the letter and spirit of the CCSS:*<br><br>☐ ** Standards for Mathematical Practice that are central to the lesson are identified, handled in a grade-appropriate way, and well connected to the content being addressed.<br><br>☐ ** Targets a set of grade level CCSS mathematics standard(s) to the full depth of the standards for teaching and learning.<br><br>☐ Presents a balance of mathematical procedures and deeper conceptual understanding inherent in the CCSS. | ** Non-negotiable content.<br><br>*If not present — the unit needs to be revised or removed.* | *The lesson/unit reflects evidence of key shifts that are reflected in the CCSS:*<br><br>☐ ** **Focus:** Lessons and units targeting the major work of the grade provide an especially in-depth treatment, with especially high expectations. Lessons and units targeting supporting clusters have visible connections to the major work of the grade and are sufficiently brief. Lessons and units do not hold students responsible for material from later grades.<br><br>☐ **Coherence:** The content develops through reasoning about the new concepts on the basis of previous understandings and provides opportunities for students to transfer knowledge and skills within and across domains and learning progressions.<br><br>☐ **Rigor:** Requires students to engage with and demonstrate challenging mathematics with appropriate balance among the following:<br>- **Application:** Provides opportunities for students to independently apply mathematical concepts in real-world situations and problem solve with persistence, choosing and applying an appropriate model or strategy to new situations.<br>- **Conceptual Understanding:** Provides opportunities for students to demonstrate conceptual understanding through challenging problems, questions, and writing and speaking about their understanding.<br>- **Procedural Skills and Fluency:** Expects, supports, and provides guidelines for procedural skills and fluency with core calculations and mathematical procedures (when called for in the standards for the grade) to be performed quickly and accurately. | ** Non-negotiable content.<br><br>*If not present — the unit needs to be revised or removed.* |

*Modified Quality Review Rubric developed from the Tri-State Collaborative (MA, NY, RI – facilitated by Achieve); AM 021513*

| III. Instructional Supports | Evidence of (IS) | IV. Assessment | Evidence of Assessment |
|---|---|---|---|
| The lesson/unit is responsive to varied student learning needs:<br>☐ ** Includes clear and sufficient guidance to support teaching and learning of the targeted standards, including, when appropriate, the use of technology and media.<br>☐ ** Uses and encourages precise and accurate mathematics, academic language, terminology, and concrete or abstract representations (e.g. pictures, symbols, expressions, equations, graphics, models) in the discipline.<br>☐ Addresses instructional expectations and is easy to understand and use.<br>☐ Provides appropriate level and type of scaffolding, differentiation, intervention, and support for a broad range of learners.<br>☐ Supports diverse cultural and linguistic backgrounds, interests, and styles.<br>☐ Provides extra supports for students working below grade level.<br>☐ Provides extensions for students with high interest or working above grade level.<br>_A unit or longer lesson should:_<br>☐ ** Engage students in productive struggle through relevant, thought-provoking questions, problems, and tasks that stimulate interest and elicit mathematical thinking.<br>☐ ** Recommend and facilitate a mix of instructional approaches for a variety of learners such as using multiple representations, (including models) using a range of questions, checking for understanding, flexible grouping, pair-share, etc.<br>☐ Gradually remove supports, requiring students to demonstrate their mathematical understanding independently.<br>☐ Demonstrate an effective sequence and a progression of learning where the concepts or skills advance and deepen over time.<br>☐ Expect, support and provide guidance for procedural skill and fluency with core calculations and mathematical procedural skills and fluency with core calculations and mathematical procedures (when called for in the standards for the grade) to be performed quickly and accurately. | ** Non-negotiable content.<br>If not present – the unit needs to be revised or removed. | The lesson/unit regularly assesses whether students are mastering standards-based content and skills:<br>☐ ** Is designed to elicit direct, observable evidence of the degree to which a student can independently demonstrate the targeted CCSS.<br>☐ Provides sufficient guidance for interpreting student performance.<br>☐ ** Assesses student proficiency using methods that are accessible and unbiased, including the use of grade level language in student prompts.<br>_A unit or longer lesson should:_<br>☐ ** Include aligned rubrics, answer keys, and scoring guidelines.<br>☐ ** Use varied modes of curriculum embedded assessments that may include pre-, formative, summative and self-assessment measures | ** Non-negotiable content.<br>If not present – the unit needs to be revised or removed. |

Modified Quality Review Rubric developed from the Tri-State Collaborative [MA, NY, RI – facilitated by Achieve]; AM 021513

3/18/14
@ TBT mtg.

Ohio's Quality Review Rubric for Lessons/Units: K-12 English Language Arts

Grade: _____     Lesson/Unit Title: _____

| I. Alignment to the Depth of Ohio's NLS | Evidence of Alignment | II. Key Shifts in Ohio's NLS | Evidence of Shifts |
|---|---|---|---|
| The lesson/unit aligns with the letter and spirit of Ohio's New Learning standards: <br><br> ☐ Targets a set of grade-level ONLS ELA/Literacy standards. ** <br><br> ☐ Includes a clear and explicit purpose for instruction. <br><br> ☐ Selects text(s) that measure within the grade-level text complexity band and are of sufficient quality and scope for the stated purpose (i.e., presents vocabulary, syntax, text structures, levels of meaning/purpose, and other qualitative characteristics similar to CCSS grade-level exemplars in Appendices A & B). ** <br><br> ☐ Integrates reading, writing, speaking and listening so that students apply and synthesize advancing literacy skills. <br><br> ☐ (Grades 3-5) Builds students' content knowledge and their understanding of reading and writing in social studies, the arts, science or technical subjects through the coherent selection of texts. <br><br> ☐ Incorporation of Technology: Uses technology appropriately, strategically, and ethically in academic and real-world settings.** | ** Non-negotiable content. <br><br> *If not present – the unit needs to be revised or removed.* | The lesson/unit addresses key areas of focus in Ohio's New Learning Standards: <br><br> ☐ **Reading Text Closely:** Makes reading text(s) closely, examining textual evidence, and discerning deep meaning a central focus of instruction. ** <br><br> ☐ **Text-Based Evidence:** Facilitates rich and rigorous evidence-based discussions and writing about common texts through a sequence of specific, thought-provoking, and text-dependent questions (including, when applicable, illustrations, charts, diagrams, audio/video, and media). ** <br><br> ☐ **Writing from Sources:** Routinely expects that students draw evidence from texts to produce clear and coherent writing that informs, explains, or makes an argument in various written forms (e.g., notes, summaries, short responses, or formal essays). ** <br><br> ☐ **Academic Vocabulary:** Focuses on building students' academic vocabulary in context throughout instruction.** <br><br> ☐ **Increasing Text Complexity:** Focuses students on reading a progression of complex texts drawn from the grade-level band. Provides text-centered learning that is sequenced, scaffolded, and supported to advance students toward independent reading of complex texts at the CCR level. <br><br> ☐ **Balance of Texts:** Includes a balance of informational and literary texts as stipulated in the CCSS (p.5) and indicated by instructional time. <br><br> ☐ **Building Disciplinary Knowledge:** Provides opportunities for students to build knowledge about a topic or subject through analysis of a coherent selection of strategically sequenced, discipline-specific texts. <br><br> ☐ **Balance of Writing:** Includes a balance of on-demand and process writing (e.g. multiple drafts and revisions over time) and short, focused research projects, incorporating digital texts where appropriate. | ** Non-negotiable content. <br><br> *If not present – the unit needs to be revised or removed.* |

*Modified Quality Review Rubric developed from the Tri-State Collaborative (MA, NY, RI – facilitated by Achieve)*

Ohio | Department of Education

| III. Instructional Supports | Evidence of (IS) | IV. Assessment | Evidence of Assessment |
|---|---|---|---|
| *The lesson/unit is responsive to varied student learning needs:*<br>☐ Cultivates student interest and engagement in reading, writing, and speaking about texts. **<br>☐ Addresses instructional expectations and is easy to understand and use.<br>☐ Provides *all* students with multiple opportunities to engage with text of appropriate complexity for the grade level; includes appropriate scaffolding so that students directly experience the complexity of the text. **<br>☐ Focuses on challenging sections of text(s) and engages students in a productive struggle through discussion questions and other supports that build toward independence.<br>☐ Promotes responses grounded in evidence to demonstrate deeper understanding of the content.<br>☐ Integrates appropriate supports in reading, writing, listening and speaking for students who are ELL, have disabilities, or read well below the grade level text band.<br>☐ Provides extensions and/or more advanced text for gifted students and students who read well above the grade level text band.<br>☐ Includes a progression of learning where concepts and skills advance and deepen over time.<br>☐ Gradually removes supports, requiring students to demonstrate their independent capacities.<br>☐ Provides for authentic learning, application of literacy skills, student-directed inquiry, analysis, evaluation, and/or reflection.<br>☐ Integrates targeted instruction in such areas as grammar and conventions, writing strategies, discussion rules, and all aspects of foundational reading for grades 3-5.<br>☐ Includes independent reading based on student choice and interest to build stamina, confidence, and motivation; indicates how students are accountable for that reading.<br>☐ Uses appropriate technology and media strategically to deepen learning and draw attention to evidence and texts as appropriate. ** | ** *Non-negotiable content.*<br>*If not present – the unit needs to be revised or removed.* | *The lesson/unit regularly assesses whether students are mastering standards-based content and skills:*<br>☐ Elicits direct, observable evidence of the degree to which a student can independently demonstrate the major targeted grade level Ohio's New Learning Standards with appropriately complex text(s). **<br>☐ Assesses student proficiency using methods that are unbiased and accessible to all students. **<br>☐ Includes aligned rubrics or assessment guidelines that provide sufficient guidance for interpreting student performance. **<br>☐ Uses varied modes of assessment, including a range of diagnostic (e.g. pre-assessment), formative, summative, and self-assessment measures. | ** *Non-negotiable content.*<br>*If not present – the unit needs to be revised or removed.* |

*Modified Quality Review Rubric developed from the Tri-State Collaborative (MA, NY, RI – facilitated by Achieve)*

Ohio | Department of Education