*From SLO*
*training*
*May 2014*

4/8/2013

# Ohio | Department of Education

Student Learning Objective Overview

## 1. What is a Student Learning Objective?

A Student Learning Objective (SLO) is a measurable, long-term academic growth target that a teacher sets at the beginning of the year for all students or for subgroups of students. SLOs demonstrate a teacher's impact on student learning within a given interval of instruction based upon baseline data gathered at the beginning of the course. Each SLO includes:

- The student population or sample included in the objective;
- The standards the SLO will align with;
- The assessments that will be used to measure student progress;
- The period of time covered by the SLO;
- The expected student growth; and
- The rationale for the expected student growth.

## 2. What does a high-quality SLO look like?

High-quality SLOs state clearly which students are included in the learning objective, how growth will be measured over what time period, and why that level of growth should be expected of those students. High-quality SLOs include the following:

- ✓ *The student population or student subgroup included in the objective.* Every student should be covered by at least one SLO to ensure that no group of students is overlooked.
- ✓ *The standards the SLO addresses.* SLOs should link to specific national or state standards for the grade or content area.
- ✓ *The assessment(s) used.* The SLO should include assessments both to track student progress and make midcourse corrections (formative), and to indicate if the objective was met (summative).
- ✓ *The period of time covered by the SLO.* The SLO should note the period of instruction used to meet the goal (i.e., quarter, semester or an entire year); this period of instruction should be the length of the course. Depending on the length of the instruction period, teachers also should include timeframes for mid-year assessments of progress so that they can adjust instruction or, in some cases, modify SLOs as needed.
- ✓ *The expected student growth within that period.* The target for student growth should be realistic yet challenging. It also should include how growth will be measured.
- ✓ *The rationale for the expected student growth.* High-quality SLOs include strong justifications for why the goal is important and achievable for this group of students. Rationales should draw upon assessment data, student outcomes, and curriculum standards.

High-quality SLOs specify measurable goals that are ambitious, yet attainable. SLOs should be broad enough to represent the most important learning or overarching skills, but narrow enough to measure. When possible, SLOs should align with the Common Core State Standards (CCSS). If the CCSS do not apply to a teacher's academic area, SLOs should align with the Ohio Academic Content Standards (OACS). If the OACS do not apply to the subject area, teachers should use applicable national standards put forth by educational organizations.

4/8/2013



### 3. What are the benefits of using SLOs?

The SLO process reinforces best teaching practices and encourages educators to ensure that their students will be college and career ready. Teachers using best practices already follow an informal SLO process: They set goals for their students, use data to assess student progress and adjust their instruction based upon that progress. Thus, the SLO process provides teachers with ways to formalize their teaching practice, give input on how student learning will be measured and how they will be evaluated.

Unlike some other measures of teacher effectiveness, all school personnel can set SLOs because the ability to create SLOs does not depend upon the availability of standardized assessment scores. The SLO process allows all educators to focus on the specific objectives they want to achieve with their students and measure student growth using measures that are most relevant for their student population and content areas. SLOs enable *all* educators to demonstrate their impact on student learning and receive recognition for their efforts.

### 4. What will the SLO process look like?

LEAs have some flexibility to shape the process to fit local contexts, but ODE recommends the following steps:

**STEP 1:** Gather and review available data

**STEP 2:** Determine the interval of instruction and identify content

**STEP 3:** Choose assessments and set the growth target(s)

**STEP 4:** Submit your SLO and prepare for review and approval

**STEP 5:** Final scoring of the SLO

## Appendix A. Student Learning Objective (SLO) Template

*This template should be completed while referring to the **SLO Template Checklist**.*

Teacher Name: _____ Content Area and Course(s): _____ Grade Level(s): _____ Academic Year: _____

Please use the guidance provided in addition to this template to develop components of the Student Learning Objective and populate each component in the space below.

**Baseline and Trend Data**
*What information is being used to inform the creation of the SLO and establish the amount of growth that should take place?*

**Student Population**
*Which students will be included in this SLO? Include course, grade level, and number of students.*

**Interval of Instruction**
*What is the duration of the course that the SLO will cover? Include beginning and end dates.*

**Standards and Content**
*What content will the SLO target? To what related standards is the SLO aligned?*

**Assessment(s)**

*What assessment(s) will be used to measure student growth for this SLO?*

**Growth Target(s)**

*Considering all available data and content requirements, what growth target(s) can students be expected to reach?*

**Rationale for Growth Target(s)**

*What is your rationale for setting the above target(s) for student growth within the interval of instruction?*

Ohio Department of Education

# Student Learning Objective (SLO) Template Checklist

*This checklist should be used for both writing and approving SLOs. It should be made available to both teachers and evaluators for these purposes. For an SLO to be formally approved, ALL criteria must be met, and every box below will need a check mark completed by an SLO evaluator.*

| ①Baseline and Trend Data | ②Student Population | ③Interval of Instruction | ④Standards and Content | ⑤Assessment(s) | ⑥Growth Target(s) | ⑦Rationale for Growth Target(s) |
|---|---|---|---|---|---|---|
| *What information is being used to inform the creation of the SLO and establish the amount of growth that should take place within the time period?* ~~fall~~ | *Which students will be included in this SLO? Include course, grade level, and number of students.* fall | *What is the duration of the course that the SLO will cover? Include beginning and end dates.* anytime | *What content will the SLO target? To what related standards is the SLO aligned?* anytime | *What assessment(s) will be used to measure student growth for this SLO?* anytime | *Considering all available data and content requirements, what growth target(s) can students be expected to reach?* fall | *What is your rationale for setting the target(s) for student growth within the interval of instruction?* |
| ☐ Identifies sources of information about students (e.g., test scores from prior years, results of preassessments) ☐ Draws upon trend data, if available- ~~if not, specify no data avail.~~ ☐ Summarizes the teacher's analysis of the baseline data by identifying student strengths and weaknesses | ☐ Identifies the class or subgroup of students covered by the SLO ☐ Describes the student population and considers any contextual factors that may impact student growth ☐ If subgroups are excluded, explains which students, why they are excluded and if they are covered in another SLO— ~~specifically say "No subgroups" if there are none.~~ | ☐ Matches the length of the course (e.g., quarter, semester, year) (give dates) | ☐ Specifies how the SLO will address applicable standards from the highest ranking of the following: (1) Common Core State Standards, (2) Ohio Academic Content Standards, or (3) national standards put forth by education organizations ☐ Represents the big ideas or domains of the content taught during the interval of instruction ☐ Identifies core knowledge and skills students are expected to attain as required by the applicable standards (if the SLO is targeted) | ☐ Identifies assessments that have been reviewed by content experts to effectively measure course content and reliably measure student learning as intended ☐ Selects measures with sufficient "stretch" so that all students may demonstrate learning, or identifies supplemental assessments to cover all ability levels in the course ☐ Provides a plan for combining assessments if multiple summative assessments are used ☐ Follows the guidelines for appropriate assessments | ☐ All students in the class have a growth target in at least one SLO ☐ Uses baseline or pretest data to determine appropriate growth ☐ Sets developmentally appropriate targets ☐ Creates tiered targets when appropriate so that all students may demonstrate growth ☐ Sets ambitious yet attainable targets | ☐ Demonstrates teacher knowledge of students and content ☐ Explains why target is appropriate for the population ☐ Addresses observed student needs ☐ Uses data to identify student needs and determine appropriate growth targets ☐ Explains how targets align with broader school and district goals ☐ Sets rigorous expectations for students and teacher(s) |

*Handwritten annotations:*

from ← pre-assess

Whole class student population

Various levels of Bloom's

ⓧ If anything is recommended (trend data, ie), but ∅ data is available, specify "No trend data available."

ADDRESS EACH ☑ (or it will NOT be approved)

Ohio | Department
        | of Education

## Student Learning Objectives Frequently Asked Questions
### In accordance with Ohio Revised Code and State Board of Education Framework

# Ohio Teacher Evaluation System (OTES) Overview

Ohio's new system for evaluating teachers will provide educators with a richer and more detailed view of their performance, with a focus on specific strengths and opportunities for improvement. The new system relies on key evaluation components, each weighted at 50 percent: a rating of teacher performance and a rating of student academic growth.

The challenge for measuring student growth is that there is not a single student assessment that can be used for teachers. Local education agencies (LEAs) must use data from the state Ohio Achievement Assessments when available. If those are not applicable for a given subject or grade, LEAs can choose to use other assessments provided by national testing vendors and approved for use in Ohio. For subjects in which traditional assessments are not an option – such as art or music – LEAs should establish a process to create student learning objectives (SLOs) to measure student progress in those courses.

## Implementation

**Q: Do all teachers have to write student learning objectives?**

A: No. According to law, teachers exclusively instructing Value-Added courses must use their teacher-level report at full 50 percent for the student growth measure beginning July 2014. All other teachers can use student learning objectives as part of their student growth measures per the district plan.

**Q: Does the Department approve the student learning objectives?**

A: The Department will not collect or approve student learning objectives at the state level. It recommends that a existing district or building committee become trained to review, provide feedback, and ultimately approve student learning objectives. The composition of this approval committee is a local decision.

**Q: How many student learning objectives do I have to write?**

A: If you are using student learning objectives as a growth measure, the Department requires a minimum of two a recommends no more than four which are representative of your schedule and student population. This guideline applies to both Category B and Category A2 teachers if your district or school has determined these teachers will al using local measures.

**Q: Do I have to write a student learning objective for each course that I teach?**

A: Not necessarily. The student learning objectives should be representative of your teaching schedule and studer population. Whenever feasible, all students you instruct should be covered by a student learning objective. Within guideline of two to four student learning objectives, it is a local decision as to the exact number you will write and courses should be covered. For example, for a self-contained 3rd grade teacher who instructs all four core subjects district may make a local decision to focus student learning objectives on reading and math only.

**Q: What is the average length of a student learning objective?**

A: The length is not the important factor. Quality over quantity is the consideration. The focus of the student learn

# Interval of Instruction

he interval of instruction one curriculum unit or the entire school year?

atch the interval of instruction with the length of the course. This may be a year, semester, trimester, or a
r. Districts with buildings using intervals of instruction other than a typical school year will need multiple approval
s for their student learning objectives. For instance, in a high school using semesters, the approval committee
meet both at the beginning of the school year and again at the new semester to approve student learning
ives for their teachers.

school year ends on June 1. Does this mean my interval of instruction for my yearlong course ends on June 1?

). State law requires the completion of the evaluation process by May 1. The Department recommends that you
ister your post-assessments on or around April 15. This will allow adequate time to score the assessments,
ete the Student Learning Objective Scoring Template, and submit the data to the evaluator by May 1.

n a high school teacher instructing Algebra I and Algebra II in year-long courses. I also teach Trigonometry first
ter and Calculus second semester. My district has decided all high school teachers will write only two student
g objectives. How do I decide on which courses to focus my two student learning objectives?

rou instruct large numbers of courses, the district plan should guide the administration to work with you to
y the required courses as a focus for the student learning objectives. If this does not help narrow the focus to the
ed number of student learning objectives, the focus should next be on the courses with the highest student
nent. The district plan should strive for comparability and consistency among teachers across subjects and grade
egarding the total number of required student learning objectives.

# Standards and Content

uld student learning objectives be aligned primarily to course curriculum or Common Core State Standards?

gn student learning objectives in the following order:

1. Common Core State Standards
2. Ohio Academic Content Standards
3. National standards put forth by education organizations

I list the standards in the Standards and Content section or do I need to write a narrative?

u can list the standards in this section, but you also need to articulate the content of the standards. For example,
listing "CCSS.ELA-Literacy.W.4.4" is not enough information. In this section you will need to explain the core
dge and skills students must attain and why you identified those standards as the most important.

uld student learning objectives cover multiple standards or just one?

u must have at least one student learning objective that covers the overarching standards that represent the
n of the course. For example, if the course is a year-long course, the standards and content section must reflect
rarching standards for that year-long course. Once this course-level student learning objective is in place, you
en choose to write a targeted student learning objective, in which you focus on a subgroup of students (the low-
ng, for example) and also narrow the content to only those standards that these students have yet to master.

# Assessment(s)

**Q: What is stretch?**

A: To have sufficient stretch, an assessment must contain questions that vary in difficulty. The assessment should contain both basic and advanced knowledge and skill questions so that both low-performing and high-performing students can demonstrate growth.

**Q: Is it the intent of the student learning objective process to use the same instrument for pre-assessment and p assessment to accurately measure student growth?**

Using the same instrument as a pre- and post-assessment is not ideal. In fact, using the same assessment multiple t within the same year may decrease the validity of results since students will have seen the questions before. A wel written pre-assessment (used in conjunction with other forms of baseline data) can be a valuable source of data, because it should closely align with the post-assessment to measure growth. Pre-assessments should assess the sar general content as the post-assessment, be comparable in rigor, and should be reviewed by content experts for vali and reliability.

**Q: What types of assessments can be used with student learning objectives?**

A:

- District-approved, locally developed assessments
- Pre/Post assessments
- Performance-based assessments
- Portfolios
- Vendor assessments not on the ODE approved list

**Q: Should all modifications for students with disabilities be included in this section?**

A: The Student Learning Objective Template Checklist does not specify that modifications must be listed in the assessment section. However, articulating that modifications are being provided to your students in accordance w their IEPs is an important fact as it demonstrates knowledge of your students.

**Q: Do teachers grade the assessments?**

A: This is a local decision. It might be useful to consider grading tests in teams so you are grading your colleagues students, not your own students. Collaborative grading is used in many schools with established student learning objectives. Your district may wish to address this issue in the local Student Growth Measures Plan.

**Q: How do I know that my teacher-designed assessments are valid and reliable?**

A: It is certainly more challenging to determine if a teacher-designed assessment is valid and reliable. However, districts can put procedures in place to help increase assessment validity and reliability. Using the checklist provid by the Department in the *Guidance on Selecting Assessments for Student Learning Objectives* is a good first step. I addition, having content and assessment experts from the district or the local Educational Service Center review t assessments can help ensure that tests capture the information needed about student performance and are fair t students. Standardized scoring procedures can also increase a test's validity and reliability.

**[Ca]n I create the assessment for my student learning objective?**

[T]he Department strongly advises against an individual teacher creating an assessment. In rare cases where a team
[tea]chers cannot create an assessment, you should develop the assessment in conjunction with an instructional
[coach], curriculum supervisor, special education teacher, English Language Learner teacher, and administrator or other
[facult]y member with assessment expertise.

**[Ca]n I use my quarterly assessments or my mid-term exam as part of my post-assessment?**

[T]his is not acceptable as it would not meet the requirement for demonstrating growth between **two** points in
[time.] If the student learning objective content covers an entire semester or year, the pre- and post-assessment
[shoul]d also cover the same content for the entire semester or year. Using quarterly assessments would only assess
[the co]ntent for the quarter. Since the student learning objective covers much more content than a quarter, it is not
[accep]table to use these assessments as pre and post-assessments. These assessments would simply be used as
[forma]tive checks for you to determine whether your students are making appropriate progress toward their
[estab]lished growth targets at the end of the course. You can modify various questions from each of these
[assess]ments to create an overall pre- and post-assessment that would indeed measure the content for the entire
[cours]e.

**[W]hat if the pre-assessment used in the submitted student learning objective is not very strong?**

[T]his is a learning process. Evaluators can suggest how to improve the pre-assessment for next year. The goal is to
[learn] from the process in these early years. Districts and schools should have clear expectations regarding
[assess]ments to ensure quality pre- and post-assessments.

# Growth Targets

**[W]ill all growth targets be tiered?**

[Ins]tances may exist where one growth target may be acceptable for all students, but this is rare. For example, you
[may ha]ve a small course, such as an honors seminar, in which students start the year with similar background
[knowle]dge and skill sets. In this situation, one growth target for all students may be appropriate. The Department
[recomm]ends setting tiered growth targets to ensure you are addressing the needs of both the high- and low-performing
[studen]ts. Ultimately, every student will have a target within the established tiers.

**[If a] student is well below proficiency level, is it appropriate to set a growth target of proficiency?**

[Tar]gets should first be developmentally appropriate and then rigorous and attainable. Expecting a student to grow
[from b]elow basic to proficient in one year may be very difficult. However, in some cases, more than a year's worth of
[growth] is necessary to close the achievement gap. The student learning objective process asks you to set high
[expect]ations for students and to establish these targets based upon the analysis of baseline data. You should consult
[with co]lleagues, curriculum directors, administrators, and instructional coaches when determining appropriate growth
[targets].

**[At] what point can a teacher revise his or her growth targets?**

[In m]ost cases, you cannot revise growth targets once the student learning objective has been approved. If students
[are sho]wing greater than expected progress, the teacher can extend the assessment to more fully capture the extent of
[studen]t growth. However, the growth targets do not change. Similarly, if a student is not making sufficient progress
[toward] his or her growth target, you can alter or supplement the instructional strategies. But, again, the growth target

does not change. In some extenuating circumstances, such as after a natural disaster, outbreak of serious illness, or unplanned extended absence, you may be able to revise your student learning objective with district approval.

**Q:  How will the Ohio Department of Education and districts ensure that growth targets are rigorous across sch...**

A:  The review and approval process helps ensure rigor and comparability at the local level.  The Department recommends those approving student learning objectives complete a calibration process to ensure all team members are upholding rigorous standards for every student learning objective within the district.  The state will monitor the implementation of student learning objectives by conducting random audits.

# Rationale for Growth Targets

**Q:  I feel like I am repeating a lot of information when I attempt to complete the Rationale for Growth Targets section.  Am I doing this wrong?**

A:  Rationales must include strong justifications for why the growth targets are appropriate and achievable for the student population, and, therefore, must be based on student data and the content of the student learning objective. The rationale ties everything together, and, as a result, it touches on every component that came before it.  Rationales explain why this learning is important by making connections to school and district goals.

# Student Growth Measures- General Information

**Q:  I need more information on student growth measures.  Where do I find that information?**

A:  Here is a link for an overview of student growth measures, the Department approved list of assessments, student learning objectives information and tools, and steps for  designing local student growth measures plans for evaluation. Information is added to the website regularly.

# Business Rules for Student Growth Measures

**Q:  I need more information on the Business Rules for Student Growth Measures.  Where do I find that informat...**

The *Business Rules for Student Growth Measures* addresses technical questions about Student Growth Measures, including those regarding teachers with highly mobile student populations or extremely high or low numbers of students. Districts and schools should assume all teachers included in the new evaluation system, per state law, will have growth measures unless these business rules state otherwise.  Click here to visit the business rules.

# Ohio Department of Education Student Growth Measures Training: Glossary of Terms

**Academic Peers** – Students who have similar prior academic achievement (i.e., those with similar past performance).

**ODE Approved List of Assessments (Category B Teachers)** – The approved list of vendor assessments has been created by the Ohio Department of Education to include assessments that meet these fundamental requirements for measuring student growth: (1) are highly correlated with curricular objectives, (2) have enough "stretch" to measure the growth of both low- and high-achieving students, and (3) meet appropriate standards of test reliability. Some examples are Stanford 10,STAR Math, Iowa Assessments . An updated list will be posted in early January 2013 on the ODE website. Teachers who have vendor assessment scores are referred to as Category B teachers.

**Baseline** – The description of how students performed at the beginning of the interval of instruction. It is the starting point used in the Student Learning Objective process. Baseline data demonstrate students' background knowledge and skill sets related to academic standards at the start of the year/semester and are used when setting a growth target. Student growth is determined by the progress that a student makes over a period of time from baseline performance.

**Class/Course SLO** – An SLO that covers all students in a class or course and addresses the most essential learning of the course.

**Diagnostic assessment** – Assessments that are administered prior to or during instruction to determine each student's strengths, weaknesses, knowledge, and skills, and to permit teachers to remediate, enrich, accelerate, or differentiate the instruction to meet each student's readiness for new learning.

**Differentiated instruction** – Differentiated instruction is a general term for an approach to teaching that responds to the range of learner needs and preferences in the classroom, and attempts to account for those differences in instructional planning and delivery, as well as in the content, process, product, and learning environment.

**District plan** – The district plan is a table that includes the student growth percentages for each of the three categories of educators for each student growth measure. It must be submitted into eTPES.

**eTPES** – The Ohio Teacher and Principal Evaluation Systems (eTPES) is a Web-based educator evaluation system for statewide use by Ohio districts and schools. eTPES is the method by which LEAs report their teacher and principal final summative ratings to the state. Evaluators will be able to collect and store growth and improvement plans, evidence and documented observations to determine educator performance based upon defined rubrics. It also includes student growth measure data and calculates a final summative rating for each person evaluated. eTPES can be used for the OTES and OPES models as well as district developed evaluation system models and rubrics. The electronic system will follow the framework for educator evaluation as adopted by the State Board of Education, which includes multiple measures of teacher and principal performance (50 percent) and student academic growth (50 percent).



1



**Evaluator** – An educator who is appropriately trained and credentialed to observe and evaluate a classroom teacher and/or an educator who is trained to approve Student Learning Objectives.

Specifically, each evaluation must be conducted by one or more of the following persons who hold a credential[1] established by the Department of Education for being an evaluator:

    (1) A person who is under contract with the board and holds a license designated for being a superintendent, assistant superintendent, or principal;

    (2) A person who is under contract with the board and holds a license designated for being a vocational director, administrative specialist, or supervisor in any educational area;

    (3) A person designated to conduct evaluations under an agreement entered into by the board, including an agreement providing for peer review entered into by the board and representatives of teachers employed by the board;

    (4) A person who is employed by an entity contracted by the board to conduct evaluations and who holds a license designated for being a superintendent, principal, vocational director, administrative specialist, or supervisor in any educational area (ORC 3319.111 and 3319.112).

**Evidence** – For Student Learning Objectives, it includes baseline and post- assessment measures stated in the SLO that will be used for determining levels of student learning. It also includes other forms of student work products that are used to determine how much students are learning. Evidence collected does not have to use identical assessments for determining progress from baseline to growth targets; it is possible to use a collection of evidence from different measures.

**Final Summative Rating** – At the end of each year, teachers will receive one of four final ratings based upon the combination of measures of teacher performance on the standards (50 percent) and student growth measures (50 percent): accomplished, proficient, developing, ineffective.

**Focused Student Learning Objective (SLO)** – An SLO that may cover all or a subset of Ohio content standards targeted at a particular group of students, such as those beginning with a low level of preparedness or students in need of enrichment.

**Formative Assessments** – Assessments that are administered on an ongoing basis to document the progress made by learners toward the Student Learning Objective(s). Formative assessments allow teachers to target lessons to the areas in which students need to improve, and focus less on areas in which they have already demonstrated mastery.

**Growth** – For SLOs, growth is represented by a change in the level of learning for each student over two points in time. Growth refers to students advancing in their level of achievement for given learning content. It requires a baseline and a target that is higher than the baseline for the same students.

**Growth Target** – A student growth target is an outcome that describes the level of growth a student must demonstrate to reach or exceed to achieve expectations at the end point of the interval of instruction. Growth targets (1) should be informed by baseline or, in some cases, trend data, (2) should include specific indicators of growth that should demonstrate an increase in learning between two points in time, (3) should be tiered whenever possible and appropriate, and (4) should be set so that all students can demonstrate developmentally appropriate growth.

---

[1] To be credentialed, the person must meet one of the criteria above and have completed the state-sponsored Ohio Teacher Evaluation System (OTES) training and pass an online assessment.




**HB 153** – House Bill 153 (HB 153) required that 50 percent of the teacher and principal evaluation framework include measures of student growth (ORC 3319.111, 3319.112).

**HB 555** – The Ohio legislature recently passed HB 555, which made changes to the decisions LEAs can make regarding Category A teachers. ODE is in the process of updating materials and supporting LEAs through this change (ORC 3319.111, ORC 3319.112).

**Interval of Instruction** – For Student Learning Objectives, the interval of instruction is the duration of the course that the SLO will cover. It must include beginning and end dates.

**Initial Conference** – A conference in the fall during which a teacher and Student Learning Objective evaluator discuss the teacher's students' starting points and approve the SLO(s). It can be scheduled in conjunction with an observation conference or beginning-of-year conference.

**LEA Measures (Category C Teachers, plus Teachers from Category A or B who will use Local Measures)** – For Ohio's Student Growth Measures, local measures include a choice by the district of Student Learning Objectives and/or shared attribution. Teachers in non-tested grades and subjects without value-added data or comparable vendor assessments are referred to as Category C teachers. These teachers and teachers from Category A or B who use local measures will use the SLO process.

**Learning Content** – The content, skills, and specific standards (national, state, local, CCSS), to which the SLO is aligned. All SLOs should be broad enough to represent the most important learning or overarching skills, but narrow enough to be measured.

**Mid-Course Check-In** – A conference in the middle of the year in which the Student Learning Objective evaluator and teacher meet to discuss progress the students are making toward SLO attainment.

**Multiple Measures** - The teacher evaluation framework is based on multiple measures of performance and student growth. It is important that the holistic evaluation rating consider multiple factors across time. Accordingly, there are multiple measures within teacher performance and student growth, within and across years. The student growth measures may include data from multiple students, assessments and subjects.

Teacher Value-Added, by methodological definition, includes multiple measures on multiple levels. First, the EVAAS methodology incorporates students' test histories (across all state-tested subjects) in determining growth metrics. Second, Value-Added creates effectiveness ratings for each tested grade and subject, as well as an aggregate composite rating. So for example and analogous to Value-Added on the Local Report Card, a 5th grade teacher may have a Value-Added rating for 5th grade math, a separate rating for 5th grade reading, and an overall composite rating. Third, the Value-Added metric will eventually roll into a three-year average so that multiple years of multiple measures are represented.

**Ohio Standards for Educators** – A framework of expectations for what educators (teachers and principals) should know and demonstrate in their practice. The Educator Standards recognize the many facets and complexities of the teaching and principal professions.

 

3

**Professional Judgment** – An evaluator's ability to look at SLO information gathered and to make a data-informed decision regarding a teacher's performance without using a predetermined formula.

**Rationale** – For Student Learning Objectives, the rationale represents the deeper thinking behind the selection and inter-relationship of the SLO components.

**Reliability** – The consistency of students' observed scores. In other words, an assessment is reliable when it is administered in such a way that students with the same skills and knowledge should obtain similar scores.

**Shared Attribution** – Student growth measures that can be attributed to a group. These measures can be used to encourage collaborative goals and may be used as data in the student growth component. Shared attribution measures may include:
- Building or District Value-Added is recommended if available;
- Building teams (such as content area) may utilize a composite Value-Added score;
- Building- or District-based SLOs.

**State-Provided Growth or Value-added Measures** – For all teachers whose students take State assessments in grades 4-8, English Language Arts/Mathematics, Ohio will provide a teacher growth score comparing the gain the teacher's students made between two points in time to the gains made by students with similar academic and other characteristics across the State.

**Stretch** – The extent to which the assessment adequately captures performance of both low-performing and high-performing students.

**Student Achievement** – Student achievement is defined as follows: (a) For tested grades and subjects: (1) a student's score on the state's assessment under ESEA; and , as appropriate, (2) other measures of student learning, such as those described in paragraph (b) of this definition, provided they are rigorous and comparable across classrooms.  (b) For non-tested grades and subjects: alternative measures of student learning and performance such as student scores on pre-tests and end-of-course tests; student performance on English language proficiency assessments; and other measures of student achievement that are rigorous and comparable across classrooms.  (Ohio Department of Education, September 15, 2011, Ohio Principal Evaluation System, p. 27, retrieved December 18, 2012 from http://www.ode.state.oh.us/GD/DocumentManagement/DocumentDownload.aspx?DocumentID=112209)

**Student Growth** - For the purpose of use in evaluation systems, student growth is defined as *the change in student achievement for an individual student between two or more points in time (*excerpted from *Measuring Student Growth for Teachers in Non–Tested Grades and Subjects: A Primer).*

**Student Growth Measures** – Student growth measures (SGMs) are a method for determining how much academic progress students are making by measuring growth between two points in time. In essence, any assessment available to educators will be considered a student growth measure when used to evaluate progress or growth, provided the assessment is rigorous and comparable across classrooms (Ohio Department of Education, retrieved December 18, 2012, from http://www.ode.state.oh.us/GD/Templates/Pages/ODE/ODEDetail.aspx?page=3&TopicRelationID=1230&ContentID=125742&Content=137463)



4



**Student Learning Objective (SLO)** – SLOs are goals identified by a teacher or group of teachers that identify expected learning outcomes or growth targets for a group of students over a period of time. SLOs are determined by teachers after analyzing data on student academic performance and identifying areas that need a targeted effort for all students and subgroups of students. As a way to measure student growth, the objectives demonstrate a teacher's impact on student learning within a given interval of instruction. Further, they enable teachers to use their own knowledge of appropriate student progress to make meaningful decisions about how their students' learning is measured. As a collaborative process, SLOs also support teacher teams in their use of best practices.

**Student Population** – The students included in the SLO.

**Summative Conference** – A conference where the Student Learning Objective evaluator and teacher discuss summative student data results related to the scoring of SLO(s). This conference could happen before May 1. It can be scheduled in conjunction with another conference.

**Teacher-Created Assessment** – A teacher-developed assessment used by a single teacher for a particular course, e.g., a teacher's final exam that only this particular teacher uses. Please note that the Ohio Department of Education strongly discourages the use of a classroom assessment for the Student Learning Objective.

**Teachers of Tested Subjects (Category A Teachers)** – Teachers of tested subjects are considered to be those who teach subjects with state standardized tests, in particular those who will have state-generated value-added or growth reports available. Ohio law states that if teachers have a value-added or growth report (Category A teachers) available, it must be used.

**Teacher of Record** – The teacher of record is an individual (or individuals in the case of co-teaching assignments) who has been assigned responsibility for a student's learning in a subject/course. Students can have more than one teacher of record in a specific subject/course.

**Trend data** – Trend data are performance data gathered over the course of multiple years. For example, trend data can be assessment scores for past students gathered over the course of three years. These data may provide information about students' performance in the past and where they showed strengths and weaknesses in knowledge and skill at the end of the course. Trend data can also be useful in helping inform growth targets in SLOs.

**Validity** – An assessment has validity, or is valid, if it measures accurately what it says it measures.

**Value-Added** - In Ohio, Value-Added refers to the EVAAS Value-Added methodology, provided by SAS, Inc. This is distinct from the more generic use of the term "value- added," which can represent a variety of statistical modeling techniques. The Ohio EVAAS Value-Added measure of student progress at the district and school level has been a component of the Ohio Accountability System for several years. Ohio's Race to the Top (RttT) plan provides for the expansion of Value-Added to the teacher level. Value-Added calculations currently utilize data from the Ohio Achievement Assessments (OAA). As the new Partnership for Assessment of Readiness for College and Careers (PARCC) assessments become operational and replace the current assessment system, they will be integrated into the Value-Added calculations. Additionally, the EVAAS data reporting system has added several features to help educators use this important data. Battelle for Kids (BFK) is providing professional development and other related services across the state.





**Value-Added Multivariate Response Model (MRM) Composite** – The value-added MRM composite is generated based on state tests that are administered annually in English Language Arts/Mathematics in grades 4-8 for use in a value-added report that is prepared for an individual teacher.

**Value-Added Univariate Response Model (URM) Composite** – The value-added URM composite score is generated based on state test data that do not meet the requirements for an MRM analysis. This model uses data from multiple tests with unlike scales (TerraNova, state assessments, etc.) and is used where the OAA is not administered in consecutive grades, such as science.

**Vendor Assessment** – HB 153 requires ODE to develop a list of student assessments that measure mastery of the course content for the appropriate grade level, which may include nationally-normed standardized assessments, industry certification examinations, or end-of course examinations for grade levels and subjects for which the Value-Added measure does not apply (the non-tested grades). ODE released a Request for Qualifications (RFQ) so interested vendors could demonstrate that their assessments qualified for use in Ohio schools. The list of approved assessments will be maintained and updated by ODE.



*No. 6   Science*



# Student Learning Objective (SLO) Template

*This template should be completed while referring to the SLO Template Checklist.*

Teacher Name:              Content Area and Course(s): Science      Grade Level(s):  6th Grade       Academic Year: 2012-2013

Please use the guidance provided in addition to this template to develop components of the student learning objective and populate each component in the space below.

**Baseline and Trend Data**
*What information is being used to inform the creation of the SLO and establish the amount of growth that should take place?*

This baseline data is based on results from a district-created, cumulative pre-assessment, covering the district's yearly 6th grade science curriculum, which is aligned to Ohio's New Learning Standards. The pre-assessment consists of 39 multiple-choice questions and 6 extended response questions to show students' background knowledge of concepts covered in the 6th grade science course. Pre-test scores ranged from 21% to 93% accuracy.  Mastery level for an individual standard is 75%.  68% of the students tested showed mastery in the scientific ways of knowing standard, while 15% showed mastery in life science.  Trend data from prior years' pre and post assessments indicate that 6th grade students consistently struggle with life science and do well in scientific ways of knowing. This particular cohort exhibited the same trend of strengths and weaknesses.

Pre-Assessment data:

| Pre-Test Results (Score Ranges) | # of students & contextual factors | |
|---|---|---|
| 20 – 30% | 6 | (4 IEP, 1 504, 1 ADHD) |
| 31 – 50% | 7 | (1 IEP, 1 ADHD) |
| 51 – 70% | 17 | (1 IEP, 1 504) |
| 71 – 85% | 15 | (1 IEP, 1 Gifted) |
| 86 – 100% | 12 | (6 Gifted, 1 ADHD)     8 students above 90% |

| Comments: Baseline and Trend Data |
|---|
| *What information is being used to inform the creation of the SLO and establish the amount of growth that should take place within the time period?* |
| ☐ Identifies sources of information about students (e.g., test scores from prior years, results of preassessments) |
| ☐ Draws upon trend data, if available |
| ☐ Summarizes the teacher's analysis of the baseline data by identifying student strengths and weaknesses |
| 1st: Yes. Results are identified. Pre-test data in narrative and numerical form and information about trend data is included. The table displaying a summary of the students' pre-test scores (and related contextual factors) grouped into tiers will be of great assistance in establishing the subsequent student growth targets. |
| 2nd: Yes. Strengthen by providing the noted trend data from previous years, if available. Continue to collect trend data moving forward as this data, combined with each year's pre-assessment results, will be valuable to establish appropriate and tiered growth targets. |
| 3rd: Yes. The students' strengths and weaknesses are analyzed based on the data. Is it possible to determine what the lowest performing students are lacking in basic knowledge? For next year, consider adding some questions to help show exactly what base knowledge these low-performing students bring to the classroom. |

**Student Population**
*Which students will be included in this SLO? Include course, grade level, and number of students.*

The SLO covers all 57 of my 6th grade students, which I teach 1st and 2nd periods. 7 of these students are identified as special needs students (IEP) and 2 students are on a 504 plan for a variety of reasons, including ADHD, hearing impairment, and anxiety disorder. The 7 IEP students include 6 students who are identified in reading. They specifically struggle with reading comprehension, which directly impacts their progress in science. One IEP student is identified in math. I will provide these students with all instructional and assessment accommodations and modifications contained in their Individual Education Plans. Additionally, 3 students in this group have a documented diagnosis of ADHD and require intervention strategies on assessment and homework assignments, such as read aloud testing and extra time on tests and homework assignments. 7 of my students are identified as gifted in the area of science and I work closely with the Gifted Intervention Specialist to modify homework and assessments to enrich learning experiences. Our district has a 58% deprivation rate (students on free and reduced lunch) and a 19% homeless population and our city has a 64% mobility rate. Students who have missed 60 or more days of instruction have been excluded from the SLO final rating; however, the pre and post assessment data has been collected and analyzed.

2

| Comments: Student Population |
|---|
| *Which students will be included in this SLO? Include course, grade level, and number of students.* |
| ☐ Identifies the class or subgroup of students covered by the SLO |
| ☐ Describes  the student population and considers any contextual factors that may impact student growth |
| ☐ If subgroups are excluded, explains which students, why they are excluded and if they are covered in another SLO |
| 1st: Yes.<br>2nd: Yes. Very nice job including all contextual factors.<br>3rd: Yes. |

**Interval of Instruction**
*What is the duration of the course that the SLO will cover? Include beginning and end dates.*

This class is a yearlong course taught in a one period class, or 41 minutes, attended daily by students. This SLO covers an interval of instruction beginning August 27, 2012 and ending on April 15, 2013.  The interval of instruction takes into account the May 1 deadline established by the OTES timeline.

| Comments: Interval of Instruction |
|---|
| *What is the duration of the course that the SLO will cover? Include beginning and end dates.* |
| ☐ Matches the length of the course (e.g., quarter, semester, year) |
| 1st: Yes. |

**Standards and Content**
*What content will the SLO target? To what related standards is the SLO aligned?*

*What concentrating most on in content area?*

This non-targeted SLO focuses on the entire yearlong course content as established within the guidelines of Ohio's New Learning Standards for grade 6 Science. The grade band theme is *Order and Organization*. This theme focuses on helping students use scientific inquiry to discover patterns, trends, structures, and relationships that may be described by simple principles. These principles are related to the properties or interactions within and between systems. Scientific Inquiry and Application is always a focus for 6th grade science. Specifically, this course will focus on:

- Identifying question that can be answered through scientific investigations
- Designing and conducting a scientific investigation
- Using appropriate mathematics, tools, and techniques to gather data and information
- Analyzing and interpreting data
- Developing descriptions, models, explanations and predictions

The focused strand connection is: *All matter is made of small particles called atoms. The properties of matter are based on the order and organization of atoms and molecules. Cells, minerals, rocks, and soil are all examples of matter.*

This SLO will cover these topics and content statements:

- Earth and Space Science (ESS)  Topic: Rocks, Minerals, and Soil
  Focuses on the study of rocks, minerals, and soil which make up the lithosphere. Classifying and identifying different types of rocks, minerals, and soil can decode the past environment in which they formed.
  ➤ Minerals have specific, quantifiable properties.
  ➤ Igneous, metamorphic, and sedimentary rocks have unique characteristics that can be used for identification and/or classification.
  ➤ Soil is unconsolidated material that contains nutrient matter and weathered rock.

- Physical Science (PS) Topic: Matter and Motion
  Focuses on the study of foundational concepts of the particulate nature of matter, linear motion and kinetic and potential energy.
  ➤ All matter is made of small particles called atoms.
  ➤ Changes of state are explained by a model of matter composed of atoms and/or molecules that are in motion.
  ➤ There are two categories of energy: kinetic and potential

June 2013

4

- Life Science (LS) Cellular to Multicellular

    Focuses on the study of the basics of Modern Cell Theory. All organisms are composed of cells, which are the fundamental unit of life. Cells carry on the many processes that sustain life. All cells come from pre-existing cells.
    - ➢ Cells are the fundamental unit of life.
    - ➢ Cells carry on specific functions that sustain life.

More instructional time will be devoted to Life Science due to the low preassessment scores. This and past cohorts struggle with cellular to multicellular understanding and this topic requires more time. Physical Science and Earth and Space Science are also topics that are essential in order for students to gain the necessary base knowledge for success in grade 7 science. Students should have been introduced to soil in grade 3, but due to the revised standards, this will have to be reviewed. Physical Science in grade six focuses on matter and motion, specifically the foundational concepts of the particulate nature of matter, linear motion and kinetic and potential energy are covered. Because these foundational skills are introduced at this level, it is essential that students know and understand the concepts of this topic. Earth and Space Science will require the least amount of instructional time but still must be included for success in future courses. The focus will be on the lithosphere make up and classification of different types of rocks, minerals, and soil.

Details for instruction are provided in Ohio's New Learning Standards and Model Curriculum for Science, specifically grade 6.

Overarching concepts: Ohio's Cognitive Demands for Science          *Ohio Department of Education, March 2011*

| Comments: Standards and Content |
|---|
| *What content will the SLO target? To what related standards is the SLO aligned?* |
| ☐ Specifies how the SLO will address applicable standards from the highest ranking of the following: (1) Common Core State Standards, (2) Ohio Academic Content Standards, or (3) national standards put forth by education organizations<br>☐ Represents the big ideas or domains of the content taught during the interval of instruction<br>☐ Identifies core knowledge and skills students are expected to attain as required by the applicable standards (if the SLO is targeted) |
| 1st: Yes. The SLO identifies applicable standards from Ohio's New Learning Standards.<br>2nd: Yes. The SLO represents the big ideas of the course content.<br>3rd: N/A. The SLO is not targeted. |

**Assessment(s)**
*What assessment(s) will be used to measure student growth for this SLO?*

I will assess students using a district approved cumulative postassessment, which covers the content of Ohio's New Learning Standards for grade 6 Science. Science content-specialists collaboratively developed and authored the postassessment, which will mirror the content tested in the pre-assessment.  Accommodations for students on an IEP or 504 will include: 5 students will receive extended time for the assessments, 1 will receive a scribe, 5 will be tested in small groups, and 6 students will have the exam read aloud to them. To further measure student growth for advanced students, students scoring 90% or higher on the pre-test will be assigned an end-of-course capstone project in addition to the end-of-course exam.  Each project will be evaluated using a district-created and approved rubric that assesses the course content using higher levels of Bloom's taxonomy.

For students who are assigned an end-of-course capstone project, post assessment data will be collected as a portfolio assessment out of 100 points.  Their project will account for 30% of their growth target, and the postassessment will account for 70% of their growth target.  Students must score a 90 on their capstone project to meet their growth target. Students who were not assigned the capstone project, their post assessment data will be comprised entirely of their end-of-course exam score.

Pre and post assessment data will be compared to measure student growth.

| Comments: Assessment(s) |
|---|

*What assessment(s) will be used to measure student growth for this SLO?*

☐ Identifies assessments that have been reviewed by content experts to effectively measure course content and reliably measure student learning as intended
☐ Selects measures with sufficient "stretch" so that all students may demonstrate learning, or identifies supplemental assessments to cover all ability levels in the course
☐ Provides a plan for combining assessments if multiple summative assessments are used
☐ Follows the guidelines for appropriate assessments

1st: Yes. The end-of-course exam and capstone project rubric are both district created and approved.
2nd: Yes. The teacher includes how she will address the needs of high performing students through the addition of a capstone project and lower performing students through additional supports.
3rd: Yes. A plan for combining assessments is included.
4th: Yes.

**Growth Target(s)**

*Considering all available data and content requirements, what growth target(s) can students be expected to reach?*

Students will increase their knowledge of 6th grade Science principles and will be measured by comparing the results of the pre-assessment and the post-assessment and possible capstone project. I have set tiered growth targets for my students. All students will be expected to achieve at least a target score of 60, which is the passing score for my district. Students' score on the pre assessment determine their growth target for the post-assessment.

| Baseline Score Range (based on pre assessment) | Target Score (can't have range) |
|---|---|
| 20 – 30 | 60 |
| 31 – 50 | 70 |
| 51 – 70 | 80 |
| 71 – 85 | 95 |
| 86 – 100 | 100 (includes a capstone project for students scoring 90% or higher on the pre-test; students must score a 90 or higher on the capstone project) |

| Comments: Growth Target(s) |
|---|
| *Considering all available data and content requirements, what growth target(s) can students be expected to reach?* |
| ☐ All students in the class have a growth target in at least one SLO<br>☐ Uses baseline or pretest data to determine appropriate growth<br>☐ Sets developmentally appropriate targets<br>☐ Creates tiered targets when appropriate so that all students may demonstrate growth<br>☐ Sets ambitious yet attainable targets |
| 1st: Yes.<br>2nd: Yes. Pre-assessment scores are included on the graph.<br>3rd: Yes. Targets are developmentally appropriate and are tiered. Lower achieving students are expected to exhibit more growth than higher performing students, which is explained in the rationale. This expectation will assist in closing the achievement gap among the students.<br>4th: Yes. Tiered targets are set and allow all students to demonstrate developmentally appropriate growth.<br>5th: Yes. Targets are attainable and ambitious. |

June 2013

7

**Rationale for Growth Target(s)**
*What is your rationale for setting the above target(s) for student growth within the interval of instruction?*

I set tiered targets to help ensure that all students will be able to demonstrate developmentally appropriate growth.  Because the 6th grade science concepts serve as prerequisites for future science courses, it is essential that students grasp the basic concepts set forth in Ohio's New Learning Standards for 6th grade science.  More instructional time will be devoted to life science due to the low preassessment scores observed. This and past cohorts struggle with cellular to multicellular understanding and this topic requires more time. As observed through the preassessment analysis and trend data, they specifically struggle with the cell functions. Emphasis will be placed on the function and coordination of cell components, as well as on their roles in overall cell function. Physical Science and Earth and Space Science are also topics that are essential in order for students to gain the necessary base knowledge for success in grade 7 science. Students should have been introduced to soil in grade 3, but due to the revised standards, this will have to be reviewed. Physical Science in grade six focuses on matter and motion, specifically the foundational concepts of the particulate nature of matter, linear motion and kinetic and potential energy are covered-because these foundational skills are introduced at this level, it is essential that students know and understand the concepts of this topic. Earth and Space Science will require the least amount of instructional time but still must be included for success in future courses. The focus will be on the lithosphere make up and classification of different types of rocks, minerals, and soil.

Students who scored lower on the pre-assessment will be expected to demonstrate more growth in order to meet grade-level expectations.  In addition, to assure enough stretch for my highest performing students, I will include the results of their capstone project in their growth target. They will be required to score a 90 or higher on their capstone project in addition to scoring a 100 on the postassessment.

The growth targets are representative of district and building goals.  Our OIP goals state 80 % of students 6-8, will score proficient or higher as measured by quarterly assessments or OAA results. The lowest target score of 60% was chosen based previous Science OAA cut scores averages of 55%.

June 2013

8

| Comments: Rationale for Growth Target(s) |
|---|
| *What is your rationale for setting the target(s) for student growth within the interval of instruction?* |
| ☐ Demonstrates teacher knowledge of students and content<br>☐ Explains why target is appropriate for the population<br>☐ Addresses observed student needs<br>☐ Uses data to identify student needs and determine appropriate growth targets<br>☐ Explains how targets align with broader school and district goals<br>☐ Sets rigorous expectations for students and teacher(s) |
| 1st: Yes. Knowledge of content and students is included.<br>2nd: Yes. Explanation of target setting is included and logical.<br>3rd: Yes. Information about the weakness observed, life science, is included and explained.<br>4th: Yes.<br>5th: Yes. Targets align with district OIP goals.<br>6th: Yes. Rigorous expectations for students and teachers are evident. |

9

June 2013

SLO - goal on student
impact on learning
* for all group of students

* We are responsible for
a whole years worth of
learning

Differentiate expectations

If they miss 45 or more days
don't count against you.

Wants data (pre/post) bi-weekly
Come up w/ testing to measure
progress

Standards along w/ Blooms Tax. to
assess students

Appendix B  Student Learning Objective (SLO) Template Checklist

This checklist should be used for either writing or reviewing SLOs. It should be used in conversation with teachers who are writing these objectives. Some SLOs may not typically approach. All criteria listed below will be necessary to complete an SLO for review.

| Baseline and Trend Data | Student Population | Interval of Instruction | Standards and Content | Assessment(s) | Growth Target(s) | Rationale for Growth Target(s) |
|---|---|---|---|---|---|---|
| *What information is being used to inform the creation of the SLO and establish the amount of growth that should take place within the time period?* | *Which students will be included in this SLO? Include course, grade level, and number of students.* | *What is the duration of the course that the SLO will cover? Include beginning and end dates.* | *What content will the SLO target? To what related standards is the SLO aligned?* | *What assessment(s) will be used to measure student growth for this SLO?*  Good idea to use more than one | *Considering all available data and content requirements, what growth target(s) can students be expected to reach?* | *What is your rationale for setting the target(s) for student growth within the interval of instruction?* |
| ☐ Identifies sources of information about students (e.g., test scores from prior years, results of preassessments) | ☐ Includes all students in the class covered by the SLO | ☐ Matches the length of the course (e.g., quarter, semester, year)  Growth min. # of assessed minutes | ☐ Specifies how the SLO will address applicable standards from the highest ranking of the following: (1) Common Core State Standards, (2) Ohio Academic Content Standards, or (3) national standards put forth by education organizations | ☐ Identifies assessments that have been reviewed by grade-level and content-level district experts to effectively measure course content and reliably measure student learning as intended | ☐ Ensures all students in the course have a growth target | ☐ Demonstrates teacher knowledge of students and content |
| ☐ Draws upon trend data, if available | ☐ Describes the student population and considers any contextual factors that may impact student growth | | ☐ Represents the big ideas or domains of the content taught during the interval of instruction | ☐ Selects measures with sufficient "stretch" so that all students may demonstrate learning, or identifies supplemental assessments to cover all ability levels in the course | ☐ Uses baseline or pretest data to determine appropriate growth | ☐ Explains why target is appropriate for the population |
| ☐ Summarizes the teacher's analysis of the baseline data by identifying student strengths and weaknesses | ☐ Does not exclude subgroups of students that may have difficulty meeting growth targets | | ☐ Identifies key knowledge and skills students are expected to attain as required by the applicable standards (if the SLO is targeted) | ☐ Provides a plan for combining assessments if multiple summative assessments are used | ☐ Sets developmentally appropriate targets | ☐ Addresses observed student needs |
| | | | | ☐ Follows the guidelines for appropriate assessments | ☐ Creates tiered targets when appropriate so that all students may demonstrate growth | ☐ Uses data to identify student needs and determine appropriate growth targets |
| | | | | | ☐ Sets ambitious yet attainable targets | ☐ Explains how targets align with broader school and district goals |
| | | | | | | ☐ Sets rigorous expectations for students and teacher(s) |

50% od time teaching
Students

② Reading & Math

Graded on rubric 50%
50% of Student Growth
Measures
1) value added
OR 2) SLOs

Due on
Full min. of C for an SLO
60. 2 SLOs on Lower
grades
Look at building data

It's state law and it
is district policy
People will be reprimanded
for not doing it.

5/20/14

## Student Growth Measures in Teacher Evaluation

### Introduction to Student Growth Measures and SLOs

AIR    Ohio | Department of Education

---

## Intended Outcomes

Teachers should be able to:
- Understand the categories of student growth measures within the Ohio Educator Evaluation Systems
- Recognize the components of a high-quality SLO
- Understand the importance of using appropriate assessments in the SLO process
- Create SLOs using the SLO template & checklist

AIR    Ohio | Department of Education                    2

---

ODE Web Site   http://www.ode.state.oh.us

Click on Educator Evaluation on the ODE Homepage
click SGMs section

| Principal Evaluation | Teacher Evaluation | District Resources | Student Growth Measures |
|---|---|---|---|
| Description | Model Board Policy | OTES Evaluator Training | Overview |
| FAQ | FAQ | OTES / Electronic Evaluation System | Approved list of assessments |
| Framework | Framework | Gap Analysis | Student Learning Objectives - New Tools |
| Model | Model | Legislative Updates | Steps for Designing Local Student Growth Plans |
| Resources | Resources | Next Steps | FAQs |
| | Overview videos | | |

AIR    Ohio | Department of Education

---

## Where Do SLOs Fit In?



AIR    Ohio | Department of Education                    4

---

## Definition of Student Growth

For the purpose of use in Ohio's evaluation systems, **student growth** is defined as *the change in student achievement for an individual student between two or more points in time.*

Excerpted from *Measuring Student Growth for Teachers in Non-Tested Grades and Subjects: A Primer*

AIR    Ohio | Department of Education                    5

---

HB 555 Changes Category A



AIR    Ohio | Department of Education

---

1

5/20/14









## What are Student Learning Objectives?

An SLO is:

- A goal that demonstrates a teacher's impact on student learning within a given interval of instruction.
- A measurable, long-term academic target written by an individual teacher or a teacher team.



5/20/14

---

# The SLO Template

AIR   Ohio | Department of Education

13

---

## High-quality SLOs include or address the following criteria:

1. Baseline and Trend Data
2. Student Population
3. Interval of Instruction
4. Standards and Content
5. Assessment(s)
6. Growth Target(s)
7. Rationale for Growth Target(s)

AIR   Ohio | Department of Education

14

---

## SLO Template Checklist



AIR   Ohio | Department of Education

15

---

## SLO Components 1 - 2

1. **Baseline and Trend Data**
   – Summarizes student information (test score from previous years, results of pre-assessments)
   – Identifies student strengths and weaknesses
   – Reviews trend data to inform the objective and establish the amount of growth that should take place
2. **Student Population.** Includes the following:
   – Students
   – Course
   – Grade level
   – Number of students included in the objective.

AIR   Ohio | Department of Education

16

---

## SLO Components 3-4

3. **Interval of Instruction.** The duration of the SLO (including start and end dates)
4. **Standards and Content.**
   – SLO should cover the content, skills, and specific standards to which the SLO is aligned.
   – SLOs should be broad enough to represent the most important learning or overarching skills, but narrow enough to be measured.

AIR   Ohio | Department of Education

17

---

## SLO Components 5-6

5. **Assessment(s).**
   – Assessments that will be used to measure student growth for the objective.
   – Assessment(s) should be reviewed by content experts to effectively measure course content and should have sufficient "stretch" so that all students may demonstrate learning.
   – If supplemental assessments are needed to cover all ability levels in the course, this section should provide a plan for combining multiple assessments.
6. **Growth Target(s).**
   – The target for student growth should reflect high expectations for student achievement that are developmentally appropriate.
   – The targets should be rigorous yet attainable.

AIR   Ohio | Department of Education

18

---

3

5/20/14

## SLO Component 7

**7. Rationale for Growth Target(s).**
- High quality SLOs include strong justifications for why the goal is important and achievable for this group of students.
- Rationales should draw upon assessment, baseline and trend data, student outcomes, and curriculum standards and should be aligned to broader school and district goals.

AIR   Ohio | Department of Education   19

## Locating Assessments



- 1. National or state assessments
- 2. Commercially available assessments
- 3. District- or team-created assessments
- 4. Teacher-created assessments

AIR   Ohio | Department of Education   20

## Stretch

- Assessments should
  - Allow both low- and high-performing students to demonstrate growth.
  - Challenge highest performing students.

Lowest performing students — Highest performing students (Student A, Student B, Student C, Student D, Student E, Student F)

AIR   Ohio | Department of Education   21

## Validity and Reliability Considerations

- The assessment should
  -- Be valid—it measures what it says it measures.
  -- Be reliable—it produces consistent results.
  -- Contain clearly written and concise questions and directions.
  -- Be fair to all groups of students.

AIR   Ohio | Department of Education   22

## Assessment Questions to Consider

- Is there a state- or vendor-created assessment that could be used instead of this assessment?
- Is the assessment aligned with the content and skills covered in the course?
- Does this assessment measure what it intends to measure?
- Are scoring procedures in place?
- How and when will the assessment be administered?
- Based on student baseline data, will all students be able to demonstrate growth on this assessment?
- Will this assessment be fair to all students, including students with disabilities and English language learners?
- Are different assessments needed for students who are gifted?

AIR   Ohio | Department of Education   23

## Growth Targets

- Should be informed by baseline or, in some cases, trend data.
- Should include specific indicators of growth that demonstrate an increase in learning between two points in time.
- Should be tiered whenever possible and appropriate.
- Should be set so that all students can demonstrate developmentally appropriate growth.

AIR   Ohio | Department of Education   24

4

5/20/14

## Growth Targets

- All students must be expected to demonstrate growth.
- The expectations captured in growth targets should be rigorous yet attainable.
- Growth targets should articulate a specific minimum expected performance.

AIR  Ohio | Department of Education    25



## Example Growth Targets

**Target 1**

During the fall semester, all of my students will progress at least one fitness zone on the FitnessGram.

AIR  Ohio | Department of Education    26



## Example Growth Targets

**Target 2**

Students will increase their scores by half the difference between 100 and their pre-assessment score.

For example, a student with a pre-assessment of 50 would be expected to increase his or her score by 25 points on the post-assessment.

100 − 50 = 50 / 2 = 25

AIR  Ohio | Department of Education    27



## Example Growth Targets

**Target 3**

Taking into account student's entry level of skill, all students will meet their target score on the post-assessment:

| Pre-Assessment Baseline Score Range | Target Score on Post-Assessment |
|---|---|
| 41-60 | 70 |
| 61-80 | 85 |
| 81-90 | 90 plus 85 or higher on capstone project |
| 91-100 | 95 plus 90 or higher on capstone project |

AIR  Ohio | Department of Education    28



## Example Growth Targets

**Target 4**

Taking into account student's entry level of skill, all students will meet their target score on the post-assessment:

| Pre-Assessment Baseline Score Range | Target Score on Post-Assessment |
|---|---|
| 41-60 | 75 or increase score by 15 points, whichever is greater |
| 61-80 | 85 or increase score by 15 points, whichever is greater |
| 81-90 | 95 or increase score by 7 points, whichever is greater, plus 85 or higher on capstone project |
| 91-100 | 97 plus 90 or higher on capstone project |

AIR  Ohio | Department of Education    29



## Descriptive Growth Target

**Target 5**

Students will improve their performance by meeting the following growth targets using LinguaFolio Can-Do Assessments, supporting data, and a final individualized performance assessment as sources of evidence:

| Baseline Data (from Spanish I) | Growth Target (for Spanish II) |
|---|---|
| Novice Mid | Novice High |
| Novice High | Intermediate Low |
| Intermediate Low | Intermediate Mid |

AIR  Ohio | Department of Education    30

### How Could This Growth Target Be Improved?



**Target 6**

During the fall semester, 50 percent of the students will earn a National Physical Fitness award for their performance on the Physical Fitness test.

This target is focused on proficiency, not growth. It also only requires 50 percent of students to meet this specified goal.

Revisions:
- Use baseline data to inform the target(s).
- Focus on growth, not proficiency.
- Consider using a different assessment.

⬛AIR   Ohio | Department of Education     31

---

### How Could This Growth Target Be Improved?



**Target 8**

Taking into account student's entry level of skill, all students will meet their target score on the post-assessment.

| Pre-Assessment Baseline Score Range | Target Score Range on Post-Assessment |
|---|---|
| 41-60 | 65-74 |
| 61-80 | 75-90 |
| 81-90 | 91-100 |
| 91-100 | 95 plus 85 or higher on capstone project |

The growth target uses tiered targets that are differentiated based upon student baseline data. However, use of ranges does not require ALL students to demonstrate growth.

Revisions:
- Use minimum expectations (cut scores and/or expected improvement in points) rather than ranges

⬛AIR   Ohio | Department of Education     32

---

### What Comprises an SLO Score?

- An SLO final score represents the percentage of students that met their growth targets.
- The percentage of students that met the growth target then falls within a range that corresponds to one of five descriptive and numerical ratings.

| Percentage of Students That Met or Exceeded Growth Target | Descriptive Rating | Numerical Rating |
|---|---|---|
| 90-100 | Most Effective | 5 |
| 80-89 | Above Average | 4 |
| 70-79 | Average | 3 |
| 60-69 | Approaching Average | 2 |
| 59 or less | Least Effective | 1 |

⬛AIR   Ohio | Department of Education     33

---

### SLO Scoring Example

- A teacher has 100 students included in an SLO.
- 90 students, or 90 percent of students, met their growth targets.
- This percentage corresponds to a rating of "Most Effective."

| SLO Scoring Matrix | | |
|---|---|---|
| Percentage of Students That Met or Exceeded Growth Target | Descriptive Rating | Numerical Rating |
| 90-100 | Most Effective | 5 |
| 80-89 | Above Average | 4 |
| 70-79 | Average | 3 |
| 60-69 | Approaching Average | 2 |
| 59 or less | Least Effective | 1 |

⬛AIR   Ohio | Department of Education     34

---

### Individual SLO Scoring Template

- (Handout 4.1) This template is used to present the data to demonstrate whether or not targets have been met for individual students and includes the aggregate percentage of students meeting the target.

⬛AIR   Ohio | Department of Education     35

---

### Sample Scoring Example

Teacher Name: Smith    School: Main Elementary School

SLO Title: Grade 3 Math    Assessment Name (if available): District created end of year exam (pre-test from Grade 1; post-test grade 2)

| Student Name | Student Number | Baseline Score | Growth Target | Final Score | Exceeds/ Meets Target? (yes/ no) |
|---|---|---|---|---|---|
| 1. Anna | | 15 | 52 | 54 | Yes |
| 2. Bob | | 25 | 55 | 55 | Yes |
| 3. Clark | | 20 | 65 | 64 | No |
| 4. Dwight | | 36 | 65 | 70 | Yes |
| 5. Eleanor | | 26 | 65 | 60 | No |

| % of students that exceeded/ met growth target | Descriptive Rating | Numerical Rating | Final SLO Percentage % Exceeding/Meeting Target: 60% | | NUMERICAL BASED ON SLO: 2 |
|---|---|---|---|---|---|
| 90 - 100 | Most Effective | 5 | % Below Target: 40% | | |
| 80 - 89 | Above Average | 4 | | | |
| 70 - 79 | Average | 3 | | | |
| 60-69 | Approaching Avg. | 2 | | | |
| 59 or less | Least Effective | 1 | | | |

⬛AIR   Ohio | Department of Education     36

5/20/14







4/8/2013

**Ohio** | **Department of Education**

Student Learning Objective Overview

## 1. What is a Student Learning Objective?

A Student Learning Objective (SLO) is a measurable, long-term academic growth target that a teacher sets at the beginning of the year for all students or for subgroups of students. SLOs demonstrate a teacher's impact on student learning within a given interval of instruction based upon baseline data gathered at the beginning of the course. Each SLO includes:

- The student population or sample included in the objective;
- The standards the SLO will align with;
- The assessments that will be used to measure student progress;
- The period of time covered by the SLO;
- The expected student growth; and
- The rationale for the expected student growth.

## 2. What does a high-quality SLO look like?

High-quality SLOs state clearly which students are included in the learning objective, how growth will be measured over what time period, and why that level of growth should be expected of those students. High-quality SLOs include the following:

- ✓ *The student population or student subgroup included in the objective.* Every student should be covered by at least one SLO to ensure that no group of students is overlooked.
- ✓ *The standards the SLO addresses.* SLOs should link to specific national or state standards for the grade or content area.
- ✓ *The assessment(s) used.* The SLO should include assessments both to track student progress and make midcourse corrections (formative), and to indicate if the objective was met (summative).
- ✓ *The period of time covered by the SLO.* The SLO should note the period of instruction used to meet the goal (i.e., quarter, semester or an entire year); this period of instruction should be the length of the course. Depending on the length of the instruction period, teachers also should include timeframes for mid-year assessments of progress so that they can adjust instruction or, in some cases, modify SLOs as needed.
- ✓ *The expected student growth within that period.* The target for student growth should be realistic yet challenging. It also should include how growth will be measured.
- ✓ *The rationale for the expected student growth.* High-quality SLOs include strong justifications for why the goal is important and achievable for this group of students. Rationales should draw upon assessment data, student outcomes, and curriculum standards.

High-quality SLOs specify measurable goals that are ambitious, yet attainable. SLOs should be broad enough to represent the most important learning or overarching skills, but narrow enough to measure. When possible, SLOs should align with the Common Core State Standards (CCSS). If the CCSS do not apply to a teacher's academic area, SLOs should align with the Ohio Academic Content Standards (OACS). If the OACS do not apply to the subject area, teachers should use applicable national standards put forth by educational organizations.

4/8/2013



### 3. What are the benefits of using SLOs?

The SLO process reinforces best teaching practices and encourages educators to ensure that their students will be college and career ready. Teachers using best practices already follow an informal SLO process: They set goals for their students, use data to assess student progress and adjust their instruction based upon that progress. Thus, the SLO process provides teachers with ways to formalize their teaching practice, give input on how student learning will be measured and how they will be evaluated.

Unlike some other measures of teacher effectiveness, all school personnel can set SLOs because the ability to create SLOs does not depend upon the availability of standardized assessment scores. The SLO process allows all educators to focus on the specific objectives they want to achieve with their students and measure student growth using measures that are most relevant for their student population and content areas. SLOs enable *all* educators to demonstrate their impact on student learning and receive recognition for their efforts.

### 4. What will the SLO process look like?

LEAs have some flexibility to shape the process to fit local contexts, but ODE recommends the following steps:

**STEP 1:** Gather and review available data

**STEP 2:** Determine the interval of instruction and identify content

**STEP 3:** Choose assessments and set the growth target(s)

**STEP 4:** Submit your SLO and prepare for review and approval

**STEP 5:** Final scoring of the SLO

## Student Learning Objective (SLO) Template Checklist

*This checklist should be used for both writing and approving SLOs. It should be made available to both teachers and evaluators for these purposes. For an SLO to be formally approved, ALL criteria must be met, and every box below will need a check mark completed by an SLO evaluator.*

| ① Baseline and Trend Data | ② Student Population | ③ Interval of Instruction | ④ Standards and Content | ⑤ Assessment(s) | ⑥ Growth Target(s) | ⑦ Rationale for Growth Target(s) |
|---|---|---|---|---|---|---|
| *What information is being used to inform the creation of the SLO and establish the amount of growth that should take place within the time period?* | *Which students will be included in this SLO? Include course, grade level, and number of students.* | *What is the duration of the course that the SLO will cover? Include beginning and end dates.* | *What content will the SLO target? To what related standards is the SLO aligned?* | *What assessment(s) will be used to measure student growth for this SLO?* | *Considering all available data and content requirements, what growth target(s) can students be expected to reach?* | *What is your rationale for setting the target(s) for student growth within the interval of instruction?* |
| ☐ Identifies sources of information about students (e.g., test scores from prior years, results of preassessments)<br>☐ Draws upon trend data, if available, ~~if not, specify no data avail.~~<br>☐ Summarizes the teacher's analysis of the baseline data by identifying student strengths and weaknesses | ☐ Identifies the class or subgroup of students covered by the SLO<br>☐ Describes the student population and considers any contextual factors that may impact student growth<br>☐ If subgroups are excluded, explains which students, why they are excluded and if they are covered in another SLO — specifically say "No subgroups" if there are none. | ☐ Matches the length of the course (e.g., quarter, semester, year) (give dates) | ☐ Specifies how the SLO will address applicable standards from the highest ranking of the following: (1) Common Core State Standards, (2) Ohio Academic Content Standards, or (3) national standards put forth by education organizations<br>☐ Represents the big ideas or domains of the content taught during the interval of instruction<br>☐ Identifies core knowledge and skills students are expected to attain as required by the applicable standards (if the SLO is targeted) | ☐ Identifies assessments that have been reviewed by content experts to effectively measure course content and reliably measure student learning as intended<br>☐ Selects measures with sufficient "stretch" so that all students may demonstrate learning, or identifies supplemental assessments to cover all ability levels in the course<br>☐ Provides a plan for combining assessments if multiple summative assessments are used<br>☐ Follows the guidelines for appropriate assessments | ☐ All students in the class have a growth target in at least one SLO<br>☐ Uses baseline or pretest data to determine appropriate growth<br>☐ Sets developmentally appropriate targets<br>☐ Creates tiered targets when appropriate so that all students may demonstrate growth<br>☐ Sets ambitious yet attainable targets | ☐ Demonstrates teacher knowledge of students and content<br>☐ Explains why target is appropriate for the population<br>☐ Addresses observed student needs<br>☐ Uses data to identify student needs and determine appropriate growth targets<br>☐ Explains how targets align with broader school and district goals<br>☐ Sets rigorous expectations for students and teacher(s) |

*(handwritten annotations)*

- fall
- fall
- anytime
- anytime
- anytime
- fall
- from pre-assessment
- Whole class student population
- Various levels of Bloom's
- ⓐ If anything is recommended (trend data, ie), but no data is available, specify "No trend data available."

ADDRESS EACH ☑ (or it will NOT be approved)

**Ohio** | Department
of Education

# Student Learning Objectives Frequently Asked Questions
### In accordance with Ohio Revised Code and State Board of Education Framework

# Ohio Teacher Evaluation System (OTES) Overview

Ohio's new system for evaluating teachers will provide educators with a richer and more detailed view of their performance, with a focus on specific strengths and opportunities for improvement. The new system relies on two key evaluation components, each weighted at 50 percent: a rating of teacher performance and a rating of student academic growth.

The challenge for measuring student growth is that there is not a single student assessment that can be used for all teachers. Local education agencies (LEAs) must use data from the state Ohio Achievement Assessments when available. If those are not applicable for a given subject or grade, LEAs can choose to use other assessments provided by national testing vendors and approved for use in Ohio. For subjects in which traditional assessments are not an option – such as art or music – LEAs should establish a process to create student learning objectives (SLOs) to measure student progress in those courses.

## Implementation

### Q: Do all teachers have to write student learning objectives?

A: No. According to law, teachers exclusively instructing Value-Added courses must use their teacher-level report as the full 50 percent for the student growth measure beginning July 2014. All other teachers can use student learning objectives as part of their student growth measures per the district plan.

### Q: Does the Department approve the student learning objectives?

A: The Department will not collect or approve student learning objectives at the state level. It recommends that an existing district or building committee become trained to review, provide feedback, and ultimately approve student learning objectives. The composition of this approval committee is a local decision.

### Q: How many student learning objectives do I have to write?

A: If you are using student learning objectives as a growth measure, the Department requires a minimum of two and recommends no more than four which are representative of your schedule and student population. This guideline also applies to both Category B and Category A2 teachers if your district or school has determined these teachers will also be using local measures.

### Q: Do I have to write a student learning objective for each course that I teach?

A: Not necessarily. The student learning objectives should be representative of your teaching schedule and student population. Whenever feasible, all students you instruct should be covered by a student learning objective. Within the guideline of two to four student learning objectives, it is a local decision as to the exact number you will write and which courses should be covered. For example, for a self-contained 3rd grade teacher who instructs all four core subjects, a district may make a local decision to focus student learning objectives on reading and math only.

### Q: What is the average length of a student learning objective?

A: The length is not the important factor. Quality over quantity is the consideration. The focus of the student learning

objective is on the content. When writing the student learning objective, you should use the provided checklist to ensure it contains all of the required information needed for approval at the local level.

# Baseline and Trend Data

**Q: The baseline and trend data section is sometimes written vaguely using "most," "several," and "struggled". Is this acceptable?**

A: If used alone, vague words like those mentioned in the question above are insufficient to describe baseline data. Whenever possible, the description of the baseline and trend data should include student performance data, such as a table showing the range and frequency of student scores. You should make written observations based on the data in this section. However, there must be data included.

**Q: What if my data are unrelated to my subject or do not exist?**

A: All teachers can find data relevant to their course. The rare exception to this may be a first year teacher or a teacher new to a course. Data may be from related subjects if the subject is new to students. For example, biology teachers may glean useful information from reviewing last year's environmental science examination. In addition, although students may not have received formal instruction in a subject, students may have background knowledge acquired from outside the school setting. A brief survey could also provide information about students' background knowledge. You should use the first couple of weeks to gather data about your students. During this time, give a pre-assessment or the first chapter or unit exam to provide valuable data for the student learning objective.

**Q: Should student learning objectives be based on data from standardized tests or teacher-created assessments?**

A: Student learning objectives should be based on data from multiple sources when available such as standardized tests, portfolios of student work, and district-created assessments.

**Q: Can I use data that is two or three years old?**

A: Yes. Using performance data from multiple years can provide valuable information. For example, trend data may show that students in your class for the past three years struggled with converting fractions. Based upon this finding, you might include this skill in your student learning objective and then seek new instructional strategies for teaching fractions.

**Q: Do I create student learning objectives after the school year has started and after I have given assessments to determine a baseline?**

A: Student learning objectives are typically developed after the school year has begun so that you can use your diagnostics or pre-assessments to develop the student learning objectives. However, sections of the student learning objective, such as "standards and content" and "assessment," may be completed prior to the start of the school year.

**Q: Should I use prior content or current content to create baseline data?**

A: Your baseline data will vary based on the subject and the availability of data. You may use a pre-assessment as a source of baseline data. The pre-assessment will contain the content and skills to be taught during the upcoming year. Other sources of data are end-of-course assessments from the prior year, which are not being based on the current content but may be good proxies for the current course.

# Student Population

**Q: How do I determine the student population? What portion of my student population or roster do I include?**

A: The student population includes all the students enrolled in a course whenever possible. An additional "focused" or "targeted" student learning objective may be created for a subgroup of students within the course who need targeted assistance. At least one of your student learning objectives must cover all the students enrolled in a course except in rare cases when you may have a very large student population.

**Q: Can I exclude students with disabilities from my student learning objective?**

A: Difficulty in achieving the targets is not a reason to exclude any subgroup of students.

**Q: What if a student joins my class late in the year or withdraws from my class early?**

A: The expectation is that all students entering a course throughout the year receive a pre-assessment to determine any gaps in learning. Every effort should be made to administer the post-assessment to each student enrolled in the course. These data are extremely beneficial to the next year's teacher. The Department expects each district to determine the minimum interval of instruction for student learning objectives. Understandably, you and your principal will need to discuss whether certain students meet these minimum requirements determined by your district.

**Q: What if students in my student population are absent frequently? Will they be excluded from the calculation of my student learning objective score?**

A: Currently, per Ohio law, students who have 60 or more unexcused absences are excluded from final calculations of your score for Value-Added. Districts should remove students with sixty or more unexcused absences from their approved Vendor Assessment and LEA measures. Additionally, for student learning objectives, districts should utilize the relevant interval of instruction as defined by the LEA.

**Q: What happens if I teach a class where my students change on a regular basis? What if I have different students every quarter or every few weeks?**

A: The Department expects each district to determine the minimum interval of instruction for student learning objectives. It is understood that you and your principal will need to discuss whether certain students meet these minimum requirements. Therefore, this situation requires some flexibility within the district's student growth measure plan because your schedule and assignment may require adaptions to the student learning objective process. Adaptions can be put in place to make the process work for you. The danger is that some students are not included in the student learning objective. Teachers, principals, and districts should try to avoid this. Remember that you should strive to show growth in as many students as possible. You should avoid any situations that exclude particular students who are low or high performing.

If you are a teacher who sees students for various lengths of time and at various points throughout the year, you can design a student learning objective around big ideas and content. Then you establish tiered targets based on the amount of time a student receives instruction. Expectations for students who are in the course for longer periods of time should be different than those for students on shorter intervals. This means that you should keep a roster of all students, possibly sorted by length of instruction throughout the school year.

**Q: How do I write a student learning objective as a teacher of 450 students?**

A: In cases where a teacher has large student populations, it is recommended that the district plan guides the administration and you to focus the student learning objective in a manner that encompasses as many students as possible. The district plan should strive for comparability and consistency across subject and grade levels regarding the total number of student learning objectives per teacher as well as the size of the student population.

# Interval of Instruction

**Q: Is the interval of instruction one curriculum unit or the entire school year?**

A:  Match the interval of instruction with the length of the course. This may be a year, semester, trimester, or a quarter. Districts with buildings using intervals of instruction other than a typical school year will need multiple approval periods for their student learning objectives. For instance, in a high school using semesters, the approval committee would meet both at the beginning of the school year and again at the new semester to approve student learning objectives for their teachers.

**Q: My school year ends on June 1. Does this mean my interval of instruction for my yearlong course ends on June 1?**

A:  No. State law requires the completion of the evaluation process by May 1. The Department recommends that you administer your post-assessments on or around April 15. This will allow adequate time to score the assessments, complete the Student Learning Objective Scoring Template, and submit the data to the evaluator by May 1.

**Q: I am a high school teacher instructing Algebra I and Algebra II in year-long courses. I also teach Trigonometry first semester and Calculus second semester. My district has decided all high school teachers will write only two student learning objectives. How do I decide on which courses to focus my two student learning objectives?**

A:  If you instruct large numbers of courses, the district plan should guide the administration to work with you to identify the required courses as a focus for the student learning objectives. If this does not help narrow the focus to the required number of student learning objectives, the focus should next be on the courses with the highest student enrollment. The district plan should strive for comparability and consistency among teachers across subjects and grade levels regarding the total number of required student learning objectives.

# Standards and Content

**Q: Should student learning objectives be aligned primarily to course curriculum or Common Core State Standards?**

A:  Align student learning objectives in the following order:
1. Common Core State Standards
2. Ohio Academic Content Standards
3. National standards put forth by education organizations

**Q: Can I list the standards in the Standards and Content section or do I need to write a narrative?**

A:  You can list the standards in this section, but you also need to articulate the content of the standards. For example, simply listing "CCSS.ELA-Literacy.W.4.4" is not enough information. In this section you will need to explain the core knowledge and skills students must attain and why you identified those standards as the most important.

**Q: Should student learning objectives cover multiple standards or just one?**

A:  You must have at least one student learning objective that covers the overarching standards that represent the breadth of the course. For example, if the course is a year-long course, the standards and content section must reflect the overarching standards for that year-long course. Once this course-level student learning objective is in place, you may then choose to write a targeted student learning objective, in which you focus on a subgroup of students (the low-achieving, for example) and also narrow the content to only those standards that these students have yet to master.

# Assessment(s)

**Q: What is stretch?**

A: To have sufficient stretch, an assessment must contain questions that vary in difficulty. The assessment should contain both basic and advanced knowledge and skill questions so that both low-performing and high-performing students can demonstrate growth.

**Q: Is it the intent of the student learning objective process to use the same instrument for pre-assessment and post-assessment to accurately measure student growth?**

Using the same instrument as a pre- and post-assessment is not ideal. In fact, using the same assessment multiple times within the same year may decrease the validity of results since students will have seen the questions before. A well-written pre-assessment (used in conjunction with other forms of baseline data) can be a valuable source of data, because it should closely align with the post-assessment to measure growth. Pre-assessments should assess the same general content as the post-assessment, be comparable in rigor, and should be reviewed by content experts for validity and reliability.

**Q: What types of assessments can be used with student learning objectives?**

A:

- District-approved, locally developed assessments
- Pre/Post assessments
- Performance-based assessments
- Portfolios
- Vendor assessments not on the ODE approved list

**Q: Should all modifications for students with disabilities be included in this section?**

A: The Student Learning Objective Template Checklist does not specify that modifications must be listed in the assessment section. However, articulating that modifications are being provided to your students in accordance with their IEPs is an important fact as it demonstrates knowledge of your students.

**Q: Do teachers grade the assessments?**

A: This is a local decision. It might be useful to consider grading tests in teams so you are grading your colleagues' students, not your own students. Collaborative grading is used in many schools with established student learning objectives. Your district may wish to address this issue in the local Student Growth Measures Plan.

**Q: How do I know that my teacher-designed assessments are valid and reliable?**

A: It is certainly more challenging to determine if a teacher-designed assessment is valid and reliable. However, districts can put procedures in place to help increase assessment validity and reliability. Using the checklist provided by the Department in the *Guidance on Selecting Assessments for Student Learning Objectives* is a good first step. In addition, having content and assessment experts from the district or the local Educational Service Center review the assessments can help ensure that tests capture the information needed about student performance and are fair to all students. Standardized scoring procedures can also increase a test's validity and reliability.

Q: Can I create the assessment for my student learning objective?

A: The Department strongly advises against an individual teacher creating an assessment. In rare cases where a team of teachers cannot create an assessment, you should develop the assessment in conjunction with an instructional coach, curriculum supervisor, special education teacher, English Language Learner teacher, and administrator or other faculty member with assessment expertise.

Q: Can I use my quarterly assessments or my mid-term exam as part of my post-assessment?

A: This is not acceptable as it would not meet the requirement for demonstrating growth between **two** points in time. If the student learning objective content covers an entire semester or year, the pre- and post-assessment should also cover the same content for the entire semester or year. Using quarterly assessments would only assess the content for the quarter. Since the student learning objective covers much more content than a quarter, it is not acceptable to use these assessments as pre and post-assessments. These assessments would simply be used as formative checks for you to determine whether your students are making appropriate progress toward their established growth targets at the end of the course. You can modify various questions from each of these assessments to create an overall pre- and post-assessment that would indeed measure the content for the entire course.

Q: What if the pre-assessment used in the submitted student learning objective is not very strong?

A: This is a learning process. Evaluators can suggest how to improve the pre-assessment for next year. The goal is to learn from the process in these early years. Districts and schools should have clear expectations regarding assessments to ensure quality pre- and post-assessments.

# Growth Targets

Q: Will all growth targets be tiered?

A: Instances may exist where one growth target may be acceptable for all students, but this is rare. For example, you may have a small course, such as an honors seminar, in which students start the year with similar background knowledge and skill sets. In this situation, one growth target for all students may be appropriate. The Department recommends setting tiered growth targets to ensure you are addressing the needs of both the high- and low-performing students. Ultimately, every student will have a target within the established tiers.

Q: If a student is well below proficiency level, is it appropriate to set a growth target of proficiency?

A: Targets should first be developmentally appropriate and then rigorous and attainable. Expecting a student to grow from below basic to proficient in one year may be very difficult. However, in some cases, more than a year's worth of growth is necessary to close the achievement gap. The student learning objective process asks you to set high expectations for students and to establish these targets based upon the analysis of baseline data. You should consult with colleagues, curriculum directors, administrators, and instructional coaches when determining appropriate growth targets.

Q: At what point can a teacher revise his or her growth targets?

A: In most cases, you cannot revise growth targets once the student learning objective has been approved. If students are showing greater than expected progress, the teacher can extend the assessment to more fully capture the extent of student growth. However, the growth targets do not change. Similarly, if a student is not making sufficient progress toward his or her growth target, you can alter or supplement the instructional strategies. But, again, the growth target

does not change. In some extenuating circumstances, such as after a natural disaster, outbreak of serious illness, or an unplanned extended absence, you may be able to revise your student learning objective with district approval.

**Q:** How will the Ohio Department of Education and districts ensure that growth targets are rigorous across schools?

A: The review and approval process helps ensure rigor and comparability at the local level. The Department recommends those approving student learning objectives complete a calibration process to ensure all team members are upholding rigorous standards for every student learning objective within the district. The state will monitor the implementation of student learning objectives by conducting random audits.

# Rationale for Growth Targets

**Q:** I feel like I am repeating a lot of information when I attempt to complete the Rationale for Growth Targets section. Am I doing this wrong?

A: Rationales must include strong justifications for why the growth targets are appropriate and achievable for the student population, and, therefore, must be based on student data and the content of the student learning objective. The rationale ties everything together, and, as a result, it touches on every component that came before it. Rationales explain why this learning is important by making connections to school and district goals.

# Student Growth Measures- General Information

**Q:** I need more information on student growth measures. Where do I find that information?

A: Here is a link for an overview of student growth measures, the Department approved list of assessments, student learning objectives information and tools, and steps for designing local student growth measures plans for evaluation. Information is added to the website regularly.

# Business Rules for Student Growth Measures

**Q:** I need more information on the Business Rules for Student Growth Measures. Where do I find that information?

The *Business Rules for Student Growth Measures* addresses technical questions about Student Growth Measures, including those regarding teachers with highly mobile student populations or extremely high or low numbers of students. Districts and schools should assume all teachers included in the new evaluation system, per state law, will have growth measures unless these business rules state otherwise. Click here to visit the business rules.



## Student Learning Objective (SLO) Template

*This template should be completed while referring to the SLO Template Checklist.*

Teacher Name: _____ Content Area and Course(s):_____ Grade Level(s):_____ Academic Year: _____

Please use the guidance provided in addition to this template to develop components of the student learning objective and populate each component in the space below.

**Baseline and Trend Data**
*What information is being used to inform the creation of the SLO and establish the amount of growth that should take place?*

|  |
|--|
|  |

| Comments: Baseline and Trend Data |
|--|
| What information is being used to inform the creation of the SLO and establish the amount of growth that should take place within the time period? |
| ☐ Identifies sources of information about students (e.g., test scores from prior years, results of preassessments)<br>☐ Draws upon trend data, if available<br>☐ Summarizes the teacher's analysis of the baseline data by identifying student strengths and weaknesses |
| 1st:<br>2nd:<br>3rd: |

**Student Population**
*Which students will be included in this SLO? Include course, grade level, and number of students.*

| |
|---|
| |

| Comments: Student Population |
|---|
| Which students will be included in this SLO? Include course, grade level, and number of students. |
| ☐ Identifies the class or subgroup of students covered by the SLO |
| ☐ Describes the student population and considers any contextual factors that may impact student growth |
| ☐ If subgroups are excluded, explains which students, why they are excluded and if they are covered in another SLO |
| 1st:<br>2nd:<br>3rd: |

**Interval of Instruction**
*What is the duration of the course that the SLO will cover? Include beginning and end dates.*

| |
|---|
| |

| Comments: Interval of Instruction |
|---|
| What is the duration of the course that the SLO will cover? Include beginning and end dates. |
| ☐ Matches the length of the course (e.g., quarter, semester, year) |
| 1st: |

**Standards and Content**
*What content will the SLO target? To what related standards is the SLO aligned?*

| |
|---|
| |

| Comments: Standards and Content |
|---|
| What content will the SLO target? To what related standards is the SLO aligned? |
| ☐ Specifies how the SLO will address applicable standards from the highest ranking of the following: (1) Common Core State Standards, (2) Ohio Academic Content Standards, or (3) national standards put forth by education organizations |
| ☐ Represents the big ideas or domains of the content taught during the interval of instruction |
| ☐ Identifies core knowledge and skills students are expected to attain as required by the applicable standards (if the SLO is targeted) |

| 1st: |
|---|
| 2nd: |
| 3rd: |

**Assessment(s)**
*What assessment(s) will be used to measure student growth for this SLO?*

| |
|---|
| |

| Comments: Assessment(s) |
|---|
| What assessment(s) will be used to measure student growth for this SLO? |
| ☐ Identifies assessments that have been reviewed by content experts to effectively measure course content and reliably measure student learning as intended |
| ☐ Selects measures with sufficient "stretch" so that all students may demonstrate learning, or identifies supplemental assessments to cover all ability levels in the course |
| ☐ Provides a plan for combining assessments if multiple summative assessments are used |
| ☐ Follows the guidelines for appropriate assessments |

1st:
2nd:
3rd:
4th:

**Growth Target(s)**
*Considering all available data and content requirements, what growth target(s) can students be expected to reach?*

Comments: Growth Target(s)

Considering all available data and content requirements, what growth target(s) can students be expected to reach?

☐ All students in the class have a growth target in at least one SLO
☐ Uses baseline or pretest data to determine appropriate growth
☐ Sets developmentally appropriate targets
☐ Creates tiered targets when appropriate so that all students may demonstrate growth
☐ Sets ambitious yet attainable targets

1st:
2nd:
3rd:
4th:
5th:

**Rationale for Growth Target(s)**
*What is your rationale for setting the above target(s) for student growth within the interval of instruction?*

Comments: Rationale for Growth Target(s)
What is your rationale for setting the target(s) for student growth within the interval of instruction?

☐ Demonstrates teacher knowledge of students and content
☐ Explains why target is appropriate for the population
☐ Addresses observed student needs
☐ Uses data to identify student needs and determine appropriate growth targets
☐ Explains how targets align with broader school and district goals
☐ Sets rigorous expectations for students and teacher(s)

1st:
2nd:
3rd:
4th:
5th:
6th: