*Massillon Middle School*
*2014-15*

## Staff Meeting #1
## September 24, 2014

***Teachers to Bring:*** Ohio Teacher Standards, Laptops (if available)
***Principals to Bring:*** OTES self-assessment tool, laptop, projector, Professional Growth Plan (PGP) template.

### *MJHS*
### *2:40-3:40 PM: Library*
- Welcome!
- Sign in
- OTES: Professional Growth Plan work Session
- Non-OTES: evaluation review



### *MIHS*
### *3:40-4:40 PM: Library*
- Welcome!
- Sign in
- OTES: Professional Growth Plan work Session
- Non-OTES: evaluation review

***Norms:***
Focused Agenda
Show up Prepared
Positive Attitude
Professional Respect
Collaboration



| Ohio Teacher Evaluation System | | Professional Growth Plan |

## Professional Growth Plan

As a result of the evaluation process, teachers and evaluators should focus on accelerating and continuing teacher growth through professional development. Professional development should be individualized to the needs of the teacher, and specifically relate to his/her areas of refinement as identified in the teachers' evaluation. The evaluator should recommend professional development opportunities, and support the teacher by providing resources (e.g., time, financial).

☐ Self-Directed

☐ Collaborative      Teacher ☐      Evaluator ☐

| Annual Focus<br>These are addressed by the evaluator as appropriate for this teacher. | Date<br>Record dates when discussed | Areas for Professional Growth<br>supports needed, resources, professional development<br>Comments during conference with teacher and evaluator are made appropriate to the needs of the teacher. |
|---|---|---|
| *Goal 1: Student Achievement/Outcomes for Students*<br>*Goal Statement:*<br><br>*Evidence Indicators:* | | |
| *Goal 2: Teacher Performance on the Ohio Standards for the Teaching Profession*<br>*Goal Statement:*<br><br>*Evidence Indicators:* | | |

| Evaluator Signature | Date | Teacher Signature | Date |

*The signatures above verify that the teacher and evaluator have discussed and agreed upon this Professional Growth Plan.*

**Ohio Teacher Evaluation System** — **Professional Growth Plan**

## Professional Growth Plan

As a result of the evaluation process, teachers and evaluators should focus on accelerating and continuing teacher growth through professional development. Professional development should be individualized to the needs of the teacher, and specifically relate to his/her areas of refinement as identified in the teachers' evaluation. The evaluator should recommend professional development opportunities, and support the teacher by providing resources (e.g., time, financial).

☐ Self-Directed

☐ Collaborative    Teacher ☐    Evaluator ☐



| Annual Focus  These are addressed by the evaluator as appropriate for this teacher. | Date  Record dates when discussed | Areas for Professional Growth  supports needed, resources, professional development  Comments during conference with teacher and evaluator are made appropriate to the needs of the teacher. |
|---|---|---|
| **Goal 1: Student Achievement/Outcomes for Students**  Goal Statement:  Evidence Indicators: | | |
| **Goal 2: Teacher Performance on the Ohio Standards for the Teaching Profession**  Goal Statement:  Evidence Indicators: | | |

Evaluator Signature _____    Date _____    Teacher Signature _____    Date _____

*The signatures above verify that the teacher and evaluator have discussed and agreed upon this Professional Growth Plan.*

**Ohio Teacher Evaluation System**

**Self-Assessment**

## Self-Assessment Summary Tool

**Directions:** Teachers should record evidence to indicate strengths and areas for growth for each standard. Then, look across all of the standards holistically and identify **two** priorities for the upcoming year. Note these two priorities with check marks in the far-right column.

Name _____

Date _____

| Standard | | Strengths | Areas for Growth | Priorities (Check 2) |
|---|---|---|---|---|
| Standard 1: Students | • Knowledge of how students learn and of student development<br>• Understanding of what students know and are able to do<br>• High expectations for all students<br>• Respect for all students<br>• Identification, instruction and intervention for special populations | | | |
| Standard 2: Content | • Knowledge of content<br>• Use of content- specific instructional strategies to teach concepts and skills<br>• Knowledge of school and district curriculum priorities and Ohio academic content standards<br>• Relationship of knowledge within the discipline to other content areas<br>• Connection of content to life experiences and career opportunities | | | |
| Standard 3: Assessment | • Knowledge of assessment types<br>• Use of varied diagnostic, formative and summative assessments<br>• Analysis of data to monitor student progress and to plan, differentiate, and modify instruction<br>• Communication of results<br>• Inclusion of student self-assessment and goal-setting | | | |
| Standard 4: Instruction | • Alignment to school and district priorities and Ohio academic content standards<br>• Use of student information to plan and deliver instruction<br>• Communication of clear learning goals<br>• Application of knowledge of how students learn to instructional design and delivery<br>• Differentiation of instruction to support learning needs of all students<br>• Use of activities to promote independence and problem-solving<br>• Use of varied resources to support learner needs | | | |
| Standard 5: Learning Environment | • Fair and equitable treatment of all students<br>• Creation of a safe learning environment<br>• Use of strategies to motivate students to work productively and assume responsibility for learning<br>• Creation of learning situations for independent and collaborative work<br>• Maintenance an environment that is conducive to learning for all students | | | |
| Standard 6: Collaboration & Communication | • Clear and effective communication<br>• Shared responsibility with parents/caregivers to support student learning<br>• Collaboration with other teachers, administrators, school and district staff<br>• Collaboration with local community agencies | | | |
| Standard 7: Professional Responsibility and Growth | • Understanding of and adherence to professional ethics, policies and legal codes<br>• Engagement in continuous, purposeful professional development<br>• Desire to serve as an agent of change, seeking positive impact on teaching quality and student achievement | | | |

5/18/12

Ohio | Department of Education

3