PARCC info for N. Poston
Christine Dieringer
Sent: Thursday, January 08, 2015 9:39 AM
To: Nicole M Poston

**From:** Christine Dieringer
**Sent:** Thursday, January 08, 2015 9:32 AM
**To:** Elizabeth Wengerd
**Cc:** 'Nicole M Poston'; Jarred Zapolnik
**Subject:** PARCC info for N. Poston

Elizabeth,
As we prepare materials for the special education providers to use in updating the testing accommodations on IEPs for PARCC, we will need to scan and email those materials to Nicole Poston so she can access the information/forms on her computer. She print enlargement capabilities on her computer.
thanks
Christine Dieringer
Interim Special Education Coordinator
Massillon City Schools

---

Attention:

The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, delete the material from any system and destroy any copies.

The Massillon City School district and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Note: For mtg held on 1/13/15 on PARCC Accom., I did not have materials in accessible format for the meeting. Materials sent via email and Thurs. at 3:07pm (see attached). Stated Jan 15 couldn't because copier jammed at A.O. (8 in on holidays) (we have

**Scanned image from SCR-BW-FAX**

Elizabeth Wengerd
**Sent:** Tuesday, January 13, 2015 3:07 PM
**To:** Nicole M Poston
**Attachments:** mcs_copier_20150113_153118.pdf (3 MB)

Hi Nicole,

Chris wanted me to scan the PARCC information to you however, she took the originals with her that I had to make the copies.

So, if there is anything I missed, I'll forward it to you.

Thanks,

Elizabeth

-----Original Message-----
From: noreply@massillonschools.org [mailto:noreply@massillonschools.org]
Sent: Tuesday, January 13, 2015 3:31 PM
To: Elizabeth Wengerd
Subject: Scanned image from SCR-BW-FAX

Reply to: mcs_copier <noreply@massillonschools.org> Device Name: SCR-BW-FAX Device Model: MX-M623N
Location: Smith Copy Room

File Format: PDF (Medium)
Resolution: 100dpi x 100dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.

    http://www.adobe.com/

---

Attention:

The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, delete the material from any system and destroy any copies.

The Massillon City School district and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Elizabeth Wengerd
**Sent:** Thursday, January 15, 2015 8:35 AM
**To:** Nicole M Poston
**Attachments:** mcs_copier_20150115_083826.pdf (3 MB)

One more PARCC document for you....

Elizabeth Wengerd
Pupil Services Secretary
Massillon City Schools Administration Office
930 17th St. NE
Massillon, OH 44646
Phone: (330) 830-3900, ext. 50133
Fax: (330) 830-6537

-----Original Message-----
From: noreply@massillonschools.org [mailto:noreply@massillonschools.org]
Sent: Thursday, January 15, 2015 8:38 AM
To: Elizabeth Wengerd
Subject: Scanned image from SCR-BW-FAX

Reply to: mcs_copier <noreply@massillonschools.org> Device Name: SCR-BW-FAX Device Model: MX-M623N
Location: Smith Copy Room

File Format: PDF (Medium)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.

http://www.adobe.com/

Attention:

The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in