# CO-TEACHING FOR SUCCESS
## Powerful Strategies for Working Together in Today's Inclusive Classrooms (Grades K-12)

RESOURCE HANDBOOK

By Susan Hentz



## Bureau of Education & Research

915  118th Avenue SE • PO Box 96068 •    Bellevue, WA 98009
(800) 735-3503 • www.ber.org

XC4-B4-3

*All material in this book not specifically identified as being reprinted from another source is copyright © 2012 by Susan Hentz.  You have permission to make copies for your own classroom use.  You may not distribute, copy or otherwise reproduce any of this book for sale or for commercial use without written permission from the author.*

For written permission, information regarding professional development workshops, consultation, or for published materials contact: Susan Hentz at www.susanhentz.com   800.775.9711



# Bureau of Education & Research

915 118th Avenue SE • PO Box 96068 • Bellevue, WA 98009
(800) 735-3503 .
www.ber.org

Welcome!

We want to make today's seminar as useful and productive as possible. Consequently, your instructor has organized this resource handbook to include key handouts, guidelines, and sample materials. It is designed for your use in taking notes during the seminar and to help you apply the concepts in your own school.

If you have any questions about the content of the program, please feel free to discuss them with the presenter at breaks or following the seminar.

If there is anything our staff can do to make the seminar more useful or enjoyable, please let us know. A Bureau staff member will be at the registration table throughout the day.

Following the seminar we would appreciate your feedback. An evaluation form is on the last page of this handbook. Please complete the form at the end of the day and drop it at the registration table.

Thank you for your interest in our programs.


Sincerely,

*Richard Herzberg*

Richard W. Herzberg, PhD
Executive Director


P.S.     Because you are a participant at today's seminar we will mail you notices of future seminars appropriate to your subject area and grade level. You may also visit our Web site at www.ber.org for information on future seminar programs.

## About Your Instructor

**Susan Hentz** is an experienced co-teacher, outstanding national presenter and innovative author who has worked in education for twenty-eight years with students ranging from birth through adulthood. As a co-teacher, she served as a Model Classroom Teacher and she was selected as her state's Council for Exceptional Children Teacher of the Year.

Susan now works with teachers and administrators throughout the country to plan, implement and enhance co-teaching as an effective way to improve student achievement. In both presenting and writing, she focuses on practical tools and strategies for helping co-teachers meet the diverse needs of students.

Susan is the author of a newly released book called *Collaborate Smart: Practical Strategies and Tools for Educators* as well as *Teach Smart: Practical Strategies and Tools for Educators*. Her seminars are well known for being high-energy, humorous, interactive, and packed with practical ideas. You will leave this seminar with many, many strategies and techniques that will help you begin an effective co-teaching program or refine an existing one.

## About The Bureau

**BUREAU OF EDUCATION & RESEARCH** is North America's leading provider of seminar training for professional educators. Founded in 1976, the Bureau has grown to provide national and regional training programs across the entire United States and Canada. The Bureau is especially proud of its outstanding presenters, all of whom have extensive practical experience in their content areas and many of whom are national and international leaders in their respective fields. Our goal is to provide high quality programs, based on sound research, with an emphasis on practical strategies and techniques that can be immediately implemented.

**BER**

Bureau of Education & Research

# Other Resources Available Through BER

## Seminars Coming to Your Area
To see listings of BER seminars coming to your area, please visit our Web site, **www.ber.org/seminars**.

## On-Site Training
Most BER seminars can be brought directly to your school or district. Simply complete the inquiry form on our Web site and we'll send you a free quote. Or, always feel free to call one of our On-Site Training Consultants, toll-free at **1-877-857-8964**. Browse our courses at **www.ber.org/onsite**.

## Online Learning
BER offers a wide range of highly interactive courses that you can take entirely over the Internet whenever you want, from wherever you are. All of our courses include expert instructors who give you practical ideas and strategies you can use immediately in your own classroom. Our online courses are affordable, fun, fast, convenient, and geared just for educators. Successful completion of any BER online course will give you 24 continuing education hours as well as the option to earn 1 or 2 graduate level credits. To see the menu of available online courses, please visit **www.ber.org/onlinelearning**.

## Video Training Resources
BER produces video training resources for school and district trainers to use in providing state-of-the-art research-based training to educators. Each video training program centers on a key strategy to strengthen classroom instruction. The training programs are filmed in actual schools so trainers can show key strategies, not just talk about them. To see available programs, and preview video clips, please visit **www.berproducts.org/video-training.html**.

## Audio Training Resources
BER produces many of its seminars on CDs for use by individual teachers and for use in school and district staff development libraries. Each audio seminar includes a comprehensive seminar resource handbook. Optional university credits are available. To see available titles, please visit **www.berproducts.org/audio-seminars.html**.



**Bureau of Education & Research**

# Co-Teaching: Table of Contents

| **Content** | **Pages** |
|---|---|
| **The Continuum of Collaborative Processes** | **1** |
| Consultation, Collaboration, and Co-Teaching | |
| Collaborative Partnerships and Dialogues | |
| Family Involvement | |
| Co-Teaching | |
| Goals | |
| Benefits | |
| **Personnel: Building and Developing Partnerships** | **13** |
| Preparing for Co-Teaching | |
| Communication | |
| Get to Know Each Other | |
| Roles and Responsibilities | |
| **Co-Teaching Instructional Approaches** | **16** |
| One Teach, One Support | |
| Parallel Teaching | |
| Alternative Teaching | |
| Station Teaching | |
| Team Teaching | |
| Roles and Responsibilities | |
| **Implementation and Planning for Co-Teaching** | **23** |
| Co-Planning | |
| Keys for Planning | |
| Finding Time for Collaboration | |
| Co-Assessment | |
| Supplemental Report Card | |
| Accommodations | |
| Co-Teaching: Conditions for Success | |
| **Improving Student Outcomes** | **31** |
| Collaborative Problem Solving | |
| Differentiated Instruction | |
| Tiered Lessons using BOA | |

Learning Styles

Learning Centers

Goal Setting

Cubing

**Strategies for:**                                                              **48**

Study Skills

Reading

Written Expression

Math

Test Taking

Classroom Interventions

Organization

Managing Assignments

**Co-Teaching Partnerships  - Tools and Resources**                              **57**

**Checklist for a Consultative, Collaborative Co-Teaching Partnership**

Memo to Staff

Co-Teaching Surveys "Am I Ready to Co-Teach?"

Parent Letter

Get to Know You Activities

My Expectations

Analyzing Approaches

Teacher Tasks During Co-Teaching

Roles and Responsibilities

Co-Teaching Lesson Plan Form

Co-Teach Strategy Plan

Learning Centers

Aids to Address Learning Styles

Exit Cards

**Websites and Resources**                                                       **74**

**Contact Information**                                                          **79**

Reflect on the solo flights you have taken working with students in the classroom while the special education teacher and related services personnel also fly solo to attempt to reach the same destination: positive student outcomes. Now imagine being the experienced navigator prepared with student flight plans (Individualized Educational Plans, Academic Improvement Plans, and Response to Intervention Plan) and resources (strategies) that ensure all students will reach their final destination. This becomes a different experience for everyone involved. Teachers that successfully include all students welcome diversity and address needs by providing supports to make the general education curriculum and classroom accessible to all.



Consultation, collaboration, and co-teaching enable all passengers with their various flight plans to meet academic and behavioral expectations in a supportive and challenging environment. The multiple aspects of consultation, collaboration, and co-teaching requires organizing, sharing, planning, understanding, teaming and supporting in a flexible environment. This collaborative process, when employed successfully, will help you differentiate instruction and accommodate the needs of the diverse student population in your classroom. Collaboration, consultation, and co-teaching promote unified team efforts to reach goals for the delivery of optimal educational programs to students in the least restrictive environment. Co-Teaching is becoming one of the fastest growing inclusive practices in schools across America. No longer will you be flying solo to meet the diverse needs of the passengers on your flight. Good luck working collaboratively with your co-pilots to reach your final destination: PSO

Adapted with permission. ©Hentz, 2006. Teach Smart: Practical Strategies and Tools for Educators

# Strategies for Engaging All Students

**Response Cards/Paddles** are simultaneously held up by all students that indicate an answer and entails active participation by all students.



Response Cards vs. Traditional Hand Raising

| Time Used | Response Cards | Hand Raising |
|---|---|---|
| 60 minutes | 44 responses per child | 3 responses per child |
| 180 days | 3700 responses per child | 270 responses per child |

All students scored higher on the end of unit tests.

Source: Hewett, Gardner, Courson, Grassi, and Barbetta, *Teaching Exceptional Children*, 1996

## Ideas for Response Cards/Paddles

| A | C |
|---|---|
| B | D |

| | |
|---|---|
| | |

| | |
|---|---|
| | |

➢
➢
➢
➢

## Response Actions

**Fist to Five** Students can raise fingers to demonstrate their level of understanding 5 means they fully understand and 0 means they don't get it at all.

**Palm Up, Palm Down: Silent Symbol** Palm up - Yes, call on me. I know the answer. Palm Down – No, don't call on me.  I am not sure of the answer so don't call on me this time.

**Sign Language** Teach the students sign language as a response system. Exposure of sign language is useful and may be used in their future to communicate with others. Noise will be reduced while using this effective communication system.

## Ideas for Response Actions

➢ **Right Arm, Right Answer**
➢
➢

© 2012, Hentz S.       www.susanhentz.com

# The Continuum of Collaborative Practice

--------------------------------------------------------------------------------->>



**Consultation----------------->Collaboration----------------->Co-Teaching**

Define: Write or draw a symbolic representation to depict the meaning of each word.

| Consultation | Collaboration | Co-Teaching |
|---|---|---|
|  |  |  |

Consultation, collaboration and co-teaching do not exist as separate entities; rather they are on a continuum of collaborative practice. There is a natural overlap among the practices, and they will vary within different collaborative partnerships. All stakeholders must understand that effective application of consultation, collaboration, and co-teaching can improve student outcomes. The key is to utilize the expertise of all to maximize the partnerships.

© 2012, Hentz S.

www.susanhentz.com

# Consultation

Definition:

1. A discussion, especially in order to ascertain opinions or reach as agreement

2. A meeting with an expert in a particular field to obtain advice



Consultation is part of the development of an effective support structure and enables teachers to meet the challenges of a diverse student population.

- ➢ Parents can provide information about specific student needs
- ➢ Partners will vary depending on individual student and/or teacher needs
- ➢ Special educators may consult with general educators about accommodations and instructional strategies

**Why Now?** No matter what kind of school you teach in, cooperative, consultative, collaborative partnerships with colleagues will provide a valuable support network, as well as, a forum for discussing student progress while identifying effective instruction and intervention. According to legislative policies, students with disabilities must have access to the general education curriculum. Teachers who work in isolation are becoming obsolete. The trend towards more inclusive settings has increased emphasis on providing the support for teachers and students. **Response to Intervention** is a progressive **process** that is shifting the roles of all educators from a reactive position to a **proactive and preventative** one. **Response to Intervention** is the practice of providing high-quality instruction and intervention matched to student needs based on data to make collaborative educational decisions. Consultative and collaborative partners can assist with all aspects of this process.

© 2012, Hentz S.         www.susanhentz.com

# Collaboration

Definition:

1. The act of working together with one or more people in order to achieve something



Collaboration between all stakeholders (general and special education teachers, related service personnel, parents, administrators, interventionists) is essential for successfully including all students in the general education classrooms. Teachers must collaborate with a myriad of professionals at different levels to improve teaching and learning outcomes for their students. In order to provide access to the general curriculum, educators must provide support to all students academically, socially, and behaviorally.

- ➢ Identify general education standards and expectations for each student (academic and behavioral)

- ➢ Identify instructional strategies

- ➢ Select interventions matched to student need

- ➢ Share responsibility for improved student outcomes

- ➢ Use appropriate accommodations and interventions with fidelity

- ➢ Discuss strategies that allow students to access the curriculum

- ➢ Problem solve using data

- ➢ What accommodations are needed

- ➢ Data on Students and how to increase data

- ➢ Celebrate all teacher and student achievements!

© 2012, Hentz S.                                       www.susanhentz.com

# Collaborative Dialogues



 **How do you create opportunities for students with disabilities to succeed in the general education classroom?**

These strategies include discussion of student performance relative to classroom expectations and curriculum content for:

- ❖ Identify areas of **student breakdown in learning** (Through discussion or observation identify where students are having trouble learning or applying what they know)

- ❖ **Identify organizational, social, and behavioral obstacles** within the classroom culture (How do the students fit into the classroom structure? Does he/she have trouble with organization? What supports do they need to experience success in the classroom?

- ❖ Identify **natural supports within the classroom culture** (peer buddies)

- ❖ Select **effective strategies** to enable students to access curriculum (Does the student require a planner, auditory text, or visual aids to be successful?)

- ❖ Identify the **meaningful curriculum** content for individual students (accommodations *(how)* and modification) *(what)*

- ❖ Identify aspects of the **"hidden curriculum"** that are a mystery to many students with disabilities (teachers often assume students understand appropriate seatwork behaviors, tone of voice, respecting personal space, how to ask for help.)

- ❖ Assess student outcomes and identify effective interventions

Adapted with permission. Hentz, S. (2006) *Teach Smart: Practical Strategies and Tools for Educators*

© 2012, Hentz S.

www.susanhentz.com

# Emotional Environment: Establishing Collaborative Relationships

## Parent-Teacher Relationships

Three decades of research have shown that parent involvement significantly contributes to improved student outcomes related to learning and school success (Carter, 2002).

Three features to define effective parental involvement: Communication, Participation, and Governance (Marzano, 2004).

## Benefits of Parent Involvement:

➢ Higher grades and test scores
➢ Improved attendance
➢ Positive attitudes
➢ Increased homework completion
➢ Improved graduation rates

> (Henderson & Berla, 1994)

### Activities to Establish Vehicles for Home-School Communication

❖ Welcome letter
❖ Home/School Notebook
❖ Parent Input on Student Interests
❖ Behavioral and Academic Expectations
❖ Website
❖ Internet
❖ Invitation for Parent to Speak
❖ Phone Calls
❖ Parent-Teacher-Student Conferences
❖ Volunteer Opportunities (guest lecturers, cafeteria monitors, classroom aides)
❖ food
❖ Dojo
❖ facebook pgs.
a remind. com

© 2012, Hentz S.

www.susanhentz.com

# Parent Survey

Name_____

**Answer each of the questions about your child.**

1. What does your child like about school? Why?_____

_____

2. What does your child like to do after school?_____

_____

3. Do they read books at home? If so, what type of books?_____

_____

4. What activities do they enjoy outside of school?_____

_____

5. What can I do to help your child in the classroom?_____

_____

6. Who is one of their favorite friends? Why?_____

_____

8. What makes your child laugh?_____

_____

9. What is something your child doesn't like about school?_____

_____

10. What is one thing that you want me to know about your child?_____

_____

© 2012, Hentz S.                           8                           www.susanhentz.com

# Co-Teaching



| Co-teaching is | Co-teaching is **NOT** |
|---|---|
| teachers working together and communicating<br><br>working as equals | teachers working in isolation and not communicating |

## Goals for Co-Teaching



*The goals may include, but are not limited to:*

1. Enabling all students to gain access to the curriculum

2. Sharing responsibility for planning learning for all students.

3. Sharing classroom space to increase learning for teachers and students

4. Providing specialized instructional strategies for all students

5. Enriching learning experiences to address skills, interests, and learning styles

6. Increasing student achievement by maximizing opportunities for student learning

Adapted with permission. Hentz, 2006. *Teach Smart: Practical Strategies and Tools for Educators*

© 2012, Hentz S.                                    www.susanhentz.com

# Co-Teaching

Definition:

1. Sharing the expertise of two or more professionals to create teaching and learning environment conducive to positive student outcomes and teacher success.



# Co-Teaching is NOT…



- **Not** possible to plan for alone

- **Not** a specific model for instruction

- **Not** taking turns teaching to one group of students

- **Not** "my students" or "your students"

- **Not** teaching the students with special needs in one part of the classroom

**Why now?** Teaching in an inclusive classroom is the result of the legal litigation, changing attitudes, heated debates, and school reform. Working together, we can tap into the expertise and experience of both educators. By merging our time, accountability, resources, and strengths into a unified co-teaching model, we are creating an environment conducive to meeting the needs of ALL students.

*Co-teaching occurs when two or more professional jointly deliver substantive instruction to a diverse, or blended group of students in a single physical space.*

*Cook & Friend, 2005*

© 2012, Hentz S.

www.susanhentz.com

# Why Co-Teaching?



| Student Benefits | Teacher Benefits |
|---|---|
| | |
| Prediction | What really happened |
| Vocabulary | Meaning |
| Character | Description |
| Main Idea | Details |
| Advantages | Disadvantages |
| Opinion | Support for Opinion |

Two column notes helps students organize information. Students divide their papers into two columns and record information. When the notes are complete, they can be used as a study guide.

© 2012, Hentz S.

www.susanhentz.com

# Benefits of the Co-Teaching Model

| Students | General Educator | Special Educator |
|---|---|---|
| Achievement | Achievement | Achievement |
| • Increased time on task<br>• Strategies and techniques addressing learning styles<br>• Increased opportunities for reinforcement<br>• Positive impact on social interactions<br>• Increased opportunities for cooperative learning experiences<br>• Unique learning needs met to the greatest extent possible by two teachers<br>• More contact time with teachers for school and personal issues<br>• Emphasis on organization, preparedness, and learning strategies<br>• Improves student's ability to adapt to teaching styles<br>Support for use of individual strategies that enhance lifelong learning | ▪ Increase identification of specific effective accommodations and modifications<br>▪ Knowledge of specialized teaching interventions<br>▪ Increased teaching time<br>▪ Increased use of differentiated instruction<br>▪ Development of a collaborative partnership<br>▪ Increased self esteem via classroom successes<br>▪ Improved teacher/student ratio<br>▪ Sharing the responsibility for student outcomes<br>▪ Increased ability to communicate with families (both special and general educators)<br>▪ Moral support from a colleague<br>▪ Increased student successes<br>▪ Collegial relationships are created along<br>▪ Share resources | ▪ Utilization of the general educator for content area expertise<br>▪ Knowledge of daily classroom expectations<br>▪ Additional time and energy assisting students in developing motivation and effort,<br>▪ Instill increased responsibility to students<br>▪ Moral support from a colleague<br>▪ Opportunities to share specialized skills to benefit all students<br>▪ Ability to improve student self esteem<br>▪ Increased ability to communicate with families<br>▪ Opportunity to observe students succeed in the classroom<br>▪ Collegial relationship<br>▪ Share students |

Working together, educators can look at individual students from all different angles and concentrate on meeting their needs in the least restrictive environment. It is a win-win situation for both students and teachers.

© 2012, Hentz S.

www.susanhentz.com

# Co-Teaching Partnerships



Ultimate Goal: Provide all students with access to general education curriculum

**Getting Started**

➤ Communication Styles

➤ Get to Know Each Other

➤ Create an Environment of Respect and Rapport

➤ Parity and Roles

**Discuss**

➤ Content

➤ Organizing the Physical Environment

➤ Differentiated Instructional Strategies

➤ Review of IEP (progress monitoring of goals)

➤ Problem Solving

➤ Define Roles and Responsibilities

➤ Plan and Schedule

➤ Determine Strategies for Meaningful Instruction

➤ Monitor Student Performance and Intervention Integrity

➤ Identify Technology that Supports Learning

➤ Plan assessments

➤ **Reflect and Celebrate Successes!**

© 2012, Hentz S.                                        www.susanhentz.com

# Communication

Definition: An exchange of information, messages, ideas and knowledge requiring a message, a sender, and a receiver.

Regardless of whether one is teaching in an elementary, middle, high school, or university, it is important to establish working relationships with other teachers. The goal is to communicate and negotiate a resolution of differences to achieve consensus about classroom practices. Communication skills are a component of all relationships; therefore, it is a good return on investment to spend time developing and improving your communication process.



Communication is an important element of  successful co-teaching partnerships. There are some basic principles designed to improve your communication. It is important to spend time talking and getting acquainted with each other through learning styles, skills, interests, and philosophy surveys. Making sure that you communicate clearly with your co-teacher is imperative for a positive working relationship.

## Questions to think about…

*Do you actively listen?*

*Do you check your nonverbal messages?*

*Are you able to see another person's point of view?*

*Do you give appropriate eye contact?*

*Can you listen without interrupting?*

© 2012, Hentz S.

www.susanhentz.com

# Strategies to Improve Communication



♦ Check for understanding

♦ Provide clarification by paraphrasing

♦ Acknowledge what the speaker is saying   Yes…and…

♦ Don't talk over me

♦ ALKnowledge What I Say (active listening)

♦ Honesty

## Get to Know Your Collaborative Partners

## Animal Activity

Identify an animal that would best characterize you.  Draw the animal and list three characteristics of the animal.



© 2012, Hentz S.                              www.susanhentz.com

# Co-Teaching Approaches

## All approaches should have a plan and a final destination.



One Teach, One Support */observe/assist/*

Parallel Teaching

Station Teaching

Alternative Teaching

Team Teaching

Each of the models of co-teaching can be effective in different classroom situations. The approaches are meant to be flexible and used interchangeably while maximizing student engagement and supporting all teachers and students. Co-teachers have to determine which arrangement best suits the needs of their students and teachers. The emphasis should be on parity and participation while optimizing each teacher's expertise.

© 2012, Hentz S.

www.susanhentz.com

# One Teach, One Support

One teacher may have the primary instructional responsibility while the other provides "on the spot" supports and adaptations based on student needs.

This approach is practical to use when you are implementing the co-teaching model because it maximizes time and requires minimal joint planning or coordination between the two teachers. The teacher who assumes the assisting role may not be utilizing their full teaching potential so it is imperative to share in the roles of teaching and assisting.



Managerial: One teacher provides observations of students engaged in the learning process for progress monitoring

Instructional: Review test directions, cues, checking for understanding

Write down an example on how you could use this approach with your Co-teacher.

© 2012, Hentz S.

www.susanhentz.com

# Parallel Teaching

Co-teachers teach the same information simultaneously, but they divide the class into two groups and teach the lesson at the same time. The teachers address the same content, but may address different learning styles and levels of understanding. Both teachers need to be proficient in the content.

This approach requires that teachers coordinate their efforts so that all students receive exposure to the same general content and information. Flexible groups may be formulated from mixed to same ability, depending on students' needs and the goal of the lesson.



Instructional: Differentiate by learning style-One teaches using tactile kinesthetic, one teaches with visual aids

Write down an example on how you could use this approach with your co-teacher.

© 2012, Hentz S.

www.susanhentz.com

# Station Teaching

The teachers can divide the instructional content into two or more segments and present at separate stations (centers) in the room. Each teacher is responsible for instructing at one station to every student and other centers might be created for students to work independently. The delivery may vary depending on student needs.

This approach requires a clear division of labor, as each teacher is responsible for planning and teaching their part of the content. This division of instruction can increase the comfort level of co-teachers at initial stages of the partnership. Students can benefit from the reduced teacher-pupil ratio and be exposed to diverse instructional experiences.



Instructional: Organizational Station -One teacher can address organizational and study strategies

Write down an example on how you could use this approach with your co-teacher.

© 2012, Hentz S. www.susanhentz.com

# Alternative Teaching

One teacher takes responsibility for the large group while the other works with a smaller group of students that require instruction. The large group engages in the planned lesson while the small group completes an alternative lesson or the same lesson taught at a different level.

This approach addresses tiers of intervention and may be for acceleration and remediation. It can be used for a variety of activities, including pre-teaching, reteaching, strategies matched to student's needs, conducting progress monitoring, and student conferencing.



Instructional: Large group working on projects in small groups while the alternative group can be assessed

Write down an example on how you could use this approach with your co-teacher.

© 2012, Hentz S.

www.susanhentz.com

# Team Teaching

Two teachers share in the process of instructing all students at the same time, whether that occurs in large group, facilitating small groups, or monitoring students working independently. This is sometimes called "tag team teaching" Each teacher speaks and moves freely during large group instruction.

This is the most complex approach and requires the highest degree of collaboration and trust between the co-teachers. It also requires that the two teachers are able to blend their teaching styles. This approach can be the most rewarding for both students and teachers.



Instructional: Use when both teachers have a high sense of comfort-Oral presentation coupled with visual cues such as note taking using a graphic organizer

 Write down an example on how you could use this approach with your co-teacher.

© 2012, Hentz S.

www.susanhentz.com

# Collaborative/Co-Teaching R & R

### Roles and Responsibilities

| | |
|---|---|
| Lecture | Note taking |
| Explain a concept | Model the concept |
| Oral directions | Write the directions |
| Direct instruction | Circulate, provide one-to-one support |
| Pre-teach vocabulary | Monitor large group |
| Create basic lesson plans with standards and content | Provide suggestions for activities for diverse learners |
| Consider modification needs | Consider enrichment activities |
| Read a test aloud to a small group | Proctor a test silently |
| Large group instruction | Use of proximity for behavior management |
| Parent meeting | Provide an organizational or test-taking strategy |
| Disseminating material for lesson | Collecting and reviewing homework |
| Check for understanding with small group | Repeat and clarify any difficult concepts |
| Gather data | Large group instruction |
| Large group-practice exercise | Small group-direct explicit instruction |
| Small group-Learning Style | Small group-Learning Style |
| Facilitate cross-lateral movements | Accommodate based on skill level |
| Assess student progress of IEP goals | Plan for student conferencing |
| Adapt materials and assessments | Plan for parent communication |
| Oral analysis of knowledge | Progress monitoring |
| | |

© 2012, Hentz S.

www.susanhentz.com

# Co-Planning



### *If you fail to plan, you plan to fail!*

One of the key factors for success of co-teaching is planning. Common planning time can maximize the effectiveness of the co-teaching model. Through co-planning, educators jointly identify student needs and curricular objectives. Students tend to entertain themselves when you fail to be prepared, therefore, you can expect many behavior issues in your class without preparedness

## Keys for Planning

### Be flexible and positive!

- Come prepared

- Set up a scheduled time

- Co-plan at least one period a week

- Use a curriculum map-Try to plan for two weeks at a time

- Review content prior to meeting

- Begin with learning objectives and standards (KUD-Know, Understand, Do)

- Discuss strategies to enrich and extend the curriculum

- Planning sessions needs to include a strategy plan

- Reflect and evaluate on previous plans

- Identify "To Do" items

- Share the planning responsibility

### *You can't be co-pilots if you are not planning on taking the trip together.*

© 2012, Hentz S.                                    www.susanhentz.com

# Scheduling to Plan



How often do you co-plan with your co-teacher?

_____Never plan at all

_____Make plans daily

_____Weekly planning

_____Regularly scheduled planning time

How can you improve your planning?

## Planning Time

Name:                                    Week of:

When am I available to meet this week? (List three possible times)

Important topics for discussion:

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
|        |         |           |          |        |
|        |         |           |          |        |
|        |         |           |          |        |

**Amount of Time: A minimum of 45 minutes per week to plan for the week**

© 2012, Hentz S.

www.susanhentz.com

# Assessment of Understanding



Reflection: If you do not pre-assess, you may be teaching material that has been mastered. Use your time wisely!

~Assess achievement level at the beginning of a unit for instruction and upon exit of the unit

~Use data to guide your instruction for all students

~Implement an assessment system that allows for immediate feedback on specific knowledge and skills

~Effective feedback is specific and formative

~Prior to presenting new content, provide students with links based on previous knowledge and skill

~Provide varied activities to assess student learning

~Utilize informal assessment and self-assessments

© 2012, Hentz S.

www.susanhentz.com

# Co-Assessment



It is important that co-teachers discuss grades and co-assessing when they begin working together.

Points to discuss:

1. Who will grade assignments? (This is usually a joint effort.)

2. Will technology be used to manage grades? (Can both teachers have access?)

3. Will students be provided with modified assignments? (This will be determined by the IEP and student needs.)

4. Do we need a supplemental report card for students with disabilities? (Not if the student is receiving the same content with accommodations. However, if there is modification to the curriculum it should be noted.)

5. How and who will we responsible for measuring progress towards meeting IEP goals? (Criteria should be on plan)

6. Who will collect data on behavior and social skills? (Teachers may alternate this data collection if both feel comfortable with rating.)

7. Can grades have a modified grading scale? (This must be determined on an individual basis.)

8. Who will be responsible for data analysis? (Both educators must use this information to guide their instruction.

© 2012, Hentz S.

www.susanhentz.com

# Supplemental Report Card

### Marking Period 1   2   3   4

_____ requires the following accommodations to be successful in the general education classroom.

___ visual aids

___ study guides

___ modified spelling list

___ daily behavior chart

___ preferential seating

___ reduction of class work

___ redirection to task

___ additional time for task completion

___ lowered academic level for independent comprehension tasks

___ small group remediation and reinforcement (specific academic skills, testing)

___ extended time for assessments

___ self-correction is accepted as a testing modification

___ maintenance of an assignment notebook

Please continue to work on the following skills at home:

____ improving computation skills

____ reading daily at home

____ completing homework

____ improving self-control

____ improving study habits

____ oral and written language skills

____ spelling/editing skills


Teacher(s) Signature: _____   _____


Parent Signature: _____

Comments: _____


Reprinted with permission. Hentz, S. M. (2007). *Teach Smart: Smart Practical Strategies and Tools for Educators*. Sarasota, FL: VIEW Inc.

© 2012, Hentz S.

www.susanhentz.com

# Mastery For All Students



## What if my students don't have the skills they need to be successful?

One way to support students with learning needs is through scaffolding. **Scaffolding** refers to the providing support or tools to help students bridge the gap between their current skills and the goal for learning. Scaffolding will include accommodations and modifications.

## What's the Difference Between Accommodations and Modifications?

**Accommodations**: Change how students are taught and demonstrate what they have learned
Examples: Extended time, pre-teaching

**Modifications**: Change what students are expected to learn and demonstrate with focus on different objectives
Examples: Less content is to be mastered

Ways to Modify and Adapt Instruction

1. Level of Support

2. Size

3. Time

4. Input

5. Output

6. Level of Difficulty

7. Participation

8. Different Curriculum

9. Alternate goals

© 2012, Hentz S.

www.susanhentz.com

# Accommodation Codes

**Code**

| | |
|---|---|
| A1 | Break up longer assignments into small chunks |
| A2 | Copy of class notes, study guides, outlines (tests, assignments) |
| A3 | Use of multi-sensory approach (visual, auditory, tactile, kinesthetic) |
| A4 | Pre-teach vocabulary |
| A5 | Review/remediate key concepts |
| A6 | Highlight materials |
| A7 | Utilize graphic organizers |
| A8 | Check often for understanding |
| A9 | Opportunity to redo assignments |
| A10 | Allow revision of writing assignments-no penalty |
| A11 | Allow test retakes |
| A12 | Oral assessments |
| A8 | Provide continuous assistance for learning |
| A9 | Extend time for assignments and assessments |
| A10 | Provide a weekly behavior progress report |
| A11 | Allow wait time for oral responding |
| A12 | Reread, clarify, or summarize directions |
| A13 | Present directions simply and in sequential order |
| A14 | Allow movement |
| A15 | Give appropriate cues and prompts |
| A16 | Provide positive reinforcement   (verbal   non-verbal) |
| A17 | Provide breaks during assignments and assessments |
| A18 | Monitor classroom behavior using point sheets |
| A19 | Decrease environmental and social distractions |
| A20 | Preferential seating |
| A21 | Allow time for student conferencing re: progress |
| A22 | Communicate with teachers and parents |
| A23 | Encourage employment opportunities |
| A24 | Use hands-on learning |
| A25 | Provide individual and small group instruction |
| A26 | Inform student of missing assignments |
| A27 | Utilize cooperative learning groups |
| A28 | Use peer assistance and tutoring |
| A29 | Provide organizational strategies |
| A30 | Monitor attendance |

Reprinted with permission. Hentz, S. M. (2007). *Teach Smart: Smart: Practical Strategies and Tools for Educators*. Sarasota, FL: VIEW Inc.

© 2012, Hentz S.     www.susanhentz.com

# Co-Teaching Conditions for Success



- Administrative support

- Metaphor of arranged marriage

- Choose teachers that volunteer or that you feel you could work with

- Approach with flexibility

- Create a snapshot of your areas of expertise and areas of weakness

- Believe in the benefits of co-teaching

- Communicate on roles and philosophies

- Teachers share role of instructional leader

- Both teachers' names should be posted on door and in classroom

- Students who would best be serviced in a co-taught classroom should be grouped together

- Build a workable schedule that includes grouping students equitably

- Teachers need to have ownership of all students

- Teachers plan and discuss how to help students with disabilities

- Co-planning time should be built into the schedule

- Address curriculum accessibility tools

    o   Differentiated strategies

    o   Collaborative Problem Solving

    o   Accommodations and Modifications

    o   Assessments

    o   Technology

- All communication with parents should reflect participation of both co-teachers

© 2012, Hentz S.

www.susanhentz.com

# Improving Student Outcomes Using Problem Solving



**Who?**        General education teacher and special education teacher

**What?**        Work together to achieve a mutual goal

**How?**        Share responsibility for instructing, planning, and assessing

1. **Problem Identification: What is the problem?**  To identify a problem, you need to review data of the expected level of performance. **Is there a discrepancy between current and expected performance? Be sure to come to consensus about the problem.**

2.  **Problem Analysis: Why is this occurring?** Where is the instructional mismatch? Look at the Instruction, Curriculum, Environment, and Learner.

3.  **Plan Development/Implementation: What are we going to do about it?** Match the instructional strategy to the problem.  **What will be done to resolve the problem? Choose the best possible solution.**

4.  **Plan Evaluation: Did it work?** Make intervention/instructional decisions based on review and analysis of data. **Discuss the progress and outcomes, be sure to adapt plan as needed.**

© 2012, Hentz S.                          www.susanhentz.com



© 2012, Hentz S.

www.susanhentz.com

# Differentiated Instruction

A teaching approach in which teachers adapt their instruction to student differences. Differentiated instruction recognizes the diversity of our student population and enables teachers to meet the needs of all students.



## Teachers can differentiate by

Content: "What" students should know, understand, or is able to do as a result of instruction

Process: "How" the activities students will engage to make sense of their learning
Note: Same content but the way students process the information is different

Product: The "End result" that asks students to apply and extend what they have learned

## According to students'

Readiness: Readiness for a given skill, concept, or way of thinking

Interest: Those things that learners find relevant, fascinating, or worthy of their time. Students can fill out interest surveys to assist teachers determining interests.

Learning Profile: Learning styles, how the student processes information, and how the learner sees him/herself in relation to the rest of the world. The crucial information used to match individual students with the best possible learning strategies to meet their needs.

WALK AND TALK-How do you differentiate by readiness, interest, and learning style? How might this information impact your co-teaching?

# Strategies for Differentiation

Purpose: To maximize each student's growth and success in the learning process

| Strategy for Differentiation | Primarily Used to Differentiate | Examples |
|---|---|---|
| Tiered Lessons | Readiness | Plan activities for your diverse ability levels |
| Tiered Products | Readiness, Interest | Assessing projects for various ability levels and interests |
| Skill Focus | Skill | Use kinesthetic modes such as manipulatives |
| Alternative Assessments | Readiness | Allow student to provide answers orally |
| Goal Setting | Readiness, Skill, Interest | Student will identify and plan to achieve a specific goal by a specified time |
| Choice Boards | Readiness, Interest, Skill | Give the student a choice between three activities |
| Learning Centers | Readiness, Interest, Learning Styles | Have students define vocabulary words, create a visual representation of the words, and create a brochure using the vocabulary |

© 2012, Hentz S.

www.susanhentz.com

# Planning Differentiated Instruction

## STEP ONE

### Identify Outcomes
What should your students know, understand and be able to do?

## STEP TWO

### Gather Student Data
Use information to formulate flexible groups
Pre-assess readiness, interests, learning styles

## STEP THREE

### Initiating Activity (Hook)
This activity should be for all students

## STEP FOUR

| Assignments and Activities Group One | Assignments and Activities Group Two Tier II | Assignments and Activities Group Three Tier III |
|---|---|---|

## STEP FIVE

### Assessment
Whole group vs. Small group

© 2012, Hentz S.
www.susanhentz.com

# Tiered Lessons



There are many ways to develop tiered lessons to meet the needs of all learners. In most classrooms, designing two or three versions of an activity can address three levels of learning: basic, on, and advanced based on their readiness for academic instruction. Using pre-assessment data can be a tool to make decisions for the tiered lessons.

Know: Teacher develops levels of lessons based on same essential idea (concept) so students learn at their appropriate level

Understand: Students will experience more success when the material is appropriate for them

Teacher To Do List

- Determine the basic concepts from the unit of student(KUD)

- Plan hook to introduce the overall concept to all learners as a large group

- Pre-assess students to determine readiness and for grouping

- Develop meaningful and respectful tasks for each tier

Web site - http://doe.state.in.us/exceptional/gt/tiered%5fcurriculum/welcome.html
Dozens of examples of K-12 lessons by readiness, interest, and learning styles

How do you address the diverse students within your classroom?

© 2012, Hentz S.                                                    www.susanhentz.com

# Tiered Lesson Plan

Topic/Concept/Skills:_____

Know, Understand, Do (KUD)

- ■
- ■
- ■

Date:_____

| Level | Needs | Activity | Sample |
|-------|-------|----------|--------|
| Basic | Instruction to understand concept | Teacher directed | |
| On | Practice to retain information | Student and/or teacher directed | |
| Advanced | Mastered concept; Extension of learning | Student and/or teacher directed | |

© 2012, Hentz S.

www.susanhentz.com

# What's Your Learning Style?

Learning styles refer to the ways you prefer to approach new information. Each of us learns and processes information in our own special ways, though we share some learning patterns, preferences, and approaches. Knowing your own style also can help you to realize that other people may approach the same situation in a different way from your own.

Take a few minutes to complete the following questionnaire to assess your preferred learning style. Begin by reading the words in the left-hand column. Of the three responses to the right, circle the one that best characterizes you, answering as honestly as possible with the description that applies to you right now. Count the number of circled items and write your total at the bottom of each column. The questions you prefer will offer insight into how you learn.

| | | | |
|---|---|---|---|
| **1.** When I try to **concentrate...** | I grow distracted by clutter or movement, and I notice things around me other people don't notice. | I get distracted by sounds, and I attempt to control the amount and type of noise around me. | I become distracted by commotion, and I tend to retreat inside myself. |
| **2.** When I **visualize...** | I see vivid, detailed pictures in my thoughts. | I think in voices and sounds. | I see images in my thoughts that involve movement. |
| **3.** When I **talk with others...** | I find it difficult to listen for very long. | I enjoy listening, or I get impatient to talk myself. | I gesture and communicate with my hands. |
| **4.** When I **contact people...** | I prefer face-to-face meetings. | I prefer speaking by telephone for serious conversations. | I prefer to interact while walking or participating in some activity. |
| **5.** When I **see an acquaintance...** | I forget names but remember faces, and I tend to replay where we met for the first time. | goals | I remember what we did together and I may almost "feel" our time together. |
| **6.** When I **relax...** | I watch TV, see a play, visit an exhibit, or go to a movie. | I listen to the radio, play music, read, or talk with a friend. | I play sports, make crafts, or build something with my hands. |
| **7.** When I **read...** | I like descriptive examples and I may pause to imagine the scene. | I enjoy the narrative most and I can almost "hear" the characters talk. | I prefer action-oriented stories, but I do not often read for pleasure. |
| **8.** When I **spell...** | I envision the word in my mind or imagine what the word looks like when | I sound out the word, sometimes aloud, and tend to recall rules about | I get a feel for the word by writing it out or pretending to type |

© 2012, Hentz S.

www.susanhentz.com

| | written. | letter order. | it. |
|---|---|---|---|
| **9.** When I **do something new...** | I seek out demonstrations, pictures, or diagrams. | I want verbal and written instructions, and to talk it over with someone else. | I jump right in to try it, keep trying, and try different approaches. |
| **10.** When I **assemble an object...** | I look at the picture first and then, maybe, read the directions. | I read the directions, or I talk aloud as I work. | I usually ignore the directions and figure it out as I go along. |
| **11.** When I **interpret someone's mood...** | I examine facial expressions. | I rely on listening to tone of voice. | I focus on body language. |
| **12.** When I **teach other people...** | I show them. | I tell them, write it out, or I ask them a series of questions. | I demonstrate how it is done and then ask them to try. |
| **Total** | Visual: | Auditory: | Tactile/Kinesthetic: |

The column with the highest total represents your primary processing style. The column with the second-most choices is your secondary style.

Your primary learning style:

Your secondary learning style:

Now that you know which learning style you rely on, you can boost your learning potential when working to learn more. For instance, the following suggestions can help you get more from reading a book.

If your primary learning style is **visual**, draw pictures in the margins, look at the graphics, and read the text that explains the graphics. Envision the topic or play a movie in your thoughts of how you'll act out the subject matter.

If your primary learning style is **auditory**, listen to the words you read. Try to develop an internal conversation between you and the text. Don't be embarrassed to read aloud or talk through the information.

If your primary learning style is **tactile/kinesthetic**, use a pencil or highlighter pen to mark passages that are meaningful to you. Take notes, transferring the information you learn to the margins of the book, into your journal, or onto a computer. Doodle whatever comes to mind as you read. Hold the book in your hands instead of placing it on a table. Walk around as you read. Feel the words and ideas. Get busy—both mentally and physically.

**More information on each style, along with suggestions on how to maximize your learning potential, is available in the book** *Learn More Now* (Hoboken, NJ; John Wiley & Sons, 2004).

(c) Marcia L. Conner, 1993-2008. All rights reserved.

See the latest assessment at http://www.marciaconner.com/assess/learningstyle.html

© 2012, Hentz S.

www.susanhentz.com

# Learning Centers



Learning centers are areas set up in the classroom that can address learning objectives and differentiation.

- ❖ A collection of activities that engage students in their learning

- ❖ Emphasis on choosing concrete and logical materials and tasks

- ❖ Lessons to remediate, enhance, or extend knowledge of a skill or concept

- ❖ Diverse opportunities for students to work on skills based on needs, interests, or learning styles

- ❖ Allows for creativity and critical problem solving

- ❖ Students may be gathering information to self-report grades

- ❖ Centers help students become independent learners.

- ❖ Some centers may be teacher directed (Station Teaching Approach). Centers provide a classroom structure that allows teachers to assess students regularly while the class is engaged in meaningful and purposeful literacy activities.

Implementation Considerations:

- ❖ Boundaries-natural landmarks
- ❖ Ease of traffic flow
- ❖ Storage space
- ❖ Materials

Note: Students must be given expectations. Center behaviors must be reviewed and reinforced. Students may reflect on their learning through center logs and self-assessments.

E:

R:

R:

© 2012, Hentz S.

www.susanhentz.com

# Learning Centers

These ideas for centers are for students across ages with careful consideration to the audience.

**Autobiography -** This activity can be used to kick off your school year. It is a great tool to learn about your students and to develop the student-teacher relationship.

<u>Writing</u>: Have the students write a biography including important events in their life.  A timeline can also be created with this information.

<u>Technology</u>: Students can create an "About Me" power point. They may also use the digital camera or scanner to insert graphics.

<u>Art</u>: Students can draw a picture or create a brochure about their family, hobbies, or interests.

<u>Reading</u>: Students can read about their fellow students.

**Multicultural Project-** Assign the students different countries as topics for multicultural projects. It is best to organize a checklist of expectations for the project and the grading rubric.

<u>Technology</u>: Students can  research about their country on the computer and create a report.

<u>Art</u> : Students can draw and color maps (include major cities, mountains, bodies of water, etc.) of their country, create advertising posters, and/or construct an artifact box.

<u>Reading</u>; Students can read about the climate, exports, animal, and native dress. Listening center: Students can listen to a story about the country and retell it to the class.

**Math Center -** Assign the students to different centers based on needs.

<u>Teaching</u>: Students receive direct instruction from the teacher.

<u>Practice Place</u> : Students  can practice concepts that need remediation or extra practice. Students can self-evaluate their progress using n answer key and/or calculator.

<u>Proof Center</u>: Students use manipulatives to prove their work. It is a great center for students to work in pairs or small groups

<u>Data Analysis</u>: Students can review their data or document progress at the data center. This is a great tool for self-reporting of grades and progress.

# Learning Centers—Parent Letter

Dear

      We are writing you this letter to tell you about your child's classroom. We believe that all children can and want to learn. Our goal is to help your child become an independent, lifelong learner. We want your child to develop and maintain an "I can" and "I will try" attitude. Teaching children that putting forth their best effort is essential will create an attitude of success. To accomplish our goals, we have incorporated learning centers into our classroom. Our students will be completing activities and projects in centers around the room, each designed to focus on academic and behavioral skills, such as writing, reading, math, listening, and working cooperatively.

      During center time, students may work at their level while being challenged with hands-on learning. In addition to teaching academics, learning centers provide opportunities for children to learn other important skills, such as responsibility, decision-making, and self-evaluation. By offering a variety of activities that draw on different strengths, learning centers give all students a chance to learn based on their learning style and multiple intelligences. We will be constantly changing and improving our centers based on student needs. Your child will be able to explain our learning centers to you, and we will be happy to answer any questions. Please feel free to visit our classroom and see the centers in action. We welcome any suggestions, help, and material you would like to offer as you support your child's learning experience. We are looking forward to a year filled with learning. It is our pleasure to have the opportunity to work with your child.

Sincerely,

Ms. Susan Hentz        Mrs. Freida Yoder

From *Teach Smart: Practical Strategies and Tools for Educators* Hentz, Susan ©2007, VIEW Inc; Sarasota, F

© 2012, Hentz S.

www.susanhentz.com

# You Can Reach Your Goals!



What are goals?

A goal is something that you want to achieve. It is the final destination for what you are aiming for Goals should be written with three criteria.

1.    Positive (No negative words)
2.    Personal (All about you.)
3.    Written as if the goal has been reached.

You are more likely to achieve your goals when you write them down. When you write a goal using the above criteria, you will connect with the part of your brain that tells you what you need to do. The more often that you set goals in this way, the more often you will get what you want.

Goal Setting

## Establishing Goals and Reflections

Name:_____

Date:_____

My Goal:_____

_____

Steps I will take to reach my goal:

1.   _____

_____

1.   _____

_____

1.   _____

_____

© 2012, Hentz S.                                    www.susanhentz.com

# Goal Reflections and Steps to Progress

Name_____



Reflections on the progress towards my goal (2-4 sentences describing thoughts and feelings you had while you were working towards this goal):

_____

_____

_____

_____

_____

Steps I will take to reach my goal:

1. _____

   _____

1. _____

   _____

1. _____

   _____

© 2012, Hentz S.

www.susanhentz.com

## Goal Reflections and Steps to Progress

Name_____



Reflections on the progress towards my goal (2-4 sentences describing thoughts and feelings you had while you were working towards this goal):

_____

_____

_____

_____

_____

Steps I will take to reach my goal:

1. _____

_____

1. _____

_____

1. _____

_____

## Sample Conferencing Form
### Progress Towards Attendance Goal

### Is it a Bull's Eye?

Name:_____

Current Performance                    My Goal:

% Come to School on time    _____        _____

% Attendance                _____        _____

Plan:
List steps to reach the goal.

_____

_____

_____

_____

_____

## Sample Conferencing Form
### Progress Towards Attendance Goal

# Is it a Bull's Eye?



Name:_____

Current Performance                    My Goal:

% Come to School on time    _____        _____

% Attendance            _____        _____

Plan:
List steps to reach the goal.

_____

_____

_____

_____

_____

© 2012, Hentz S.  www.susanhentz.com

# Cubing

Cubing is an instructional strategy that asks students to consider a concept from a variety of different perspectives. The cubes are six sided figures that have a different activity on each side of the cube. Not all students have to receive the same cube. Cubes can be differentiated for learning styles, readiness, and/or multiple intelligences.

## Cubes can also be numbered with corresponding tasks.

### The Six Sides of the Cube:
Students can work alone, in pairs, or in small groups with the appropriate cube. A student or small group rolls the cube and completes the activity of the side that is rolled. Students can be given the choice to roll again once if they don't like the activity that turns up.

### DIRECTIONS:
Write the following words or activities on the six sides of the cube.

| Author | Character | Setting | Plot | Mood | Main Idea |
|---|---|---|---|---|---|
| Who? | What? | Where? | When? | Why? | How? |
| Explain | Name | Design | Debate | Locate | Discuss |

**Friendship Cube:** On each side of the cube you can write or draw words describing different things friends do for each other.

Character Cube:
1. Name of character
2. Draw a picture of your character
3. Draw a picture of the setting for your character
4. Write three words describing your character
5. Identify one way that you can relate to your character
6. Record your favorite thing that your character did

© 2012, Hentz S.

46

www.susanhentz.com



© 2012, Hentz S.

www.susanhentz.com

# Strategies for Study Skills



- Mnemonics
- Shorten assignments
- Technology tools
- Planner
- Highlighter
- Chunking workload
- See N Read
- Spell checker
- Visual checklist of steps
- Triple vocal rehearse
- Post it Notes
- Five box review
- Study guide
- Material organizer
- Personal word wall
- Test taking strategies
- Organizational tools
- Organizational checks
- Rubrics for study
- Pocket dictionary
- Graphic organizers

© 2012, Hentz S.

www.susanhentz.com

# Strategies for Reading



- Paired reading
- Picture walk
- Role play
- Create analogies
- Make predictions
- Text to self connections during reading
- Web concepts-vocabulary
- Books on tape
- Symbolic representation
- Repeated reading
- Sequencing story
- Assistive Technology
- Activate background information
- Summarizing orally
- Personal word wall
- Thinking maps
- Teach phonetic rules
- Chunking
- Participate in literature
- 4 Sentence Summary
- Symbolic representation
- Incorporate learning styles
- Pre-teach vocabulary
- Check for understanding
- Group/Individual Graffitti

© 2012, Hentz S.

www.susanhentz.com

# Strategies for Written Expression



- Graphic organizers
- Power Point
- Comics
- Journals
- Mnemonics
- Foundation of truth writing
- Spellcheckers
- 4 Sentence Summary
- Dueling Teams
- Process writing strategies
- Fortunes from fortune cookies as writing prompts
- Note cards
- Highlighter
- Story starters
- Learning logs
- Microsoft automatic correction feature
- SeenRead spelling dictionary
- Visual interactive spelling
- Finding typos in newspaper
- Interest based-www.bluenoseed.com Sports, Media, Music

© 2012, Hentz S.

www.susanhentz.com

# Strategies for Math



- Eliminate the need for copying the problem
- Shorten assignments
- Decrease the reading level of the problems
- Math Mountain
- Simulations
- Math games-Flash cards
- Visual checklist of steps
- Color coded computation
- Assistive technology
- Paper plates for fractions and pie charts
- Extra time for completion
- Provide graph paper
- Mnemonic devices
- Computational aids
- Peer support and tutoring
- Flash cards
- Number fact charts
- KleenSlate Whiteboards
- Manipulative
- Role play word problems

© 2012, Hentz S.

www.susanhentz.com

# Strategies for Test Taking



## Practical Strategies for Students to Achieve on Assessments

### Teacher Directed

1. Clarify directions
2. Review True and False (absolute words such as always, never)
3. Read test aloud or allow oral responses
4. Chunk test into smaller sections
5. Reformat test
6. Allow students to write directly on test and then assist with transferring answers
7. Provide students with extended time
8. Group review using note cards
9. Determine test accommodations
10. Modify test

If permitted, provide students with the opportunity to retake part of the test or to make corrections on incorrect problems.

### Student Directed

1. Read all directions.
2. Be sure that you understand the directions. If not, ask for help.
3. Underline key words or phrases in the directions.
4. Read definitions first and then scan choices
5. Circle important words such as *never, always,* and *not.*
6. Read all of the test questions in full before answering.
7. Answer all questions that you know first.
8. If you don't understand the question, ask your teacher for clarification.
9. Utilize graphic organizer to organize essay responses
10. Use the test to take the test. Look for clues in other test questions

© 2012, Hentz S.

www.susanhentz.com

# Classroom Interventions



Δ Check for understanding

ΔTotal Participation Techniques -Paddles (KleenSlate), Cards, Actions

Δ Graphic organizers-Thinking maps

Δ Symbolic representation-pictures to represent concepts

Δ Word wall – Class and Personal

Δ Provide wait time (ELL-6-12 sec, Aud.-1-2 sec, Vis.-2-5 sec, Tac-4-7 sec)

Δ Activate prior knowledge

Δ Check for comprehension of task

Δ Computer assisted programs

Δ Study guides

Δ Assignment notebook

Δ Brain breaks – cross lateral movements

Δ Peer tutor/peer buddy

Δ Triple vocal rehearse

Δ Visual agenda

Δ Decrease visual stimuli-See N Read; cuts in file folder; sticky notes over a portion of stimuli

Δ Allow students to whisper read (WhisperPhone, Duets)

Δ Limit paper/pencil assignments

Δ Organizational strategies (sticky notes, highlighter, planner, HW  help)

Δ Mnemonic strategies

Δ Additional practice in literacy centers

Δ Integrate movement into lessons

Δ Model study skills

Δ Visual cues and examples

Δ Student interests/learning styles

Δ Art, drama, dance, music, technology integration

© 2012, Hentz S.       www.susanhentz.com

# Organization



**FACT: The average person spends 170 hours every year searching for lost items.**

Can you imagine how much time students spend searching for books, pencils, homework, and assignments?

Students may require help with
- Organizing Papers
- Bringing Materials
- Assignment Logs
- Study Skills

> *It takes 24 days for an action to become a habit. Teacher and parent support is required for this organizational process to be implemented with success.*

Students are most productive when given support and guidance to organize their work.

Teachers must provide time and model organization. It is helpful if students have strategies for learning that student and teachers have identified as being useful in a section of notebook.

Create a rubric for students to utilize for organization of desks, notebooks, and projects.

### Student Organization Tool



Students often require assistance in organizing their assignments. Teachers agree to utilize a notebook as an organizational tool.
Materials:
Three-Ring Binder

- Sections for each class-Each section should have divider, lined paper, a two pocket folder, and a page protector

© 2012, Hentz S.

www.susanhentz.com

- o Handouts and study guides should be hole-punched to be placed in the appropriate section. When folded and thrown into a backpack or textbook, they are usually lost.
  - o This allows for easy removal and replacement of papers.
- A zipper plastic bag or a pouch with an inventory list should be put at the beginning of the notebook: highlighter, pencil, eraser, pen, calculator, dots, post it notes, or other aids for learning.
- Calendar/Assignment Log: This can act as a communication system between home and general education classrooms
  - o Students can list daily and long term assignments

### School to Home Notebooks

**FOR STUDENT**
An Organizational Tool

**FOR STUDENT, PARENT, TEACHERS**
A Forum for Ongoing Communication
A Tool for Sharing Strategies and Student Successes

### SAMPLE LETTER FOR SCHOOL TO HOME COMMUNICATION SYSTEM

Dear Parent,

We take the job of helping children develop good organizational and study skills very seriously. Therefore, we are providing your child with an organizational notebook. It should be brought home daily and returned the next day. This notebook will include an assignment sheet that will list the assignments, as well as, study strategies, information regarding school events, and district news. This folder will be a communication system between home and the general education classroom. Please check the folder daily and discuss the contents with your child. After assignments are completed, be sure to sign the Assignment Sheet and return it to school. Feel free to add comments as the need arises. We look forward to working with you.

Sincerely,


Ms. Susan Hentz            Mr. Michael Conway

Both co-teachers should sign all home-school communication.

© 2012, Hentz S.

www.susanhentz.com

# Managing Assignments



Lessons should focus on teaching students how to make a connection between planning and due dates for projects.

GIVE YOUR STUDENTS CLEAR TIMELINES FOR COMPLETION OF THE TASKS.

Use the calendar and assignment sheet and 'chunk' the tasks (Students may require assistance to break longer assignments down into manageable pieces.)

## 2-Week Project Outline
## To Do List

Day 1
  Determine the assignment and date due

Day 2-3
  Break down the assignment into smaller tasks needed to    complete task

Day 4-6
  Project implementation
  Gather materials
  Research and read

Day 6-8
  Project construction
  Prepare materials-draw, cut, and print

Day 9
  Label and check that all components are included as assigned

Day 10
  Turn in assignment
  Celebrate your accomplishment!

© 2012, Hentz S.                                          www.susanhentz.com

# Resources

## Checklist for a Consultative, Collaborative, and/or Co-Teaching Partnership

---

**Before implementation...**

_____ 1.  Plan to determine partnership

_____ 2.  Complete Teacher Survey

_____ 3.  React to survey with colleague

_____ 4.  Gather information about the students

_____ 5.  Letter/Memo to teachers regarding the service delivery

_____ 6.  Meet with fellow colleagues and identify the partnership

_____ 7.  Teachers interested in the co-teaching model meet and discuss _Am I Ready for Co- Teaching?_  Surveys

_____ 8.  Form a team (general education teacher, special education teacher, support staff, paraprofessionals)

---

**After forming partnership...**

_____ 1.  Select subject area or class period (based on student needs)

_____ 2.  Review IEP and discuss individual students with disabilities and their needs

_____ 3.  Plan for appropriate strategies, accommodations, and modifications

_____ 4.  Identify roles and responsibilities of the partnership

_____ 5.  Share responses to other _Get to Know You_ Checklists

_____ 6.  Attend staff development or support

_____ 7.  Discuss roles in planning, instructional approaches, and evaluation

_____ 8.  Communicate service delivery model to parents

_____ 9.  Complete _Co-Teaching Daily Lesson Plans_ collaboratively

_____ 10.  Have fun!

© 2012, Hentz S.                                                www.susanhentz.com

## Memo to Teachers: Collaboration

To:

From:

Welcome back! Collaboration between the general and special educators can enhance student learning and provide support for you in the classroom. Below are the names of students currently enrolled in your classes receiving special education services.

_____    _____

_____

_____    _____

_____

It is best to be proactive rather than reactive, so I would like to meet with you prior to the beginning of the year during the in-service week to review Individual Education Plans and to discuss your students' accommodations/needs. I can provide support and assistance for you during this school year for all of your students. Assistance may include but will not be limited to: organizational skills, academic accommodations, teaching strategies, problem solving, assessment, and reward systems for accomplishing goals. I am looking forward to a productive, exciting year working with you and your students. Make it a great day!

Sincerely,

Reprinted with permission. Hentz, S., (20070 *Teach Smart: Practical Strategies and Tools for Educators.* VIEW Inc. Sarasota, FL

© 2012, Hentz S.                                                                          www.susanhentz.com

# Am I Ready to Co-Teach?

Co-Teaching can create a dynamic learning environment and is a different approach for instructing and teaching students. Please write your response to assist in determining if you are ready for this relationship. Be honest with your responses. After you have completed the survey, meet with your fellow colleagues to share your responses by taking turns reading the responses. After you have read all of your responses, discuss the reactions to the responses.

1. My attitude about teaching students with disabilities in a general education classroom is

2. My areas of strength in my teaching is

3. My areas of weaknesses in my teaching is

4. My tolerance level for activity in the classroom is

5. My tolerance level for noise in the classroom is

6. An obstacle I may have in co-teaching is

7. My biggest concerns about teaching in a cooperative, co-teaching structure is

8. Will I be able to tell a colleague that I disagree or have a concern about a teaching method or strategy during the planning process?

9. How often would I like co-teaching to occur? (daily, a few times per week, for review prior to assessments)?

10. What schedule would best meet the needs of the students and both instructors?

11. Am I willing to participate in training to implement co-teaching?

Thank you for taking time to complete this survey. Please use the remainder of the space on this page to share any additional thoughts, ideas, or recommendations you have for co-teaching practices. Your input is appreciated and will be a valuable tool in working toward enhancing the educational outcomes of all students.

_____
_____
_____
_____
_____
_____
_____

© 2012, Hentz S.

www.susanhentz.com

# Parent Letter – Co-Teaching

Dear Parents:

   We are very excited to share with you that your child will have two teachers co-teaching in their classroom this year. Co-teaching is when two professionals share their expertise to create a teaching and learning environment conducive to positive student outcomes. This model allows for a variety of teaching approaches. There will be times when we will both be instructing, while at other times, one of us may lead the instruction while the other will be assisting with learning strategies, discipline, and academic success.

   We believe that, together, we can met the needs of all learners in the classroom by providing a variety of instructional strategies. Our diverse expertise will come together to co-plan, co-instruct, and co-assess the progress of each student. We will be sharing grading and will discuss any accommodations needed for students to achieve. We are also excited about challenging those students who may need acceleration.

   Please feel free to contact us if you have any questions about the co-teaching model. We can be reached at 800.123.4567 or by email at coteachers@sar.k12.fl.us. The best time to reach us is at school from 7:30-8:30 a.m. daily. We look forward to a productive, successful year working with you and your child.

Sincerely,


Ms Susan Hentz                    Mr. Bradley Cook

© 2012, Hentz S.                                    www.susanhentz.com

# Getting to Know Each Other
## Dialogue Starters

Teacher can develop communication skills by learning about their partner. Being a reflective practitioner/educator is paramount for the collaborative process to be effective. The questions below are designed to serve as a starting point for co-teaching discussions.

**Directions: Answer the questions below independently and then share with your collaborative partner.**

1. What are your rules? What are the consequences?

2. How are students grouped for instruction?

3. What instructional methods do you often use (lecture, technology (Smart Board), class discussions)?

4. How do you communicate with parents?

5. What are your strengths as a teacher?

6. How do you monitor and assess student achievement?

7. What are your student expectations for participation, preparation, and homework?

8. Do you differentiate instruction for struggling students and students needing acceleration?

9. What are your pet peeves?

10. What do you see as your potential role as a co-teacher? Concerns?

© 2012, Hentz S.

www.susanhentz.com

# My Expectations in the Classroom

Name: _____

Directions: Individually complete this worksheet by listing your expectations for the following topics. After completion, share the responses with your co-teacher and discuss your reactions to the responses.

I have the following expectations for my classroom:

| 1. Parent communication: |
|---|
| |
| |

| 2) Instructional routines: |
|---|
| Need to have regular routine, use of organizational strategies to help students w/ organ. |

| 3) Discipline procedures: |
|---|
| |
| |

| 4. Planning for instruction:: |
|---|
| |
| |

| 5. Physical environment: |
|---|
| |
| |
| |

| 6. Differentiated instruction: |
|---|
| |
| |
| |

**7.** Data analysis:

Need to have access to data of students to know where students are struggling and to use for IEP writing/implementation

8. Learning Centers:

9. Evaluation:

10. Homework:

**Other:** Pet Peeves

After completing and sharing the survey, the co-teachers will be ready to examine and discuss how to reach a compromise on the various expectations.
This type of activity can be a forum for a discussion about individual responses to all aspects of classroom practice.

Remember: "You get what you expect!"

Hentz, S. M., & Jones, P. M (2011). *Collaborate Smart: Practical Strategies and Tools for Educators.* Arlington, VA: Council for Exceptional Children.

© 2012, Hentz S.                    63                    www.susanhentz.com

# Co-Teaching Approaches

**Co-Teaching is when two or more professionals share instructional responsibility in a single physical space** (Cook & Friend, 1995). Co-teach partners can alternate the roles and approaches regularly. This becomes more fluid as professionals become comfortable with each other in the shared space.

| APPROACH | DESCRIPTION | STRENGTHS | CONCERNS |
|---|---|---|---|
| One Teach, One Support  *5 ~ 100%* | One teacher may have the primary instructional responsibility while the other provides supports based on student needs. | | |
| Parallel Teaching  *30 ~ 400%* | Both educators plan jointly and teach the same information simultaneously, but they divide the class into two groups. The teachers address the same content, but may address different learning goals and levels of understanding. | | |
| Alternative Teaching  *30 ~ 40%* | One teacher works with a small group to pre-teach or re-teach a concept or skill while the other provides large group instruction. This approach addresses tiers of intervention and may be for acceleration and remediation. | *Can work w/ group of my students who are struggling* | |
| Station Teaching  *30 ~ 40%* | The teachers divide the instructional content into two or more segments and present the content at separate stations (centers) in the room. Each teacher takes responsibility for one station and a third might be created for students to work independently.. | | |
| Team Teaching  *5 ~ 10%* | Two teachers share in the process of instructing all students, whether that occurs in large group, facilitating small groups, or monitoring students working independently. | | |

*small group instruction has best impact on Students*

# Teacher Tasks During Co-Teaching



| While I am doing this... | You can be... |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

© 2012, Hentz S.

www.susanhentz.com

# Co-Teaching Lesson Planning Form

How can the needs of all students in the class be met with curricular demands?
What are student and teacher expectations?
What instructional considerations are needed?
How will successful performance be measured?

Teacher (s): _____

Subject: _____

Standard:_____

_____

Objectives:_____

_____

_____

| Main Instructional Activities | Person Responsible<br><br>Co-Teaching Approach | Evaluation |
|---|---|---|
| Instructional Considerations<br>(preferences/strengths/needs) | | |

© 2012, Hentz S.

www.susanhentz.com

| Opening Activity (Hook) | | |
|---|---|---|
| Teacher Activities | | |
| Student Activities | | |
| Closure | | |

Resources/Materials:

Lesson Reflection:

© 2012, Hentz S.

www.susanhentz.com

# Co-Teaching Lesson Plan

Teacher (s): _____

Subject: _____

What is the instructional objective and activities required for mastery?
Which students will need extra help and/or accommodations to be successful?
What tools will be utilized for assessment?

Standard: _____
_____

Skill/Concept(s):_____

As a result of this lesson, students will know_____

Understand_____

and be able to _____

| Textbooks and Materials | Differentiation Accommodations | Co-Teaching Approach | Assessment/Evaluation |
|---|---|---|---|
| Opening Activity (Pre-assessment) | | | |
| Lesson | | | |
| Process | | | |
| Extension | | | |
| Evaluation/Closure | | | |
| Lesson Reflection: | | | |

Adapted From Hentz, 2007 Teach Smart: Practical Strategies and Tools for Educators

© 2012, Hentz S.

www.susanhentz.com

# Co-Teaching Strategy Plan

Team members:_____ Subject:_____ Week of:_____

| | Lesson Activities | Strategy/Approach *OTOS, PT, ST, AT, TT |
|---|---|---|
| Pre-Assessment | | |
| **Monday** | ▪     ▪     ▪ | |
| Evaluation | | |
| Pre-Assessment | | |
| **Tuesday** | ▪     ▪     ▪ | |
| Evaluation | | |
| Pre-Assessment | | |
| **Wednesday** | ▪     ▪     ▪ | |
| Evaluation | | |
| Pre-Assessment | | |
| **Thursday** | ▪     ▪     ▪ | |
| Evaluation | | |
| Pre-Assessment | | |
| **Friday** | ▪     ▪ | |
| Evaluation | | |

**Note: OTOS** = One Teach, One Support; **PT** = Parallel Teaching; **ST** = Station Teaching; **AT** = Alternative Teaching; **TT** = Team Teaching

Hentz, S. M., & Jones, P. M (2011). *Collaborate Smart: Practical Strategies and Tools for Educators*. Arlington, VA: Council for Exceptional Children

© 2012, Hentz S.

www.susanhentz.com

# Learning Center Planning Form

Center:_____

 Goal: _____
Objectives: _____
_____
_____

Structure: (Circle one) Independent or small group

| Activity |
| --- |
| |

| Materials |
| --- |
| |

| Accommodations/Modifications |
| --- |
| |

| Assessment Tools and Criteria |
| --- |
| |

Adapted with permission. Hentz, S. (2006) Teach Smart: Practical Strategies and Tools for Educators

© 2012, Hentz S.

www.susanhentz.com

# Learning Center Assessment



Name_____

Rating Scale
E= Excellent   G=Good        S=Satisfactory        N=Needs Improvement

| Work Habits | Date | Rating | Date | Rating |
|---|---|---|---|---|
| Works cooperatively | | | | |
| Works independently | | | | |
| Stays on task | | | | |
| Completes tasks | | | | |
| Follows directions | | | | |
| Displays effort | | | | |
| Shares materials | | | | |
| Listens to others | | | | |
| Helps others | | | | |
| Shows respect for others | | | | |
| Uses self control | | | | |
| Follows rules | | | | |
| Takes turns | | | | |
| Shares materials and ideas appropriately | | | | |
| Accepts responsibility for actions | | | | |
| Communicates with peers appropriately | | | | |

Comments:

© 2012, Hentz S.                                       www.susanhentz.com

# Aids to Address Learning Styles

  

| Auditory | Visual | Tactile/Kinesthetic |
|---|---|---|
| News Report | Collage | Air write |
| Oral directions | Graphic Organizers | Acting |
| Student-directed reviews | Color codes | Gesturing |
| Computer assisted programs | Highlighters | Physically "do it" |
| Cheer information | Flashcards | Role play |
| Classroom amplification system | Guided imagery | Practice with a repeated motion |
| Drama productions | Label classroom | Exercise |
| Explanations | Emphasize key points for notes | Frequent brain breaks (stretch) |
| Interviews | Pamphlets | Sign Language |
| Listen to music | PowerPoint | Sound Ball |
| Verbal/written cues | Response cards/paddles | Skits |
| Oral reports | Manipulative | Flip Book |
| Say words in syllables | Mnemonics-acrostics, mapping | Bingo |
| Watch movies | Sign language | Human Bar Graphs |
| Song-Raps | Photographs | Card games |
| Read Aloud | Smart Board | Relays |
| Triple Vocal Rehearse | Study guides | Experiments |
| Use rhythmic sounds | Work samples/exhibits | Associate movements with |
| Discussions | Visual Schedules | concepts |
| Speak/Listen to Speakers | Charts, Lists, Graphs | Dance |
| Make up poems | Teacher demonstrations | Graffitti |
| Theater | Word walls | Cross lateral movements |
| Mnemonics | Assignment notebooks | Move in chair, stretch |
| Reader's Theater | Symbolic representation | Simulations |
| WhisperPhones-Duets | Newsletter for reference | Write on surfaces with finger |
| Video Production | Diary or Journal | (Gel, sand, whipped cream) |
| Speech | Picture Dictionary | Puppet Show |
| Commercial | Time Line | Group/Individual Graffiti |
| Power point presentation | Diaramo | |
| | Class Game | |

Use a variety of teaching activities for different learning styles to reach more students
than the traditional direct instruction.

© 2012, Hentz S. www.susanhentz.com



# 3-2-1 Exit

NAME:_____

**3** things I learned today:

_____

_____

_____

**2** things I really liked learning:

_____

_____

**1** thing I really need help with:

_____

_____

© 2012, Hentz S.

www.susanhentz.com

# Webliography

Ageless Learner: www.agelesslearner.com Learning Style Inventory

Association for Curriculum and Staff Development: www.ascd.org

Big Ideas in Reading: http://reading.uoregon.edu

Blue Nose Edutainment: www.bluenoseed.com Student interest

Council for Exceptional Children: www.cec.sped.org

Dinah Zike: www.dinah.com

Florida Center for Reading Research: www.fcrr.org

Hawthorne Educational Services: www.hawthorne-ed.com Learning Intervention Manual & Behavior Intervention Manual

Inspiration: www.inspiration.com

Intervention Central: www.interventioncentral.org

Itools: www.itools.com

KleenSlate: www.kleenslate.com Code-Susan Hentz

Konstruk Tubes: www.konstruktubes.com -Code Susan Hentz

Learning Disabilities: www.ldonline.org

Microsoft: www.office.microsoft.com - Free clip art, education templates (198)

National Center for Learning Disabilities: www.ncld.org

National Education Association: www.nea.org

Reading for the Blind and Dyslexic: www.rfbd.org

Reading Quest: www.readingquest.org

See-N-Read: www.seenread.com 10% discount-Code-Susan Hentz

**Susan Hentz: www.susanhentz.com**

Teacher Resource Directory: www.teach-nology.com

Teacher's Network: www.teachnet.org

TextHELP: www.texthelp.com Text to speech software, some free downloads

www.cast.org          www.utd.org

© 2012, Hentz S.          www.susanhentz.com

diferred lessons

74

WhisperPhone: www.whisperphone.com 10% discount-Code-Susan Hentz

# Resources

### Exploring New Territories
Technology Resources for Struggling Students and Students with Disabilities
www.fdlrstech.com/handouts.htm

### Graphic Organizers
1. Graphic Organizers: Incredible online source of printable graphic organizers in a wide variety of cognitive supports
www.teachervision.fen.com/graphic-organizers/prntable/6293.html?s2
2. Inspiration: Graphic Organizers with templates for middle/high school
www.inspiration.com
3. Active Reading Strategies: Excellent resource of strategies for students to visually organize text.
www.savvyknowledge.com/products/great teacher/greatteacher.html

### Online Puzzle Makers
Free online puzzle makers for students, teachers, and parents. Find a variety of puzzles from word searches, crossword puzzles, and hangman,
www.cybersleuth-kids.com/wordsearch/index.htm
www.billybear4kids.com/jigsaw-puzzles/main-page.html
www.thekidzpage.com/freekidsgames/wordgames.htm
www.wordsplashpro.chronasoft.com/feature.html

**Homework Helpers**
1. Free Online Graph Paper . http://incompetech.com/graphpaper/ Free online PDF of various graph papers. includes an online generator so you can create customized graph paper and print it out
2. Graph Tablet (Win) - http://www.graphtablet.com/graphtablet.html Free graph paper printer
3. Animated Math Dictionary - http://www.harcourtschool.com/glossary/math2/index_temp.html Provides written and audio definitions of math terms
4. A Math Dictionary for Kids -- http://www.teachers.ash.org.au/jeather/maths/dictionary.html
5. Translating Word Problems - http://www.purplemath.com/modules/translat.htm Keywords to help with word problem translation
6. MathWay - http://www.mathway.com/ Online tool for solving math problems
7. Web Math - http://www.webmath.com/ Online tool that helps students solve math problems. from general math through calculus
8. Algebra Help -- http://www.algebrahelp.com/calculators  Algebra support tool
9. Conversion Tools -- http://www.convertit.com . Basic online collection of conversion tools
10. Equation Wizard (Win) - http://www.equationwizard.com/ . Algebraic equation solver software. trial version good for 30 equations
11. Microsoft Math - http://www.microsoft.com/math/default.mspx . An all-in-one math homework solution.  solve equations, graph functions, use a fully-functional graphing calculator, solve triangles, and convert standard units
12. WebGraphing - http://www.webgraphing.com/ . Online equation-graphing environment, from simple to advanced calculations

© 2012, Hentz S.

www.susanhentz.com

## According to Research the Top Three Student Interests

Popular *music, movies*, and *sports* play a major role in the lives of many young students, and can be a strong motivation for creativity and self-expression.



### "Putting the Energy of Today's Entertainment into Reading & Writing!"

## HOW IT WORKS

### Standards-Based Lesson Plans from Holt McDougal

Holt McDougal has authored standards-based songwriting, scriptwriting, and sports reporting lesson plans to help teach your students the writing skills.  Each lesson provides standards-based skills practice in songwriting, scriptwriting, and sports reporting including:

- **TEACHER'S GUIDE** that walks you through the instruction of standards-based skills, including teaching tips to introduce, teach, guide and quickly assess your student's progression to skill mastery.

- **GUIDED PRACTICE** student worksheets that use contemporary, age-appropriate lyrics as a springboard  for standards-based skill practice, including academic vocabulary and point-of-use guided standards practice and graphic organizers.

- **YOU TRY IT!** student worksheets that provides your students to practice their skill in the context of the contest; including goals graphic organizers and room for independent writing.

Students will build a standards-based songwriting, scriptwriting, and sports reporting portfolio as they work through the lessons.

#### Lesson Plans Overview

**MUSIC & SONGWRITING:**

To maximize the motivation of the music lesson plans, each skill category contains a popular artist and his/her music. The lesson plans are accompanied by the artist's bio, music, and lyrics. The lesson plans can also be used in conjunction with other artists and their songs.

What makes the lesson plans effective is that the students connect in their own personal lives with many of the messages in each of the songs, which in turn motivates the students to participate.

The lesson plans include Brainstorming Ideas, Elaboration, Figurative Language, Finding Style, Finding Voice, and Choosing Tone.

**MOVIES & SCRIPTWRITING:**

The scriptwriting lesson plans chart a path to a journey many students long to take but don't know where to begin.

From formulating the basic storyline to the essentials of character development, etc. this is an educational adventure that will fling open new doors of imagination and creativity.

The lesson plans include Synopsis, Adaptation, Dialogue, Plot, Setting, Characters, Theme, and Flashback.

**SPORTS & SPORTS REPORTING:**

These lesson plans will engage students who are motivated by action and competition.

The lesson plans provide the disciplines of journalism by taking the students step-by-step through the various forms of sports reporting while presenting the opportunity for creativity through the development of feature articles.

The lesson plans include The Feature Story, The Game Story, Writing Headlines, Interviewing, Leads, Taking Notes, On the Scene Reporting, The Advance Story, The Post Game Story, and Quotes.                    www.BlueNoseEd.com

© 2012, Hentz S.

www.susanhentz.com

# References

Adamson, D. R., Matthews, P., & Schuller, J. (1990).  Five ways to bridge the resource room to regular classroom gap. *Teaching Exceptional Children*, 22(2), 74-77.

Chapman, C. & Gregory, G. *Differentiated Instructional Strategies.* 1 ed. Thousand Oaks, CA: Corwin Press, Inc., 2002.

Constantinidou, F. and Baker, S. Stimulus modality and verbal learning performance in normal aging. *Brain and Language*, 82(3), 296n311, 2002.

Cook, L., & Friend, M. (1995) Co-Teaching Guidelines for creating effective practices. *Focus on Exceptional Children,* 28(3), 1-12.

Covey, S. *The Seven Habits of Highly Effective People: Powerful Lessons in Personal Change.* New York, NY: Simon & Schuster, 1989.

Dieker, L.A., & Murawski, W. W. (2003) Co-teaching at the secondary level: Unique issues, current trends, and suggestions for success. *The High School Journal*, 86(4), 1-13.

DeVol, P. E., Payne, R., & Dreussi Smith, T. *Bridges Out Of Poverty: Strategies for Professional and Communities.* 4th ed. Highlands, TX: aha! Process, 2006.

Gardner, H. *Frames of Mind: The Theory of Multiple Intelligences.* New York, NY: Basic Books, 1983.

Gardner, H. *Multiple Intelligences: Theory in Practice.* New York, NY: Basic Books, 1993.

Gately, S. E., & Gately, F. J. (2001) Understanding co-teaching components *Teaching Exceptional Children*, 33(4), 40-47.

Gladwell, M.. *The Tipping Point.* 1st ed. New York, NY: Little, Brown, & Co., 2002.

Heacox, D. *Differentiating Instruction in the Regular Classroom.* 1st ed. Minneapolis, MN: Free Spirit Publishing Inc., 2002.

Hentz, S. *Teach Smart: Practical Strategies and Tools for Educators.* 1st ed. Sarasota, FL: VIEW Inc, 2007.

House, S.N. *Learning Intervention Manual (LIM).*  Columbia, MO:  Hawthorne Educational Services, Inc., 2004

Kagan, S. Cooperative Learning. San Clemente, CA: Kagan Publishing, 1992.

Marzano,R. *What Works In Schools: Translating Research Into Action*. 1st ed. ed. Alexandria, VA: Association for Supervision and Curriculum Development, 2003.

Marzano, R., Pickering, D. J., & Pollock, J. E. *Classroom Instruction That Works: Research-based Strategies for Increasing Student Achievement*. Alexandria, VA: Association for Supervision and Curriculum Development, 2001.

Murawski, W. W. (2005) Addressing diverse needs through co-teaching: Take baby steps!. Kappa Delta Pi Record, 41(2), 77-82.

Payne, R. *Under Resources Learners: 8 Strategies to Boost Student Achievement*. 1st ed. Highlands, TX: aha! Process Inc, 2008.

Peterson, J. & Hittie, M. *Inclusive Education: Creating Effective Schools For All Learners*. 1st ed. Boston, MA: Pearson Education, Inc., 2003.

Pitler, H., E. Hubbell, Kuhn,M. & Malenoski, K. *Using Technology with Classroom Instruction That Works*. 1st ed. Denver, CO: Mid-Continent Research for Education and Learning, 2007.

Silver, H., Strong, R., & Perini, M. (2000). *So Each May Learn: Integrating Learning Styles and Multiple Intelligences*. Virginia: Association for Supervision and Curriculum Development.

Tomlinson, C. A. (2001). *How to Differentiate Instruction in Mixed-Ability Classrooms*, 2nd ed. Alexandria, VA: Association for Supervision and Curriculum Development.

Tomlinson, C. A. (1999). *The Differentiated Classroom: Responding to the Needs of All Learners*, 2nd ed. Alexandria, VA: Association for Supervision and Curriculum Development.

Wellman, B., and Lipton. *L. Data-Driven Dialogue: A Facilitator's Guide to Collaborative Inquiry*, 1st ed. Sherman, CT: MiraVia, LLC, 2004.

Wong, H. & Wong, R. *The First Days of School*. 1st ed. Mountain View, CA: Harry K. Wong Publications, Inc., 2005.

Wood,J. *Adapting Instruction To Accommodate Students In Inclusive Settings*. 4th ed. Upper Saddle River, NJ: Merrill Prentice Hall, 2002.

© 2012, Hentz S.

www.susanhentz.com

# Interactive Seminars and Resources

## by
# *Susan Hentz*

Seminars are customizable based on school improvement plan and professional development needs. Topics include, but are not limited to,

## Co-Teaching

## Inclusive Strategies

## Response to Intervention

## Differentiated Instruction

## Co-Teaching: Beyond the Basics

### *2011 New Release*



For additional information regarding publications authored by Susan Hentz  or  for seminars, keynotes, or consultative services, go to www.susanhentz.com.



© 2012, Hentz S.

www.susanhentz.com

# NOTES

* Conssstont Quiet Signal
* E.R.R.
  Explain, rehearse, reinforce
* Clock buddy – how to pair
                    students

* P.S.O. = Positive Student
                Outcomes

* Purposeful movement
    See pg. 2
    Right – know answer
    Left – don't know answer

* Nonverbal cues
* Response cards
* Tub pgs in books (organization)
* Tub answers instead of writing
    out answers
* Quick draw
* PALS – Peer Assisted Learning

80

# NOTES

✳ Stand up / hand up / pair up

✳ 5-3-1 Contributing

team                    5 ideas.
Collaborate             3 (pair w/ someone)
Share                     and pick 3
Communication        1 (definition)
teach together          in square - 2pairs

| Strengths/Preferences | Dislikes/Challenges |
|---|---|
| • Organization<br>• attention to detail<br>• building relationships w/ students<br>• math | • lack of structure<br>  behavior management<br>  can't deal w/<br><br>• S.S.<br>• Strong personality<br>• communication w/ parents<br>• teaching writing |

81

# NOTES

Planning

B - Big idea
A - Analyze data
S - Strategies we will use
E - How will we evaluate

* Individual/group graffiti (pre/post assess)
  put topic in center of big sheet of paper.
  write/draw about topic
  teach lesson
  then have students cross out stuff
  that is incorrect and add things

* Placement Strategy — put name for ownership
                        4 students
                        share
                        thoughts
                        around outside

| Topic |



# Bureau of Education & Research

915  118th Avenue SE • PO Box 96068 • Bellevue, WA 98009
(800) 735-3503
www.ber.org

## SEMINAR AGENDA

**CO-TEACHING FOR SUCCESS: Powerful Strategies for Working Together
in Today's Inclusive Classrooms
(Grades K-12)**

**Instructor**: Susan Hentz

**Course Code**: XC4
**SCHEDULE**

| | |
|---|---|
| 8:30 a.m. | Seminar begins |
| 11:45 a.m.- 1:00 p.m. | Lunch Break |
| 3:15 p.m. | Seminar Concludes |

**TOPICS TO BE COVERED**

- ➢ Understand the Essential Components of Co-Teaching
- ➢ Learn How to Build Strong Instructional Teams
- ➢ Discover the Co-Teaching Approaches that Work Best for You
- ➢ Use Effective Communication Strategies
- ➢ Structure a Workable Co-Teaching Schedule
- ➢ Maximize Instructional Time in Your Co-Taught Classroom
- ➢ Manage Student Behavior Effectively as a Co-Teaching Team
- ➢ Provide Accommodations and Modify Curriculum
- ➢ How to Assess Student Progress in Co-Taught Classrooms
- ➢ Increase Your Co-Teaching Resources