**RE: Question/concern about PD this summer**
James Thom
**Sent:** Tuesday, May 26, 2015 8:07 AM
**To:** Nicole M Poston; Tobiah Guertal

Instruction will be verbal and or shared google docs.

I would assume you would have access to the building to get your laptop if need be. Please let us know prior to the class you are attending if you have issues getting it and we will assist.

Thanks,
James

**From:** Nicole M Poston
**Sent:** Tuesday, May 26, 2015 8:01 AM
**To:** James Thom; Tobiah Guertal
**Subject:** RE: Question/concern about PD this summer

James,
So, all instruction is going to be verbal then?

Also, would I be able to access/get to my laptop in July?

Nicole Poston
SGT at MIS/MJHS
AGT President
330-830-3902 (work)
330-312-0102 (cell)

# GO TIGERS!

**From:** James Thom
**Sent:** Tuesday, May 26, 2015 7:19 AM
**To:** Nicole M Poston; Tobiah Guertal
**Subject:** RE: Question/concern about PD this summer

Nicole,

If you choose to attend any of the PD sessions Toby and I are presenting please bring your district laptop and you should be able to participate.

Thanks,
James

**From:** Nicole M Poston
**Sent:** Monday, May 25, 2015 12:13 PM

To: Toby
Cc: James Thom
Case: 5:16-cv-03013-SL Doc #: 24-9 Filed: 12/18/17 2 of 2. PageID #: 770
Subject: Question/concern about PD this summer

Toby and James,

I saw that you are doing two PD sessions this summer on the transition to the new email and drives. I would not be able to attend the one in June because I'm at the beach but I would be available on the July date.

I have some concerns though. I'm guessing....and yes, it's just a hypothesis...that you will be using technology to show individuals how to do various things.....possibly some sort of large screen computer/smartboard/etc? My concern is that this type of setup is not going to be conducive to me learning what I need to know, due to the visual impairment. I'm more than willing to come in during the summer....but only if it is beneficial to me.

I wanted to know if my hypothesis is correct.....and also your thoughts on how best I might be able to get the information that I need in an accessible way??

Thanks,

Nicole Poston
SGT at MIS/MJHS
AGT President
330-830-3902 (work)
330-312-0102 (cell)

# GO TIGERS!

Attention:

The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, delete the material from any system and destroy any copies.

The Massillon City School district and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.