> 8/18/15
> Emails about materials AFTER Staff meeting



Nicole Poston <nposton@massillonschools.org>

## Covocation 8.18.15 - Invitation to view
1 message

**Jarred Zapolnik (via Google Drive)** <drive-shares-noreply@google.com>     Tue, Aug 18, 2015 at 12:32 PM
Reply-To: Jarred Zapolnik <jzapolnik@massillonschools.org>
To: nposton@massillonschools.org
Cc: agaffke@massillonschools.org, ahayes@massillonschools.org, ajohnston@massillonschools.org,
astitzel@massillonschools.org, apiatt@massillonschools.org, alustig@massillonschools.org,
awagner@massillonschools.org, amiller@massillonschools.org, atalkington@massillonschools.org,
ametzger@massillonschools.org, awilliams@massillonschools.org, avolpe@massillonschools.org,
aremenaric@massillonschools.org, bkuhlins@massillonschools.org, btorrey@massillonschools.org,
bmannweiler@massillonschools.org, bbardawil@massillonschools.org, bmast@massillonschools.org,
cturley@massillonschools.org, csanders@massillonschools.org, cfrascone@massillonschools.org,
chouston@massillonschools.org, cstroh@massillonschools.org, cgross@massillonschools.org,
cferrell@massillonschools.org, cfichter@massillonschools.org, cnussbaum@massillonschools.org,
cheinbaugh@massillonschools.org, druffner@massillonschools.org, dkemp@massillonschools.org,
ddelong@massillonschools.org, damiller@massillonschools.org, dbarbieri@massillonschools.org,
dasmith@massillonschools.org, dtucker@massillonschools.org, dkraus@massillonschools.org,
dsmith@massillonschools.org, dwilson@massillonschools.org, elewis@massillonschools.org,
esullivan@massillonschools.org, gdonahue@massillonschools.org, goberhauser@massillonschools.org,
icrews@massillonschools.org, jhollo@massillonschools.org, junferdorfer@massillonschools.org,
jruffner@massillonschools.org, jdicarlo@massillonschools.org, jrock@massillonschools.org,
jwerstler@massillonschools.org, jlutton@massillonschools.org, jalbrecht@massillonschools.org,
jgotschall@massillonschools.org, jwolgamott@massillonschools.org, jharding@massillonschools.org,
jquinn@massillonschools.org, jsnyder@massillonschools.org, jmccarthy@massillonschools.org,
jboeshart@massillonschools.or[...], [...]@massillonschools.org,
kkelly@massillonschools.org, [...]sillonschools.org,
kfogle@massillonschools.org, [...]massillonschools.org,
kstutzman@massillonschools.[...], [...]assillonschools.org,
kbader@massillonschools.org, [...]sillonschools.org,
lwright@massillonschools.org, [...]schools.org,
lshirley@massillonschools.org, [...]ssillonschools.org,
msamaco@massillonschools.[...], [...]@massillonschools.org,
mlynch@massillonschools.org, [...]assillonschools.org,
mhagen@massillonschools.or[...], [...]@massillonschools.org,
mshrader@massillonschools.[...], [...]massillonschools.org,
nwarwick@massillonschools.[...], [...]sey@massillonschools.org,
pwatkins@massillonschools.o[...], [...]illonschools.org,
rfrench@massillonschools.org, [...]sillonschools.org,
jreinhart@massillonschools.or[...], [...]assillonschools.org,
ssponseller@massillonschool[...], [...]dley@massillonschools.org,
msimpson@massillonschools.[...], [...]massillonschools.org,
sreti@massillonschools.org, thawkins@massillonschools.org, tlogothetides@massillonschools.org,
tbushman@massillonschools.org, tmartin@massillonschools.org, tbenson@massillonschools.org,
tjenkins@massillonschools.org, vlindsey@massillonschools.org, wgrace@massillonschools.org,
wjessup@massillonschools.org

*[Handwritten note overlaid on email: "8/18/15 Emails about materials AFTER Staff meeting"]*

*[Handwritten at bottom of page: "8/18/15 Emails about materials After Staff meeting"]*

Jarred Zapolnik has invited you to **view** the following shared folder:

📁 Covocation 8.18.15


MIS/MJHS Staff,
Shared is the folder containing the presentations and memo from today. Please let me know if you need anything.

jarred

[ Open ]

Google Drive: Have all your files within reach from any device.




# MMS LiveBinder

1 message

---

**Jarred Zapolnik** <jzapolnik@massillonschools.org>  Tue, Aug 18, 2015 at 1:51 PM
To: agaffke@massillonschools.org, Amanda Hayes <ahayes@massillonschools.org>, Annette Williams <awilliams@massillonschools.org>, Barbara Torrey <btorrey@massillonschools.org>, Cali Turley <cturley@massillonschools.org>, Daniel Ruffner <druffner@massillonschools.org>, dsmith@massillonschools.org, Deborah Tucker <dtucker@massillonschools.org>, Guy Oberhauser <goberhauser@massillonschools.org>, Jordan Boeshart <jboeshart@massillonschools.org>, Jessica Harding <jharding@massillonschools.org>, Joellen Mccarthy <jmccarthy@massillonschools.org>, Josh Sykora <jsykora@massillonschools.org>, Jason Werstler <jwerstler@massillonschools.org>, Kristi Bader <kbader@massillonschools.org>, Kelsy Becker <kbecker@massillonschools.org>, Kelly Stutzman <kstutzman@massillonschools.org>, Kristina Young <kyoung@massillonschools.org>, Lori Shirley <lshirley@massillonschools.org>, Matthew Beach <mbeach@massillonschools.org>, Meredith Crouse <mcrouse@massillonschools.org>, Megan Grafton <mgrafton@massillonschools.org>, Melissa Lynch <mlynch@massillonschools.org>, Madawna Meek <mmeek@massillonschools.org>, Matthew Samaco <msamaco@massillonschools.org>, Monica Shrader <mshrader@massillonschools.org>, Nicole Haley <nhaley@massillonschools.org>, Rachel French <rfrench@massillonschools.org>, rvandyke@massillonschools.org, Steve Reti <sreti@massillonschools.org>, Stacy Russ <sruss@massillonschools.org>, Sonia Scheetz <sscheetz@massillonschools.org>, Toby Benson <tbenson@massillonschools.org>, Taylor Logothetides <tlogothetides@massillonschools.org>, Alice Johnston <ajohnston@massillonschools.org>, Alyssa Stitzel <astitzel@massillonschools.org>, Amanda Piatt <apiatt@massillonschools.org>, Amy Lustig <alustig@massillonschools.org>, Amy York-Wagner <awagner@massillonschools.org>, Andrea Miller <amiller@massillonschools.org>, Andrea Talkington <atalkington@massillonschools.org>, Annette Metzger <ametzger@massillonschools.org>, Anthony Volpe <avolpe@massillonschools.org>, Antoinette Remenaric <aremenaric@massillonschools.org>, Barbara Kuhlins <bkuhlins@massillonschools.org>, Brian Mannweiler <bmannweiler@massillonschools.org>, Brittany Mast <bbardawil@massillonschools.org>, Brittany Mast <bmast@massillonschools.org>, Cara Sanders <csanders@massillonschools.org>, Caroline Frascone <cfrascone@massillonschools.org>, Cathy Houston <chouston@massillonschools.org>, Charlotte Stroh <cstroh@massillonschools.org>, Chrisann Gross <cgross@massillonschools.org>, Christine A Ferrell <cferrell@massillonschools.org>, Christine Fichter <cfichter@massillonschools.org>, Christopher Nussbaum <cnussbaum@massillonschools.org>, Colleen Heinbaugh <cheinbaugh@massillonschools.org>, Danielle Kemp <dkemp@massillonschools.org>, David Delong <ddelong@massillonschools.org>, Daylyn Miller <damiller@massillonschools.org>, Debbi Barbieri <dbarbieri@massillonschools.org>, Deborah Smith <dasmith@massillonschools.org>, Dina Kraus <dkraus@massillonschools.org>, Dustin Wilson <dwilson@massillonschools.org>, Erin Lewis <elewis@massillonschools.org>, Erin Sullivan <esullivan@massillonschools.org>, Gilbert Donahue <gdonahue@massillonschools.org>, Isaac Crews <icrews@massillonschools.org>, Jaclyn Hollo <jhollo@massillonschools.org>, James Unferdorfer <junferdorfer@massillonschools.org>, Jamie Ruffner <jruffner@massillonschools.org>, Janice Dicarlo <jdicarlo@massillonschools.org>, Jason Rock <jrock@massillonschools.org>, Jay Lutton <jlutton@massillonschools.org>, Jennifer Albrecht <jalbrecht@massillonschools.org>, Jennifer Gotschall <jgotschall@massillonschools.org>, Jennifer Wolgamott <jwolgamott@massillonschools.org>, Jodene Quinn <jquinn@massillonschools.org>, Jodi Snyder <jsnyder@massillonschools.org>, Joshua Remark <jremark@massillonschools.org>, Karen Kelly <kkelly@massillonschools.org>, Kathleen Worges <kworges@massillonschools.org>, Kathryn Austin <kaustin@massillonschools.org>, Kelly Fogle <kfogle@massillonschools.org>, Kelly Koehler <kkoehler@massillonschools.org>, Kelly Langenfeld <klangenfeld@massillonschools.org>, Kirby Lucas Reed <kreed@massillonschools.org>, Kristiane Castile <kcastile@massillonschools.org>, Lauren Wright <lwright@massillonschools.org>, Lindsay Hose <lhose@massillonschools.org>, Lori Petty <lpetty@massillonschools.org>, "Meagan J. Williams" <mwilliams@massillonschools.org>, Melissa Warner <mwarner@massillonschools.org>, Michelle Hagen <mhagen@massillonschools.org>, Molly Nicholas <mnicholas@massillonschools.org>, Monica Richards <mrichards@massillonschools.org>, My work number And email <jzapolnik@massillonschools.org>, Nicole Poston <nposton@massillonschools.org>, Nicole Warwick <nwarwick@massillonschools.org>, Pamela Mcgeorge <pmcgeorge@massillonschools.org>, Patricia Dempsey <pdempsey@massillonschools.org>, Patricia Watkins <pwatkins@massillonschools.org>, Patricia Wilson-Fogle

&lt;pfogle@massillonschools.org&gt;, Patti Iorio &lt;piorio@massillonschools.org&gt;, Rebecca Moore &lt;rmoore@massillonschools.org&gt;, Rebekka R. Houze &lt;rhouze@massillonschools.org&gt;, Reinhart Reinhart &lt;jreinhart@massillonschools.org&gt;, Sam Sopp &lt;ssopp@massillonschools.org&gt;, Sherry Sponseller &lt;ssponseller@massillonschools.org&gt;, Sheryl Piorkowski &lt;spiorkowski@massillonschools.org&gt;, Shirley Bradley &lt;sbradley@massillonschools.org&gt;, Simpson Marcus &lt;msimpson@massillonschools.org&gt;, Tami Hawkins &lt;thawkins@massillonschools.org&gt;, Terri Bushman &lt;tbushman@massillonschools.org&gt;, Tiffany Martin &lt;tmartin@massillonschools.org&gt;, Tracy Jenkins &lt;tjenkins@massillonschools.org&gt;, Vincent Lindsey &lt;vlindsey@massillonschools.org&gt;, Wendy Grace &lt;wgrace@massillonschools.org&gt;, William Jessup &lt;wjessup@massillonschools.org&gt;

Link: http://www.livebinders.com/play/play?id=1734826&present=true
Password: mms2015

--

Mr. Jarred Zapolnik

Principal, Massillon Intermediate School

Massillon Intermediate School: *Equipping the next generation of Tigers with 21st-Century skills through student-centered learning!*

https://sites.google.com/a/massillonschools.org/test-for-mr-z/

jzapolnik@massillonschools.org

Massillon City School District Mission Statement:
*The Massillon City School District community will educate for Excellence by challenging all students to achieve their highest potential in academics, arts, and athletics.*

Nicole Poston <nposton@massillonschools.org>

## PBIS Handbook 2015-2016 - Invitation to view
1 message

**Christine Ferrell (via Google Drive)** <drive-shares-noreply@google.com>  Tue, Aug 18, 2015 at 7:43 PM
Reply-To: Christine Ferrell <cferrell@massillonschools.org>
To: nposton@massillonschools.org
Cc: ajohnston@massillonschools.org, cstroh@massillonschools.org, cheinbaugh@massillonschools.org, elewis@massillonschools.org, jalbrecht@massillonschools.org, jgotschall@massillonschools.org, jwolgamott@massillonschools.org, jquinn@massillonschools.org, lhose@massillonschools.org, mwilliams@massillonschools.org, pdempsey@massillonschools.org, pfogle@massillonschools.org, ssponseller@massillonschools.org, sruss@massillonschools.org, sreti@massillonschools.org, tjenkins@massillonschools.org, astitzel@massillonschools.org, alustig@massillonschools.org, dkemp@massillonschools.org, dasmith@massillonschools.org, icrews@massillonschools.org, jhollo@massillonschools.org, jruffner@massillonschools.org, jdennis@massillonschools.org, mnicholas@massillonschools.org, pmcgeorge@massillonschools.org, pwatkins@massillonschools.org, rhouze@massillonschools.org, tmartin@massillonschools.org, apiatt@massillonschools.org, awagner@massillonschools.org, atalkington@massillonschools.org, ametzger@massillonschools.org, bmannweiler@massillonschools.org, chouston@massillonschools.org, dbarbieri@massillonschools.org, jdicarlo@massillonschools.org, jlutton@massillonschools.org, kcastile@massillonschools.org, thawkins@massillonschools.org, tbushman@massillonschools.org, csanders@massillonschools.org, cfrascone@massillonschools.org, damiller@massillonschools.org, dtucker@massillonschools.org, dwilson@massillonschools.org, goberhauser@massillonschools.org, jwerstler@massillonschools.org, kworges@massillonschools.org, kbecker@massillonschools.org, kyoung@massillonschools.org, lshirley@massillonschools.org, mmeek@massillonschools.org, mgrafton@massillonschools.org, mlynch@massillonschools.org, mshrader@massillonschools.org, nhaley@massillonschools.org, rfrench@massillonschools.org, sscheetz@massillonschools.org, tlogothetides@massillonschools.org, ahayes@massillonschools.org, awilliams1@massillonschools.org, cturley@massillonschools.org, druffner@massillonschools.org, jharding@massillonschools.org, jboeshart@massillonschools.org, jsykora@massillonschools.org, jremark@massillonschools.org, kstutzman@massillonschools.org, kreed@massillonschools.org, kbader@massillonschools.org, mbeach@massillonschools.org, mcrouse@massillonschools.org, mwilliams1@massillonschools.org, msamaco@massillonschools.org, tbenson@massillonschools.org, asurinck@massillonschools.org, aremenaric@massillonschools.org, cnussbaum@massillonschools.org, ddelong@massillonschools.org, esullivan@massillonschools.org, junferdorfer@massillonschools.org, jrock@massillonschools.org, kkelly@massillonschools.org, kaustin@massillonschools.org, kfogle@massillonschools.org, mskelly@massillonschools.org, piorio@massillonschools.org, jreinhart@massillonschools.org, ssopp@massillonschools.org, spiorkowski@massillonschools.org

Christine Ferrell has invited you to **view** the following shared folder:

📁 PBIS Handbook 2015-2016

 Team,

Shared is the PBIS Handbook Folder. Please let us know if you have questions. Have a GREAT first day!

Chris

Open

Google Drive: Have all your files within reach from any device.



**MASSILLON CITY SCHOOLS 970 17TH STREET NE, MASSILLON OH, 44646**

Central Office

## CONVOCATION

### August 18, 2015 at Washington High School

| | |
|---|---|
| 7:30 - 7:55 AM | Refreshments/Sign in |
| 8:00 AM | Washingtonians |
| 8:05 AM | Welcome & Introductions - Rik Goodright |
| 8:15 AM | Sandy Moeglin Introduction of Stephanie DeMusey |
| 8:20 AM | Celebration PowerPoint - Rik Goodright "Expanding To the Edges" |
| 9:00 AM | Dismiss to Your Building |

Following Convocation, all SLPs, Psychologists, AGTs and Special Education teachers, please go to room C100 for a brief meeting with Elaine Karp.