12 pt. 8-18-15
Given at
SPED MTG.

# Massillon City Schools Special Services
## IEP Checklist

- [ ] Initial IEP (IIEP)
- [ ] Annual Review (RIEP)
- [ ] New Student Transfer IEP

Student: _____ Grade: _____ School: _____

SPED Case Manager: _____ Handicap Condition: _____

Notes:

**Please locate areas indicating a need to correct the IEP. If a change in document is needed, an amendment must be written.**

## FRONT PAGE

### SECTION 1 – FUTURE PLANNING
- [ ] Interests of Student
- [ ] Skills of Student
- [ ] Lists student/parent wishes after high school
- [ ] Coursework, job coaching programs will assist student with goals

### SECTION 3 – PROFILE
- [ ] Summarize strengths of child
- [ ] Describe how disability affects progress in general curriculum as compared to typical peers.
- [ ] Academic, developmental and functional needs of child
- [ ] Results of state or district-wide assessments and recent evaluations

### SECTION 2 – SPECIAL INSTRUCTIONAL FACTORS
- [ ] Each box is checked YES or NO
- [ ] If YES, a goal is created for the student addressing this factor.

### SECTIONS 4 & 5 – POSTSECONDARY TRANSITION
- [ ] Is the child 14 within the duration of the IEP? If YES– read on…
- [ ] Child's courses of study (general curriculum, vocational curriculum)
- [ ] Where the student is progressing to (college prep, vocational)
- [ ] Attendance, work experience, interest inventories, etc.

### SECTION 6 – MEASURABLE ANNUAL GOALS
- [ ] Present levels and baseline information
- [ ] Measurable Annual Goal has:
  1. Condition (situation, setting or given material)
  2. Clearly defined behavior (action)
  3. Criteria of mastery
  4. How frequently the teacher will assess the mastery of skills
- [ ] Method for measuring is addressed from list
- [ ] Measurable Objectives include:
  1. Plan for reaching annual goal and means of measuring progress toward the goal
  2. Include condition, clearly defined behavior and performance criteria
- [ ] Method and Frequency for Reporting Progress at least as often as general education students.

### SECTION 7 – DESCRIPTIONS OF SPECIALLY DESIGNED SERVICES
- [ ] Special Designed Instruction: Adapting content, methodology or delivery of instruction to access the general curriculum
- [ ] Related Services
- [ ] Transportation – if marked in Section 8 needs to be here also
- [ ] Speech & Language, OT, PT, etc.
- [ ] Each Service has own box
- [ ] Assistive Technology
- [ ] Accommodations: Providing access to, not altering amount or complexity; Testing accommodations for all tests INCLUDING Statewide/District Wide Testing (Section 12)
- [ ] Modifications: Reserved for MH students where curriculum and delivery is modified
- [ ] Support for School Personnel: Training, aide, resource materials, equipment consultations
- [ ] Services to support Medical Needs: Medical services medication, feedings

### SECTION 8 – TRANSPORTATION AS A RELATED SERVICE
- [ ] Transportation is marked YES -- It is reflected in Section 7: Related Service

### SECTION 9 – NONACADEMIC AND EXTRACURRICULAR ACTIVITIES
- [ ] Document opportunities to participate in clubs, activities, etc.

(Over)

### SECTION 10 – GENERAL FACTORS
- ☐ IEP considerations marked YES or NO
- ☐ ESY is indicated

### SECTION 11 – LEAST RESTRICTIVE ENVIRONMENT
- ☐ Participation is marked YES or NO
- ☐ If NO, justification is indicated.

### SECTION 12 – STATEWIDE AND DISTRICTWIDE TESTING
- ☐ Participation is marked YES or NO
- ☐ If "with accommodations" marked YES or NO, accommodations are reflected in Section 7: Accommodations
- ☐ Alternate Assessment marked YES or NO
- ☐ Met Testing Requirement indicated

### SECTION 13 – MEETING PARTICIPANTS
- ☐ Type of Meeting and Dates
- ☐ IEP meeting participants including parent, district rep, intervention specialist and general education teacher

### SECTION 14 – SIGNATURES
- ☐ Appropriate box signed by parent/guardian     ☐ PR-01 Sent to Parent IF Parent did not attend
- ☐ Transfer of Rights at Majority, if appropriate
- ☐ Procedural Safeguards Notice marked
- ☐ Copy of IEP marked

### EMIS
- ☐ Student Info Tab: Autism Scholarship?, Case Manager
- ☐ Disability Tab: Disability Input
- ☐ Events Tab: Event, Event (Meeting Date), Outcome ID, Non-Compliance ID, Start and End Date, IEP Test Type, Secondary Planning
- ☐ Programs Tab: Related Services with Dates Indicated
- ☐ District Representative Signature and Date

Date Emailed Teacher for Correction (cc: Elaine) (if this is only required action): _____

### PR01
- ☐ No PR01 with IEP.
- ☐ Date of Notice Wrong. Cannot date and send out before meeting date.
- ☐ Section #2 has IEP effective date before Date of Notice. (The IEP is not in effect until the notice is sent out; therefore the effective date in #2 is wrong). Change the PR01's Date of Notice as same date as effective date of IEP.

### REQUIRED ACTIONS
- ☐ IEP Amendment to correct and resubmit
- ☐ Correct and return; send parent corrected page(s)
- ☐ Reconvene IEP Meeting and Resubmit
- ☐ Submit Closed Out IEP Page with Sticker
- ☐ Submit Parent Invite Form/Documentation of Attempts
- ☐ Submit Progress Report
- ☐ PR01 Correction Needed
- ☐ Submit Corrected EMIS Form

_____ _____
Special Services Signature              Date

### ELIZABETH'S CHECKLIST OF ITEMS RECEIVED
- ☐ Closed Out IEP Page with Sticker
- ☐ Progress Report
- ☐ Documentation of Attempts
- ☐ Invitation (PR-02)
- ☐ PR-01

**FOR SPECIAL SERVICES OFFICE ONLY**

☐ Approved and Emailed Ok to Complete Date: _____