*[Handwritten notes at top:]*
*Note: Has a slide presentation - was not provided to me*
*Ohio leadership.org*
*Brian McNulty*
*John Hattie Ph.D*
*teaching strategies*
*Peer learning*
*Feedback*
*etc.*

*[Handwritten date:]* 8-19-15

## Massillon City School district

## Getting better together: The importance of team learning

**1. How Do Schools Get Better?**
   a. Have a short discussion

**2. Teacher Teams Research**

What do we know about Teacher-Based-Teams? Read through and interpret the following quotes:

1. *(circled)* "Research establishes that groups of teachers, working together in purposeful ways over periods of time, will produce greater learning in more students."
   Fullan (2014)

2. "Leadership effects on student achievement occur largely because effective leadership strengthens professional community, where teachers work together to improve their practice and improve student learning."
   Leithwood and Seashore Louis (2012)

3. "Professional community, in turn, is a strong predictor of instructional practices that are strongly associated with student achievement."
   Leithwood and Seashore Louis (2012)

4. "Teacher-Based Teams are the only in-school source of collective leadership related to achievement."
   Leithwood and Seashore Louis (2012)

5. "A growing body of evidence suggests that when teachers collaborate to pose and answer questions informed by data from their own students, their knowledge grows and their practice changes."
   David (2008/2009)

6. "In a comprehensive five-year study of over 1,500 schools, they found that when teachers formed professional learning communities, achievement increased in math, reading, science, and history and absentee and dropout rates decreased."
   Darling-Hammond, L., et al (2009)

7. "By using an inquiry-based team framework, achievement scores in schools rose from the worst to the best in the district."
   Gallimore et. al (2009)

What have you learned from the research on Teacher-Based Teams (TBTs)

# TBT References

Allison, E., Besser, L., Campsen, L., Cordova, J., Doubek, B., Gregg, L., Kamm., Nielson,K., Perry, A., Pitchford, B., Rose, A., Ventura, S., & White, M., Data Teams: The Big Picture- Looking at data teams through a collaborative lens. Englewood CO: Lead + Learn Press.

Anderson, K, (2010). Data Team Success Stories, Volume 1. Englewood CO: Lead + Learn Press.

Amanda D, Park, V. and Kennedy, B. (2008). Acting on data: How urban high schools use data to improve instruction. Center on Educational Governance. USC Rossier School of Education. Los Angeles, CA.

Comaford, C., (2013). Smart Tribes: How teams become brilliant together. Portfolio/Penguin. New York, NY.

Darling-Hammond, L., (2010). The flat world and education: how America's commitment to equity will determine our future. Teacher College Press. New York, NY.

Dufour, R. and Fullan, M. (2013). Cultures Built to Last: Systemic PLC's at Work. Solution Tree Press. Bloomington. IN.

DuFour, R., DuFour, R., and Eaker, R., (2008). Revisiting professional learning communities at work: New insights for improving schools. Solution Tree Press: Bloomington, IN.

Edmondson, A. C. (2012). Teaming: How Organizations Learn, Innovate, and compete in the Knowledge Economy. Jossey-Bass. San Francisco, CA.

Filbin, J, F., (2008). Examining the effects of changes in pedagogical precision, principal data use, and student achievement on collective efficacy. Unpublished dissertation, University of Denver

Fullan, M., (2013). Great to Excellent: Launching the next stage of Ontario's Education Agenda. http://www.edu.gov.on.ca/eng/document/reports/FullanReport_EN_07.pdf

Fullan, M. (2014). The Principal, Three Keys to Maximizing Impact. San Francisco, CA: John Wiley & Sons, Inc.

Gallimore, R. R., Ermeling, B.A, Saunders, W.M & Goldenberg, C. (2009) *Moving the Learning of Teaching Closer to Practice: Teacher Education Implications of School-Based Inquiry Teams.* The Elementary School Journal. Volume 109, Number 5. The University of Chicago. Pp.537-553.

Hargreaves, A., & Fullan, M., (2012). Professional Capitol: Transforming Teaching in every school. Teacher College Press. New York, NY

Harris, A., & Jones, M. (2011) Professional Learning Communities in Action. Leannta Publishing. London, United Kingdom.



Harris, A., (2014). Distributed Leadership Matters: Perspectives, Practicalities, and Potential. Corwin Press. Thousand Oaks, CA.

Hattie, J. (2009). *Visible learning: A synthesis of over 800 meta-analyses relating to achievement.* Routledge. New York, NY.

Hattie, J. (2012). Visible Learning for Teachers: Maximizing Impact on Learning. New York: Routledge.

Hattie, J., & Yates, G. (2014). Visible Leaning and the Science of How We Learn. Routledge. New York, NY.

Katzenback, J., R., and Smith, D.K. (2011). *The discpline of teams.* in Building Better Teams. Harvard Business Review Press, Boston MA

Katzenback, J., R., and Smith, D.K. (2003) The wisdom of teams: Creating high performance organizations. HarperCollins. New York, NY.

Leithwood, K. & Seashore Louis, K., (2012) Linking Leadership to Student Learning. Jossey-Bass. San Francisco, CA.

McChesney, C., Covey, S., & Huling, J. (2012) The 4 disciplines of Execution. Free Press. New York, NY.

McNulty, B.A. and Besser, L. (2011). Leaders make it happen: An administrators guide to data teams. Lean + Learn Press. Englewood, CO.

Mindich, D., Lieberman, A. (2012). *Building a Learning Community: A tale of two schools.* Stanford Center for Opportunity Policy in Education

Saunders, W.M., Goldenberg, C.N., & Gallimore, P. (2009). *Increasing achievement by focusing on grade-level teams: A prospective, quasi-experimental study of title I schools.* American Educational Research Journal. 44 (4). Pp 10006-1033.

Seashore Louis, K., Leithwood, K., Wahlstrom, K.L., & Anderson, S.E., (2010). *Learning from Leadership: Investigating the Links to Improved Student Learning.* Center for Applied Research and Educational Improvement/University of Minnesota and Ontario Institute for Studies in Education/University of Toronto

Troen, V. & Boles, K.C., (2012).The Power of Teacher Teams: With Cases, analysis, and strategies for success. Corwin Press. Thousand Oaks, CA.

Also see: http://www.allthingsplc.info/evidence/

**Brian A. McNulty Ph.D.**

**Creative Leadership Solutions**
**Brian.mcnulty@creativeleadership.net**

 

National School Reform Faculty
Harmony Education Center   www.nsrfharmony.org

# North, South, East and West: Compass Points
## An Exercise in Understanding Preferences in Group Work

*Developed in the field by educators affiliated with NSRF*

Similar to the Myers-Briggs Personality Inventory, this exercise uses a set of preferences which relate not to individual but to group behaviors, helping us to understand how preferences affect our group work.

1. The room is set up with four signs on each wall — North, South, East and West.

2. Participants are invited to go to the "direction" of their choice. No one is only one "direction," but everyone can choose one as their pre-dominant one.

3. Each "direction" answers the five questions on a sheet of newsprint. When complete, they report back to the whole group.

4. Processing can include:
   - Note the distribution among the "directions": what might it mean?
   - What is the best combination for a group to have? Does it matter?
   - How can you avoid being driven crazy by another "direction"?
   - How might you use this exercise with others? Students?

|  | **North**<br>*Acting – "Let's do it;"*<br>*Likes to act, try things,*<br>*plunge in.* |  |
|---|---|---|
| **West**<br>*Paying attention to detail*<br>*—likes to know the who,*<br>*what, when, where and why*<br>*before acting.* | N<br>W — E<br>S | **East**<br>*Speculating – likes to look*<br>*at the big picture and the*<br>*possibilities before acting.* |
|  | **South**<br>*Caring – likes to know*<br>*that everyone's feelings*<br>*have been taken into*<br>*consideration and that their*<br>*voices have been heard*<br>*before acting.* |  |

Protocols are most powerful and effective when used within an ongoing professional learning community such as a Critical Friends Group® and facilitated by a skilled coach. To learn more about professional learning communities and seminars for new or experienced coaches, please visit the National School Reform Faculty website at www.nsrfharmony.org.

# North, South, East and West

Decide which of the four "directions" most closely describes your personal style. Then spend 15 minutes answering the following questions as a group.

1. What are the strengths of your style? (4 adjectives)

2. What are the limitations of your style? (4 adjectives)

3. What style do you find most difficult to work with and why?

4. What do people from the other "directions" or styles need to know about you so you can work together effectively?

5. What do you value about the other three styles?

Protocols are most powerful and effective when used within an ongoing professional learning community such as a Critical Friends Group® and facilitated by a skilled coach. To learn more about professional learning communities and seminars for new or experienced coaches, please visit the National School Reform Faculty website at www.nsrfharmony.org.

# OTES/TBT 5-STEP PROCESS CROSSWALK

| TEACHER BASED TEAM PROTOCOL STEPS | OTES STANDARDS |
|---|---|
| **STEP 1:** Collect and chart data | **STANDARD 3:** Teachers understand and use varied assessments to inform instruction, evaluate and ensure student learning.<br>**STANDARD 6:** Teachers collaborate and communicate with...other educators, administrators...to support student learning. |
| **STEP 2:** Analyze student work specific to the data | **STANDARD 3:** Teachers understand and use varied assessments to inform instruction, evaluate and ensure student learning.<br>**STANDARD 6:** Teachers collaborate and communicate with...other educators, administrators...to support student learning. |
| **STEP 3:** Establish shared expectations for implementing specific effective changes in the classroom | **STANDARD 1:** Teachers understand student learning and development, and respect the diversity of the students they teach.<br>**STANDARD 2:** Teachers know and understand the content area for which they have instructional responsibility.<br>**STANDARD 4:** Teachers plan and deliver effective instruction that advances the learning of each individual student.<br>**STANDARD 5:** Teachers create learning environments that promote high levels of learning and achievement for all students.<br>**STANDARD 6:** Teachers collaborate and communicate with...other educators, administrators...to support student learning. |
| **STEP 4:** Implement changes consistently across all classrooms | **STANDARD 1:** Teachers understand student learning and development, and respect the diversity of the students they teach.<br>**STANDARD 2:** Teachers know and understand the content area for which they have instructional responsibility.<br>**STANDARD 4:** Teachers plan and deliver effective instruction that advances the learning of each individual student.<br>**STANDARD 5:** Teachers create learning environments that promote high levels of learning and achievement for all students.<br>**STANDARD 6:** Teachers collaborate and communicate with...other educators, administrators...to support student learning. |
| **STEP 5:** Collect, chart and analyze post data | **STANDARD 3:** Teachers understand and use varied assessments to inform instruction, evaluate and ensure student learning.<br>**STANDARD 6:** Teachers collaborate and communicate with...other educators, administrators...to support student learning. |
| **PROTOCOL AND PROCESS REFLECTION COMMUNICATION AND FEEDBACK LOOP WITH BLT/DLT** | **STANDARD 7:** Teachers assume responsibility for professional growth, performance and involvement as an individual and as a member of a learning community. |

## READING STANDARDS FOR LITERACY IN SCIENCE AND TECHNICAL SUBJECTS 6–12, CONT.

| GRADES 6–8 STUDENTS: | GRADES 9–10 STUDENTS: | GRADES 11–12 STUDENTS: |
|---|---|---|
| **INTEGRATION OF KNOWLEDGE AND IDEAS** | | |
| 7. Integrate quantitative or technical information expressed in words in a text with a version of that information expressed visually (e.g., in a flowchart, diagram, model, graph, or table). | 7. Translate quantitative or technical information expressed in words in a text into visual form (e.g., a table or chart) and translate information expressed visually or mathematically (e.g., in an equation) into words. | 7. Integrate and evaluate multiple sources of information presented in diverse formats and media (e.g., quantitative data, video, multimedia) in order to address a question or solve a problem. |
| 8. Distinguish among facts, reasoned judgment based on research findings, and speculation in a text. | 8. Assess the extent to which the reasoning and evidence in a text support the author's claim or a recommendation for solving a scientific or technical problem. | 8. Evaluate the hypotheses, data, analysis, and conclusions in a science or technical text, verifying the data when possible and corroborating or challenging conclusions with other sources of information. |
| 9. Compare and contrast the information gained from experiments, simulations, video, or multimedia sources with that gained from reading a text on the same topic. | 9. Compare and contrast findings presented in a text to those from other sources (including their own experiments), noting when the findings support or contradict previous explanations or accounts. | 9. Synthesize information from a range of sources (e.g., texts, experiments, simulations) into a coherent understanding of a process, phenomenon, or concept, resolving conflicting information when possible. |
| **RANGE OF READING AND LEVEL OF TEXT COMPLEXITY** | | |
| 10. By the end of grade 8, read and comprehend science/technical texts in the grades 6–8 text complexity band independently and proficiently. | 10. By the end of grade 10, read and comprehend science/technical texts in the grades 9–10 text complexity band independently and proficiently | 10. By the end of grade 12, read and comprehend science/technical texts in the grades 11–CCR text complexity band independently and proficiently. |

| Date | Grade Level TBT | Prioritized Standards | Step 1 Data | Step 3 Instructional Strategy(ies) Immplemented | Post Data (Step 5) |
|---|---|---|---|---|---|
| September | 4 ELA | Main idea/detail: RI 4.2. Determine the main idea of a text and explain how it is supported by key details; summarize the text. | 30% | Marzanos note taking and summarizing strategies using graphic organizers | 68% Proficient or higher |
| September | 4 Math | 4.NBT.A-B.1-5, 4.NF.A-C.1-6, 4.MD.A-C.1-7, 4.OA.A-C.1-5, 4.G.A.1-3 | 1.53% | We will use Differentiated Instruction/Cooperative Learning/Flexible Groups. We will also be providing additional opportunities for practice by using the individualized practice pages in the NBT Domain | NA |
| September | 5 ELA | ELA- 5.1-quoting a text, 5.2-theme/summarizing, 5.3-comparing and contrasting characters and settings, 5.5-structure, 5.6-point of view/narrator, 5.9-comparing and contrasting stories | 4.10% | Less time spent on DOK 1 and 2. More time spend independently or in cooperative groups with similar strengths Work with DOK levels 3 and 4. -Application of skills to real world situations or new situations created by the teacher -Application of skills on appropriate lexile levels determined by using data from the MAP test. Extensive instruction on the vocabulary terms associated with each skill -Application of skills on lower lexile levels and on short grade-level texts first. | NA |
| September | 5 M | Math- OA.1, OA.2, NBT.1, NBT.2, NBT.5.b, NBT.6.b; | 0% | ability grouping peer assist Modeling diagrams/charts | NA |
| September | 6 M | 5NFA 1 & 2; 6NSB4; 6NSA1; 6NSB2; 6NS6C; 6NSC7a; 6NSB3 | 37% | NA | NA |
| September/November | 6 ELA | RL 6.2, RL6.3, RL6.4, RL6.5, R 6.1, RI6.2, RI6.3, RI6.4, RI6.5, RI6.6, RI6.9 | 0% | NA | NA |
| December | 4 ELA | Main idea/detail: RI 4.2. Determine the main idea of a text and explain how it is supported by key details; summarize the text. | 0.01% | Marzanos note taking and summarizing strategies using graphic organizers | 34% |
| December | 4 Math | 4.NBT.A-B.1-5, 4.NF.A-C.1-6, 4.MD.A-C.1-7, 4.OA.A-C.1-5, 4.G.A.1-3 | 1.50% | Differentiated Instruction, Cooperative Learning/Flexible Groups, Additional Opportunities for Practice | 30.30% |
| December | 5 ElA | ELA- 5.1-quoting a text, 5.2-theme/summarizing, 5.3-comparing and contrasting characters and settings, 5.5-structure, 5.6-point of view/narrator, 5.9-comparing and contrasti | 0.87% | Extensive instruction on the vocabulary terms associated with each skill - Application of skills on lower lexile levels and on short grade-level texts firs | 63.90% |
| December | 5 M | Math- OA.1, OA.2, NBT.1, NBT.2, NBT.5.b, NBT.6.b; | 0% | ability grouping peer assist Modeling diagrams/charts | 53% |
| December | 6 M | 5NFA 1 & 2; 6NSB4; 6NSA1; 6NSB2; 6NS6C; 6NSC7a; 6NSB3 | 37% | NA | 39% |
| Jan./Feb.- April | 4 ELA | Vocabulary Acquisition and Use Demonstrate understanding of figurative language , word relationships, and nuances in word meanings Explain the meaning of simile and metaphors in context Recognize and explain the meaning of common idioms, adages and proverbs Demonstrate understanding of words by relating them to their opposit | 0.70% | Frayer Model | 62.70% |
| Jan./Feb.- April | 4 Math | Representative standards that align to CCSS/PARCC/AIR. 4th Grade: Math: 4:NBT.6., 4.OA.1,2,3 | 19.90% | Reciprocal Teaching | 25.90% |
| Jan./Feb.- April | 5 ELA | :RI.5.1, RI.5.2, RI.5.3, RI.5.4, RI.5.8, W.5.2 Quoting a text accurately/Main Idea/Relationships and Interactions of Individuals, Ideas and Events/Vocabulary/Informative Writing | 0.33% | Meta-cognition strategies | 55% |
| Jan./Feb.- April | 5 Math | NBT. 3 | 1% | ability grouping peer assist Modeling diagrams/charts Learning Styles | 70% |
| Jan./Feb.- April | 6 M | 6NSc5, 6NSc6a, 6NSc6b, 6NSc6c, 6NSc7a, 6NSc7b, 6NSc7c,6NSc7d, 6NSc8 | 56% | Meta-cognition strategies & compare/contrast sheet | 54% |

| Date | Grade Level TBT | Prioritized Standards | Step 1 Data | Step 3 Instructional Strategy(ies) Immplemented | Post Data (step 5) |
|---|---|---|---|---|---|
| Jan./Feb.- April | 6 ELA | RL.6.2 (Q. 9) Determine a theme or central idea of text and how it is conveyed through particular details... RL.6.3 (Q. 10, 11, 12) Describe how a particular story's or drama's plot unfolds in a series of episodes...as the plot moves toward a resolution. RL.6.4 (Q. 6, 8) ...analyze the impact of a specific word choice on meaning and tone. RL.6.5 (Q. 7) Analyze how a particular sentence, chapter, scene, or stanza fit sin to the overall structure of a text and contributes to the development of the theme, setting, or plot. | 0% | The team will use graphic organizers as provided by the Common Core aligned lessons from the "Ready" book by Curriculum Associates | 8% |
| April-May | 4 ELA | Craft Structure RI4.5 Describe the overall structure (chronology, comparison, cause/effect,problem/solution) of events, ideas, concepts or information in a text or part of text. Extension for blue students: RL4.6 Compare and contrast point of view from which different stories are narrated including the difference between first and third person narrations RI4.6 Compare and contrast a first hand and second hand account of the same topic. Describe the differences in focus and information provided. | 22% | Graphic Organizers | 55% |
| April-May | 4 Math | 4.G.1 - Draw points, lines, line segments, rays, angles (right, acute, obtuse), and perpendicular and parallel lines. Identify these in two-dimensional figures. 4.G.2 - Classify two-dimensional figures based on the presence or absence of parallel or perpendicular lines, or the presence or absence of angles of a specified size. Recognize right triangles as a category, and identify right triangles. 4.G.3 - Recognize a line of symmetry for a two-dimensional figure as a line across the figure such that the figure can be folded along the line into matching parts. Identify line-symmetric figures and draw lines of symmetry. | 18.5 % | Meta-cognition | 64.40% |
| April-May | 5 Math | NA | NA | NA | NA |
| April-May | 5 ELA | various standards from the Literature and Informational Text strands | 0% | Direct Instruction Meta-cognitive Strategies | 65.30% |
| April-May | 6 Math | 6.RP.A.3.D Use ratio reasoning to convert measurement units; manipulate and transform units appropriately when multiplying or dividing quantities. CCSS.MATH.CONTENT.6.EE.C.9 Use variables to represent two quantities in a real-world problem that change in relationship to one another; write an equation to express one quantity, thought of as the dependent variable, in terms of the other quantity, thought of as the independent variable. Analyze the relationship between the dependent and independent variables using graphs and tables, and relate these to the equation. For example, in a problem involving motion at constant speed, list and graph ordered pairs of distances and times, and write the equation d = 65t to represent the relationship between distance and time. CCSS.MATH.CONTENT.6.NS.B.3 Fluently add, subtract, multiply, and divide multi-digit decimals using the standard algorithm for each operation. CCSS.MATH.CONTENT.6.G.A.2 Find the volume of a right rectangular prism with fractional edge lengths by packing it with unit cubes of the appropriate unit fraction edge lengths, and show that the volume is the same as would be found by multiplying the edge lengths of the prism. Apply the formulas V = l w h and V = b h to find volumes of right rectangular prisms with fractional edge lengths in the context of solving real-world and mathematical problems. CCSS.MATH.CONTENT.6.SP.B.4 Display numerical data in plots on a number line, including dot plots, histograms, and box plots. | 20% | Summarizing and Note Taking | 47% |
| April-May | 6 ELA | RL 6.1 and RI 6.1 Cite textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text. | 16% | Reciprocal Teaching Close Reading | 50% |

| Date | Grade Level TBT | Prioritized Standards | Step 1 Data | Step 3 Instructional Strategy(ies) Immplemented | Post Data (step 5) |
|---|---|---|---|---|---|
| November-December | 7 ELA | ELA: RL. 7.4 - Determine the meaning of words and phrases as they are used in a text, including figurative and connotative meanings; analyze the impact of rhymes and other repetitions of sounds (e.g. alliterations) on a specific verse or stanza of a poem or section of a story or drama. RL. 7.5 - Analyze how a dramas or poems form or structure contributes to its meaning. 8- RL..8.6 Determine an author's point of view or purpose in a text and analyze how the author acknowledges and responds to conflicting evidence or viewpoints. RI.8.9: Analyze a case in which two or more texts provide conflicting information on the same topic and identify where the texts disagree on matters of fact or interpretation. | 1% | Instructional strategy will be the use of scaffolding, to the highest degree, in class with each new concept taught for the poetry unit. | 2% |
| November-December | 7 Math | 7.NS.1c- Understand the adding of rational numbers as the additive inverse. | 3% | Instructional strategies will be independent practice of math facts, specifically with all four functions and positive and negative integers at a pace of 10 seconds per problem and teacher modeling. | 2% |
| November-December | 8 ELA | ELA: RL.8.6 Determine an author's point of view or purpose in a text and analyze how the author acknowledges and responds to conflicting evidence or viewpoints. RI.8.9: Analyze a case in which two or more texts provide conflicting information on the same topic and identify where the texts disagree on matters of fact or interpretation. | 1% | Identifying Similarities and Differences (Marzano's High Yield Instructional Strategy #1) | 40% |
| November-December | 8 Math | Math: 8.EE.1 | 28% | Student-Assisted, Computer-Based teacher/student-led | 74% |
| November-December | 8 Algebra | Algebra - F.IF.1 | 52% | NA | 92% |
| November-December | 8 Geometry | Geometry - G.CO.9 | 10% | NA | 93% |
| January-February | 7 ELA | Determine a theme or central idea of a text and analyze its development over the course of the text; provide an objective summary of the text.(fiction and nonfiction) (28%) | 4% | Scope and Action Magazines questions, weekly rotation groups-nonfiction | 49% |
| January-February | 7 Math | CCSS.MATH.CONTENT.7.EE.A.1 Apply properties of operations as strategies to add, subtract, factor, and expand linear expressions with rational coefficients., CCSS.MATH.CONTENT.7.EE.A.2 Understand that rewriting an expression in different forms in a problem context can shed light on the problem and how the quantities in it are related, CCSS.MATH.CONTENT.7.EE.B.3 Solve multi-step real-life and mathematical problems posed with positive and negative rational numbers in any form (whole numbers, fractions, and decimals), using tools strategically. Apply properties of operations to calculate with numbers in any form; convert between forms as appropriate; and assess the reasonableness of answers using mental computation and estimation strategies. CCSS.MATH.CONTENT.7.EE.B.4.A Solve word problems leading to equations of the form $px + q = r$ and $p(x + q) = r$, where p, q, and r are specific rational numbers. Solve equations of these forms fluently. Compare an algebraic solution to an arithmetic solution, identifying the sequence of the operations used in each approach. | 37% | Reteach, reinforce | 26% |
| January-February | 8 ELA | RL.8.5 Compare and contrast the structure of two or more texts and analyze how the differing structures of each text contributes to its meaning and style. RI.8.5 Analyze in detail the structure of a specific paragraph in a text, including the role of particular sentences in developing and refining a key concept. | 2% | 1. Cooperative groups create booklets 2. Use graphic organizers to show text structure 3. Direct instruction (t.s. ppt) 4. Scope articles (LL & HL) differentiation | 51% |
| January-February | 8 Math | 8.G.3 Describe the effect of dilations, translations, rotations, and reflections on two-dimensional figures using coordinates. | 28% | Identifying Similarities and Differences (By working with similarities and differences in transformations, SWD can begin to make connections between the relationships among them.) | 66% |

| Date | Grade Level TBT | Prioritized Standards | Step 1 Data | Step 3 Instructional Strategy(ies) Immplemented | Post Data (step 5) |
|---|---|---|---|---|---|
| January-February | 8 Algebra | F.IF.6 Calculate and interpret the average rate of change of a function (presented symbolically or as a table) over a specified interval. Estimate the rate of change from a graph. | 37% | Identifying Similarities and Differences | 93% |
| January-February | 8 Geometry | G.SRT.8 Use trigonometric ratios and the Pythagorean Theorem to solve right triangles in applied problems. | 42% | Identifying Similarities and differences between trigonometric functions to help determine which to use. | NA |
| January-February | 8 Science | Life Science #3: The characteristics of an organism are a result of inherited traits received from parent(s). | 2% | Marzano's non-linguistic | NA |
| March-April | 7 ELA | CCSS.ELA-Literacy.RI.7.5 Analyze the structure an author uses to organize a text, including how the major sections contribute to the whole and to the development of the ideas. | 41% | micro teaching, comprehensive interventions for LD students, formative evaluation. Reciprocal teaching, formative evaluation | 8% |
| March-April | 7 Math | CCSS.MATH.CONTENT.7.EE.B.4 Use variables to represent quantities in a real-world or mathematical problem, and construct simple equations and inequalities to solve problems by reasoning about the quantities. Unpacking the Standard: Sub-target: Students will be able to write and create expressions/equations in which the distributive property is used. Sub-target: Students will be able to identify key words to help to reason about the quantities in the construction of simple equations and inequalities. | 35% | Teacher immediate feedback/conferencing, Reciprocal teaching Higher helping Moderate to Low | 55% |
| March-April | 8 ELA | informational text (RI8.1) Cite the textual evidence that most strongly supports an analysis of what the text says explicitly as well as inferences drawn from the text. Skill: Infer meaning in informational text | 53% | Hattie's Strategies-Direct Instruction Feedback -Students explaining it back to each other. Practice | |
| March-April | 8 Math | 8.EE.7 Solve linear equations in one variable. Give examples of linear equations in one variable with one solution, infinitely many solutions, or no solutions. Show which of these possibilities is the case by successively transforming the given equation into simpler forms, until an equivalent equation of the form x=a, a=a, or a=b results (where a and b are different numbers). Solve linear equations with rational number coefficients, including equations whose solutions require expanding expressions using the distributive property and collecting like terms. | 22% | Identifying Similarities and Differences (By working with similarities and differences in solving equations with either the distributive property, combining like terms, or both, SWD can begin to make connections between the relationships among them.) | 71% |
| March-April | 8 Algebra | F.IF.7 Graph functions expressed symbolically and show key features of the graph, by hand in simple cases and using technology for more complicated cases. | 68% | Identifying Similarities and Differences between linear, exponential, cubic, and quadratic graphs and their key features. AND square root, cube root and piece-wise defined functions and their key features | 83% |
| March-April | 8 Geometry | G.C.5 Derive using similarity the fact that the arc intercepted by an angle is proportional to the radius, and define the radian measure of the angle as the constant of proportionality; derive the formula for the area of a sector. | 34% | Identifying Similarities and Differences between angle measures and radian measures. Between areas of the circle and areas of the sector. Definitions of the different parts to the circle needed to form the formula for the area of the sector | 90% |
| March-April | 8 Science | Physical Science 1: Forces between objects act when the objects are in direct contact or when they are not touching. Magnetic, electrical and gravitational forces can act at a distance. | 0 | Marzano's non-linguistic | 86% |
| May | 7 ELA | CCSS.ELA-Literacy.RI.7.5 Analyze the structure an author uses to organize a text, including how the major sections contribute to the whole and to the development of the ideas. | 41% | micro teaching, comprehensive interventions for LD students, formative evaluation | 8% |
| May | 7 Math | CCSS.MATH.CONTENT.7.EE.B.4 Use variables to represent quantities in a real-world or mathematical problem, and construct simple equations and inequalities to solve problems by reasoning about the quantities. | 35% | Teacher immediate feedback/conferencing | 55% |
| May | 8 ELA | 8th grade reading informational text (RI8.1) Cite the textual evidence that most strongly supports an analysis of what the text says explicitly as well as inferences drawn from the text. | 53% | *Hattie's StrategiesDirect Instruction Feedback -Students explaining it back to each other. Practice | 59% |

| Date | Grade Level TBT | Prioritized Standards | Step 1 Data | Step 3 Instructional Strategy(ies) Immplemented | Post Data (step 5) |
|---|---|---|---|---|---|
| May | 8 Math | 8.EE.7 Solve linear equations in one variable. Give examples of linear equations in one variable with one solution, infinitely many solutions, or no solutions. Show which of these possibilities is the case by successively transforming the given equation into simpler forms, until an equivalent equation of the form x=a, a=a, or a=b results (where a and b are different numbers). Solve linear equations with rational number coefficients, including equations whose solutions require expanding expressions using the distributive property and collecting like terms | 22% | Identifying Similarities and Differences (By working with similarities and differences in solving equations with either the distributive property, combining like terms, or both, SWD can begin to make connections between the relationships among them.) | 71% |
| May | 8 Algebra | F.IF.7 Graph functions expressed symbolically and show key features of the graph, by hand in simple cases and using technology for more complicated cases. | 68% | Identifying Similarities and Differences between linear, exponential, cubic, and quadratic graphs and their key features. | 83% |
| May | 8 Geometry | G.C.5 Derive using similarity the fact that the arc intercepted by an angle is proportional to the radius, and define the radian measure of the angle as the constant of proportionality; derive the formula for the area of a sector. | 34% | Identifying Similarities and Differences between angle measures and radian measures. Between areas of the circle and areas of the sector. Definitions of the different parts to the circle needed to form the formula for the area of the sector | 90% |
| May | 8 Science | Physical Science 1: Forces between objects act when the objects are in direct contact or when they are not touching. Magnetic, electrical and gravitational forces can act at a distance. | 0 | Marzano's non-linguistic | 86% |



# Massillon City School District
# Teacher Based Team Protocol

| Date: | Team: | |
|---|---|---|
| Facilitator: | Time Keeper: | Recorder: |
| Participants: | | |
| Group Norms:<br>• <br>• | | |

| Planning | |
|---|---|
| Topic/Focus: | |
| Standard/Skill: | |
| Unpacked Learning Target: | |
| Learning sub-targets to assess proficiency: | |

| Step 1: Collect and chart formative assessment data aligned to the standards | | | | | | | |
|---|---|---|---|---|---|---|---|
| Student Group | # of students who took the assessment | Number of students who are proficient (80% or Above) | Percentage of students who are proficient (80% or Above) | Number of students who are near proficient (65-79%) | Percentage of students who are near proficient (65-79%) | Number of students who are below proficient (64% or Below) | Percentage of students who are below proficient (64% or Below) |
| All students | | | | | | | |
| Students with disabilities | | | | | | | |
| Students without disabilities | | | | | | | |
| Other subgroups (Gifted, ELL, etc.) | | | | | | | |
| Third Grade Guarantee | | | | | | | |

August 18, 2015

| Step 2: Analyze student work specific to the data. |
|---|
| • What did students do well and why? |
| • What did students not do well and why? |
| • Were there common errors, misconceptions, urgent needs? Are there patterns or trends? |

| Strengths (and why) | Weaknesses (and why) |
|---|---|
|  |  |

| Steps 3: Establish shared expectations | | | | |
|---|---|---|---|---|
| Process: | Proficient | | Advanced | |
| Determine learning outcome(s) | | | | |
| Identify the level of rigor and relevance for learning outcome(s) | | | | |
| Instructional Groups (may vary): | 1 | 2 | 3 | 4 |
| Determine instructional strategy(ies) | | | | |
| Determine potential activities to deliver instruction | | | | |
| Write SMART goal: | | | | |

| ____% of students proficient by _____ | ____% of students advanced by _____ |
|---|---|

| Step 4: Implementation |
|---|
| • Who will implement? How often will we implement? How long will we implement? |
| • What will you see in the classroom when the selected strategies are implemented? |
| • How will we know if we implemented with fidelity? |
|  |

August 18, 2015

| Step 5: Collect, chart and analyze post data | | | | | | | |
|---|---|---|---|---|---|---|---|
| Student Group | # of students who took the assessment | Number of students who are advanced (88-100%) | Percentage of students who are advanced (88-100%) | Number of students who are proficient (80-87%) | Percentage of students who are proficient (80-87%) | Number of students who are below proficient (79% or Below) | Percentage of students who are below proficient (79% or Below) |
| All students | | | | | | | |
| Students with disabilities | | | | | | | |
| Students without disabilities | | | | | | | |
| Other subgroups (Gifted, ELL, etc.) | | | | | | | |
| Third Grade Guarantee | | | | | | | |

| Communication to the BLT/Reflection | | | |
|---|---|---|---|
| | Strengths/Successes | Obstacles/Challenges | Supports Needed |
| Student Data: | | | |
| Team Process: | | | |

August 18, 2015

# TBT 5-Step Process Visual

**Step 1**
Collect and chart data to identify how students are performing/progressing

**The Ohio 5-Step Process: A Cycle of Inquiry**

**Step 2**
Analyze student work specific to the data

**Step 3**
Establish shared expectations for implementing specific effective changes in the classroom

**Step 4**
Implement changes consistently across all classrooms

**Step 5**
Collect, chart and analyze pre/post data and determine effectiveness of practices

The Ohio Improvement Process (OIP) Resources were co-developed by the Ohio Department of Education, State-Level Design Team and the Great Lakes East Comprehensive Center, funded by the U.S. Department of Education and administered by Learning Point Associates, an affiliate of American Institutes for Research. Co-development of some resources were also supported through a U.S. Department of Education, Office of Special Education Program grant #H323A070014-11. The content does not necessarily reflect the position or policy of the U.S Department of Education, nor does mention or visual representation of trade names, commercial products, or organizations imply endorsement by the federal government. The content _does_ reflect the position and policies of the Ohio Department of Education, and the Department endorses specific processes, procedures and programs mentioned.