# PBIS Handbook
# 2015-2016




*"Fairness does not mean everyone gets the same. Fairness means everyone gets what they need."*
— Rick Riordan

# PBIS Handbook
## Table of Contents

**Document A** ..... What is PBIS?
**Document B** ..... Action Plan for 2015-2016
**Document C** ..... PBIS Key Vocabulary
**Document D** ..... Massillon Middle School Supports/Systems
**Document E** ..... Hallway and Stairs Matrix
**Document F** ..... Cafeteria Matrix
**Document G** ..... Bus Matrix
**Document H** ..... Recognition Matrix
**Document I** ..... Teacher Expectations
**Document J** ..... Behavior Matrix/Interventions and Consequences
**Document K** ..... Student Behavior Management Process
**Document L** ..... Procedures for Discipline and Documents
**Document M** ..... Behavior Log
**Document N** ..... Guidance Referral
**Document O** ..... Help/TBT Referral Form
**Document P** ..... Referral Form
**Document Q** ..... Paw Pride Tickets Template

# What is PBIS?



Positive Behavioral Interventions and Supports, also called PBIS, is a broad range of systemic and individualized strategies for achieving important social and learning outcomes in school communities while preventing problem behavior. The key attributes of PBIS include preventative activities, data-based decision making and a problem solving orientation (Horner, 2000; Lewis and Sugai, 1999; Sugai et.al., 2000; Weigle, 1997).

## Why Implement PBIS?

* ★ Reduction in problem behavior
* ★ Increased academic performance
* ★ Reduction in bullying behaviors
* ★ Increased administrator time for instructional leadership
* ★ Reduction in staff turnover
* ★ Improved social-emotional competence
* ★ Increased positive school climate and culture

## Myths Regarding PBIS



The positive in PBIS means we give out rewards: The positive refers to a change of focus fro   cm reactive--constantly pointing out what students did wrong (negatives), to proactive--teaching and recognizing what students are doing right (positives). It refers to an overall change in the school climate to a learning environment where students and teachers feel appreciated, safe and respected. Acknowledgements are used to assist staff to focus on the positives.

PBIS uses bribes to get children to behave: Using an acknowledgement system is not the same as bribing a student to behave. A bribe is something offered or given to a person in a position of trust to influence that person's views or conduct. PBIS acknowledges and rewards students for following school-wide expectations and rules. Acceptable behavior is acknowledged after it occurs. Rewards are earned, not offered as payoff in exchange for good behavior.

We will no longer punish children for inappropriate behavior: PBIS does not ignore problem behavior. Consequences are more than 'punishment.' They are the actions that follow the problem behavior and can either help to increase or decrease problem behaviors. PBIS views appropriate consequences as those that are effective in changing the student's problem behavior. Schools plan for problem behavior by matching the level of consequences to the severity of the problem behaviors and maintaining a consistency across a school campus.

Massillon Middle School
Action Plan for Positive Behavior Interventions & Supports (PBIS)

### Description:

Below is the yearlong plan to teach, model, support, and provide interventions for student behavior and building school climate. By establishing the year long plan, fidelity can be ensured as well as clear communication in regards to student behavior.

| Month | Action |
|---|---|
| August | <ul><li>Staff:<ul><li>*PBIS Handbook 2015-16* Introduction, Communication, & Review<ul><li>August 17th and 18th</li></ul></li><li>*Paw Pride Program* Introduction and Description</li></ul></li><li>Students:<ul><li>*PBIS Class Council* meetings with students.<ul><li>*Paw Pride Program* Introduction and Description</li></ul></li></ul></li></ul> |
| September | <ul><li>Staff:<ul><li>PD for Interventions and Consequences for Behavior</li><li>PD for Intermittent Boosters (Be Awards, Sub for a Sub, Candy for Character)</li></ul></li><li>Students:<ul><li>*PBIS Class Council* meetings with students.</li><li>*Paw Pride Program* Blitz</li></ul></li></ul> |
| October | <ul><li>PBIS team:<ul><li>will review 5 step process data. Report out and next steps will occur on Thursday during TBT "Schoolwide Initiative" Day.</li></ul></li><li>Staff:<ul><li>PD for Classroom Management</li></ul></li><li>Students:<ul><li>*PBIS Class Council* meetings with students.</li></ul></li></ul> |
| November | <ul><li>Staff:<ul><li>Examination of implemented strategies from the data collected by PBIS Team in October.</li><li>OIP Resource 16 used to provide feedback.</li></ul></li><li>Students:<ul><li>*PBIS Class Council* meetings with students.</li></ul></li></ul> |
| December | <ul><li>Staff:<ul><li>Q & A Session with PBIS Team</li><li>Staff and student surveys</li></ul></li><li>Students:<ul><li>*PBIS Class Council* meetings with students.</li></ul></li></ul> |
| January | <ul><li>PBIS team:<ul><li>will review 5 step process data. Report out and next steps</li></ul></li></ul> |

| PBIS Key Vocabulary | Information | Tier of Support |
|---|---|---|
| 4:1 Positive Re-Directives | Positive acknowledgement and attention should be given at a rate of 4:1. 4 positives to 1 correction. | Tier 1 |
| After School Work Session | A staff member working with a student after school to improve behavior and meet expectations. (After school detention) | |
| Attendance Plan | The purpose of the Student Attendance Intervention Plan is to identify the reason(s) for a student's truancy, document the previous steps taken by the school to address the student's truancy problem, and develop the plans necessary to improve the student's future attendance. | Tier 2 |
| Behavior Log | Google doc for staff members to use to record incidents and interventions. | |
| Behavior Support Protocol | Behavior Support Protocol. BSPs lay out how the teacher/team will improve difficult behavior that is inhibiting a child's academic success. If a child can't focus, doesn't complete work, disrupts the classroom and is constantly in trouble, not only does the teacher have a problem, the child has a problem. A Behavior Intervention Plan is a document that describes just how the teacher/team will help the child improve his or her behavior. BSPs are the non-special education version of Behavior Improvement Plans (BIPs). | Tier 2 |
| BIP (Special Education) | Behavior Improvement Plan. BIPs lays out how the special education teacher/team will improve difficult behavior that is inhibiting a child's academic success. If a child can't focus, doesn't complete work, disrupts the classroom and is constantly in trouble, not only does the teacher have a problem, the child has a problem. A Behavior Intervention Plan is a document that describes just how the special education teacher/team will help the child improve his or her behavior. | Tier 2 |
| C/A Child/Adolescence Behavioral Health. | C/A is a full service, non-profit, trauma-informed mental health organization specializing in the emotional and behavioral needs of children, adolescents, young adults, and their families. Concerns such as depression, anxiety and behavior problems like ADHD can, if left untreated, lead to a child's failure in school, separation from their families, drug involvement, delinquency or suicide. Massillon Middle School has full time C/A mental health therapists that work with the school to open services for identified students/families.<br><br>http://childandadolescent.org/ | Tier 3 |
| CICO | Check-in Check-out (CICO) is designed to increase supports for students. CICO establishes a structured time for a student to work one-on-one with an adult. CICO is to reduce minors and identify an advocate for the student. Research shows that CICO is successful for 67% of students when properly established. Increased collaboration between school and home with increased opportunities for self-management. | Tier 2 |
| Classroom Managed Interventions | Tools for staff members to use to change Level 1 and 2 student behaviors. | |
| Disrespect to Staff | A student uses words or actions that convey disrespect in personal interactions with staff. | |
| Disrupting a Class | A behavior or action that affects the learning of others. (Yelling, passing notes, etc...) | |

| Term | Definition | |
|---|---|---|
| Insubordination | A student refuses to follow a staff member's directions and/or school-wide expectations and policies. | |
| Late | When a student is less than 5 minutes late to class. | |
| Location | Where an incident took place. Documentation is needed to look for patterns in student behavior. | |
| Lunch Work Session | A staff member working with a student during lunch to improve behavior and meet expectations. (Lunch detention) | |
| Major Disruption | A behavior or action that affects the learning of others and creates an environment in which no learning can take place. | |
| Major Infraction | Level 3 (Defiant) and Level 4 (Dangerous) Behaviors | |
| Minor Infraction | Level 1 (Annoying) and Level 2 (Disruptive) Behaviors | |
| Office Referral | Google doc for staff members to use for Level 3 and 4 Behaviors. | |
| SWAG | Students with a Goal – a.k.a. "Life Skills" class. A Tier II support for students that are considered 'at-risk' that focuses on improving behavior and meeting expectations. (Currently offered in 6th and 8th grades.) | |
| Tardy | When a student is 5 or more minutes late to class. | |
| Teacher Discipline Infraction Form | A half-sheet triplicate form used only for issuing written reprimands, lunch work sessions and after school work sessions. | |
| Tiger Cub House | The "Tiger Cub House" is a de-escalation room that has been created for the 2015/16 school year. The location of the "Cub House" is inside Door One, the former reception area. The "Cub House" will be implemented as a place where students can be monitored with an adult, outside of the general population of students until administration can work with the student. This comes from the idea that when students are in the Tiger Cub House, they will have a place to 'cool down' without disrupting the hallway or MJHS/MIS offices until administration can address the situation. A student will be in the Tiger Cub House when they are removed from a classroom, cafeteria, recess, and/or hallway, if they are found truant in the school, or not in their assigned area. | Tier 1-3 |
| Tiers of Support | Tier 1 is what "ALL" students receive in the form of instruction (academic, attendance, behavior, and social—emotional) through student supports. Tier 1 is also known as Universal Interventions and Supports. Tier 2 is what "some" students receive in addition to Tier 1 instruction. The purpose of Tier 2 supports is to improve student performance (academic, attendance, behavior, and social—emotional) under Tier 2 performance expectations. Targeted interventions for students at risk for behavior problems. Tier 3 is what "few" students receive and are the most intense service level a school can provide to a student. Typically, Tier 3 services are provided to very small groups and/or individual students. Interventions are individualized for students with serious or chronic behavior problems. | |
| Time/Period | The time of day or class period when an incident occurred. Documentation is needed to look for patterns in student behavior. | |

# 2015-2016 Massillon Middle School Supports/Systems

Few
1-5%

- SWAG
- C/A
- ESS

Some
5-10%

- CARE Team (Review data/referrals, feedback to teams)
- CICO
- Teaming with plans
- Counselor's Group
- Cub House

All
80-90%

- PBIS Team
- School Wide Matrices
- PAW Pride
- Monthly Class Councils
- 2 week Class Council
- 4-1 Positives
- School Wide Recognitions
- Proactive
- Weekly Team Meetings
- Teach/Reteach Model

E

# TIGER TRAITS
# HALLWAYS & STAIRS

| Be Responsible | Be Respectful | Be Kind | Be Safe |
|---|---|---|---|
| Arrive to class on time | Use quiet voices | Say please, thank you, and excuse me | Report any trouble to an adult |
| Use a hall pass | Use school appropriate language | Help others | Walk on the right side of the hall/stairs |
| Pick up trash | Listen & follow directions from adults | Treat others as you want to be treated | Keep hands, feet, and all other objects to yourself |

# TIGER TRAITS
# CAFETERIA

| Be Responsible | Be Respectful | Be Kind | Be Safe |
|---|---|---|---|
| Bring all items needed with you | Listen & follow directions from adults | Say please, thank you, and excuse me | Line up when directed |
| Respond to quiet signal | Use appropriate language and volume | Be friendly and helpful | Wait patiently |
| Clean up after yourself | Raise hand to leave seat | Keep hands, feet, and all other objects to yourself | Remain in your seat/area |

# TIGER TRAITS
# BUS

| Be Responsible | Be Respectful | Be Kind | Be Safe |
|---|---|---|---|
| Be at your bus stop on time | Listen & follow directions from adults | Say please, thank you, and excuse me | Sit facing forward in your seat |
| Take all belongings with you | Use polite language | Be friendly and helpful | Keep the aisle clear of all objects |
| Board the bus promptly | Use appropriate voice volume | Keep hands, feet, and all other objects to yourself | Report any trouble to an adult |

## Massillon Middle School Recognition Matrix

| Type | What | Where | When | Tangible Recognition | Who |
|---|---|---|---|---|---|
| High Frequency 'GOTCHAS' | 'Paw Pride Program'<br><br>-Bus Paws<br>-Cafeteria Paws<br>-Hallway Paws | On the bus, in the lunch lines, in the cafeteria, at recess, in the hallways and the stairs | 1st full week of September<br><br>1st full week of November<br><br>1st full week of January<br><br>1st full week of March<br><br>1st full week of May | **Paws**<br><br>**Raffle** (small items, e.g.<br><br>**Grand Raffle** (large items, e.g. | Each staff member/bus driver will receive 8-10 Paws and writes his/her name on each. Student that receives a Paw will write their name on the back and place in the appropriate grade-level jar in the cafeteria. Staff member/bus driver will also be acknowledged. |
| | Weekly Tiger Talk Shout Outs for Staff | Email | Weekly | - District Administration Recognition<br>- Recognition on announcements | MMS Administration Co-Workers |
| Unpredictable Intermittent 'BOOSTERS' | Be Awards | Any area | Whenever appropriate | Students recognized on announcements | Teachers and TBTs recognize students meeting expectations. |
| | Sub for a Sub | Any class with a substitute teacher | When a student meets expectations in a class with a substitute | Monthly recognition at lunch and subs for lunch | Recognize students that meet expectations in the classroom for a substitute. |
| | Candy for Character | Any area | Whenever appropriate | Daily recognition by substitute teachers | Recognize students who exhibit the expected behaviors by earning candy incentives. |
| | Attendance Challenges | Grade level challenges | Weekly challenges | Trophy and surprise incentives | Attendance Secretaries report every Monday the winning grade |

## *Recognizing Individuals Who Achieve Behavioral Expectations*

The Positive Behavior Intervention & Supports (PBIS) team has devised key recognition programs as part of PBIS within the building. These programs are designed to recognize those individuals who do the right thing in upholding the TIGER PROFILE on a daily, weekly, and monthly basis. Teachers and administrators are responsible for acknowledging students by giving specific and positive feedback to students who are meeting building- wide expectations; these recognition programs are intended to complement this direct response to positive student behavior.

**Note:** Classroom teachers are also encouraged to develop strategies for recognizing students within their own classrooms. This recognition may occur on an individual or whole group level. Recommendations for teachers: use the described programs below and adapt them to fit classroom applications (e.g. giving class Paw Pride Coupons for 100% homework turned in, or giving them out when students are seated before the bell and ready for class or having a popcorn party after the class accrues a set number or Paw Pride Coupons).

## High-Frequence On-Going System of Rewards

## How Students Can Earn Their Stripes

### Paw Pride Program

**Paw Pride** Coupons are an incentive program designed to recognize positive behaviors in those individuals found upholding the TIGER Profile as well as those going above and beyond what is expected of them. As a staff, acknowledgement of expected behavior is important. Using a tangible reward and "gotchas" are powerful.

Students are allowed to redeem **Paw Pride** Coupons for several different surprise items:

1. Turn in to be recognized on Friday and giving a reward for "Caught Being Good" or "Caught Earning Your Stripes".

Staff is responsible for distributing **Paw Pride** Coupons to students who meet and/or exceed the building-wide expectations set forth in Tiger Profile.

**Paw Pride Coupons are only redeemable if signed by the issuing teacher, cafeteria worker, monitor, bus driver, counselor, administrator or community member.**

**Paw Pride** Coupon winners will have their picture taken to be showcased in the school's newspaper, school website, and possibly the local newspaper.

**For Staff:** Additional Paw Pride Coupons are located in the main office.

**Staff Incentives:**

**Weekly Recognition of Paw Pride Coupons**

**Staff Incentives:**

**Just Because...**

Staff incentives just because of your hard work and dedication to our students. And why not?!

**Jeans**

Staff will be permitted to wear jeans during identified time periods. Such periods will be during spirit weeks, college days/weeks, and other identified times.

**Food/Socials**

Breakfast, lunch, and other editable items will be supplied during certain times.

**Celebrations**

**Quarter Incentive**

Students and staff will earn incentives for participation in planned activity.

**Student Quarterly Awards and Socials**

Students will be recognized based on grade level for Academics, Attendance, and/or Behavior.

**Tigers of the Month**

Students will be chosen by their teachers that meet the Tiger Profile as designed by student leaders.

**BOE Students of the Month**

Students will be chosen by staff and recognized at the Massillon City School Board Meeting. Each building has specific months to choose students.

**Teacher of the Month**

Voted by students

**Final Celebrations**

- Grade Level Barbeque
- Field Trips
- Carnival
- Movies
- Dance

Teacher of the Month

## *Teacher Expectations*

1. Communicate with students, parents, colleagues and administration.
2. Hold students accountable.
3. Hold each other accountable.
4. Teach, model, re-direct and re-teach behavior expectations. (Bus, Cafeteria and Hallway)
5. Be at duty on time.
6. Be in the hall at assigned posts during hallway transitions.
7. Follow protocols and procedures for improving student behavior and completing forms.



*Behavior Matrix*
*Massillon Middle School*



| Level 1 (Annoying) | Level 2 (Disruptive) | Level 3 (Defiant) | Level 4 (Dangerous) |
|---|---|---|---|
| Talking, laughing | Refusal to work | Verbal/Physical aggression | Fighting |
| Not listening/paying attention | Excessive talking | Skipping | Vandalism |
| Distracting others | Inappropriate tone of voice | Abusive/Inappropriate language | Gross disrespect with profanity to staff |
| Out of seat | Teasing/Name calling | Insubordination/Non-compliance | Weapons |
| Touching others | Dishonesty | Disrespect with profanity | Use/possession of drugs/alcohol/tobacco |
| Off task (head down, staring out window, tapping pencils, etc.) | Horseplay | Threat of Injury | Harassment/bullying |
| | Minor theft | Technology violation | Major theft |
| | Public Displays of Affection (PDA) | Chronic minor behaviors with documentation | Assault |
| | Tardy to class | | |
| | Profanity used accidentally/casually | | |
| | Minor disrespect/talking back | | |

## Student Behavior Management Process



* If a student has more than 7 documented incidents in the same quarter, staff member/TBT will write an Office Referral and submit Help/TBT Referral form to the Guidance Department.

*has been updated*

## Procedures for Discipline and Documents

| | |
|---|---|
| **'Late' to Class** (< 5 minutes late)<br><br>*If student was detained by a teacher, send back to that teacher for a pass. No passes will be given from the office except for 'Tardy to School'.<br><br>**After each step, document in Behavior Log | 1. 1st Late - Warning<br>2. 2nd Late - Student Conference<br>3. 3rd Late - Parent Contact and TBT discussion to determine pattern(s)<br>4. 4th Late - Written Reprimand<br>5. 5th Late - Complete a Teacher Discipline Infraction Form with previous 4 documented actions (dates and times) and turn in to your grade level office. |
| **'Tardy' to Class** ( ≥ 5 minutes)<br><br>*If student was detained by a teacher, send back to that teacher for a pass. No passes will be given from the office except for 'Tardy to School'.<br><br>**After each step, document in Behavior Log | 1. 1st Tardy - Student Conference<br>2. 2nd Tardy - Guidance Office Referral<br>3. 3rd Tardy - Office Referral |
| **Emergency Removal** | 1. Ask the student to report to the "Tiger CubHouse".<br>2. Call Ext._____ to notify the adult that the student will be arriving.<br>3. The teacher will report whether the student is to remain in the "Tiger CubHouse" for the rest of the class period or if an Office Referral will be sent.<br>4. Follow up with an Office Referral if necessary.<br>5. Document in Behavior Log. |
| **Teacher Discipline Infraction Form** | 1. Complete all sections of the form, including date, time and location.<br>2. Call Parent and record documentation on the form.<br>3. Give the student the 'white' copy to take home and have signed.<br>4. Maintain the 'yellow' copy for your records.<br>5. Turn the 'pink' copy into your grade level office.<br>6. Document in Behavior Log |
| **Tiger Cub House** | 1. Contact Melinda West (AM) or Dianna Pappas (PM) at extension XXXX to let |



Students Last Name · First Name · Date · Teacher · Incident · Intervention · Parent Communication/Documentation

## Guidance Referral

_Massillon Counseling Department_     Grade:          Date:

| Student Name: | Teacher Name: |
|---|---|

Reason for Contact

| | Grades | | Behavior | | Attendance | | Personal/Social | | Schedule |
|---|---|---|---|---|---|---|---|---|---|

_Teacher Concern:_

_Follow-up:_

| Help/TBT Referral Form |
|---|

| Student Name: | Grade: |
|---|---|
| Person/Team Making Referral: | Date: |

Planning period/days/times that you would be available to attend the meeting:

| |
|---|

I.    Is the concern about this student primarily:

| Academic | Behavioral |
|---|---|

II.    Briefly summarize the nature of the concern:

| |
|---|

Share this form with your Guidance Counselor

This referral will be forwarded to either the CARE TEAM or PBIS Team.  You will be notified of the meeting day and time and are encouraged to attend.

**\*\*\*\*Please complete the checklist on the next page.\*\*\*\***

## MASSILLON INTERMEDIATE/JUNIOR HIGH SCHOOL OFFICE REFERRAL FORM

| Student Name: | | Grade: | Date: |
|---|---|---|---|
| Incident Date: | Location: | Time/Period: | Staff: |

| | | | |
|---|---|---|---|
| Verbal Aggression | Insubordination/Non-compliance | Gross Disrespect | Gross Technology Violation |
| Disrespect | Inappropriate Language | Fighting | Weapons |
| Physical Aggression | Threat of Injury | Vandalism | Assault |
| Harassment | Major Disruption | Major Theft | Bullying |
| Chronic Minor Behaviors with Documentation (list below) | | Use/Possession of Drugs/Alcohol/Tobacco | |

| Student Code of Conduct Handbook Rule Violated | | 7 | Damage/Theft of School Property | 14 | Violation of School Bus Conduct | 21 | Misconduct during Extra-Curricular Activity |
|---|---|---|---|---|---|---|---|
| 1 | Weapons/Dangerous Instruments | 8 | Damage/Theft of Private Property | 15 | Disrespect | 22 | Deliberate Failure to do Required Work |
| 2 | Disruption of School | 9 | Arson | 16 | Forgery | 23 | Bullying/Harassment |
| 3 | Assault/Abusive Language | 10 | Trespass | 17 | Gambling | 24 | Cell Phones/Electronic Devices |
| 4 | Drugs | 11 | Dress and Appearance | 18 | Failure to Comply with Directives | 25 | Insubordination |
| 5 | Tobacco | 12 | Profane Language/Gestures | 19 | Failure to Accept Discipline | 26 | Repeated Violations |
| 6 | Truancy/Class Cutting | 13 | Hazing | 20 | Violation of Rules | | |

**EXPLANATION:**




| TEACHER/STAFF ACTION TAKEN (Must be completed with dates and times of each intervention) | | |
|---|---|---|
| Student Conference: | Parent Contact: | Timeout: |
| Guidance Referral: | Verbal Warning: | Written Reprimand: |

| ADMINISTRATIVE ACTION ASSIGNED/TAKEN: | | | |
|---|---|---|---|
| Conference with Student | Privileges Restricted/Suspended | Parent Call/Conference | Mediation |
| Guidance Referral | Detention (Lunch/After School) | Independent Study Class | Out of School Suspension |
| Other/Comments: | | | |

| Mr. Zapoinik | Mr. Simpson | Mr. Lindsey | Mrs. Ferrell |
|---|---|---|---|

