# Welcome to Massillon Intermediate/Jr. High School

Attached are the usual forms to fill out and return to me asap.

Also attached is information regarding our Sunshine or Staff Fund. A $30.00 donation per year, per staff member, provides us with money for the end-of-year lunch, retirement parties, gifts, etc. Checks should be made payable to "MIS/MJH Staff Fund." Everyone is welcome to be on the Sunshine Committee and help with events.

## JUST A FEW REMINDERS

Please call me or email me regarding copier issues and I will place the service calls. Color copy paper has been delivered to all workrooms; this is our allotment for the year. And please be kind to the copiers; please do not slam the trays. <u>Remember, no students are permitted to use the copiers!</u>

Have a great year!

Jodi

Forms
8/20/15
8/31/15

RETURN TO OFFICE

## STAFF EMERGENCY MEDICAL INFORMATION

DATE _____

Name _____  Birthday _____

Home Address _____

_____

Home Telephone no. _____

Who is to be notified in case of accident or illness:

Name _____  Phone No. _____

Relationship _____  Work No. _____

Name of Employer _____

OR

Name _____  Phone No. _____

Relationship _____  Work No. _____

Name of Employer _____

Facts concerning your medical history including contact lenses, allergies, medications being taken, and any physical impairments to which a physician and/or Emergency Squad should be alerted in the event of an emergency:

_____

_____

_____

Preferred Hospital _____

Preferred Doctor _____

Preferred Dentist _____

12 pt.



## SUNSHINE COMMITTEE

Each staff member shall contribute $30.00 annually to MIS/MJH Staff Fund to be operated by the Sunshine Committee. This fund will be used for various functions including, but not limited to, the Christmas party, retirement parties, end-of-year luncheon and the following:

### *FLOWERS*

Flowers are sent in case of illness of a staff member who is hospitalized or sick for a period one week or more.

Flowers or gifts are sent to a staff member for the birth of a first child. Cards will be sent for a second child, etc.

In case of death in the immediate family (husband, wife, father, mother, father-in-law, mother-in-law, brother, sister, or child) flowers are sent to the staff member, or, if specified by the family, a donation is sent to the charity of their choice in the amount of $30.00.

### *GIFTS*

A gift in the amount of 50.00 will be sent to a staff member for their first marriage. A card will be sent for second marriage, etc.

Staff members who are retiring will receive the following gifts:

| Years of Service | Gift |
|---|---|
| 5 - 9 years of district-wide service | $20.00 |
| 10 - 15 years of district-wide service | $30.00 |
| 16 - 24 years of district-wide service | $40.00 |
| 25 or more years of district-wide service | $50.00 |

Staff members who choose not to contribute the $30.00, will receive cards and will be charged a small fee for activities normally covered by the fund, including the end-of-the-year luncheon.

**Checks should be made payable to "MIS/MJH Staff Fund."**

# Massillon City Schools
## *In Pursuit of Excellence*



August, 2015

Dear Staff Member:

The following information is needed to keep your records up to date in our office. It will be used for the staff directory, staff lists, county directory and the Treasurer's office. Please fill it out completely and return it to your building secretary by **Friday, August 21, 2015.**

| | | |
|---|---|---|
| **Name:** | Last | First |
| **Home Address:** Include City & Zip Code | Street | |
| | City — State — Zip Code | |
| **Phone Number:** | | |
| **School/Building:** | | |
| **Job Title:** | | 12 pt. |
| **Grade/Subject:** | | |
| **Building phone extension:** | | |
| **Race:(Optional) Circle One** | African American    Hispanic    White | |
| **Email Address:** | Work: | |
| | Home (Optional): | |

\_\_\_\_ I give permission for the above information to be printed in the staff directory which is made available to building secretaries and principals.

Sincerely,
Mark Fortner
Assistant Superintendent
Massillon City Schools

# Massillon City Schools

## STAFF EDUCATION TECHNOLOGY ACCEPTABLE USE AND SAFETY AGREEMENT

To access and use the District's Education Technology, including a school-assigned e-mail account and/or the Internet at school, staff members must sign and return this form.

Use of the Education Technology is a privilege, not a right. The Board's Education Technology, including its Internet connection and online educational services, is provided for business, professional and educational purposes only. Unauthorized or inappropriate use will result in a cancellation of this privilege and possibly further disciplinary action.

The Board has implemented technology protection measures, which protect against (e.g. block/filter) Internet access to visual displays/depictions/materials that are obscene, constitute child pornography, or are harmful to minors. The Board also monitors online activity of staff members in an effort to restrict access to child pornography and other material that is obscene, objectionable, inappropriate and/or harmful to minors. ( ) The Superintendent or _____ may disable the technology protection measures to enable access for bona fide research or other lawful purposes.

Staff members accessing the Internet through the Board's Education Technology are personally responsible and liable, both civilly and criminally, for unauthorized or inappropriate use of the Internet.

The Board reserves the right, at any time, to access, monitor, review and inspect any directories, files and/or messages residing on or sent using the Board's Education Technology. Messages relating to or in support of illegal activities will be reported to the appropriate authorities.

[ ] To the extent that a staff member has the proprietary rights to the design of a website hosted on the Board's servers, the staff member agrees to license in perpetuity the use of the website by the Board without further compensation.

**Please complete the following information:**

Staff Member's Full Name (please print): _____

School:_____


I have read and agree to abide by the Staff Education Technology Acceptable Use and Safety Policy and Guidelines. I understand that any violation of the terms and conditions set forth in the Policy is inappropriate and may constitute a criminal offense. As a user of the Board's Education Technology, I agree to communicate over the Internet and the network in an appropriate manner, honoring all relevant laws, restrictions and guidelines. I understand that individual users have no expectation of privacy related to their use of the District's Education Technology.

Staff Member's Signature:_____ Date: _____

> **The Superintendent is responsible for determining what is unauthorized or inappropriate use. The Superintendent may deny, revoke or suspend access to and use of the Education Technology to individuals who violate the Board's <u>Staff Education Technology Acceptable Use and Safety Policy</u> and related <u>Guidelines</u> and take such other disciplinary action as is appropriate pursuant to the applicable collective bargaining agreement, State law and/or Board Policy.**