

Mark Fortner <mfortner@massillonschools.org>

## Accommodations
1 message

Nicole Poston <nposton@massillonschools.org>  Wed, Aug 26, 2015 at 2:12 AM
To: Mark Fortner <mfortner@massillonschools.org>
Cc: kmckinley@bmcolawfirm.com

Good Morning Mark,

As we embark on a new school year, I wanted to touch base with you regarding my requested accommodations. Since the beginning of this year, the district has failed on several occasions to honor and provide accommodations as has been requested and discussed. In fact, one such instance involves forms (emergency medical and staff directory) that I will need provided consistent with my accommodations. Furthermore, as I reflect back on the time since our last meeting regarding my accommodations, I have documented approx. 18 occasions when the district has failed to honor and provide accommodations that were requested and discussed.
So I wanted to touch base and find out if you think we need to schedule a meeting again to review my accommodations?

Thank you,

--
Nicole Poston
SGT at MIS/MJHS
AGT President
(330) 830-3902 (work)
(330) 312-0102 (cell)



**MASSILLON CITY SCHOOLS**
930 17th Street N.E.
Massillon, Ohio 44646-6790
Telephone 330-830-3900
Fax 330-830-6537

Nicole Poston
3407 Trade Winds Cove NW
Canton, OH 44708

September 2, 2015

Ms. Poston,

Your email received on August 26, 2015 at 2:12 AM, indicated that your requested accommodations have not been provided since the beginning of the 2015-16 school year. (See Attachment #1)

Pursuant to the Reasonable Accommodations Review dated February 3, 2014 (See Attachment #2), the following was agreed upon:

> *"Should you be experiencing issues with accommodations during the school year, please let me know as soon as possible so they can be addressed. As we discussed, it is critical that you and those administrators working to implement these accommodations have open and meaningful discussion if there are any issues or problems so they can be promptly addressed.*

The district administration will meet with you to discuss any concerns with the list of agreed upon accommodations as listed in the February 3, 2014 agreement. In order to understand these

Superintendent, ext. 50117
Assistant Superintendent, ext. 50125
Treasurer / Financial, ext. 50127
Human Resources, ext. 50112
Food Services, ext. 50129

Curriculum/Instruction, ext. 50155
Federal / State Programs / Grants / Gifted, ext. 50113
Buildings / Grounds, ext. 50118
Special Education, ext. 50147
Technology, ext. 50153

issues and identify possible solutions to your concerns, please submit your list of concerns containing the following information:

- Date, time, location, and nature of the issue.
- The corresponding number of the accommodation that was not provided from the items listed on the October 23, 2014 agreement.
- The date of the meeting that you had with the administration to have open and meaningful conversation with to discuss the issue and the results of the meeting.

After receiving this information, a meeting will be scheduled to review the current issues for resolution.

Sincerely,

*Mark Fortner*

Mark Fortner
Assistant Superintendent

Attachments (2):
1) Email Correspondence – Wednesday, August 26, 2015
2) Reasonable Accommodations Review – February 3, 2014