No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS INTERNAL COMPLAINT FORM

Nicole Poston          330-312-0102
NAME OF COMPLAINANT      TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

_X_ TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/18/15— SPED meeting with Elaine Karp after Convocation. Handout was IEP checklist to be used when writing IEPs. Was not in accessible format (large print, 18 font size). District has been told repeatedly to provide documents in large print.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested.

Meeting with BOE.

_Nicole Poston_      9-6-15
COMPLAINANT      DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _9-9-15_

© NEOLA 2012

INTERNAL COMPLAINT - STEP 1
INVESTIGATION/CONFERENCE WITH CIVIL RIGHTS COORDINATOR

A CONFERENCE WAS HELD ON __N/A__, AT __N/A__
                                      (Date)                       (Time)

AND MATTERS PERTAINING TO THE FOLLOWING ALLEGED COMPLAINT WERE DISCUSSED.

BRIEF DESCRIPTION OF ALLEGED COMPLAINT:

8/18/15- SPED meeting with Elaine Karp. Handout was not in 18 font (large print) format.

DISPOSITION OF ALLEGED COMPLAINT:

No disposition was given. Failure of administration to conduct investigation and meeting, as outlined in Board Policy.

__N/A__          __N/A__
DISTRICT'S CIVIL RIGHTS COORDINATOR        DATE

================================================================

IF YOU WISH TO APPEAL THIS DECISION TO THE SUPERINTENDENT, SIGN BELOW AND DELIVER TO THE SUPERINTENDENT'S OFFICE WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF THE CIVIL RIGHTS COORDINATOR'S DECISION.

*Nicole Poston*      10-1-15
COMPLAINANT           DATE

---

Internal Office Use Only

DATE RECEIVED BY SUPERINTENDENT'S OFFICE: 10/1/15

© NEOLA 2012

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston                                            330-312-0102
NAME OF COMPLAINANT                                      TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:


_____ EMPLOYEE

  X    TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/18/15-- Building-wide staff meeting at MIS/MJHS @ 10am. Presentation was not

made accessible and handout (PBIS Folder) was not in large print (18 font) but

received same as everyone else.


WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested.

Meeting with BOE.

*Nicole Poston*        9-6-15
COMPLAINANT            DATE


Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR:  9-9-15


© NEOLA 2012

## INTERNAL COMPLAINT - STEP 1
## INVESTIGATION/CONFERENCE WITH CIVIL RIGHTS COORDINATOR

A CONFERENCE WAS HELD ON __N/A__, AT __N/A__
                                      (Date)                           (Time)

AND MATTERS PERTAINING TO THE FOLLOWING ALLEGED COMPLAINT WERE DISCUSSED.

BRIEF DESCRIPTION OF ALLEGED COMPLAINT:

8/18/15- Building-wide staff meeting at MIS/MJHS. Presentation and handouts were not in accessible format.

DISPOSITION OF ALLEGED COMPLAINT:

No disposition was given. Failure of administration to conduct investigation and meeting, as outlined in Board Policy.

__N/A__                                                    __N/A__
DISTRICT'S CIVIL RIGHTS COORDINATOR               DATE

===============================================================

IF YOU WISH TO APPEAL THIS DECISION TO THE SUPERINTENDENT, SIGN BELOW AND DELIVER TO THE SUPERINTENDENT'S OFFICE WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF THE CIVIL RIGHTS COORDINATOR'S DECISION.

_Nicole Poston_        _10-1-15_
COMPLAINANT            DATE

Internal Office Use Only

DATE RECEIVED BY SUPERINTENDENT'S OFFICE: _10/1/15_

© NEOLA 2012

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

**Nicole Poston**            330-312-0102
NAME OF COMPLAINANT        TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):
8/19/15-- PD session "Highly Effective TBT's" by SST9. Powerpoint presentation and handouts not in accessible format, large print (18 font). Administration has been asked repeatedly to provide PD materials in accessible, large print format.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):
Accommodation meeting with administration, as I have asked.
Meeting with BOE.

*Nicole Poston*     9-6-15
COMPLAINANT       DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: __9-9-15__

© NEOLA 2012

## INTERNAL COMPLAINT - STEP 1
## INVESTIGATION/CONFERENCE WITH CIVIL RIGHTS COORDINATOR

A CONFERENCE WAS HELD ON __N/A__, AT __N/A__
                          (Date)              (Time)

AND MATTERS PERTAINING TO THE FOLLOWING ALLEGED COMPLAINT WERE DISCUSSED.

BRIEF DESCRIPTION OF ALLEGED COMPLAINT:

8/19/15- PD session "Highly Effective TBT's" by SST9. Powerpoint and handouts were not in accessible format (large print, 18 font).

DISPOSITION OF ALLEGED COMPLAINT:

No disposition was given. Failure of administration to conduct investigation and meeting, as outlined in Board Policy.

__N/A__                                          __N/A__
DISTRICT'S CIVIL RIGHTS COORDINATOR               DATE

===========================================================================

IF YOU WISH TO APPEAL THIS DECISION TO THE SUPERINTENDENT, SIGN BELOW AND DELIVER TO THE SUPERINTENDENT'S OFFICE WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF THE CIVIL RIGHTS COORDINATOR'S DECISION.

__Nicole Poston__        __10-1-15__
COMPLAINANT              DATE

Internal Office Use Only

DATE RECEIVED BY SUPERINTENDENT'S OFFICE: __10/1/15__

© NEOLA 2012

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston                                       330-312-0102
NAME OF COMPLAINANT                                 TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/19/15-- PD session by Brian McNulty. Powerpoint presentation not accessible.

Handout was not in large print (18 font). Administration has been asked repeatedly

to provide documents at PD sessions in accessible, large print format.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have asked.

Meeting with BOE.

*Nicol Poston*           9-6-15
COMPLAINANT              DATE

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: 9-9-15

© NEOLA 2012

## INTERNAL COMPLAINT - STEP 1
## INVESTIGATION/CONFERENCE WITH CIVIL RIGHTS COORDINATOR

A CONFERENCE WAS HELD ON ___N/A___, AT ___N/A___
                                     (Date)                          (Time)

AND MATTERS PERTAINING TO THE FOLLOWING ALLEGED COMPLAINT WERE DISCUSSED.

BRIEF DESCRIPTION OF ALLEGED COMPLAINT:

_8/19/15- PD session by Brian McNulty. Powerpoint presentation was not_

_accessible and handout was not in 18 font (large print format)._

DISPOSITION OF ALLEGED COMPLAINT:

_No disposition was given. Failure of administration to conduct investigation and_

_meeting, as outlined in Board Policy._

___N/A___                    ___N/A___
DISTRICT'S CIVIL RIGHTS COORDINATOR        DATE

==================================================================

IF YOU WISH TO APPEAL THIS DECISION TO THE SUPERINTENDENT, SIGN BELOW AND DELIVER TO THE SUPERINTENDENT'S OFFICE WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF THE CIVIL RIGHTS COORDINATOR'S DECISION.

_Nicole Poston_          _10-1-15_
COMPLAINANT              DATE

Internal Office Use Only

DATE RECEIVED BY SUPERINTENDENT'S OFFICE: _10/1/15_

© NEOLA 2012

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

__Nicole Poston__                               __330-312-0102__
NAME OF COMPLAINANT                              TELEPHONE NUMBER

__3407 Trade Winds Cove NW, Canton, OH  44708__
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

_X_ TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/19/15-- PD session "Educating for All" presented by Kris Blair.

No presentation materials were provided in accessible format, large print (18 font).

Administration has been repeatedly asked to provide PD materials in accessible,

large print format.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have asked.

Meeting with BOE.

_Nicole Poston_                    _9-6-15_
COMPLAINANT                        DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: __9-9-15__

© NEOLA 2012

## INTERNAL COMPLAINT - STEP 1
## INVESTIGATION/CONFERENCE WITH CIVIL RIGHTS COORDINATOR

A CONFERENCE WAS HELD ON __N/A__ (Date), AT __N/A__ (Time)

AND MATTERS PERTAINING TO THE FOLLOWING ALLEGED COMPLAINT WERE DISCUSSED.

BRIEF DESCRIPTION OF ALLEGED COMPLAINT:

8/19/15- PD session "Educating for All" presented by Kris Blair.

No presentation materials were provided in accessible format (large print).

DISPOSITION OF ALLEGED COMPLAINT:

No disposition was given. Failure of administration to conduct investigation and meeting, as outlined in Board Policy.

N/A
DISTRICT'S CIVIL RIGHTS COORDINATOR

N/A
DATE

===========================================================================

IF YOU WISH TO APPEAL THIS DECISION TO THE SUPERINTENDENT, SIGN BELOW AND DELIVER TO THE SUPERINTENDENT'S OFFICE WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF THE CIVIL RIGHTS COORDINATOR'S DECISION.

*Nicole Peston*    10-1-15
COMPLAINANT    DATE

Internal Office Use Only

DATE RECEIVED BY SUPERINTENDENT'S OFFICE: 10/1/15

© NEOLA 2012

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

__Nicole Poston__                                    330-312-0102
NAME OF COMPLAINANT                                  TELEPHONE NUMBER

__3407 Trade Winds Cove NW, Canton, OH  44708__
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

X  TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

8/20/15-- Forms to be filled out were put in mailbox.  They were contact information, medical emergency, and sushine committee forms.  Were the same forms everyone else received and were not in accessible format, large print (18 font).  Administration was told only forms mailed home could be regular print size.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Forms provided in accessible format.  Accommodation meeting with administration, as I have asked for.  Meeting with BOE.

_Nicole Poston_       9-6-15
COMPLAINANT          DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR:  9-9-15

© NEOLA 2012

## INTERNAL COMPLAINT - STEP 1
## INVESTIGATION/CONFERENCE WITH CIVIL RIGHTS COORDINATOR

A CONFERENCE WAS HELD ON __N/A__, AT __N/A__
                                             (Date)                          (Time)

AND MATTERS PERTAINING TO THE FOLLOWING ALLEGED COMPLAINT WERE DISCUSSED.

BRIEF DESCRIPTION OF ALLEGED COMPLAINT:

_8/20/15- Forms to be filled out were placed in mailbox at school, including_

_emergency medical, contact information, and sunshine committee. None were_

_in accessible format (large print, 18 font)._

DISPOSITION OF ALLEGED COMPLAINT:

_No disposition was given. Failure of administration to conduct investigation and_

_meeting, as outlined in Board Policy._

__N/A__                                                         __N/A__
DISTRICT'S CIVIL RIGHTS COORDINATOR                      DATE

================================================================

IF YOU WISH TO APPEAL THIS DECISION TO THE SUPERINTENDENT, SIGN BELOW AND DELIVER TO THE SUPERINTENDENT'S OFFICE WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF THE CIVIL RIGHTS COORDINATOR'S DECISION.

_Nicole Poston_        _10-1-15_
COMPLAINANT                 DATE

Internal Office Use Only

DATE RECEIVED BY SUPERINTENDENT'S OFFICE: _10/1/15_

© NEOLA 2012

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

__Nicole Poston__                                    __330-312-0102__
NAME OF COMPLAINANT                          TELEPHONE NUMBER

__3407 Trade Winds Cove NW, Canton, OH  44708__
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

__8/31/15-- The "Staff Education Technology Acceptable Use and Safety Agreement"__

__was put in my mailbox in regular size font (10 font), not large print (18 font). It was__

__in the same format as all other staff received. Administration is well aware of the__

__the need for large print format.__

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

__Internet and email service remains active and in tact until accommodation is__

__provided with accessible, large print format. Accommodation meeting with__
__administration, as I have asked for. Meeting with BOE.__

__Nicole Poston__           __9-6-15__
COMPLAINANT                    DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: __9-9-15__

© NEOLA 2012

## INTERNAL COMPLAINT - STEP 1
## INVESTIGATION/CONFERENCE WITH CIVIL RIGHTS COORDINATOR

A CONFERENCE WAS HELD ON __N/A__, AT __N/A__
                                  (Date)                        (Time)

AND MATTERS PERTAINING TO THE FOLLOWING ALLEGED COMPLAINT WERE DISCUSSED.

BRIEF DESCRIPTION OF ALLEGED COMPLAINT:

8/31/15- The "Staff Education Technology Acceptable Use and Safety Agreement" was placed in school mailbox in regular size font (10 font), not large print (18 font).

DISPOSITION OF ALLEGED COMPLAINT:

No disposition was given. Failure of administration to conduct investigation and meeting, as outlined in Board Policy.

__N/A__                                                       __N/A__
DISTRICT'S CIVIL RIGHTS COORDINATOR                 DATE

===========================================================================

IF YOU WISH TO APPEAL THIS DECISION TO THE SUPERINTENDENT, SIGN BELOW AND DELIVER TO THE SUPERINTENDENT'S OFFICE WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF THE CIVIL RIGHTS COORDINATOR'S DECISION.

*Nicole Poston*           10-1-15
COMPLAINANT                 DATE

Internal Office Use Only

DATE RECEIVED BY SUPERINTENDENT'S OFFICE: __10/1/15__

© NEOLA 2012