

**MASSILLON CITY SCHOOLS**
930 17th Street N.E.
Massillon, Ohio 44646-6790
Telephone 330-830-3900
Fax 330-830-6537

*Via Hand Delivery*
Nicole Poston
3407 Trade Winds Cove NW
Canton, OH 44708

October 7, 2015

Ms. Poston,

I have reviewed the seven (7) internal complaints filed on September 9, 2015. I would like to meet twice next week to review my findings, if possible. Please check your availability on the following dates:

Tuesday, October 13, 2015 at 3:45 PM

Thursday, October 15, 2015 at 3:45 PM

If you are unable to meet on these dates, let me know your availability so we can schedule accordingly.

Sincerely,

*Mark Fortner*

Mark Fortner
Assistant Superintendent

Cc: Richard Goodright, Superintendent

---

Superintendent, ext. 50117
Assistant Superintendent, ext. 50125
Treasurer / Financial, ext. 50127
Human Resources, ext. 50112
Food Services, ext. 50129

Curriculum/Instruction, ext. 50155
Federal / State Programs / Grants / Gifted, ext. 50113
Buildings / Grounds, ext. 50118
Special Education, ext. 50147
Technology, ext. 50153



Nicole Poston <nposton@massillonschools.org>

## Response to Oct. 7th Letter (ADA complaints)
1 message

**Nicole Poston** <nposton@massillonschools.org>   Thu, Oct 8, 2015 at 11:34 PM
To: Mark Fortner <mfortner@massillonschools.org>
Cc: "Kathy K. McKinley" <kmckinley@bmcolawfirm.com>, Richard Goodright <rgoodright@massillonschools.org>
Bcc: nmpbrat@aol.com

Mr. Fortner,

I have reviewed the letter you hand delivered to me on October 7, 2015. In the letter, you provided 2 dates (Tues. Oct. 13th and Thurs. Oct. 15th) in which to meet to review your findings. I, along with my representation, are unable to meet on those dates. We can discuss another possible date in which to meet next Wed. Oct. 14th when all parties are present and able to look at calendars. I do not feel, however, that two dates are necessary or appropriate. I find two dates to be punitive and discriminatory, simply because I am unable to stay late due to daylight hours. Please be prepared to identify only one date with a start time which affords us the needed time to address all issues.

Furthermore, as outlined in Board policy, this meeting should have occurred by Sept. 30th, 2015. Please know that although I am willing to meet, I am not waiving any procedural violations of the complaint procedure at this time.

Thank you,

--
**Nicole Poston**
**SGT at MIS/MJHS**
**AGT President**
(330) 830-3902 (work)
(330) 312-0102 (cell)

MASSILLON CITY SCHOOLS
ADMINISTRATIVE OFFICES
930 - 17th STREET N.E.
MASSILLON, OHIO 44646-4853

Oct 7th, 2015 letter from Mark F.
Oct. 8th, 2015 (email) response from me

*Via Hand Delivery*
Nicole Poston
3407 Trade Winds Cove NW
Canton, OH 44708