Co-Teaching          Nicole

# Student Characteristics

T – Student w/ Typical Needs
U – Student w/ Unique Needs
A – All students



__A__ Be able to demonstrate growth in content knowledge

__T__ Be able to recognize what proficient work looks like

__U__ May require longer think time

__A__ Be able to actively participate in the learning environment

__T__ Is easily accepted in society

__A__ Be able to use teacher and peer feedback to improve work

__A__ Be able to connect ideas across content areas

__T__ Is a self-directed learner

__A__ Be able to use ideas in realistic problem-solving situations

__U__ May require more understanding, empathy

__A__ Be able to take educational risks in class

__A__ Is able to verbalize wants and needs

__A__ Be able to exhibit a sense of accomplishment and confidence

| Total |
|---|
| __3__ # Student w/ Typical Needs |
| __2__ # Student w/ Unique Needs |
| __7__ # All students |

1

___ Individualized Program in place (IEP)

___ Be able to accept responsibility in his/her learning

___ May require assistive devices

All students are _____ education students first!!

| Students with Typical Needs | All Students | Students with Unique Needs |
|---|---|---|
| <ul><li>Is easily accepted in society</li><li>Is able to verbalize wants and needs</li><li>Is a self-directed learner</li></ul> | <ul><li>Be able to demonstrate growth in content knowledge</li><li>Be able to recognize what proficient work looks like</li><li>Be able to actively participate in the learning environment</li><li>Be able to use teacher and peer feedback to improve work</li><li>Be able to connect ideas across content areas</li><li>Be able to use ideas in realistic problem-solving situations</li><li>Be able to take educational risks in class</li><li>Be able to exhibit a sense of accomplishment and confidence</li><li>Be able to accept responsibility in his/her learning</li></ul> | <ul><li>May require longer think time</li><li>May require more understanding, empathy</li><li>Individualized Program in place (IEP)</li><li>May require assistive devices</li></ul> |

2

**Rate Your Knowledge**

| Word | No Clue | Heard It | Use in a Sentence | Know Definition | Definition |
|---|---|---|---|---|---|
| *Inclusion* | | | | X | |
| Integration | | X | | | |
| Collaboration | | | | X | |
| Co-teaching | | | | X | |
| Lab Classroom | | X | | | |

TEACHING APPROACHES

3

| Co-Teaching Approach | Strengths | Drawbacks | Our Classroom When to use/not use |
|---|---|---|---|
| One Teach, One Observe (Lead and Support) | | | |
| Station Teaching | | | |
| Parallel Teaching | | | |
| Alternative Teaching | | | |
| Teaming - Speak & Add, Speak & Chart | | | |
| One Teach, One Assist (Shadow) | | | |

4

# Preparing to Co-teach

## Separately

Within the section of the Venn Diagram that aligns with your role:

1. List at least one or more <u>personal</u> beliefs about instruction and learning.
2. List two or more strengths <u>I</u> believe <u>I</u> can bring to the co-teaching partnership.
3. Additionally…



## Together

Within the bottom section of the Venn Diagram:

1. Within each role, what strengths does each co-teacher bring to <u>our</u> partnership?
2. How are <u>we</u> similar?
3. How can these similarities contribute to the effectiveness of <u>our</u> co-teaching partnership?
4. How are <u>we</u> different?
5. How might these differences contribute to the effectiveness of <u>our</u> co-teaching partnership?
6. Additionally…

5

## Pulling It All Together

**Directions:**

1. "Preliminary Discussion Questions" – Begin co-planning for implementation.

2. Co-teaching Approaches – Prioritize for initiating implementation

    a. Determine how each approach could align with the content delivery, learning strategies, and students you share.

    b. Choose a minimum of three approaches to where the percentages total near 100%; for example, Station Teaching (30%); Alternative Teaching (30%); Teaming (30%); and Lead and Support (10%).

3. "Preparing to Co-Teach Checklist" for <u>Co-planning</u>.
    a. Develop a list of tasks and responsibilities necessary to jointly implement Co-teaching with fidelity:
        I. Parity

        II. Processes

        III. Classroom Management

6

## Preliminary Discussion Questions

Effective co-teachers learn and grow professionally from their work together. The questions provided below are intended to initiate discussions for co-teaching partners to prepare for the class/es they will be structuring for the co-teaching delivery structure. Review the questions prior to your discussion to determine the most relevant questions for your partnership to focus, jointly discuss and decide appropriate team actions. Differences are inevitable, that is normal. Remember, student learning for ALL is the priority.

1. What are the expectations for students regarding:
   - Classroom Procedures (ex. taking role, asking for help, turning in assignments, group expectations, etc.)
   - Participation
   - Daily preparation
   - Written assignments and/or homework

2. What are the classroom rules? What needs to be discussed/decided for + and – consequences for following/not following rules?

3. Are there state level accountability assessments that are directly linked to this class?

4. How will student performance be monitored (formative and summative assessment)?

5. Are there projects or assignments that are typically part of the class?

6. What learning activities/strategies align with the curriculum we will teach?

7. What are current differentiated activities for diverse learners that have worked with the content?

8. How will tests, quizzes most likely be formatted (constructed response, MC, TF…)?

9. What are preferences for communicating with families?

10. What needs to be communicated to parents? When? How?

11. Where do we need to first prioritize our focus during this current/upcoming school year?

# PREPARING to CO-TEACHING CHECKLIST

## Sharing Responsibilities - What must be done together and who does what?

For fidelity, develop a list of tasks and responsibilities necessary for joint implementation. Initial assignments may change as the student and teacher needs change, and as the team gains experience.

## Co-Planning

I. **Parity**
   - ___ Posting of both names (ex. syllabus, Infinite Campus, classroom..)
   - ___ Introduce partnership to class first day
   - ___ Space within the classroom
   - ___ Communication with parents
   - ___ Listen actively and share decisions
   - ___ Use of 'Us', 'We', 'Our' language
   - ___ Additionally

II. **Processes**
   - ___ Selection of co-teaching approaches (see provided resources) (minimum of 3 approaches; small group must be included)
   - ___ Time to co-plan (Units of Study; "Huddling"...)
   - ___ Place to co-plan
   - ___ Frequency of co-planning
   - ___ Way to contact one another
   - ___ Long term goals for collaborative teaching
   - ___ Lesson plans for curriculum (Note: Planning Protocol training will be provided)
   - ___ Documentation (universally for class; individual students...)
   - ___ Sub plans
   - ___ Additionally

III. **Classroom Management**
   - ___ Physical Arrangement (designed to support prioritized co-teaching approaches)
   - ___ Classroom Expectations (convey same message to students)
   - ___ Noise and movement tolerance
   - ___ How to achieve joint ownership of behavior management
   - ___ Additionally

9

## Co-Instruction

### I. Instructional Design
____ Formative Assessment
____ Pre/Post Organizers
____ Lesson Presentation
____ Student groupings – varied options for Small group/Large Group
____ Learning Centers
____ Audio-visual presentation
____ Design instructional alternatives
____ Decide content and how it will be taught together (Universal Design → Differentiated → SDI)
____ Additionally

### II. Strategies

____ Concrete-Representational -Abstract
____ Verbal and Visual Cues
____ Study Guides
____ Mnemonics
____ Graphic organizers, written outlines
____ Talking Books/Recorded Texts
____ Organization
____ Additionally

## Co-Progress Checks

### I. Grading Daily Assignments
____ Determine evaluation content and format (Infinite Campus)
____ Checking homework
____ Recording grades
____ Report Cards
____ Cum folders
____ Additionally

### II. Conferences
____ How will we contact parents? (Prior to start of class; while co-teaching...)
____ Academic and behavioral concerns (case by case, jointly...)
____ Meetings (parent-teacher conference, ARC...)
____ Additionall

| Additional Considerations When Preparing to Co-Teach ||
|---|---|
| △ Ensure both teachers are perceived as equals (sharing responsibilities, how introduce selves to class, setting the "co-teaching tone," maybe combine names to form a new name, accountability as a team)<br>△ School-wide Programming<br>△ Open House<br>△ Computer Usage (if sharing)<br>△ Personal space/belongings<br>△ Leaving the room<br>△ Making copies<br>△ Weekly newsletter<br>△ Homework<br>△ Parent calls/conferences<br>△ Class work<br>△ Gathering materials<br>△ Adaptations for individual students<br>△ Noise level in classroom<br>△ Agreement on procedures, responses, set-up<br>△ | △ Cooperative learning<br>△ Giving and receiving feedback<br>△ Network for multiple teams<br>△ Both teachers in the classroom<br>△ Examine student data<br>△ Understand co-teaching is an on-going process<br>△ Homework policies and procedures<br>△ Must have a substitute teacher if one of the co-teachers is absent<br>△ Have a plan for when disagreements occur in the classroom<br>△ Classroom Procedures (CHAMPs; Harry Wong)<br>△ Determining Student Needs (how, when, who)<br>△ Grading (philosophy, weighting)<br>△ Be aware of "perceived" power situations (ex. veteran/new)<br>△ Plan for delivery<br>△ Plan for parent understanding (pre-planning & communication)<br>△ Room set-up<br>△ Discipline-agreement on management |

11