*[handwritten: ABA Complaint negotiations]*

Massillon Board
Counter Proposals #1
October 14, 2015

# AGREEMENT

between the

Massillon City Board of Education

and the

Association of Small Group Teachers

Effective: upon ratification through and including June 30, 2018

Massillon Board
Counter Proposals #1
September 9, 2015

**Any and all settlement agreements, memorandums and/or grievance settlements executed prior to this Agreement shall be null and void.**

This agreement, entered into at Massillon, Ohio, this ___ day of _____, 20___, between the Massillon Board of Education of the Massillon City School District (hereinafter referred to as the "Board") and the Association of Group Teachers (hereinafter referred to as the "AGT" or "Association") is as follows:

## ARTICLE I  RECOGNITION

maintain Board initial proposal

## ARTICLE II    NEGOTIATION PROCEDURES

agreed to maintain current

## ARTICLE III    BOARD OF EDUCATION RIGHTS AND RESPONSIBILTIES

agreed to maintain current

## ARTICLE IV    ASSOCIATION RIGHTS AND RESPONSIBILITIES

maintain current except:

    A. Representation Fee:  counter

        2.    The Association President will be provided the name of new employees prior to new employee ~~day~~. The Board shall provide written notice to the Association President of any new employee hired ~~during the school year through a copy of the Board minutes~~ **after the Board action. The Board shall provide the names and telephone number of all new hires.**

2

## ARTICLE V     TEACHER RIGHTS

Board initial proposal to maintain current

## ARTICLE VI     CONTRACT AND ASSIGNMENTS

Board initial proposal to maintain current

## Article VII  WORK SCHEDULES
Board initial proposal to maintain current

## ARTICLE VIII    EVALUATIONS

maintain Board initial proposal

## ARTICLE IX  LEAVES OF ABSENCE

Maintain current except: counter

    **C.1.   add:  The Board will advance sick leave as required by Ohio law.**

## ARTICLE X.  REDUCTION IN STAFF

maintain Board initial proposal

## XI.   COMPENSATION AND RELATED BENEFITS

    A. Board initial proposal to maintain current salary (i.e. no steps or base raise)

    D. INSURANCES: **Board initial proposal**

## ARTICLE XII     GRIEVANCE PROCEDURE
Board initial proposal to maintain current

## ARTICLE XIII    DRUG FREE WORKPLACE

agreed to maintain current

## ARTICLE XIV    REHIRING/HIRING RETIREES

agreed to maintain current

## Article XV  MENTOR /EDUCATOR PROGRAM

Board initial proposal to maintain current

## XVI.   ENTIRE AGREEMENT

Maintain current except:

Except to the extent it is otherwise provided for in this Agreement, it shall become effective **upon ratification** ~~July 1, 2014~~ and shall continue in full force and effect through June 30, ~~2015.~~ **2018**

## XVI COMMUNICATION

**Reject union proposal**

## XVII STAFF CONFLICT

**Reject union proposal**