

**MASSILLON CITY SCHOOLS**
930 17th Street N.E.
Massillon, Ohio 44646-6790
Telephone 330-830-3900
Fax 330-830-6537

*Via Hand Delivery*
Nicole Poston
3407 Trade Winds Cove NW
Canton, OH 44708

October 15, 2015

Ms. Poston,

I have received your appeal(s) to the seven(7) internal complaints filed on October 1, 2015. It is my understanding that two(2) meetings have been scheduled to review the complaints.

Also, I am aware that you are still interested in meeting to review the issues at a different day date and time yet to be determined.

Sincerely,

Rik Goodright
Superintendent

Cc: Mark Fortner, Assistant Superintendent
Enclosures: Complaint Procedures

Superintendent, ext. 50117
Assistant Superintendent, ext. 50125
Treasurer / Financial, ext. 50127
Human Resources, ext. 50112
Food Services, ext. 50129

Curriculum/Instruction, ext. 50155
Federal / State Programs / Grants / Gifted, ext. 50113
Buildings / Grounds, ext. 50118
Special Education, ext. 50147
Technology, ext. 50153



Nicole Poston <nposton@massillonschools.org>

## Response to Oct. 7th Letter (ADA complaints)
4 messages

**Nicole Poston** <nposton@massillonschools.org>  Thu, Oct 8, 2015 at 11:34 PM
To: Mark Fortner <mfortner@massillonschools.org>
Cc: "Kathy K. McKinley" <kmckinley@bmcolawfirm.com>, Richard Goodright <rgoodright@massillonschools.org>
Bcc: nmpbrat@aol.com

Mr. Fortner,

I have reviewed the letter you hand delivered to me on October 7, 2015. In the letter, you provided 2 dates (Tues. Oct. 13th and Thurs. Oct. 15th) in which to meet to review your findings. I, along with my representation, are unable to meet on those dates. We can discuss another possible date in which to meet next Wed. Oct. 14th when all parties are present and able to look at calendars. I do not feel, however, that two dates are necessary or appropriate. I find two dates to be punitive and discriminatory, simply because I am unable to stay late due to daylight hours. Please be prepared to identify only one date with a start time which affords us the needed time to address all issues.

Furthermore, as outlined in Board policy, this meeting should have occurred by Sept. 30th, 2015. Please know that although I am willing to meet, I am not waiving any procedural violations of the complaint procedure at this time.
Thank you,

--
**Nicole Poston**
**SGT at MIS/MJHS**
**AGT President**
(330) 830-3902 **(work)**
(330) 312-0102 **(cell)**

**Mark Fortner** <mfortner@massillonschools.org>  Thu, Oct 15, 2015 at 4:19 PM
To: Nicole Poston <nposton@massillonschools.org>
Cc: Richard Goodright <rgoodright@massillonschools.org>

Ms. Poston,

I stopped by your room this afternoon and delivered the attached letter.

I waited in the hall but somehow missed you.

Sincerely,

Mark Fortner
Assistant Superintendent
[Quoted text hidden]

---

**Nicole Poston** <nposton@massillonschools.org>  Thu, Oct 15, 2015 at 5:34 PM
To: nmpbrat@aol.com

[Quoted text hidden]

📎 **Scanned from a Xerox multifunction device001.pdf**
79K

---

**Nicole Poston** <nposton@massillonschools.org>  Thu, Oct 15, 2015 at 10:27 PM
To: Richard Goodright <rgoodright@massillonschools.org>
Cc: Mark Fortner <mfortner@massillonschools.org>, "Kathy K. McKinley" <kmckinley@bmcolawfirm.com>
Bcc: nmpbrat@aol.com

Mr. Goodright,

Although I have not seen the hard copy of your letter Mr. Fortner delivered due to being out a half day because of an eye doctor appointment, I did receive and review it via email on the evening of October 15, 2015.

Mr. Goodright, I can tell you that I am extremely disappointed in the handling of the complaint process by administration. As I have stated, Mr. Fortner failed to follow the complaint procedure found in Board policy, which you attached to your letter. Furthermore, you also failed to follow the complaint procedure found in Board policy as well. Even without Mr. Fortner's portion done, you could have made contact with me and completed your portion in the time allotted.

Despite all of this, I have stated I am willing to meet on one day to review Mr. Fortner's findings. I will not, however, meet on two. The time will need to be determined based upon the amount of time the administration needs to review its findings, while still allowing me the needed time to drive home safely. I had asked that we discuss which day to meet when we met yesterday for bargaining, as most or all parties were present and could have looked at calendars. Mr. Fortner, however, did not engage me in that conversation and so I assumed that the administration had decided not to have the meeting.

Mr. Goodright, this is my last and final offer in an attempt to meet. Since it appears as though we will most likely not be using one or both days scheduled (Tues. Oct. 20 and Thurs. Oct. 22) for bargaining but both parties had blocked off time in their schedules on those days, it would make sense to me to hold this meeting on one of those days (of course, dependent upon whether the mediator can do either of those days). This way, I am giving you one more opportunity to meet regarding the complaints and we are doing it in a timely fashion.

If administration is unwilling to meet on one of these days, I will be moving forward in the complaint process. Also, as I stated in my previous letter to Mr. Fortner, this does not mean that I am waiving any procedural violations of the complaint procedure outlined in Board policy.

Please have your attorney or representative that will be attending contact my attorney, Kathy McKinley, to finalize a date and time by no later than Tues. Oct. 20th, as attorney schedules can be challenging at best.

Thank you,

Nicole Poston

[Quoted text hidden]