No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

**Nicole Poston**                                      **330-312-0102**
NAME OF COMPLAINANT                                    TELEPHONE NUMBER

**3407 Trade Winds Cove NW, Canton, OH  44708**
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

10/12/15-- PD DaY, Session 2: Reciprocal Teaching. Presentation and handouts were shared via email. However, presentation and handouts cannot be seen at once. Handouts were provided but not in accessible font size (large print, 18 font).

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested. Meeting with BOE.

_Nicole Poston_                   10-20-15
COMPLAINANT                       DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston                                330-312-0102

NAME OF COMPLAINANT                      TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708

ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

10/12/15-- PD DaY, Session 3: Co- Teaching. Powerpoint and handouts were shared via email. However, powerpoint and handouts cannot be seen at once. Handouts were provided (14 font) but not in accessible font size (large print, 18 font).

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested. Meeting with BOE.

*Nicole Poston*       10-26-15

COMPLAINANT           DATE

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston                                    330-312-0102
NAME OF COMPLAINANT                              TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

  X   TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

10/12/15-- PD DaY, Session 4: 4th Gr. ELA TBT. Presentation shared with me

via email right before session. However, computer died (no battery charge left).

Materials were provided on large paper but 10-14 font size (not large print, 18 font).


WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested. Meeting with

BOE.

_Nicole Poston_          10-20-15
COMPLAINANT              DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

__Nicole Poston__                                    __330-312-0102__
NAME OF COMPLAINANT                                  TELEPHONE NUMBER

__3407 Trade Winds Cove NW, Canton, OH 44708__
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

_X_ TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

10/12/15-- PD DaY, Session 5: Problem-Based Learning. Presentation was

provided via email. Computer was dead (no charge) so could not access

presentation. Handouts were not in accessible format, 18 font size.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested. Meeting with

BOE.

_Nicole Poston_                 _10-20-15_
COMPLAINANT                     DATE

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

Nicole Poston                                              330-312-0102
NAME OF COMPLAINANT                                        TELEPHONE NUMBER

3407 Trade Winds Cove NW, Canton, OH 44708
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

_____ EMPLOYEE

__X__ TEACHER

_____ OTHER _____ (POSITION)

_____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

10/14/15-- Union contract negotiation session with Board Counsel Mary Jo Slick,

Assist. Super. Mark Fortner, and Dir. of Special Services Elaine Karp. Ms. Slick did not

provide counter-proposal in accessible format (large print, 18 font) but rather 14 font. Ms.

Slick was informed on 9/9/15 by Ms. Poston and Mrs. McKinley at first meeting. This failure to
provide the accommodation interferes with Ms. Poston's ability to negotiate the contract.
WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting with administration, as I have requested. Meeting with

BOE. Removal of Board Counsel Ms. Slick from negotiations, as she failed to follow
federal law (ADA) and did not negotiate in good faith.

*Nicole Poston*            10-20-15
COMPLAINANT                DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012