

# ALL In…
# Planning Instruction for ALL Learners

*10-22-15*

*only copy*

*do not*

*lose*

**OCALI**

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014

# How do we ensure that "Everyone's In"?



# Spectrum of Diverse Learners

**MOST**

**FEW**

You will have a FEW students who will demonstrate proficiency of the standard(s) when prior knowledge is tested. You will need to prepare meaningful instruction/projects to develop further breadth and/or depth of knowledge/skill during the lesson that will increase their current knowledge of the subject matter.

All of your students will be working toward grade-level content as defined by state and national standards and other appropriate curricula. Many students will have demonstrated readiness for grade level learning based on prior knowledge assessments.

**UNIVERSALLY DESIGN**
**DIFFERENTIATE**
**ACCOMMODATE**
**SCAFFOLD**

These students will be able to use a wide variety of instructional materials, including text based materials that are written for students at their present grade level.

**SOME**

You will have SOME students who will experience barriers to learning the content as presented and will need individualized supports, scaffolding, accommodations and on rare occasions, modifications of *instruction, curricula and/or materials*. A large number of these same students will experience barriers when engaging in reading and/or writing tasks.

**Low Incidence**

**High Incidence**

Students with identified disabilities will participate and engage in age/grade appropriate, standards based learning and assessments with their peers. These students will be supported by all of the same instructional methodologies (UDL) in addition to IEP specific supports and services including AT, accessible text, specially designed instruction tools and materials just to name a few. All of which require attention in both planning and instruction. When prior knowledge is measures these students understanding of the content may fall into any one of the three areas on the spectrum of diversity.

Shawna Benson, M.Ed. 4/08, Revised 8/14

# Word on the street…



Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014

Sometimes the only *barrier* between a student and learning is the instructional strategy, materials and/or tools WE have chosen.

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014

# Co-planning **before** Co-teaching…

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014

# Planning for Instruction

## Collaborative Planning and Universal Design for Learning

Level 1 – Planning for Units of Study

Level 2 – Tiered Planning for each Lesson

Level 3 – Planning the Daily Schedule

S. Benson, 3/13

# Layers of Planning
## *we've got a template for that*



| 1. Unit Planning | 2. Tiered Planning | 3. Daily Planning | 4. Collaborative Planning |

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014



**Unit Planning**

Learn how developing units of study can bring together standards across subject areas into meaningful clusters that merge academic learning and real life applications.



**Tiered Planning**

Learn to plan so that each learner has what they need to actively participate in daily instruction and assessments within a unit of study. The Tiered Plan contains the details for each lesson.



**Daily Planning**

Develop the details and the flow of the daily schedule through daily planning. Outline each staff member's responsibilities and student specific schedules with this third layer of planning.



**Collaborative Planning**

Join other professionals to share expertise and resources for standards based planning designed to support the full range of diverse learners in any classroom.

# http://www.ocali.org/project/TDL_planning

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014

# Standards-Based Planning

- Common for every student
- Grade specific
- Content specific

Ohio | Department of Education

Ohio's Academic Content Standards - Extended Mathematics

25 South Front Street
Columbus, Ohio 43215-4183
(877) 644-6338 (Toll Free)
(888) 886-0181 (TTY)
education.ohio.gov

Published 4/2013

ADOPTED JUNE 2010

Ohio's New Learning Standards:
Mathematics Standards

Ohio | Department of Education

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014

# Selecting Standards
## (OLS and OLS-E)



S. Benson, OCALICON 11/14

# Establishing Expanded Learning Targets

- Standards-based education compares students against standards rather than students against students

- Learning targets are achievement targets on the path toward mastery

- Assessments should encompass both

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014

# Unpacking the Standards

- Identify the standard
- Identify the noun(s) in the standard – <u>What</u> students will learn
- Identify the verb(s) in the standard – <u>How</u> students will demonstrate learning
- Identify the context – if provided (could be flexible)

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014

# Learning Progressions
# Unpacking the Standards

| Sample assessment checklist using continued task analysis | | | | | | | |
|---|---|---|---|---|---|---|---|
| Grade Level Standard | Most complex ⟵⟶ Least Complex | | | Task Analysis of Standard | | | |
| PS.6.3 There are two categories of energy: kinetic and potential | PS.68.3a Compare potential energy with kinetic energy | PS.68.3b Recognize that the kinetic energy of an object changes based on its speed | PS.68.3c Identify kinetic energy in a model. | match (pictures or objects) of a car and a ramp, person on a sled in the snow, windmill, etc. showing movement with the word energy (kinetic) | experiment with an object making it move in some way (with switches or human power) | engage with images showing movement (kinetic energy) (ex. car or picture of family vehicle traveling or themselves traveling in their w/c) | engage and participate in learning about energy by moving part of the body – talk to student about how that is kinetic energy as they move -when they are still encourage them to move to activate a switch or engage with materials – that they have the |

# Planning That Includes ALL Students
*(Regardless of LRE)*

| *Include full standard statements or abbreviations below – Highlight, bold, underline or italicize if only part of the standard is targeted (remember you must include the full range of extended standards-do not pick and choose)* | | | |
|---|---|---|---|
| **Grade Level Standard** | **ONLS-E Most Complex** | **ONLS-E Mid Complex** | **ONLS-E Least Complex** |
| Grade Level: <br> Standard (Subject): <br> Strand/Domain: <br> Standard/Content Statement #: | | | |

| **Task Analysis/Learning Progressions/Unpacking the Standard** | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| **Steps to the Lesson:** UDL (Instruction that the whole group receives) <br> **1.** |
|---|

| The items below can be students specific or level specific | **Least Support** ← | (you can also add student initials or i.d. #'s here) <br> **Conditions for Success** | Most Support |
|---|---|---|---|
| **Pre/Post-Assessment** <br> ☐ Work sample-with √ list, rubric or notes <br> ☐ Captioned photo(s) <br> ☐ Video tape – with data sheet <br> ☐ Audio recording – with data sheet <br> ☐ Test/Quiz <br> ☐ √ list <br> ☐ Rubric <br> ☐ Other | | | |
| **Differentiated Materials/ Technology (AT)** | | | |
| **IEP Goals** <br> [use students first name or initials | | | |

# Standards-Based Progress Monitoring

## Social Studies - Economics

### Production and Consumption

| ECON 3.3 | A consumer is a person whose wants are satisfied by using goods and services. A producer makes goods and/or provides services. | |
|---|---|---|
| ECON.35.3a | Explain decisions producers and consumers must make (e.g., how much to produce, how to price goods, how much a consumer can spend). | |
| ECON.35.3b | Identify traits of producers and consumers (e.g., producers make goods/provide services, consumers buy goods). | ▲ |
| ECON.35.3c | Identify examples of producers and consumers (e.g., farmer, shopper). | |
| | Sort pictures of consumers and producers | |
| | Wear the producer sign when growing a garden | |
| | Pick out a snack from the "SNACK shack" and put on the consumer button | ▲ |

### Key

| | |
|---|---|
| ▲ | This indicates where the student started out before the unit began based on pre-assessments |
| ▲ | This indicates where the student scored at the end of the unit based on post-assessments |
| ◉ | This symbol represents a no-response from the child un able to test |
| | The highlighted area is the projected growth target for this standard |

S. Benson, OCALICON 11/14 This sample provided by Kathy Pero

# Standards focused TBT data

**TBT Protocol**

| Date: January 8, 2013 | Team/School: 7-8 Grade Language Arts |
|---|---|
| Facilitator: Ms. B | Time Keeper: Ms. B |
| Recorder: Ms. J | Process Monitor: Mr. P |
| Participants: Ms. B, Ms. B, Ms. J, Mr. P | |

**Ground Rules**
- Everyone has a voice
- Data Driven
- Assume positive intent

| Topic/Focus: | Reading - Informational Text |
|---|---|
| Standard: | RI 7.1 and 8.1<br>Cite textual evidence that most strongly supports an analysis of what the text says explicitly as well as inferences drawn from the text<br>ONLS-E<br>RI.68.1a Cite evidence in text to support answers to literal or inferential questions.<br>RI.68.1b Cite details from text to support the answers to literal questions<br>RI.68.1c Identify details that support answers to literal questions. |
| Learning Target: | I can cite evidence and make references from a text. |
| Sub Learning Targets | • Cites explicit textual evidence to support position<br>   o Identify details/evidence related to the topic/position<br>• Cites inferential textual evidence to support position<br>   o Identify details/evidence related to the topic/position<br>• Identify the position/topic of a text<br>   o Identify evidence related to the topic/position<br>• Identify literal information from a text<br>• Identify inferential information from a text |

**Step 1: Collect and chart pre-assessment data aligned to the standards.**
**If STAR data is used, the SCREENING REPORT results are recorded below.**

| Time | Student Group | # of students who took the assessment | % of total students scheduled to take the test | # and % of students who are AT OR ABOVE BENCHMARK # | % | # and % of students who are ON WATCH # | % | Number of students who are INTERVENTION or URGENT INTERVENTION # | % |
|---|---|---|---|---|---|---|---|---|---|
| 5 | All students | 212 | | 46 | 22% | 89 | 42% | 74 | 35% |

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014

# Methods and materials designed for some learners may support ALL…

Think about the
Accessibility Features on the New State Tests
- Universal Tools
- Design Features
- Accommodations



Text to speech
Word prediction
Speech recognition
Screen magnification

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014

If we <u>first</u> "universally design" through co-planning to meet the needs of ALL learners, it is less likely for learners to need additional accommodation.

Revised from Differentiated Planning for
Diverse Learners S. Benson, 2014



*Include full standard statements or abbreviations below – Highlight, bold, underline or italicize if only part of the standard is targeted (remember you must include the full range of extended standards-do not pick and choose)*

| Grade Level Standard | OLS-E Most Complex | OLS-E Mid Complex | OLS-E Least Complex |
|---|---|---|---|
| Grade Level:<br>Standard (Subject):<br>Strand/Domain:<br>Standard/Content Statement #: | | | |

**KEY**

UDL

DI

Student Specific - AT/IEP/RIMP/WEP

### Task Analysis/Learning Progressions/Unpacking the Standard

| | | | |
|---|---|---|---|

**Steps to the Lesson:** UDL(Instruction that the whole group receives)
1.

| The items below can be students specific or level specific | Least Support ⟵ | (you can also add student initials or i.d. #'s here) Conditions for Success | Most Support |
|---|---|---|---|
| **Pre/Post-Assessment**<br>☐ Work sample-with √ list, rubric or notes<br>☐ Captioned photo(s)<br>☐ Video tape – with data sheet<br>☐ Audio recording – with data sheet<br>☐ Test/Quiz<br>☐ √ list<br>☐ Rubric<br>☐ Other | | | |
| **Differentiated Materials/ Technology (AT)** | | | |
| **Student Specific Supports and Services/Assistive Technology** (Can come from the IEP, RIMP, WEP, ELL, 504 Plan, etc.) | | | |
| **Other** | | | |

# Please feel free to contact me:



## Shawna Benson

Program Director -Teaching Diverse Learners
Center at OCALI

330-464-4294

shawna_benson@ocali.org