3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

<u>Nicole Poston</u>          <u>330-312-0102</u>
NAME OF COMPLAINANT          TELEPHONE NUMBER

<u>3407 Trade Winds Cove NW, Canton, OH 44708</u>
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

_X_ TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

11/18/15- Staff Meeting/Workshop. Attended session on "Feedback". Presented by teacher (T. Martin). Failure of administration to provide reasonable accommodations to access presentation and materials (including 18 font or larger as previously stated). Teacher never informed. Intentional discrimination by admin. Retaliation for previously filed ADA complaints.

WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

Accommodation meeting. Meeting with the Board of Education.

All administration in district receive formal training on ADA and working with employees with disabilities.

*Nicole Poston*      11-30-15
COMPLAINANT        DATE

---

Internal Office Use Only

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: _____

© NEOLA 2012

3122 F1/page 1 of 4

No. _____

## NONDISCRIMINATION AND EQUAL OPPORTUNITY/ACCESS
## INTERNAL COMPLAINT FORM

<u>Nicole Poston</u>          <u>330-312-0102</u>
NAME OF COMPLAINANT          TELEPHONE NUMBER

<u>3407 Trade Winds Cove NW, Canton, OH  44708</u>
ADDRESS

RELATIONSHIP TO THE SCHOOL DISTRICT:

____ EMPLOYEE

<u>X</u> TEACHER

____ OTHER _____ (POSITION)

____ OTHER _____ (DESCRIBE)

STATEMENT/NATURE OF COMPLAINT (INCLUDING DATE OF ALLEGED DISCRIMINATION):

<u>11/18/15- Staff Meeting/Workshop. Attended session on "Feedback". Presented</u>

<u>by teacher (T. Martin). Failure of administration to provide reasonable</u>

<u>accommodations to access presentation and materials (including 18 font or larger</u>

<u>as previously stated). Teacher never informed. Intentional discrimination by admin.</u>
Retaliation for previously filed ADA complaints.
WHAT ACTION ARE YOU REQUESTING? (i.e. RELIEF SOUGHT):

<u>Accommodation meeting. Meeting with the Board of Education.</u>

<u>All administration in district receive formal training on ADA and working with</u>
<u>employees with disabilities.</u>

<u>*Nicole Poston*</u>      <u>11-30-15</u>
COMPLAINANT          DATE

Rec'd

Internal Office Use Only

NOV 3 0 2015

DATE RECEIVED BY DISTRICT'S CIVIL RIGHTS COORDINATOR: **Superintendent MCS**

© NEOLA 2012