*2nd attempt* [handwritten]

# ACCOMMODATION REQUEST
# PER 1/25/16 MEETING

The following items reflect discussions between Nicole Poston and Mark Fortner with their respective attorneys. This list reflects items agreed upon in February 2014, and further discussion as a result of the complaints asserting non-compliance regarding accommodations for Ms. Poston. This list is meant to facilitate further understanding and commitment for appropriate accommodations and to further the prior commitments made on February 3, 2014 between Ms. Poston and the District.

## EQUIPMENT

*Add N633 response by admin. regarding request for [accommodation].* [handwritten]

1. Laptop computer with large external monitor and zoomtext, the screen must be at least 15 in. and include an extra keyboard and external mouse. An extension cord and external battery for extended use may also be needed. *(or comperable)* [handwritten]

2. Tech support – Priority status - any issues regarding Ms. Poston's technology devices or uses must be given priority treatment.

*(management is going to make a decision) responsibility on management no negative outcomes to me* [handwritten]

*[handwritten top margin: zoomtext or computer software]*

3. A computer with software at inservice/trainings should be provided. If computer is not available or not properly equipped, Ms. Poston will be provided training with appropriate accommodations. It cannot be assumed that Ms. Poston can find IT support or administrators during trainings/inservices/meetings.

*[handwritten left margin: bring assigned laptop — IL laptop not working — district]*

4. Any district system changes or upgrades will include the appropriate upgrades to zoomtext.

## TRAINING/ACCOMMODATIONS

1. The district will be responsible for providing follow up training/information/support after any failure to provide appropriate accommodations at inservices/trainings/meetings.

*[handwritten: Notify w/in 24 hrs.]*

2. Ms. Poston shall be permitted to speak with colleagues during inservices/trainings/meetings for assistance with the materials or tasks.

*[handwritten: ~~wants~~ wants admin to ask / sit me in back of room]*

## MATERIALS

*[handwritten left margin: maybe 20 font?]*

1. Materials for meetings, trainings, inservices, and in mailbox shall be provided in 18 font or greater, inclusive of all items in charts, graphs, etc. A hard

*[handwritten bottom: if outside presenters, can't necessarily give ahead of time]*

*[handwritten at top: Pursuant to the ~~IEP~~ during planning ~~IEP~~]*

*[handwritten in left margin: Cushion 15]*

copy of the material should be made available to Ms. Poston. If provided to Ms. Poston electronically the following schedule should be utilized, 3 work days ahead for 20pgs or less, 5 work days for 20-30 pages, 7 work days for more than 30 pgs. This will provide Ms. Poston with the opportunity to make large print items.

2. Powerpoints are fine electronically, unless they have charts or graphs, if charts or graphs are included time must be given for large print copies.

3. Videos need to be provided to Ms Poston for her viewing prior to any meeting where the video will be shown. *[handwritten: (if outside speaker won't give it out)]*

4. Ms. Poston cannot view multiple documents on her computer at the same time, so the hard copy documents in accessible format need to be available at any meeting. *[handwritten: explanation of ts]*

5. 11 by 17 paper shall be available at all times.
*[handwritten: (delivery of paper?)]*

## **MEETINGS**

1. Notification of meetings:

    A. If they are on the district's master calendar (ie. Parent/teacher conferences), then notice is satisfied.
    B. Ms. Poston shall be provided at least one week's notice of meetings not on the master calendar.
    C. If a meeting has 10 or fewer participants, Ms. Poston will be given 2 weeks notice. *[handwritten: don't agree]*
    D. If the district cannot provide the appropriate notice, the meeting will either be rescheduled or the meeting is held so long as Ms. Poston's presence is not required. Ms. Poston shall be informed the next day of what occurred at the meeting. *[handwritten: w/ turn[?] just week[?]]*
    E. The district will make every effort to change the time of a meeting with fewer than 10 participants upon notice from Ms. Poston. *[handwritten: doesn't need to[?] because of C #[?]]*

2. Disciplinary meetings will be scheduled in accordance with the contract notice requirements and time/travel accommodations of Ms. Poston.

## TRAVEL

1. Due to Ms. Poston's transportation and driving restrictions, no adverse action may be initiated due to arrival or departure adjustments. *that are necessary due to accommodations*

## ASSIGNMENTS

1. Building assignments must accommodate Ms. Poston's travel restrictions.

## MISCELLANEOUS

1. Assistant for state testing as provided during the 2014 - 2015 school year.

2. Independent travel through buildings may be assisted with colleagues. *Vague - need more specific language*

3. Ms. Poston's evaluations and expectations of the evaluator shall reflect the necessary accommodations, including participation on committees, going to trainings, etc. *doesn't want etc* *responsible to make evaluator aware of my needs* *(too vague - not going to)*

4. As previously provided, adjustments to Ms. Poston's work schedule will be made to accommodate time sensitive student documents. *any IEP*

*Vague*

## **IMPLEMENTATION**

*[handwritten: They want to why]*

1. District administrators and necessary personnel will be trained to assist in providing Ms. Poston's necessary accommodations.

2. The district and Ms. Poston agree to meet quarterly during the school year. An additional meeting will be scheduled prior to the beginning of a new school year. If any violation of the agreed accommodations occurs a meeting will be held within 2 weeks to discuss the non-compliance. Each party shall have the right to representation.

*[handwritten: They want it to say within 24 hrs to be notified - Mark or designee]*