March 16, 2016

Stuff mtg.

RE: State testing

not given in 18pt. fnt



**Ohio** | Department of Education   **Ohio's State Tests 2015-2016**

# Online Testing Checklist for Spring 2016 Ohio's State Test Administrations

Test administrators must use this checklist when administering Ohio's State Tests online. It includes step-by-step directions, the oral script that test administrators must follow (information to be read aloud to students is printed in **bold** letters), descriptions of test settings and accommodation codes, and troubleshooting tips. This checklist provides key information that test administrators need on test day. Be sure to review the *Directions for Administration Manual* for additional information.

## Step 1. Prepare for the Administration

- ☐ Have available the information students will need for sign in: first name and SSID (Student ID for students who do not have an SSID). Test administrators may print test tickets to distribute to students on test day; guidance can be found in the *TIDE User Guide*.

- ☐ Have available each student's accessibility features information. If a student will use the text-to-speech feature, the student must use headphones. If the student is tested in a one-on-one situation, speakers are allowable.

- ☐ Have access to the Test Administrator User Guide. The user guide provides complete information regarding the Test Administrator Interface and Student Testing Site.

- ☐ Have available two sheets of blank paper for each student (required for English language arts; by student request for other subjects).

- ☐ If students taking a mathematics or physical science test prefer to use approved handheld calculators, the calculators should be available to students on their desks, tables or workspaces. You must confirm that the memory on all calculators has been cleared before and after each testing session. The online Student Testing Site includes the allowable calculator for these tests; use of handheld calculators is at district/school discretion. See the Ohio Department of Education's Web site for calculator policies.

- ☐ If students taking a mathematics test wish to use paper copies of the reference sheet, the sheet should be available to students on their desks, tables or workspaces. Students may only use the reference sheet posted on the Student Practice Resources section of the Portal within the mathematics folder; the test administrator must provide the sheet. Students may not bring their own copies. The online Student Testing Site includes the reference sheet; use of the paper reference sheet is at district/school discretion.

- ☐ If students taking the end-of-course physical science test wish to use paper copies of the reference sheet or periodic table, the sheets should be available to students on their desks, tables or workspaces. Students may only use the reference sheet posted on the Student Practice Resources section of the Portal within the science folder; the test administrator must provide the sheet. Students may not bring their own copies. The online Student Testing Site includes the reference sheet and periodic table; use of the paper reference sheet and periodic table is at district/school discretion.

- ☐ Prepare the test room.

- ☐ Close all open applications on student devices and launch the secure browser or app.

## Step 2. Establish a Test Session

In order for students to test online, students must sign in to an active test session and be approved for testing by the test administrator. Test administrators can establish test sessions only on test day, immediately before students begin testing. Note that the Test Administrator Interface will log out test administrators whose sessions are idle more than 20 minutes. Therefore, test administrators should establish the test session within 20 minutes of when students will sign in.

**2a.** Navigate to the Test Administrator Interface on the Portal, then log in. Note that the Test Administrator Interface link for operational testing is active only during test windows.

**2b.** After logging in, the test selection screen is immediately available. Click the **+** next to a subject to see the list of available grades or tests for an administration. Click the **+** next to a grade or test to see the available tests and test parts.



**2c.** Click the checkbox next to a test part to include it in the test session. Students in your session will only be able to take tests they are eligible for and that you select for the session.

If students will take both parts of a test during the session, select both parts of the test for the session.

If students will take only one part of a test during the session, select only that part of the test for the session.

<u>Note</u>: The Group Oral Administration tests are intended for students who will be testing in a group setting and receiving either a human read-aloud or translation accommodation. Student records must have the "Group Oral Admin" flag set in TIDE in order to be eligible for these tests. These tests are not appropriate under any other circumstance.

**2d.** Click the green [Start Operational Session] button to start the session. Upon doing so, the Test Administrator Interface will generate the Session ID.



**2e.** Locate the Session ID. It appears at the top of the Test Administrator Interface screen.

Note that the location of the Session ID box may vary depending on your device and width of your browser window. Two examples are shown.

Write your Session ID on the board so that all students can see it.

Please note if students are taking both parts of a test during the session, students will use the same Session ID to sign into both parts.



## Step 3. Introduce Students to the Test Administration

Follow the script in the right column below to introduce the test administration to students. Use these directions for all students when starting a session.

| For this group of students | Use this script to orient students to the administration |
|---|---|
| For all students | SAY: **Today you are taking an Ohio's State Test for** (provide the test name(s)).<br><br>If administering only one part of the test during the session,<br><br>   SAY: **You will take part** (1 or 2) **of the test today. You will have** (provide the correct <u>testing time</u>) **to take this part of the test.**<br><br>If administering both parts of the test during the same session,<br><br>   SAY: **You will take parts 1 and 2 of the test today. You will have** (provide the correct <u>testing time</u>) **to take part 1 and** (provide the correct <u>testing time</u>) **to complete part 2. You will start with part** (1 or 2).<br><br>SAY: **If you need a break during the test, raise your hand.**<br><br>**You may use two sheets of blank paper as scratch paper during the test.**<br><ul><li>For English language arts tests: **I will now distribute the scratch paper. Use this paper to help plan your writing response. This paper is for your notes only. You may use the paper to write down ideas and organize what you will write.**</li><li>For math, science and social studies tests: **If you would like scratch paper, raise your hand.** Distribute paper to students who request it.</li></ul>**If you received blank paper, write your name on each sheet. You do not have to use this paper. Anything you write on this paper will not be scored. You must put all your answers in the online testing system.**<br><br>**Read each question carefully. Think about what is being asked. Look carefully at graphs or diagrams because they will help you understand the question.**<br><br>**If you do not know the answer to a question, skip it and go on to the next question. If you have time, go back to the questions you skipped and try to answer them before submitting your test.**<br><br>**You do not have to save your response to each test question. As soon as you mark your answer, the system records it. If you change an answer, the system saves your new answer.** |

| For this group of students | Use this script to orient students to the administration |
|---|---|
| | If you are typing an answer and want to make sure it is saved, you can click the SAVE button. If you do not click the SAVE button, the system will save your response when you move to the next question.<br><br>When you reach the last question on the test, click the END TEST button. The Student Testing Site will ask you if you want to review your answers. Questions you have marked for review and questions you did not answer will be flagged. When you are done reviewing your answers, you will click SUBMIT TEST. |
| For students who will be released immediately after they submit their tests | If administering both parts of the test during the same session,<br><br>SAY: **You need to complete all the items on one part of the test and submit that test before you can start the other part of the test. After you submit the first part of the test, log out and go back to the sign-in screen. Type your name, SSID (or Student ID) and the same Session ID. If you need help signing in again, raise your hand. After you submit the second part of the test, please log off your computer. You will then** (provide instructions to students who are released after testing).<br><br>If administering only one part of the test during the session,<br><br>SAY: **After you submit your test, please log off your computer. You will then** (provide instructions to students who are released after testing). |
| For students who will not be released after they submit their tests | If administering both parts of the test during the same session,<br><br>SAY: **You need to complete all the items on one part of the test and submit that test before you can start the other part of the test. After you submit the first part of the test, log out and go back to the sign-in screen. Type your name, SSID (or Student ID) and the same Session ID. If you need help signing in again, raise your hand. After you submit the second part of the test, please log off your computer. You will work on** (refer to the material(s) students should work on). **Place your** (material) **where you can find it easily, but do not take it out at any time during the test.**<br><br>If administering only one part of the test during the session,<br><br>SAY: **After you submit your test, please log off your computer. You will work on** (refer to the material(s) students should work on). **Place your** (material) **where you can find it easily, but do not take it out at any time during the test.** |
| For all students | SAY: **Does anyone have any questions?**<br><br>Answer any questions.<br><br>SAY: **I will now walk you through the steps for starting the test. If someone is having trouble during the test, I will help that student. Students are not allowed to work together.**<br><br>Proceed to the student sign-in step. |

## Step 4. Student Sign-In

In order to sign in and take a test, each student must enter his or her first name (as it appears in TIDE), his or her SSID (or Student ID for students who do not have an SSID) and the Session ID. Follow the script below to start the student sign-in process.

**4a.** SAY: **You should see the test sign-in screen. If you do not see the test sign-in screen, raise your hand.**

Launch the secure browser or app on the student's device if needed.

**4b.** SAY: **Before you can start the test, you must type in three things.**

**In the First Name box, type your first name only.**

**In the Student ID box, type your SSID (or Student ID).**

**In the Session ID box, type the Session ID exactly as it appears on the board. The Session ID is** (provide Session ID from Step 2).

**Once you have typed in your information, click [Sign In]. After you sign in, you will see a page that says "Is This You?" Raise your hand if you do not see a page that says "Is This You?"**

If a student is unable to sign in, a message describes the reason for sign-in failure. Refer to the <u>troubleshooting</u> section for possible resolutions.



**4c.** SAY: **Read the "Is This You?" screen. Make sure the information is correct. If the information is correct, click [Yes]. If your information is not correct, raise your hand.**

If a student's information is not correct, contact your test coordinator, who will need to update the student's demographic information in TIDE.

- Students <u>may</u> continue if their name is misspelled or their date of birth is incorrect.
- Students <u>may not</u> continue if the school, SSID or enrolled grade is incorrect.



**4d.** SAY: **The next screen shows "Your Tests." Click on** [provide the test name and part]. **If you need help, raise your hand.**

Students can select only one test at a time. If students will take both parts of the test during the session, they will select one part of the test (e.g., part 1). After they submit that part of the test, they will sign in again using the same session ID and select the remaining part of the test (e.g., part 2).

If the correct test is not available, see the <u>troubleshooting</u> section for possible resolutions.

SAY: **After you have clicked on your test, you will see a message that says you are waiting for approval. Please wait for approval and the next set of instructions.**



**5d.** If a student's test settings do not require updating, click the green check box to approve an individual student (recommended) or click [Approve All Students] within Approvals and Student Test Settings. After doing so, each approved student will advance to the "Is This Your Test?" screen.

Click the red X to deny a student's request to access the test. You will be prompted to enter a reason why the student's request was denied (e.g., the student selected the wrong test).

**5e.** After you approve a student for testing, the Student Testing Site will move to the "Is This Your Test?" screen.

SAY: **Look at the information on the "Is This Your Test?" page. If any information is wrong, raise your hand.**

If one of the elements on the "Is This Your Test?" page is incorrect, the student should click [No]. The test administrator must make the necessary updates.

SAY: **If the information is correct, click [Yes, Start My Test].**



**8d. Transferring a Session (if needed)**

If you have problems with your computer or Web browser or need to change computers during an active test session, you can transfer the session from one computer, mobile device or browser to another without stopping the session or interrupting students' in-progress tests. To transfer a test session to a new device or browser:

- Do not stop or log out of the session you are currently in. If you do, you will end the test session and pause all students' tests, signing students out of the test.
- Log into the Test Administrator Interface on the new machine or in the new browser. A Session ID prompt will appear.
- Enter the active Session ID into the box and click [Enter]. When the Session ID is validated, you will be able to continue your test administration activities.

The test session on the previous computer or browser will transfer automatically. This will not stop the session or pause student tests.

If you have problems with your computer or Web browser and do not remember your Session ID, upon signing in again, click the link to [Start a Different Session]. Students should pause their tests and sign in again with your new Session ID.


## Step 9. Notify Students about the End of the Test

If administering only one part of the test during the session, when there are approximately 10 minutes left for the test session, let students know they are nearing the end of the testing session.

SAY: **There are 10 minutes left in the test session.**

If administering both parts of the test during the session, students must not test beyond the allotted time. Test administrators must keep track of time and let students know when they only have 10 minutes left to complete a part of their test.

## Step 5. Approve Students for Testing

**5a.** Once students begin appearing in the approvals queue, click the [Approvals (#)] button at the top of the Test Administrator Interface to open the Approvals and Student Test Settings pop-up window.

Note that the location of the Approvals box may vary depending on your device and width of your browser window. Two examples are shown.

**5b.** Confirm that the students listed in the Approvals and Student Test Settings window are the students who will be testing during the test session. Make sure each student is listed under the correct test.

Click the lookup icon ⊙ to review a student's accessibility features. (Accessibility features are described in *Ohio's Accessibility Manual*.)

| American Government Part 1 | | | | | |
|---|---|---|---|---|---|
| **Student Name** | **SSID** | **Opp #** | **See Details** | | **Action** |
| Smith, Jon | ZZ9876543 | 1 | Standard | ⊙ | ✔ ✖ |

Approvals and Student Test Settings — ✓ Approve All Students  ⟳ Refresh  ⊗ Done

**1** students awaiting approval     ⊙ = Social Studies

**5c.** Review and edit a student's accessibility features and accommodation codes within the Test Settings window. Do not approve a student if the correct features or accommodation codes are not marked.

*Note: Test settings and accommodation codes vary by test. For a complete guide, refer to the Test Settings and Accommodations table at the end of this document.*

Click [Set] to confirm the settings and return to the Approvals and Student Test Settings box.

Click [Set & Approve] to confirm the settings and approve a student's test.

Tests Settings for Smith, Jon — ⊙ Set  ⊙ Set & Approve  ⊗ Cancel

You must select [Set] or [Set & Approve] to confirm these test settings. Use [Set] to confirm the settings and return to the main Approvals screen to approve this student

**SSID: ZZ9876543 | American History Part 1 | Opp #**

Print Size:  No default zoom applied ▾

Language:  English ▾

Masking:  Masking Not Available ▾

Streamlined Mode:  off ▾

Text-to-Speech:  None ▾

Color Choices:  Black on White (default) ▾

Accommodation Codes
☐ Human Read Aloud
☐ Scribe
☐ Other
☑ None

## Step 6. Text-to-Speech Sound Check (if applicable)

Students who have text to speech turned on will see a sound check page. The "Did you hear the English text?" page allows students to verify their audio for text to speech.



If your students are not using text to speech but see the sound check page, the feature will be available. To turn off text to speech, instruct students to click [Skip English TTS Check]. Clicking this button moves the student to the Test Instructions and Help page. From that page, students will click [Return to Login]. Start over at Step 4; re-review steps 5b and 5c to turn off the text-to-speech setting for a student.

The sound settings display the voice pack that will be used for text to speech. If more than one voice pack is installed on the computer, a dropdown will be available. Additionally, depending on the student's device, three slider bars may be available to allow users to adjust volume, pitch and rate.

Note that students taking a Spanish test with text to speech will have a Spanish audio check after playing the English audio check.

If your students are using text to speech,

> SAY: **Click the green button. The computer should say, "This text is being read aloud."**
>
> **If you want to change the volume, pitch or rate, move the slider bars and click the green button again.**
>
> **If you heard the voice and like your settings, click [Yes, I heard the voice]. After you click that button, you will see the Test Instructions and Help page.**
>
> **If you did not hear the voice, raise your hand.**

Assist students as needed. If students do not hear the text being read aloud, confirm the audio is on and that the device contains a compatible voice pack. If students are using headphones, confirm that they are correctly plugged in and are not muted. Refer to the "Text-to-Speech Requirements" section of the *Technical Specifications Manual* for additional information.

## Step 7. Review the Test Instructions and Help Information

The availability of Student Testing Site tools depends on whether certain accessibility features, such as masking or text to speech, are turned on and which test the student is taking. More detailed information on the Student Testing Site tools is available in the _Test Administrator User Guide_.

> SAY: **The Test Instructions and Help page lists the test tools and buttons that you can use while taking the test.**
> **If you want to re-read this information during the test, click on the question mark in the top right corner. Please take a few minutes to read this page. If you have questions about the instructions and help page, raise your hand.**

Test administrators may prefer that all students start the test at the same time. Note, however, the bandwidth requirements of the test are greatest when students click [Begin Test Now]. If all students click [Begin Test Now] at the same time, it may temporarily affect the speed of the network.

> SAY: **When you are ready to start your test, click [Begin Test Now].**

When students click [Begin Test Now], the Student Testing Site will present the first question.



# Step 8. Monitor the Administration

## 8a. Record the Test Start Time

Write down the time that students actually begin testing. Use this as the starting point for determining when the allowable time has elapsed. Refer to the underlined testing times document on the Portal for the amount of time permitted for each part of the test.

You may wish to record the starting time here: _____

## 8b. Monitor Testing and Ensure Test Security

Use the Test Administrator Interface to view the testing progress of any student. The site will not show test questions, time or scores, but the student status column shows your students' testing progress.

The Test Administrator Interface refreshes automatically every minute. You can manually refresh at any time by clicking the refresh icon toward the top of the page.

Circulate through the room periodically. Make sure that all conditions of test security are maintained. Assist students with test navigation, as needed, but do not answer questions about test content.



## 8c. Pausing a Test (if needed)

It may be necessary to pause an individual student's test (e.g., the student needs a break). Students can pause their tests from the Student Testing Site or you can click the pause icon ❚❚ in the Pause Test column to sign the student out of the test. If a student's test is paused for more than eight hours, the student will not be able to revisit items answered prior to the pause.

If a situation requires all students to stop testing, you can pause all students' tests by stopping the session. If you stop the session, all in-progress tests will be paused and the system will sign students out of their tests. If a session is stopped, it cannot be resumed. You will have to create a new session and give the new Session ID to students so that they can sign in and resume testing.

Remember to note any test pauses; the time a test is paused does not reduce student testing time.

# Step 10. Ending the Administration

A student's test ends if the student submits the test part. If the student reaches the maximum allowable amount of time for the test part but has not submitted his or her test, the test administrator must pause the student's test to end the student's administration for that part of the test.

The test administrator ends a test session if all students have submitted their tests within the allowable testing time or the maximum allowable time for that test part has been reached.

## Student Submits the Test

When the student clicks [End Test] in the online Student Testing Site, then [yes] in the subsequent pop-up window to continue, he or she will be presented with a screen similar to the one shown on the right.

All items (marked and unmarked) are available for the student to review (with the exception of items no longer available because a student's test was paused for more than eight hours).

After a student clicks [Submit Test], there will be one last pop-up window: Are you sure you want to submit the test? Once the student clicks [Yes], the student will not be able to review test questions or responses.

**Congratulations, you have reached the end of the test!**

You have reached the end of the test. You may review your answers. If you are done reviewing your answers, click [Submit Test]. You cannot change your answers after you submit the test.

You have marked questions. Review these questions before submitting your test

⚠ Please review your unanswered questions before submitting the test.

**Questions:**

| 1 | 📕 | 4 | 📕⚠ | 7 | | 10 | | 13 | | 16 | | 19 |
| 2 | | 5 | | 8 | | 11 | | 14 | ⚠ | 17 | | 20 |
| 3 | | 6 | | 9 | | 12 | | 15 | | 18 | | |

Submit Test

## Student Reaches the Testing Time

If a student reaches the maximum allowable amount of time for a test part, let the student know you will end the test. Pause the student's test from the Test Administrator Interface. The test will remain in paused status; the testing system will force paused tests through to scoring after the test window ends.

## Test Administrator Ends the Test Session

If all students within the session submit their tests before the allowable time elapses, end the session. If the testing time is reached, let students know that the test session is ending.

Click the red [Stop] button next to the Session ID to end the test session. If a student does not submit his or her test, the test will remain in paused status; the testing system will force paused tests through to scoring after the test window ends.

Logout of the Test Administrator Interface by clicking [Logout]. A message will appear, asking you to confirm that you want to logout.

Immediately after testing, collect any used and unused scratch paper, reference sheets and periodic tables from students. Securely shred the paper with student writing.

If students taking the physical science test or a mathematics test used handheld calculators, confirm that the memory on all calculators has been cleared.



## Test Settings and Accommodations

Guidelines and policies governing accessibility features and accommodations can be found in _Ohio's Accessibility Manual_. A summary of the accessibility features and accommodations available in the Student Testing Site is available below.

| Description | What to Do |
|---|---|
| Accommodation Codes | Test administrators should mark **accommodation codes** for students who will receive accommodations on the test. The accommodation codes do not turn on or off any features in the Student Testing Site. All students have "none" as the default value. The following accommodation codes are available by test.<br><br>■ English language arts tests:<br>   ○ Read-Aloud<br>   ○ Scribe<br>   ○ Other<br>   ○ None<br>● All science and social studies tests:<br>   ○ Scribe<br>   ○ Other<br>   ○ None<br><br>■ Math grades 3 – 7 tests:<br>   ○ Calculator<br>   ○ Scribe<br>   ○ Other<br>   ○ None<br>■ Math grade 8 and end-of-course mathematics tests:<br>   ○ Scribe<br>   ○ Other<br>   ○ None |
| Calculator | Test administrators can enable an embedded **calculator** for students who qualify for a calculator accommodation on a non-calculator mathematics test or test part. When applicable, the test administrator will select a scientific calculator (TDS_CalcSci) from the dropdown.<br><br>**Test Settings for:** Smith, Jon    ⊘ Set  ⊘ Set & Approve  ⊗ Cancel<br><br>You must select [Set] or [Set & Approve] to confirm these test settings. Use [Set] to confirm the settings and return to the main Approvals screen to approve this student.<br><br>SSID: ZZ9876543 \| G7 Mathematics Part 1 \| Opp # 1<br><br>Print Size:  No default zoom applied ▾<br><br>Screen Reader Mode:  Off ▾<br><br>Calculator  TDS_CalcSci ▾ |

| Color Choice | The following background colors* are available in addition to the default black on white<br>• Light yellow;<br>• Light blue;<br>• Light magenta;<br>• Reverse contrast (black background with white text);<br>• White on navy (navy background with white text).<br>*The background color of some graphics will not change. |
|---|---|
| Language | English and Spanish are available for mathematics, science and social studies tests. English language arts tests are never translated. |
| Masking | **Masking** allows students to "cover" an area of the item so they can focus on certain item elements. There are several things to note about the masking feature:<br>• While it is turned on, with each click and drag, the student is creating a new "mask." To stop creating masks, the student must click the masking tool button, which will turn the feature off.<br>• While creating the mask, the student will see a box with a dashed outline and a transparent fill. When the student releases the click, the box will be a nearly opaque dark gray.<br>• Once the mask (the dark gray box) is created, it cannot be moved or manipulated. To remove the box, the student must click the X in its top right corner.<br>• If a student advances to the next item, the mask will not be present if the student returns to the item that had the mask.<br>Students should not try to place a mask near response boxes. The Student Testing Site will prevent the student from creating the mask and the outline that appears before the mask is created will drag around the screen but will not create the masking box. |
| Permissive Mode | **Permissive Mode** cannot be enabled from the Test Administrator Interface. For those few students with disabilities who need to use specialized software or assistive technology in the secure browser, permissive mode enables them to do so but requires approval by the department in advance of testing. For additional information, refer to the Assistive Technology Guidelines in <u>Ohio's Accessibility Manual with Appendices</u>. |
| Print Size | The default print size is approximately 12 point; other sizes (levels 1-4) scale up. |

| Screen Reader Mode | This mode is intended for students who use screen readers. This mode is available for grades 4 and 6 social studies, grade 5 science, American history and American government, math tests and English language arts tests. It is intended for students with visual impairments and who use screenreaders. |
|---|---|

This mode changes the presentation of items. An example is shown below. Note that this mode offers a vertical presentation (rather than displaying item elements side-by-side) and offers more white space.

IMPORTANT:
- Students who have this mode turned "on" will not see animations for those item types. Instead, alternative text will display that describes the animation.

- Students who are working in this mode must use the context menu ( ........... ) to access tools such as text to speech (if turned on) and highlighting.



| Text-to-Speech | **Text-to-speech** is an accessibility feature that speaks aloud words in test questions and descriptions of graphics. By default, text-to-speech is turned "on" for all students taking mathematics, science and social studies tests. Districts may elect to turn it "off". Text-to-speech is considered a read-aloud accommodation for English language arts tests. See *Ohio's Accessibility Manual* for guidance. <br><br> Use of the text-to-speech feature requires the student's device to have a voice pack installed. If the student will be testing with the Spanish form, the device must have both an English and Spanish voice pack installed. |
|---|---|
| Text-to-Speech Tracking | **Text-to-speech tracking** is an accessibility feature that highlights words in test questions as the words are spoken aloud. <br> Text-to-speech tracking is not available for most graphics, although it may be available for some (but not all) tables. |

## Troubleshooting

| Description | What to Do |
|---|---|
| During student sign-in, the following message displays: *Please check that your information is entered correctly. If you need help, ask your test administrator.* | Verify that the student has entered the correct first name and SSID or Student ID as they are entered in TIDE. If necessary, use the Student Lookup Tool located in the Test Administrator Interface to verify that the student has been pre-identified. |
| During student sign-in, the following message displays: *Session ID does not exist.* | Verify that the student has entered the correct Session ID with no extra spaces or characters. Verify that the session was created in the Test Administrator Interface (not the Test Administrator Practice Site) and that the student is logging into the Student Testing Site (not the Practice Test Site). |
| During student sign-in, the following message displays: *The testing session is closed.* | Verify that the student entered the correct Session ID for the session that is active in the Test Administrator Interface. Verify that the Session ID is active in the Test Administrator Interface. |
| There are no tests available for the student to select on the "Your Tests" screen.<br><br>A test is grayed out and cannot be selected. | Verify that a test for which the student is eligible is selected in the Test Administrator Interface (e.g., if a student's enrolled grade in TIDE is three, the test administrator must select a grade 3 English language arts test option for inclusion in the test session). For high school students, verify that the student's Pre-ID record in TIDE reflects the correct test eligibility.<br><br>Verify that the student has been identified as an online tester in his or her Pre-ID record in TIDE.<br><br>Verify that the student has not already taken the test; students can only take each part of the test once.<br><br>Verify that the student's test eligibility was not set as "yes" for the alternate assessment. |
| The student signs into a test but cannot access any of the items. | If the student is resuming a test part, he or she must do so on the day the test was started. If a student is resuming on a day subsequent to the day the test part was started, the student will not have access to items that he or she previously answered. If the student did not complete the test part on the day it was started due to an interruption (e.g., illness, loss of power) and the test part is in paused status, talk with your district test coordinator about submitting a grace period extension. |
| A test the student is eligible for was not included in the session. | Click [Select Tests] in the Test Administrator Interface to add additional tests to the session. |
| The wrong accessibility features are listed for the student on the "Is This Your Test?" page. | The test administrator should have the student sign out and then sign back in. Before the test administrator approves the student to start the test, he or she must click the test settings and adjust them to provide the desired accessibility features. Once they are set, the test administrator must approve the student. The student will be able to continue his or her test with the appropriate features. If a student starts testing in English and requires Spanish (or vice versa), the test administrator must request that the district test coordinator submit a test reset in TIDE. |

| Description | What to Do |
|---|---|
| An iPad message indicates Guided Access must be turned on.<br><br>An Android message indicates a keyboard change is needed. | Refer to the "Configuring Mobile Devices" section of _Technical Specifications Manual_ for detailed instructions on setting up iPads and Android tablets. |
| A Chromebook message indicates that Kiosk Mode is needed. | Refer to the "Chrome OS AIRSecureTest Kiosk App" section of the _Secure Browser Installation Manual_ for Chromebook guidance. |
| A session ends before the allowable testing time elapses. | Log in and start a new session. Provide the students with the new Session ID. |
| A student gets signed out of a test while a session is still active. | If a student's test is interrupted, the student should sign back in and rejoin the session. |
| A pop-up message says forbidden applications running. | The secure browser will not allow the student to begin testing if forbidden applications are running. Close any open applications then re-launch the secure browser. |
| A student's test freezes | Force quit the secure browser or app and re-launch it. Have the student sign back in. If another device is available, the student can sign in on that device. Force quit commands include:<br><br>• Windows: [Ctrl] + [Alt] + [Shift] + [F10]<br><br>• Mac OS X: [Ctrl] + [Alt] + [Shift] + [F10]   (The Ctrl key may appear as Control, Ctrl, or ^)<br><br>• Linux: [Ctrl] + [Alt] + [Shift] + [Esc]<br><br>• Chrome: Ctrl + Shift + S<br><br>• iOS (iPads): To exit Guided Access, triple-click the Home button, then close the app as you would any other iOS app.<br><br>• Android: Tap the menu button in the upper-right corner and select Exit. |
| A student receives an error message while taking the operational administration (usually five digits).<br><br>Additional Assistance | Contact the Ohio Help Desk at 1-877-231-7809 or OHHelpDesk@air.org. If you experience technical issues during a test session, have this information available:<br>1) Test administrator name or IT/network contact person and contact information;<br>2) SSID(s) of affected student(s);<br>3) Test name and test part being administered;<br>4) Operating system and device information;<br>5) Any error messages and codes that appeared, if applicable;<br>6) Information about your network configuration, e.g., wired or wireless Internet network setup. |