*Instructional Strategies:*
*Co-Planning to Co-Serve*

*Staff meeting 4/20/16*
*w/ Deb Kennedy*

# What is Direct Instruction?

**Designing Lessons around the following components:**

Learning objective
Activating prior knowledge
Concept development
Skill development
Lesson importance
Guided practice
Lesson closure
Independent practice

**Incorporating Lesson Delivery Strategies:**

Checking for Understanding
Explaining
Modeling
Demonstrating



*Only copy*
*DO NOT THROW AWAY*

# Effect Size = .82

# How do we actively engage students through Direct Instruction?

1. Setting The Stage
2. Explaining To Students "What to do"
3. Modeling for Students "What to do"
4. Guided Practice
5. Independent Practice
6. Closure/Evaluation



# Stir the Class

## Purposes
- To gather pre-assessment data
- To access prior knowledge
- To develop verbal fluency
- To build in movement
- To have students share expertise and interests

## Process
- Provide each student with a data collection sheet containing ten to twenty lines, or have them number their own sheets.
- Have each student write, as directed, three reasons, three causes, three points of interest, etc., about the topic/concept to be studied. Ask them to make the third one on their list unique.
- At a signal, students move around the room collecting/giving one idea from/to each student. Ideas received from one student can be passed "through" to another student.
- After an appropriate amount of time, ask students to return to their seats. At this point, you can have students compare lists, prioritize, categorize, design research projects, etc.
- At this point, students can continue with a lesson format appropriate to the level of thinking you want them to do. They have had time to focus on the subject and to hear ideas from classmates.

## Possible Topics
- Ways we use averages in daily life
- Potential problems with a flat income tax
- Significant pieces of literature you've read
- Animals that live in Africa
- Causes of prejudice
- Places you see or use metric measurement
- Primary causes of erosion
- Facts about Inuits
- Effects of human behavior on the ecosystem...
- Heroes, heroines, villians, Greek Gods, community helpers, etc.
- Spanish words related to travel

Stir the Class template is available online.

# Frame of Reference



## Purposes

- To gather pre-assessment data
- To access prior knowledge
- To surface misconceptions
- To help students make real-world connections
- To have students work in pairs
- To promote organizational and analytical thinking skills

## Process

- The topic or issue to be discussed is placed in the center of the matted frame where a picture would be placed in a picture frame.
- Students are given several minutes to individually jot down words or phrases that come to mind when they hear or see the term "pictured." These words go in the "mat" area of their frame of reference.
- Students are then asked to jot down how they came to know what they know or think...that is the sources, people, events that have influenced their thinking. These reactions go in the "frame" area of the graphic.
- Following the individual reflection and writing, students are asked to share their "frames of reference" with a partner or a small group.

## Variations

A variation of **Frame of Reference** can be used to process learning by having students place the name of a historical character in the center. The students then jot down how this person would describe his or her own life and times and then the events and people who influenced his or her thinking. Assigning different students different persons/perspectives can lead to powerful "in the voice of" discussions when the historical frames of references are completed.

**Frame of Reference** can also be used as an introductory and community building exercise. Students put their own names in the center, describe themselves and then cite those people and events that have shaped their thinking and lives.

Frame of Reference template is available online.

# Cubing and Think Dots
## (Gregory and Elizabeth Cowan)

## Purposes
- To have students explore processes, concepts, and events from a variety of perspectives
- To have students describe, compare, associate, analyze, apply, and argue for/against positions

The six-sided cubes feature a different prompt or exercise on each side of the cube. Students roll the cubes and complete the exercise(s) that comes up. **Think Dots** are a variation of cubing with dots placed on index cards with each card representing one side of a die and the students roll one foam die to determine which card to use.

When cubing was introduced by Cowan and Cowan in 1980 the strategy was used as a writing prompt and the original six sides of the cube were: describe it, compare it, associate it, analyze it, apply it, and argue for/against it.

Over the years teachers have greatly expanded the use of cubes to include not only Bloom's Taxonomy but Williams' Taxonomy, McTighe and Wiggins' Facets of Understanding, DeBono's Thinking Hats, and Gardner's Multiple Intelligences. Originally used as writing prompts, cubes are now used across the curriculum because they provide novelty and tactile learning opportunities and promote various levels and kinds of thinking about a process, concept, generalization, or event.

Cubes can be made using the template available online at www.justaskpublictions.com/ALtemplates or by gluing stems on the side of large foam dice or on small square gift boxes. Variations include cards on a ring or a numbered task list and a regular die.

Access more ideas at
http://daretodifferentiate.wikispaces.com/Cubing+and+Think+Dots




©Just ASK Publications

# Cubing in Math

Donna Roberts of the Oswego City School District, New York, has posted eight math teaching strategies, one of which is cubing in math. Access those strategies at: www.regentsprep.org/Regents/math/algtrig/teachres/TeachRes.htm. Donna explains how to create "math sentences" in a way that is applicable across the grade levels.

Develop two cubes whose sides contain mathematical expressions. Develop a third cube that represents the various operations that the students might be asked to perform on the two expressions.

Have the students roll the three cubes and record their answers on an answer sheet.

## Differentiation

- Determine the operation to be used based on readiness of student(s).
- Vary the operations listed on Cube #3 to extend or scaffold learning.
- Modify the expressions on Cubes #1 and #2 to extend or scaffold learning.



Math Cubes template is available online.

©Just ASK Publications

26

# Cubing
# On a Roll

## Process

- Provide students with the **Tool 5: On A Roll Cubes** (pictured below) **Tool 6: On A Roll Recording Sheet**.
- Announce the topic or concept that students are to study.
- Have students roll the two cubes recording the who, what, when, etc. word that comes up in the first column and the verb **On A Roll Recording Sheet** in the second column. Then have students create a question using those two words as sentence starters.



On a Roll Cubes and On a Roll Recording Sheet templates are available online.

©Just ASK Publications

# Numbered Heads Together
# (Russ Frank, Spencer Kagan, and Becky Nehan)

## Purposes
- To check for recall of information
- To develop verbal fluency
- To have students work in small groups
- To review

## Process
- Have students form teams of 4 or 5.
- Have students within each team count off from 1-4 or 5 (depending on the number of group members). If teams are uneven, when #5 is called to answer, the #4 person on 4 member teams answers with the #5 people from 5 member teams.
- The teacher asks a question.
- Students put their heads together and collaboratively generate an answer.
- Members of the team make sure each member can answer the question.
- The teacher calls a number at random. All students assigned that number stand or raise their hands; one of these students is selected to answer the question.

## Variations
- Using a spinning wheel, dice, or playing cards to identify the spokesperson makes this structure even more engaging.
- If the answer has several parts, #1 from one table can answer the first part, then another #1 adds the second part, etc.
- When a student gives a partially correct answer, another person with that number can be called upon to add to the response. Another variation is to have all teams put their heads together again to further explore what they know and supply the missing information.
- When divergent answers are the goal, use **Numbered Head Ambassadors** to have the identified group member move to the next table to tell that group what the ambassador's "home" group thinks.
- **Whiteboard Responses:** Becky Nehan, Coachella USD, California, recommends the following variation to ensure the active engagement of all students during **Numbered Heads Together** by engaging



©Just ASK Publications

# Collaborative Controversy
# (David and Roger Johnson)

## Purposes
- To provide students the opportunity to use evidence to support an opinion or perspective
- To promote the development of strong speaking and listening skills
- To have students synthesize information they hear
- To assist students in learning to combine the best ideas to reach consensus
- To have team members collaborate to write a team report

## Process
- Assign pairs within heterogeneous groups of four
- Assign each pair a perspective and give students or have students identify materials that support their perspective on the issue
- Each two-person team in the groups of four prepares and presents their conflicting positions to one another
- Students argue strengths and weaknesses
- The pairs of students switch roles and, using the information provided by the other team, take the opposite view and present that perspective
- As the last step, students drop assigned roles and work as a team of four to reach consensus on the issue and write a team report

## Teacher promotes controversy and thinking by
- Presenting contrasting viewpoints
- Playing devil's advocate
- Encouraging students to probe and push each other for rationale
- Monitoring how students process their actions
- Emphasizing rational and spirited discussion/argument
- Restating the question
- Asking for clarification, rationale, example, implications. A key question is "What were the best arguments you heard from the other side?"

## Sample Topics
- Line-item veto
- Protecting endangered species
- Balancing the federal budget
- Expense of space exploration
- Censorship of Internet
- Need for instruction in cursive handwriting
- Dress codes in schools

# Concept Attainment Model
## (Jerome Bruner)

## Purposes
- To develop inductive thinking skills
- To practice identifying patterns and forming hypotheses

## Set-Up
- Identify the concept to be studied.
- Locate positive and negative examples of the concept. A minimum of twenty sets of examples is recommended with at least two-thirds positively representing the concept.
- Sequence the examples starting with several positive examples.

## Procedure
### Phase One:
- Inform learners that they will see positive and negative examples of an idea you want them to discover.
- Present data to the learners in pairs and label the data sets as positive or negative examples.
- Ask students to develop hypotheses about what attributes or patterns they are seeing. Prompt them to try out several hypotheses and extend their thinking by focusing attention on specific features of the examples.
- Track and record on the board or chart paper the possibilities they generate and delete those proven incorrect by the presentation of additional examples.
- Have students name the concept and the rules or definition of the concepts according to their attributes. If the students do not know the name of the concept, provide the name in phase two when student hypotheses are confirmed.

### Phase Two:
Students confirm their thinking about the concept by:
- correctly identifying additional unlabeled examples of the concept as positive or negative
- generating their own positive examples

### Phase Three:
Students analyze the processes and strategies they used, what they did when strategies did not work, and whether or not they explored more than one hypothesis at once, etc.

©Just ASK Publications

# Numbered Heads Together
## (Russ Frank, Spencer Kagan, and Becky Nehan)

## Purposes
- To check for recall of information
- To develop verbal fluency
- To have students work in small groups
- To review

## Process
- Have students form teams of 4 or 5.
- Have students within each team count off from 1-4 or 5 (depending on the number of group members). If teams are uneven, when #5 is called to answer, the #4 person on 4 member teams answers with the #5 people from 5 member teams.
- The teacher asks a question.
- Students put their heads together and collaboratively generate an answer.
- Members of the team make sure each member can answer the question.
- The teacher calls a number at random. All students assigned that number stand or raise their hands; one of these students is selected to answer the question.

## Variations
- Using a spinning wheel, dice, or playing cards to identify the spokesperson makes this structure even more engaging.
- If the answer has several parts, #1 from one table can answer the first part, then another #1 adds the second part, etc.
- When a student gives a partially correct answer, another person with that number can be called upon to add to the response. Another variation is to have all teams put their heads together again to further explore what they know and supply the missing information.
- When divergent answers are the goal, use **Numbered Head Ambassadors** to have the identified group member move to the next table to tell that group what the ambassador's "home" group thinks.
- **Whiteboard Responses**: Becky Nehan, Coachella USD, California, recommends the following variation to ensure the active engagement of all students during **Numbered Heads Together** by engaging



©Just ASK Publications

# Numbered Heads Together

either all groups or all students in the answering process. She suggests that following the study of a math operation, if, for instance, the number three is called, all the number threes would go to the board to simultaneously complete a problem using that operation.

## Numbered Heads Together Exemplars

- **Vermont Spelling**: In a fourth grade classroom in Middlebury, Vermont, students used team slates to put their heads together to spell student-selected words like choreographer, rigorous, and refrigerator. The team wrote their spelling of the word on the team slate. When a number was called, the identified student from each group came to the front of the room and, on the signal, displayed their team's spelling. The representative's from each group had to explain the spelling strategies their group used to come up with their spelling.

- **High School Math**: Lynn Nemerow, Prince William County Schools, Virginia, wrote that she used playing cards or types of candy to implement **Numbered Heads Together**. Each student chose a piece of candy as they entered the room; they formed groups so that there was a representative of each candy type in each group. As she asked questions, she called on the peppermints, the chewing gums, or the licorice members of the groups. Everyone had to pay attention because they never knew when they would be called on. Having a piece of candy or a playing card in front of them reminded students who they were in the group. Also, using cards or candy meant she had multiple ways of dividing and redistributing the groups.

- **High School World Languages**: Jennifer Shopland, St. Vrain Valley School District, Colorado, reported that she used **Numbered Heads Together** in her second year Spanish class. She had just introduced the preterite tense and knew that new tenses require lots of practice. She put students in groups of four or five, numbered them and began asking questions. She started by asking students to review "hablar" in the preterite and, then when a member of the group stood up, She randomly asked for the various forms of "yo" from one, "tu" from another, etc. After a while, they went on to other "er" and "ir" verbs. She plans to use **Numbered Heads Together** in both her Spanish Two and Spanish Three classes to practice irregular preterits. She wrote that she is excited about this active learning strategy because students who are not as talented in Spanish cannot hide. They have to work with the group because the group is only as strong as its weakest link.

©Just ASK Publications

# I Have the Question, Who Has the Answer?

## Purposes
- To review concepts through active student participation
- To heighten attention and engagement
- To check for understanding

## Materials
- Two sets of index cards or slips of paper. One set contains questions related to the unit of study. The second set contains the answers to the questions. Hint: To keep students engaged, prepare more answer cards than question cards.

## Process
- Distribute answer cards to students.
- Place a stack of question cards face down in the middle of each of the student tables.
- Designate a student to turn over a question card. The student says "**The question is ... Who has the answer?**"
- All students check their answer cards to see if they have the correct answer or a possible one. If a student thinks he/she has an answer, she reads the answer. If it is a match, the student with the answer turns over the next question card, reads the question aloud, and the process continues.

## Variations
- The whole group owns the answers distributed to individuals and they collaborate in deciding if they have a good answer.
- Start with just a few questions and answers for students and add to the collection as the unit progresses.
- Have students prepare the cards.
- Use the question/answer cards for individual/small group review.

# Role Audience Form Time* (RAFT)

## Purposes
- To provide students opportunities to apply what they have learned in new situations by creating products for a real audience
- To promote creativity and critical thinking skills
- To facilitate rigorous and relevant learning experiences

The **RAFT** technique, which is attributed to various sources, requires students to create scenarios about the content being studied. **RAFT** allows students to consider the information from a variety of perspectives and to use a wide range of formats to present information to limitless audiences. This brain-compatible approach causes students to rethink, rewrite, and discuss an event or concept in another place or time or through the eyes or voice of the famous or familiar. The lists of potential products and perspectives accessible in Appendix III and online at www.justaskpublications.com provide a multitude of possibilities.

## RAFT Exemplars

You, as a fourth grade teacher, are to write test questions on the _____. Write one question for each paragraph, using either true-false, multiple-choice, fill-in-the-blank, or matching format. Provide the answers and sign your name. You will exchange questions with Mr. Oliver's class tomorrow.

You are a political cartoonist for the **Washington Post** newspaper. Design two cartoons that illustrate a "hot" issue related to our unit on Immigration. Prepare one to represent the issue in the early 1900s and one from a current perspective. Include captions and your signature as the artist.

Pretend you are a visitor from Ukraine. Write a three to five paragraph letter to your family back home describing how Chicago is like Kiev.

Assume that one of your classmates has been absent for all of our study of the circulatory system. Use the list of potential products to design a specific product that will describe in detail how the system works. Remember this student missed the entire unit! Spend some time thinking about what are the most important things to include.



*The T can also represent the topic.

©Just ASK Publications

## RAFT Exemplar



# TEEN HEALTH HABITS

Imagine that you are a newspaper journalist for the **Rochester Democrat & Chronicle** and you have an assignment to do an article about teen health habits for the **"flipside"** column that appears in every Monday's paper. In order to do this, you need some research so...

Conduct a survey in which you will:

a.  Interview 6 students not in this class.

b.  Choose the students from two different age groups:

   10-12, 13-15, 16-18.

c.  Ask the students privately, at a time when they can think.

d.  You can ask the students and fill in their answers or you can have them fill in the answers for themselves.

e.  After completing your survey, show the main similarities and differences by filling in the graphic organizer (Venn diagram) or making a spreadsheet on the computer.

f.  Using the answers from your survey, write an article for "flipside" about teen health habits and what influences the health of teens in the '90s.

Judy White, Rush-Henrietta Central School District, Henrietta, New York
RAFT template is available online.

# RAFT Exemplars

## Green Grocer RAFT

When the Green Grocer learned that "vegetable" was a street term without scientific meaning, he decided to classify the produce in his store into groups representing the six plant parts. Respond to the following newspaper ad.

> ### Immediate Help Wanted
>
> Local grocery market needs knowledgeable stock person to reorganize produce into display groups representing the six plant parts. Interested individuals must demonstrate their ability to identify plant parts by selecting five examples of each of the six plant parts (total 30) and submitting a response in one of the following forms that would represent the new produce market design.
>
> - Labeled diagram of produce department
> - Graphic organizer
> - Memo explaining the new plant classification in paragraph form
>
> Direct all responses to: Green Grocer Produce Manager.

Laramie Brown, West Irondequoit Central School District, Rochester, New York

## New Deal Programs of the 1930s RAFT

Groups will be demonstrating knowledge of depression era problems and the programs that FDR created to solve them.

To help you get more detail on your New Deal program, you will be given a reading with information beyond your text. Then your group is to follow the guidelines below to create your RAFT. You will share your work with the class.

### Group 1: Create a RAFT on the AAA
**R** Member of U. S. Congress
**A** Farmers and farm families
**F** Railroad Whistle stop speech to the farmers of western New York
**T** 1935

### Group 2:  Create a RAFT on the CCC
**R** You are President Roosevelt
**A** Unemployed 18 to 25 year olds
**F** Fireside chat over radio
**T** 1933

Linda Talbott, Churchville-Chili Central School District, Churchville, New York

RAFT template is available online.

©Just ASK Publications

# Student Choice

Glasser identified choice as one of the four most sought after variables in our lives. The other three are a sense of belonging, freedom, and having fun. Given that, if we want our students to come to school eager to engage in learning, we have to continuously ask ourselves about the ways we are providing students choice in their learning and, at the same time, are ensuring that they are learning to make good choices. As a side note, we should never ignore the fact that a little fun makes us all enjoy our work more. Questions to consider are:

- What choices do students have around sources of information, processes for making meaning, and for demonstrating their learning?
- How often do students feel in control, in charge of themselves? What causes them to feel in control? Think beyond "They decide whether or not to get involved and to do the work."
- What decisions that really count are students allowed to make? Consider issues like pacing, contracts, order of study, and depth and breadth of particular areas of study.
- What structures are in place to help students learn how to be responsible for their own learning? Consider variables like error analysis, rubrics, self, peer, and group assessment, time management, study skills lessons, and reflections.
- How purposeful are you in planning and asking all students questions that have more than one right answer? How often do the students ask you and each other complex questions?
- How often do students feel important in your classroom? What makes them feel important?
- How often do you and your students share laughter and pleasure?
- How do the students react when they walk into your classroom? Happy? Calm? Safe? Excited? Assured? Afraid? Bored? Anxious? What goes on in this learning environment that contributes to that reaction?

The exemplars on the next three pages demonstrate how students can be asked to do rigorous and relevant work while being given choices based on their interests and information processing styles.

> In all my 25 years of teaching secondary students and training teachers, I have never known teachers who are having trouble with discipline or motivation to say that their students have choices, control, or true responsibility for their own schooling.
>
> Carolyn Mamchur

 ©Just ASK Publications

# Student Choice Exemplar
# Biography Unit Presentation Approval Sheet

Name _____ Date _____

**Please read over the following list of famous people from Massachusetts.**

- Paul Revere
- Clara Barton
- Susan B. Anthony
- John Hancock
- Squanto
- Miles Standish
- Ben Franklin
- Dr. Seuss
- Abigail Adams
- Phillis Wheatley
- Alexander Graham Bell
- Robert Goddard

I choose to study_____for my biography presentation.
I am interested in studying this person because

_____

_____

_____

**Please read over the following list of presentation options. You are not limited to this list. If you and your parents think of a presentation idea that isn't on this list, that is fine. Please have all presentation options approved by Ms. True.**

- Poster
- Song/rap
- Poem (use a form we know)
- Video
- Journal entry
- Children's book
- Skit/puppet show
- Timeline
- Dress up as your person
- Newspaper article/News report
- Essay
- Interview
- PowerPoint slide show

I choose_____
presentation option. I choice this presentation option because_____as my

_____

_____

_____

# Student Choice Exemplar
# How I'll Show What I Know

To demonstrate what I have learned about _____ I want to

___ write a report                                        ___ do a photo essay
___ compile a scrapbook                              ___ build a model
___ put on a demonstration                          ___ do a statistical chart
___ set up an experiment                             ___ design a mural
___ produce a videotape                              ___ write a song
___ develop an interactive computer presentation
___ create a series of sketches, diagrams, or graphic organizers
___ other _____

This would be a good way to demonstrate understanding of this concept because

_____

_____

To do this project, I will need help with

_____

_____

Action Plan _____

_____

_____

_____

The criteria/rubric that will be used to assess the finished product is

_____

_____

_____

My projected completion date is _____

Student Signature _____ Date ___/___/___
Teacher Signature _____ Date ___/___/___

How I'll Show What I Know template is available online.

93                                              ©Just ASK Publications

# Student Choice Exemplar
# Algebra: Linear Regression

Tasks 1-4 were completed by all students. Student choices for the next task are displayed on the following page.

Suppose that you have designed a style of tote bag that your friends think is practical and unusually attractive. You start to wonder if you might be able to start a business making and selling the tote bags through mail orders. So far, you have gathered the following information:

- The cost of materials to make one bag is $5.71.
- When assembled, the bag weighs 1.25 pounds.
- Shipping cartons cost $ .89 and weigh 12 ounces. Each carton can hold from one to six bags.
- It takes you 45 minutes to make one bag.
- Advertising brochures cost $25 for any number up to 100. For each brochure over 100, there is an additional $ .15 cost.
- The monthly rental fee for a post office box is $ .35.
- Your parents will let you work out of a spare room in your house, but they ask that you contribute $50 per month for the use of the room and for your business' share of utilities (heating, electricity, and so on).
- A package delivery service will ship your packages at the rates listed in the attached chart.

1. Write an equation or set of equations to model each of the following:
   a) The total weight in pounds W of a carton that contains $n$ tote bags
   b) The cost of regular delivery R for a package whose weight does not exceed $p$ pounds
   c) The number of full cartons C needed to ship an order of $n$ tote bags.
   d) The advertising cost A for printing $b$ brochures
   e) The cost of materials M to make $n$ tote bags

2. Choose two of the situations in number 1 and represent each on a graph.

3. Assume 150 brochures are printed each month. Then the fixed expenses for your business each month are the cost of brochures, the rental of the post office box, and the $50 paid to your parents. The sum of your fixed expenses and the cost of materials is considered to be your total expenses. Write an equation that represents your total expenses E in the month when you make $n$ tote bags. Graph your equation.

4. Decide on a price for each tote bag. Then write an equation that represents the total amount of the income $I$ that you will receive from the sale of $n$ tote bags. Graph your equation on the same set of axes that you used in number 3. What information can you read from this graph?

# Student Choice Exemplar
# Algebra: Linear Regression

The class worked in groups of two or three on the first part of this assignment. For the second part of the assignment students selected one of the three choices below. Completion of the extension exercise was optional.

**Graphers**
- Graph the other equations from number 2 that you did not graph in class with your group. Graph all equations on a graph paper with appropriate scales and labels. Title each graph.
- Make a chart or poster showing all the data you have collected on the various costs to run this business.

**Reporters**
- Graph all equations stated on the worksheet.
- Suppose that you are going to apply to a bank for a loan to start your business. Prepare a report that you can submit to the bank along with your application for the loan. In your report include information about costs, the amount you plan to charge your customers, the amount of profit that you expect to make, and the amount of the loan you are requesting. Include at least one graph.

**Futurists**
- Graph all equations as stated on the worksheet.
- Decide on how much you should charge your customers and defend why you chose that amount.
- Based on that cost, explain how much profit you expect to make and how much money you would need to start up your business. Use your math knowledge, graphs, and equations to support your answer.
- Think about what effect it would have on your business plan if you incorporated the cost of shipping and packaging into the price of the item. Explain the advantages and disadvantages of doing this. Which would you choose and why?

**Extension**
Research how you might run this business over the Internet. Think about costs, procedures, etc.

Carol Frey, Hamilton High School, Sussex, Wisconsin

©Just ASK Publications

# Why Use Performance Assessment?

Carefully crafted performance assessments such as products. performances. and portfolios that require quality responses:

- promote rigor and relevance
- support the conditions identified as being present in brain-compatible learning environments: varied sources of input; active, meaningful learning activities; and timely, appropriate feedback
- require students to develop literacy as they integrate reading/writing/speaking skills with content knowledge
- promote student engagement by providing tasks likely to match the multiple intelligences and various styles, aptitudes, and interests of the students
- require students to practice, refine, and revise in order to demonstrate learning
- assess the essential to know components of the concepts under study
- give students and teachers insights into student thinking, learning-to-learn strategies, and habits
- reflect growth in social and academic skills and behaviors that are not easily demonstrated in paper-and-pencil assessments
- encourage creativity and originality
- promote the use of processes and information from the world beyond the classroom and school
- cause school work to be more like the world beyond the classroom through use of the knowledge and skills enumerated by the **Partnership for 21st Century Skills**:



  - Core Subjects and 21st Century Themes
  - Learning and Innovation Skills
    - Creativity and Innovation
    - Critical Thinking and Problem Solving
    - Communication and Collaboration
  - Information, Media and Technology Skills
    - Information Literacy
    - Media Literacy
    - ICT Literacy
  - Life and Career Skills

# Performance Assessment Exemplar



Working in small groups, you will write and produce the following production. Following script review and rehearsal, you will record your production using the class camcorder. Classmates and teachers will critique your production at our film festival.

## Story Line

You have been invited to a party on Friday night at 8:30.

Call a friend and invite him/her to go with you. The friend accepts. Arrange for transportation and get directions to your friend's house.

You arrive at the party and greet the host/hostess who warmly welcomes you. You then pay a compliment to him/her.

While there, you get something to eat and discuss your food preferences.

You notice a new boy/girl and ask your host/hostess what his/her name is. You and your friend approach the new girl/boy and introduce yourselves. You ask where he/she is from and where he/she now lives. You talk about the weather and some likes and dislikes (maybe sports, movies, television shows, famous personalities, etc.). You also talk about what school you attend and discuss some courses and teachers. Be sure to express what you think about these things.

You or your friend ask what time it is and announce that you must go home because it is late. You have to study for a Spanish test.

Before leaving, you ask your new friend if he/she would like to go to the movies tomorrow night. Discuss what's playing, what kind of movie it is, and when it begins. Your friend suggests a better movie and you all agree to go.

You then say goodbye to your new friend and the host/hostess.

## Characters

- Hostess/Host
- Main Character
- Friend
- New Boy/Girl

Maureen Mugavin, Worthington Kilbourne High School, Worthington, Ohio

©Just ASK Publications

# Performance Assessment Exemplar
# Espanol 1 Examen Final

## Function and Content

### Before the party
___ call on phone
___ invite
___ accept an invitation
___ arrange transportation
___ give/get directions (2)

### Arrival at the party
___ greet
___ welcome visitor
___ pay a compliment

### Party talk
___ food preferences
___ ask name of new person
___ introduce self
___ ask where from
___ ask where lives now
___ talk about weather (2)
___ interest (3)
___ express opinions about courses
    and teachers

### Time to go home
___ ask/tell the time
___ announce need to go home
___ announce need to study for a test

### Tomorrow's plans
___ ask about movies tomorrow
    night
___ discuss what movie to see
___ discuss when movie starts
___ suggest a movie
___ agree on a movie
___ say goodbye all around

## Required Vocabulary
You must use at least 10
of these words.

### Use at least 5 of these verbs in any form.

| | |
|---|---|
| poder | querer |
| vivir | creer |
| asistir | deber |
| tener que | dar |
| llamarse | pensar |
| ir | venir |

### Use at least 5 of these words.
pelicula
tener ganas de
Que (noun) tan (adjective)
Me gusta (n)
empieza
Por que no?
De donde?
bienvenido
Hace (weather)

Maureen Mugavin, Worthington Kilbourne High School, Worthington, Ohio

# Performance Assessment Exemplar
# Force and Motion...the Science Behind Sports

## Welcome Sports Fans!

This is your opportunity to learn all of the "tricks of the trade" about your favorite sport! You and a group will:

1. Investigate a selected sport (from an extended list)
2. Relate it to Newton's Three Laws of Motion and other motion concepts
3. Choose a way to publish information
4. Publish it!
5. Set-up display
6. Present your findings in a school-wide sport symposium

You are to find as much information as possible about the mechanics of your selected sport. Each group is to keep a running log of the day's events, as well as a check on the types of information found. To guide you on this quest, see the attached list for some questions you should be able to answer as a result of your research. Be sure to record your bibliographic information. Keep your notes on the note cards as discussed in class. By the way, this list is only a framework! Try to go beyond these questions as you explore your interest in the sport.

From your research, it will be up to your group to design a show-board, highlighting your findings regarding the 12 questions, as well as any other important information that you may find. The showboard will be shared with class members during the symposium. In addition to the show-board, your group will need to publish your information in one of three ways:

- Create a webpage, outlining information and containing links to sport-related websites.
- Create a PowerPoint presentation, outlining information in a unique and creative way.
- Create a hard copy picture book or an electronic Photo Study portfolio and write narration to accompany it.

The publications will serve to teach a larger audience about the science behind certain sports. These publications and presentations will be made available to future classes at Dake for research purposes.

Access the complete SBE Unit: Force and Motion... the Science Behind Sports online at www.justaskpublications.com.

Karen Finter, West Irondequoit Central School District, Rochester, New York

# Performance Assessment Exemplar
# Calling All Travelers

## Second Graders!
## This is your chance to show what you have learned about Ghana!

Essential understandings of the unit are:
- There are similarities and differences between and among cultures of people.
- People express their culture in many ways: writing, literature, architecture, celebrations, everyday tools and objects, etc.

You, a travel writer, are preparing a review on your recent trip to Ghana for the next issue of *National Geographic for Kids*. Bring a suitcase to school as if you just returned from Ghana. Include objects and symbols that represent the ways culture is expressed in Ghana. Think about it's geography, home life, schooling, foods, socializing, everyday tools, homes, and so on.

Write 2-3 sentences for each object in your suitcase describing the item, its importance in Ghanaian culture, and how it is used.

Be prepared to discuss the contents of your suitcase with a small group of listeners interested in visiting Ghana.

---

### Include in your suitcase
- A map/globe showing Ghana's location in the world.
- Clothing appropriate for Ghana's climate.
- An African game, music, or art piece.
- A picture of the home where you stayed.
- Something you bargained for at the market.
- Something you would take to school with you.
- A short story you wrote down that someone in Ghana told you.
- A recipe for a Ghanaian dish you would find in Ghana.

---

Access the complete SBE Unit: Ghana online at www.justaskpublications.com.

Laura Cork, Newton Public Schools, Massachusetts

# Performance Assessment Exemplar
# Student Led Mini-Lectures

## Chemistry Mini-Lectures on Energy and Disorder/Reaction Rates

You will be working in a group of 3 or 4 to develop a mini-lesson on one of the following topics:

Enthalpy and Entropy

Free Energy and Standard States

Reaction Mechanism

Nature of Reactants and Concentration

Temperature and Catalysis

Reversible Reactions and Reaction Rate

All group members should be involved in the preparation and presentation. The presentation should be approximately 15 minutes long and include components listed below.

Your work will be scored according to the points assigned to each component.

You will view video clips of previous presentations as models to evaluate.

The assessment of this material will be derived from the contents of the six group assessments. You may use any presentation notes and handouts on the test.

| Components | Possible Points | Self Assessment | Teacher Assessment |
|---|---|---|---|
| Attention Grabber | 5 | | |
| Supplemental Information (topic expanded beyond textbook) | 5 | | |
| PowerPoint Slides or Handouts | 5 | | |
| Visual Aids (poster, laser disk, pictures, model, etc.) | 10 | | |
| Demonstration/Lecture | 25 | | |
| Active Learning Strategies to Engage Class in the Topic | 15 | | |
| Checks for Understanding (questions, problem, etc.) | 15 | | |
| Assessment (5 questions typed with answer sheet) | 20 | | |
| **Total Points** | **100** | | |

Renee DeWald, Evanston Township High School, Evanston, Illinois

©Just ASK Publications

# Interactive Notebooks, Journals, and Logs

One of the most exciting innovations to promote student processing of new learning is the Interactive Notebook, described in Addison Wesley's **History Alive!** and widely used by teachers of history and other social sciences. The uses of the **Interactive Notebook** extend to all areas of study and to all ages because the structure and potential contents capture the essence of active participation, multiple intelligences, and the variables of the brain-compatible classroom.

To get started with the **Interactive Notebook** process, ask students fourth grade or older to purchase and bring to class each day an 8½" x 11" spiral notebook with at least one hundred pages, as well as a container holding a pen, a pencil with an eraser, at least two felt tip pens of different colors, and at least two highlighters of different colors. Other desirable equipment includes a small pair of scissors and a glue stick. If the cost is prohibitive for some students, create classroom supply kits. For younger students, the pages can be collected in a portfolio and later bound into a book.

Teach students productive methods of note taking during lectures, readings, or other presentations, and have them record their notes on the right side of their notebooks. Encourage them to vary size of letters, boldness of letters, the use of upper and lower case letters, indentations, underlining, and bullets. If a well-designed worksheet is necessary, simply have the students use a glue stick to attach it to the right side of their notebook.

The left side of the notebook is reserved for student processing of the information recorded on the right side. Students can be asked to review and preview, draw maps, think of a time when ... , summarize in a sentence, create graphic organizers, create a metaphor, respond to what if questions, take a stand, etc. Additionally, encourage them to add newspaper clippings or political cartoons, drawings and illustrations, or other such personal touches. The use of color and visual effects is highly encouraged! The left or processing side, can be completed in class or as homework.



*Personal Meaning Making*

*Lecture or Reading Notes*

©Just ASK Publications

# Interactive Notebooks, Journals, and Logs

It is difficult for teachers to collect exemplars of interactive notebooks because students become so attached to them. They are no longer simply a set of class or reading notes but a scrapbook of personal meaning. They are the makings of the "memory drawers" that parents keep for their children.

## Interactive Notebooks in the Primary Grades

The second grade students of Michelle Korn, Mary Jo Fichtner, and Shannon Zimmerman at Autumn Lane Elementary School in Greece Central School District, New York, study poetry throughout the school year. For each poem they read or write, they illustrate their interpretation of it. The teachers collect the student work and hold it for the end of the year when they put together a poetry notebook. This process is a combination portfolio/interactive notebook because they not only have their poetry collection, they have interacted with each poem.

## Interactive Notebooks in Middle School

Interactive notebooks provide a wonderful transition from one grade to another. In Virginia where the Standards of Learning assessments at the middle school level cover multiple years in social studies and science, teachers collect the interactive notebooks from seventh grade and pass them on to the eighth grade science and social studies teachers. The materials for a cumulative review are already prepared...by the students.

## Interactive Notebooks in High School

Stephanie Bice, who teaches English 10 in Greece Central School District, New York, assigned her students an interactive notebook for their reading of *Animal Farm*. Students were directed to reflect, clarify, predict, and pose questions at approximately 20 page intervals during their reading. Additionally, they kept a character log, selected ten quotes of significance to them, and did a book reflection. The essential question given to focus the reading was, "How and when are the same kind of things happening every day around me?" Students interacted with their notes by connecting the character log, the quotes and the book reflections to poems, songs, people, or events of their lifetime and by drawing pictures or symbols and making collages to represent the connections.

# Interactive Notebooks, Journals, and Logs

There is a strong emphasis in the 21st century on integrating literacy across the curriculum. The use of journals supports that initiative. Journals may be kept in hard copy or on computers.

## Uses of Journals
- To record daily thinking and learning...aha's and questions, implications, or general musings
- To focus the study of a new unit
- To prepare for discussions...questions, key ideas, etc.
- To summarize lessons and ideas...such as **3-2-1** or "As a result of today, I ... "
- As an alternative to homework assignments when unclear about how to proceed
- To make predictions about next steps, rationales, and effects of actions
- To identify and solve problems
- To make connections to prior learning and/or life beyond the classroom
- To respond to discussions, printed text, videos, demonstrations, or lectures
- To generate possible topics for research
- To let off steam
- To set priorities and schedules
- To record and evaluate study habits, efforts, and academic progress
- As an interactive notebook

The use of journals appeals to the verbal/linguistic and intrapersonal learners. It may be that journaling may open learning avenues in content areas which are usually presented in a more logical/sequential manner.

## 33 Ways to Use Blogs in Your Classroom
Access a incredible list of ways to use blogs in your classroom at http://web20intheclassroom.blogspot.com/2008/10/ways-to-use-blogs-in-your-classroom-and.html. Possibilities listed there include a blog:
- on which students post reviews of books they have read.
- where students communicate with students in another country about their daily lives and share and compare their school work.
- about the preparation for and participation in the school's science fair: Include pictures, drawings, and critiques.
- where students collaborate to write a class journal that captures the learning journey for a unit or the entire year.

©Just ASK Publications

# Interactive Notebooks, Journals, and Logs

Assign or have students select one of these journal entries that are designed to promote rigor and relevance.

- **First Thoughts!** Write down thoughts that come to mind when you examine the cover of a book, the illustrations in an article, the name of a video, or the announced topic of a speaker. Jotting down initial thoughts helps you set purpose for learning and make predictions about what you will find in the information source.

- **Practice 10:2 Theory!** Pause every ten minutes or so at logical stopping points and write down your reactions. Write for two or three minutes before continuing so that you capture your thinking as you learn rather than waiting until you have completed the practice set, book, or article. This pause for processing helps you remember more than you would if you waited until the end to analyze and reflect.

- **Make Connections!** What are the connections you make as you study this information? The connections you make can be to your own life, to other texts or problems you have solved, or to the world beyond the classroom.

- **Question!** What surprises you? What makes you want to consult other sources? How is what you are learning not aligned with what you thought you knew? Such questions can frame your learning as you continue. What is puzzling in the moment may become an "aha" a few minutes later. When you are unable to continue with homework because you do not know how to proceed, write down the questions and possibilities you are considering.

- **Take a Stand!** Interact with the text or other source by creating a dialogue journal. Write about the points with which you agree and disagree; support those positions with evidence from the source and from your own life experiences. You might choose to pretend that you are someone else taking a stand on the issues or ideas under consideration and write your comments "through the voice of ..." that person.

- **Perspective!** Identify the speaker's or author's point of view. Write about how this perspective influences the development of the plot or the way in which information is presented. In what ways are the belief systems or attitudes of the writer or speaker influencing the points selected for emphasis as well as the use of language? How might the same information or same story be different if told from another point of view?

# Interactive Notebooks, Journals, and Logs

## Math Journal Entries

Collect postcards and pictures that can be distributed to students or placed in a learning center. Ask students to analyze the pictures and then write stories about the pictures that include math problems to be solved. Have students exchange the picture-based problems with classmates and solve each others problems.

When students are unable to complete a homework assignment, have them write an entry in their math journals explaining what they tried and where they got stuck. Often, when students' write about their attempts to do the assignment, they are able to figure out how to move forward with solving the problem and complete the original task. Writing about their thinking promotes student metacognition and strategy development and leads to deeper understanding of the math concepts being studied.

## Science Dialogue Journals

Kathy Yorks, Lock Haven High School, Lock Haven, Pennsylvania, uses dialogue journals throughout the school year as a tool to communicate privately with her students. She finds that they provide a window into her students' minds, promote student construction of new knowledge, and help them develop critical thinking skills. Dialogue journals can be used as often as seems appropriate. The process requires a commitment on the part of the teacher to read each journal and comment on what is written so that an ongoing dialogue is maintained. There does not have to be a comment on each entry. The journals are not graded in the traditional sense but do become a part of the data a teacher has about each student's understanding and feelings about the content, the class, and the learning process. Learn more about Yorks' use of dialogue journals at www.accessexcellence.org.

## Learning Logs

There are exemplars of learning logs created by elementary teachers on the next four pages. The first one is designed to be used as a bookmark to keep students focused on the questions they should be asking themselves as they read. An alternative set of stems to place on a bookmark is:
- Questions I have before I read
- Questions I have while I am reading
- Questions I have after I read
- Choose one question that you can now answer. Answer the question with evidence from the text. Include page numbers.

©Just ASK Publications

# Non-fiction Journal Prompts

Read the assigned selection and write a journal response. Begin each response with the book/chapter title and the date of your journal entry. Example:

**Book/Chapter Title**_____

**Date**_____

**Before you read the book/chapter...**
- What do you know about the topic before getting started with the book/chapter?
- What do you want to learn?

**While reading the book/chapter...**
- What information surprised you?
- How can you use this information in your life?
- What information do you question or think might not be correct? How might you check it out?
- What is the most important thing you have learned? Why?
- What is the most interesting thing you read?
- What techniques does the author use to make this information easy to understand?
- Where do you think you could look for more information on this topic?

# Non-fiction Journal Prompts

Read the assigned selection and write a journal response. Begin each response with the book/chapter title and the date of your journal entry. Example:

**Book/Chapter Title**_____

**Date**_____

**Before you read the book/chapter...**
- What do you know about the topic before getting started with the book/chapter?
- What do you want to learn?

**While reading the book/chapter...**
- What information surprised you?
- How can you use this information in your life?
- What information do you question or think might not be correct? How might you check it out?
- What is the most important thing you have learned? Why?
- What is the most interesting thing you read?
- What techniques does the author use to make this information easy to understand?
- Where do you think you could look for more information on this topic?

Non-fiction Journal Prompts template is available online.

©Just ASK Publications

# Learning Log

**We have been learning about** _____

**One interesting thing I learned is that** _____

_____

_____

**Another interesting thing I learned is** _____

_____

_____

_____

_____

**Here is a picture to show what I learned.**

Learning Log template is available online.

©Just ASK Publications

# Learning Log

Name

Week of

| | Things I Learned |
| :-- | :-- |
| **M O N D A Y** | 1.<br><br>2.<br><br>Opinion of My Day<br><br>Something on Which I Want to Work Harder and What I Plan To Do |
| **T U E S D A Y** | Things I Learned<br><br>1.<br><br>2.<br><br>Opinion of My Day<br><br>Something on Which I Want to Work Harder and What I Plan To Do |
| **W E D N E S D A Y** | Things I Learned<br><br>1.<br><br>2.<br><br>Opinion of My Day<br><br>Something on Which I Want to Work Harder and What I Plan To Do |
| **T H U R S D A Y** | Things I Learned<br><br>1.<br><br>2.<br><br>Opinion of My Day<br><br>Something on Which I Want to Work Harder and What I Plan To Do |

Learning Log template is available online.

Stacy Holahan and Margie Cawley, Rush-Henrietta Central School District, New York

©Just ASK Publications

# Reflections on My Week

| Name | Week of |
|------|---------|

**What I Learned This Week**



**How I Can Use It**



**Areas in Which I Am Making Progress**



**I Need to Improve in**



**My Goal for Next Week**



**What I Enjoyed Most This Week**



Reflections on My Week template is available online.

Stacy Holahan and Margie Cawley, Rush-Henrietta Central School District, New York

©Just ASK Publications