


*Massillon Intermediate/Junior High Schools*
*2015-16*

## Staff Workshop
### May 19, 2016

**Principals to Bring:** Laptops, handouts, sign-in sheets
**Teachers to Bring:** Laptops

MJHS
*2:45-3:40 PM:*
- Welcome!
- Sign in
- **Topics:**
    - *7/8 Math Vertical Alignment (Harding's Room 809)*
    - *7/8 ELA Vertical Alignment (Shirley's Room 713)*
    - *7/8 Science Vertical Alignment (Turley's Room 816)*
    - *7/8 Social Studies Vertical Alignment (Shrader's Room 709)*
    - *Value-Added – Teacher Reports: What does my score tell me and where do I go from here? (Media Center)*
    - *CTE Standards Alignment and Mapping work-session (Austin's Room 807)*
- Complete exit ticket

MIS
*3:45-4:45 PM:*
- Welcome!
- **Topics:**
    - *4/5/6 Math Vertical Alignment (Wolgamott's Room 506)*
    - *4/5/6 ELA Vertical Alignment (Houze's Room 600)*
    - *Value-Added – Teacher Reports: What does my score tell me and where do I go from here? (Media Center)*
    - *4/5/6 Science Vertical Alignment (one member from 4th and 5th grade math/science team will work with 6th (McGeorge's Room 505)*
- Complete exit ticket

*Handwritten note:* Note: Went to 4/5/6 math alignment. Instructions and questions to be answered by group was not shared w/ me. It was put up on smart board for all to read, which I couldn't. Only shared w/ teachers of room we were in.

**Norms:**
1. Focused Agenda
2. Show up Prepared
3. Positive Attitude
4. Professional Respect
5. Collaboration
6. Accountability

