


**Professional Development Day**
**Friday, August 19, 2016**
**Washington High School**
**8:00-3:00 p.m.**

*See notes on back*

<u>Pre-K through 12th Grade Teachers Professional Development Schedule</u>

**\*\*Chromebooks will be available to use; however it is highly recommended that you bring your own laptop\*\***

|  | PreK-2nd Grade | 3rd Grade | 4th-8th Grade | 9th-12th Grade |
|---|---|---|---|---|
| 8:00-9:00 a.m. | OTES/SLO<br>Auditorium | OTES<br>Auditorium | Inclusive Practices<br>Media Center | SunGard<br>C100 |
| 9:00-10:00 a.m. | SunGard<br>C100 | SunGard<br>C100 | Inclusive Practices<br>Media Center | OTES/SLO<br>Auditorium |
| 10:00-11:00 a.m. | SunGard<br>C100 | SunGard<br>C100 | OTES/SLO<br>Auditorium | Inclusive Practices<br>Media Center |
| 11:00-12:00 p.m. | Lunch | Lunch | SunGard<br>C100 | Inclusive Practices<br>Media Center |
| 12:00-1:00 p.m. | Vertical Alignment<br>Band Room<br><br>LITETOUCH Board Training<br>**(Pre-K Teachers)**<br>A.O. Room 7 | SLO<br>Auditorium | Lunch | Lunch |
| 1:00-2:00 p.m. | Inclusive Practices<br>Media Center | Inclusive Practices<br>Media Center | Reading Plus<br>C101 | Content TBT's<br>C100 |
| 2:00-3:00 p.m. | Inclusive Practices<br>Media Center | Inclusive Practices<br>Media Center | Reading Plus<br>C101 | Content TBT's<br>C100 |

August 8, 2016

Inclusive practices – was given powerpoint Done by Ryan Spicer and papers to take notes on in large print

OTES/SLO – Presented by MEA (Alice Johnston) Note: Because not for AGT, materials not given

Sungard – replacing Pinnacle. I was able to get into program but couldn't do what they were presenting, as I did not have a class list

Reading Plus – was not given presentation in accessible format (re. either electronically or in hard copy Paperwork not in 18 font

# Teacher Quick-Start Guide

*Given by Chris Ferrell on 8/31/16 for PD that was on 8/19/16*

## Set Up Classes

Enroll your students and print usernames and passwords.



### Log in

- Go to **login.readingplus.com** and press *Educator Login.*
- Enter your username and password.

### Press *Settings*

**Note**: If you logged in to an administrator account, click the uppermost *Classes* tab, then click the gear icon to the left of a class name to access class settings.

### Select a Class

- Press the name of the class in which you will enroll students.
- If you logged in to an administrator account, click the gear to the left of the class name to access class settings.







## Enroll Students

- Press *Enroll / Unenroll Students.*
- Press *+Enroll* to access the Student Roster.
- Press the student's name to enroll.

**Note**: Always check the Student Roster before enrolling manually to avoid duplicate student accounts.

## Create New Student

- Press *Create New Student* to enroll any students whose names do not appear on the Student Roster.
- Enter information into all fields.
- Press *Save.*

## Print Student Usernames and Passwords

- Press *Username and Password Report.*



TEACHER QUICK-START GUIDE   1

# Set Class Calendar

Set your class calendar and weeks off.



## Set Your Start and End Weeks

- Press *Class Calendar.*
- Press *Select Week* in the *Class Start Date* field, scroll in the calendar to find the first week of instruction, and press the week. Students' assignments begin accumulating during Start Week.
- Press *Select Week* in the *Class End Date* field, scroll to find the last week of instruction.



## Set Exception Weeks

Press *Set any weeks your class has off* to set assignment exception weeks. These are weeks such as holidays or testing weeks when students are not expected to complete assignments.

- Scroll to find the identified week.
- Press on the week.
- Zero out assignments by typing in the box or using the down arrows to define.
    - 0 for *iBalance* (iB)
    - 0 for *ReadAround* (RA)
    - 0 for *SeeReader* (SR)
- Add a description to note the reason for the exception week.
- Press *Apply*.

**Note**: During exception weeks, students can still complete lessons. This is a great opportunity for students to make up work.

# Set Program Assignments



Default Schedule Time Commitment:

5 *SeeReader* lessons (~15 min/lesson) = ~1hr, 15 min/week
4 *ReadAround* lessons (~10 min/lesson) = ~40 min/week
0 *iBalance* lessons (~10 min/lesson)

Total Weekly Time Commitment = ~1 hour, 55 minutes

Make necessary adjustments based on available time. Ensure students get sufficient *SeeReader* practice to achieve goals.

## Set Custom Program Assignments

- Press *Class Program Settings*.
- By default, every student will complete 5 *SeeReader* (SR) lessons, 4 *ReadAround* (RA) lessons, and 0 *iBalance* (iB) lessons each week.
  - Use the up/down arrows to adjust weekly assignments as needed.
- Press *Confirm*.

OR



# Consider Recommended Program Assignments

- Press the radio button if you choose to *Use Recommended Program Assignments* for all students in your class.

- Reference the *Class Placement Report* to view individual students' recommended program assignments based on the *InSight* assessment.

Note the approximate hours per week associated with each student's recommended program assignments. Ensure that you have class time available to accommodate individualized schedules.

www.readingplus.com • 800-READ-PLUS

Copyright © 2016 Taylor Associates/Communications, Inc. All Rights Reserved

2016-01

reading plus®   TEACHER QUICK-START GUIDE 3