Didn't provide me w/ quotes or data (was presented on screen) or other info on ic. Slides Steps

4/19/17
staff mtg.

# Foundation #1

*4/19/17 Staff mtg.*

## Designing the Physical Layout of the Classroom for Effectiveness



Directions:

1. Read the Key Ideas - wonders, wows and/or connections.
2. Share out thoughts and discuss.
3. Write down ideas for next year and 2 take aways in the graphic organizer.

## Key Ideas

Effective design:
- Design the structure and functions of the classroom to:
  - Increase predictability.
  - Accommodate individual and collective needs of students.
  - Elicit appropriate behavior.
  - Minimize crowding and distraction.

Considerations:
- How many students will you have in the classroom at one time?
- What kinds of activities will be taking place in the classroom?
- Where should students be seated?
- How will you regulate movement, monitor activity and interact with students?
- What should my classroom look like?

Visibility and Monitoring:
- Arrange furniture to allow easy traffic flow.
- Ensure adequate supervision of all areas.
- Consider action zone: area of classroom where greatest amount of teacher/student interaction takes place.
- Teacher should move through the classroom to engage and interact with students.
- Vary seating arrangement for different activities.

Encouraging on-task behavior:
- Ensures that all students can easily see presentations during whole group instruction.
- Bulletin board (highly visible, but shouldn't divert attention during instruction - divide into sections for news, rules, student work).
- Specific areas
    - Quiet area for reading (or for agitated students to have a place to calm down).
    - Small group instruction (with easy access to teacher and each other).
    - Independent work (with minimum distractions)
    - Free/choice activity (as an incentive/reward for special achievement)

Minimizing inappropriate behavior:
- Teacher materials stored in low traffic areas to avoid distraction
- Teacher desk out of the path and flow of instruction

Physical layout considerations:
- Rows - front to back
- Rows - sides touching
- Clusters/small groups
- U/Horseshoe shape
- Circle

Determine where students will:
- Get supplies
- Turn in their work
- Store their possessions

# Foundation #2

*4/19/17 Staff mtg*

## Develop and Teach Classroom Routines and Procedures



Directions:

1. Read Key Ideas - wonders, wows and/or connections.
2. Share out and discuss.
3. Brainstorm a list of classroom routines and procedures for your classroom.
4. Share out and discuss.
5. Write down ideas for next year and 2 take aways in the graphic organizer

## Key Ideas

Routines:
- Increase predictability and consistency
- Consider both teacher and student routines
- Build into the environment/prompts
- Consider 'common' routines
  - Lining up
  - Meeting personal needs

4/19/17
Staff
mtg

Teacher Routines:
- Planning and implementing instruction
- Classroom movement (circulation)
- Working with assistants, volunteers and student teachers
- Communications

Student Routines:
- Start/end of day
- Transitions
- Personal needs (e.g. restroom, pencil)
- Working in groups and independently
- Special events
- Materials and equipment
- Homework and assignments
- Personal belongings

Why teach transition time?
- It minimizes the amount of nonacademic time that children spend in school.
- It provides teachers with more time for academic instruction.
- It decreases the number of behavior problems that occur during transition time.



9/19/17
Staff mtg

# Foundation #3

had a bank

## Establish, Post and Teach Positively Stated Classroom Expectations



Directions:
1. Read key ideas - wonders, wows and/or connections.
2. Brainstorm a list of problem behaviors in the classroom as a large group and place in the Replacement Behavior Chart.
3. Create a list of replacement behaviors and write in document.
4. Use the Expectations Checklist to determine if expectations (replacement behaviors) are observable, measureable, positive and understandable.
5. Write down ideas for next year and 2 take aways in the graphic organizer.

## Key Ideas:
- Too often we make assumptions about what students already know.
- Work to ensure that students know when, where and how to act in specific ways.



4/19/17
Staff mtg

Teaching Behavior Expectations:
- Each behavior expectation is clearly defined.
- Lesson for expected behavior is taught in the location
- Rationale is provided
- Examples are provided
- Non-examples are provided
- Opportunities to practice are provided
- Expected behaviors are acknowledged

Remember…..Teaching ≠ Telling

# Moving PBIS into the Classroom

4/18/17 Staff mtg

| Foundation #1 | Foundation #2 | Foundation #3 |
|---|---|---|
| **Physical Classroom Design** | **Routines and Procedures** | **Classroom Expectations** |
| 1. how to - action zone | 1. | 1. |
| 2. | 2. | 2. |
| **Ideas for Next Year** | | |
| | | |

Didn't provide me w/ quotes or data (was presented on screen) or other ie. Slides info on Steps

*4/19/17 Staff mtg* *This is what I didn't have at mtg. Was provided later*

## Replacement Behaviors Chart

| Problem Behavior in Your Classroom | Replacement Behavior (What you want students to do instead) |
|---|---|
| Students talk out during instruction | Raise hand to talk during discussions |
| Students do not hand in complete work | Hand in complete work |
| Students do not have needed materials | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## Expectations Checklist

| School-wide Expectation | Classroom Rules (From the replacement behaviors chart) | Observable | Measureable | Positive | Understandable |
|---|---|---|---|---|---|
| **Responsible** | 1. Hand in complete work | x | x | x | x |
| | | | | | |
| | | | | | |
| **Respectful** | 1. Raise hand to talk during discussions. | x | x | x | x |
| | | | | | |
| | | | | | |
| **Kind** | 1. | | | | |
| | | | | | |
| | | | | | |
| **Safe** | 1. | | | | |
| | | | | | |
| | | | | | |

## Replacement Behaviors Chart

| Problem Behavior in Your Classroom | Replacement Behavior (What you want students to do instead) |
|---|---|
| Students talk out during instruction | *Raise hand to talk during discussions* |
| Students do not hand in complete work | *Hand in complete work* |
| Students do not have needed materials | |
| | |
| | |
| | |
| | |
| | |

4/19/17 Staff mtg.

This is what I didn't have at staff mtg. Was provided at a later time.

# Expectations Checklist

| School-wide Expectation | Classroom Rules (From the replacement behaviors chart) | Observable | Measurable | Positive | Understandable |
|---|---|---|---|---|---|
| Responsible | 1. Hand in complete work | x | x | x | x |
| | | | | | |
| | | | | | |
| Respectful | 1. Raise hand to talk during discussions. | x | x | x | x |
| | | | | | |
| | | | | | |
| Kind | 1. | | | | |
| | | | | | |
| | | | | | |
| Safe | 1. | | | | |
| | | | | | |
| | | | | | |

4/19/17 Staff mtg Not given at mtg. - provided at later time.