*Massillon Intermediate/Junior High Schools*
## 2016-17

## Staff Workshop #9

| MIS Science/ Social Studies Teachers Only | MJHS (all staff)<br><br>MIS Staff (ELA, Math, IS) | School Nurses |
|---|---|---|
| Tuesday, May 16, 2017 | Wednesday, May 17, 2017 | Thursday, May 18, 2017 |

***\*MJHS Make up meeting: May 18th 6:30 AM***
***\*MIS Make up meeting:  May 18th 7:30 AM***

***Principals to Bring:***  Laptops, handouts,  presentation materials, sign-in sheets.

***Teachers to Bring:***  Laptops, notebook/writing utensils

*MIS Social Studies/Science Teachers (2017-2018)*
***Tuesday, May 16th 3:30-4:30***

- Science Fusion Targeted PD: *MMS Media Center*
  - A general overview of the teacher manual and online components including a review of the curriculum map and its alignment to the Ohio Learning Standards.
  - Questions regarding accessibility features, assessment capabilities, *curriculum alignment to AIR testing blueprints,* and potential enrichment/intervention support.

*MJHS*
***Wednesday, May 17th***

*Massillon Intermediate/Junior High Schools*

## *2016-17*

- School Nurse Targeted PD: *MMS Clinic*
  - Medical 504 Plans - What is a 504 Plan? Who qualifies for a 504 Plan? What does a 504 Plan contain? What else do I need to know to create a 504 Plan to meet the medical needs of students?

**<u>*Norms:*</u>**
1. **Focused Agenda**
2. **Show up Prepared**
3. **Positive Attitude**
4. **Professional Respect**
5. **Collaboration**
6. **Accountability**







May 17, 2017

# SESSION TARGETS

1. To examine and discuss the answers to common questions about ELA in elementary schools
2. To examine a potential lesson plan format
3. To identify and explain the three key elements that should be a part of an elementary/intermediate ELA classroom

# ACTIVITY

- Please read the article "Top 5 Questions About ELA Scaffolding in the Elementary Classroom". (handout)

- Within your grade level teams create a list of the statements that stood out to you as you read.

- Place these statements on the poster paper.

# WHAT DOES THIS MEAN FOR US?

Set-Up (120 total minutes)

1. Foundational Skills (20-30 minutes)
2. Complex Texts (40-60 minutes)
3. Small Groups/Literacy Centers (30-60 minutes)

*All ELA classrooms should focus on these three elements within each class period. *How long a particular class spends on each part depends on the needs of that class.*

**Co-planning should continue to occur during TBT time and lesson plans should reflect these three elements.

# LESSON PLAN TEMPLATE

Although we are not required to complete and submit a specific lesson plan template we have provided one that will assist teachers with planning for all three elements of their classroom. This lesson plan also will assist with our OTES evaluation!

*Keep in mind this lesson plan covers a two-week period, so, although it is lengthy, it does not need to be completed every week.

Link to lesson plan.

# LET'S TALK ABOUT EACH OF THE ELEMENTS!

## Foundational Skills

1. Phonics Instruction
   - Decoding
   - Encoding
   - Morphology

2. Fluency

- Word Identification Accuracy
- Pacing/Rate
- Prosody/Expression

## Resources/Potential Activities

❖ Super Speed 100
❖ Reader's Theater
❖ Choral Reading
❖ Paired/Buddy Reading



# LET'S TALK ABOUT EACH OF THE ELEMENTS

## Complex Texts

1. Support Vocabulary
2. Use Deliberate Annotations
3. Use Questions as Planned Scaffolds
4. Allow Time for Reflection and Discussion

## Resources/Potential Activities

- Video of Complex Texts
- Creating Text-Dependent Questions
- Vocabulary Ideas/Activities
- Newsela
- Readworks Digital

# LET'S TALK ABOUT EACH OF THE ELEMENTS!

## Small Groups/Literacy Centers/Guided Reading

1. Allow data to drive the creation of your groups and activities that you do.
2. When beginning to use Literacy Centers do so over a period of time, adding new centers after students are comfortable with the current ones.

3. Monitor and provide feedback to ensure accountability.

## Resources/Activities

Literacy Centers

Literacy Centers Video

Literacy Center Blog

# WHAT ARE OUR NEXT STEPS?

**With your TBT discuss what you should…**

★ **Keep** (These items fit into one of the elements discussed today and align with the standards and shifts.)

★ **Change** (Although these elements may not currently fall into one of the categories and align with the standards and shifts, they easily could if altered slightly.)

★ **Replace** (These items do not fall into one of the categories and do not align to the standards and shifts. It would be easier to replace them than to change them.)

# Massillon Intermediate School
## 2017-2018 Lesson Plan Template

| Teacher | Subject/Grade Level<br><br>4th ELA          5th ELA<br>6th ELA | | Weeks of |
|---|---|---|---|
| Standards/ Essential Questions | *Standards* | *Essential Questions* | |
| Learning Targets "Students will be able to…" | | | |
| Reasoning for Addressing Standards | | | |
| Instructional Strategies (Highlight those to be used) | Cooperative Learning<br>Direct Instruction<br>Reciprocal Teaching | Feedback<br>Metacognition<br>Concept<br>Mapping | Other: |

By: Adrienne Williams
POSTED: 03/01/17

Editor's Note: Author Adrienne Williams co-presented a
webinar focused on scaffolding strategies. Webinar participants
were allowed to ask questions via chat submission. The
following questions were the most commonly asked regarding
elementary ELA scaffolding. The full webinar can be
downloaded here.

1. Teachers are concerned that students will become frustrated or
disinterested when faced with challenging texts with which they
may not initially be successful. How do you help students
persevere? What strategies keep motivation high even when
students struggle?

There are two key levers for getting reluctant readers to
engage with text: interest and access. By providing students with
a topic that is high interest, students start with some degree of
buy-in. To prepare them for the complex text, consider building
them up to it by giving them opportunities to build knowledge
and vocabulary with lower texts before presenting them with the
complex text. Be careful, however, not to limit their exposure to
just lower-level text. The goal is to hook them with the topic,
allow them to feel successful, and then present the challenge of

3. How can teachers make this doable in a whole-class setting? It can be challenging to deal with a lot of different reading levels all at the same time. Additionally, pre-teaching and scaffolding is time-consuming. How can you make it all work?

In order to use your planning and instructional time most efficiently, consider which TWO strategies you can use for any lesson to provide better access. Think of one strategy for during the reading and the other to provide access to the task you're asking students to do. When choosing which strategies to use, think about what will benefit the most students. During reading, that could be a visual anchor chart or visual vocabulary cards. When considering the task, only make two versions: scaffolded and non-scaffolded. My scaffolded student work includes more visuals and vocabulary cues. My non-scaffolded is more text heavy. As you get better at planning for your varying ranges of students, it will be easier to make changes and offer more options of student tasks. Collaborate with your special educator or reading specialist to get a list of go-to ideas.

4. The reality is that many teachers are working with what they have: leveled readers. How can they ensure students have complex texts when they must use the readers supplied in their curriculum?

read-aloud because it focuses your lesson, aligns your questions, and dictates your task. Once you have identified the 'big idea' of the lesson, or what you want students to take away, consider how you will provide them access to the text. Because you're already reading it aloud, the next most effective strategy is to provide a visual anchor and/or focus on key vocabulary. This can be done by using various types of anchor charts, picture vocabulary cards, and using props.

Next, make sure that your questions are targeted and in service of your big idea. Last, determine how you will assess student understanding. Each part of the lesson needs to be strung together in service of what you want students to walk away with. In terms of how often you should do them, it depends on the unit you're doing and the content. There is no right or wrong number. If you have the flexibility, consider doing three read-alouds a week and on the other two days give students a chance to do a close read, gain content through a hands-on experience, or incorporating writing in response to text.