*Provided in mailbox on 9/21/17*
*Given in large print on 9/22/17 w/ explanation by Marcus that "It wasn't done because I was absent"*

## Massillon City Schools

## ONLINE TEST SECURITY AGREEMENT

### 2017-2018

Maintaining the security of test materials is critical in order to obtain valid results from the test. Accordingly, each individual authorized to administer the online assessment or have access to test materials, must sign this security agreement and agree to the statements below. Failure to abide by the terms of the agreement may result in sanctions.

### For Test Administrators and Proctors:

- ✓ I will complete training necessary to understand online test security and administration policies and procedures.
- ✓ I will keep test materials under my supervision at all times, and I will not leave them unattended.
- ✓ I will prepare the testing room so that no student can view another student's test materials or computer screen, and so that inappropriate visual aids are removed or covered before testing.
- ✓ I will supervise the students at all times and focus my full attention on the testing environment, and not allow students to talk, pass notes, cause disturbances, or communicate with each other in any way during testing.
- ✓ Not allow students to access cell phones or other unapproved electronic devices during testing.
- ✓ Not allow students to access notes, books, or any instructional materials during testing.
- ✓ Ensure that students provide answers that are strictly their own and do not participate in any form of cheating.
- ✓ Not coach students in any way or do anything to enhance, alter, or interfere with their responses.
- ✓ I will follow the chain-of-custody procedures for all test materials, including scratch paper.
- ✓ Some testing accommodations require a Test Administrator to view, read, or transcribe test content or student responses. If I am administering such an accommodation, I will not disclose any test content that I view in the course of providing the accommodation.
- ✓ I will not discuss test questions with colleagues or students after the test has been administered, which may affect students who are tested on a later day.
- ✓ I will not describe the test questions in an email or discuss the test questions with anyone.
- ✓ I will not post any portion of the test content and/or a student response on social media before, during or after the test administration.
- ✓ I will follow all security policies and test administration protocols described in the Manual. I have read this Security Agreement and understand my role as a test administrator.

### Electronic Devices:

- ✓ Students should not have electronic devices out during testing sessions. If a student is observed with an electronic device out during or after a testing session, contact your Building Test Coordinator immediately.

- ✓ Test administrators may have a cell phone for medical and technological emergencies, to use as a timekeeper or to otherwise perform necessary test-related actions. Test administrators must not use the cell phone for non-test related issues or personal issues. Test administrators should be reminded to never take photographs of students, tests, computers or the testing room during testing.

**Test Administrator Criteria:**

- ✓ Any person administering a test must be an employee of the district and hold a license, certificate or permit issued by the Ohio Department of Education. During every administration, a test administrator who meets these criteria must be in the room at all times. This person must actively monitor students to ensure test security. If the test administrator must leave the room in which the test is being administered, another test administrator who meets the criteria must be called to be in the test room.

**Actively Monitor Test Sessions:**

A test administrator must actively monitor the test session. This includes but is not limited to the following:

- ✓ Walking around the room (the test administrator may sit at the test administrator desk for short periods but may not be involved with non-test activities listed below);
- ✓ Making sure the students are taking the correct test;
- ✓ Observing that students are not involved in activities that might be considered cheating;
- ✓ Monitoring test completion per student;
- ✓ Monitoring how much time is left in a test session and student test completion;
- ✓ Generally being involved with the test session.
- ✓ These are not active monitoring behaviors:
    - o reviewing a test so closely that student responses are clearly examined;
    - o being involved with non-test administration activities such as grading papers, completing lesson plans or completing tasks on an electronic device for a non-test reason;
    - o leaving the students unattended while the test is still in session.

At any point, if personnel believe that a violation of test security has occurred, he or she should contact the building test coordinator about the alleged test security violation. The building test coordinator should report the alleged security violation to the district test coordinator.

_____     _____
First Name (print)                  Last Name (print)

Role: ❏ School Test Coordinator  ❏ Technology Coordinator  ❏ Test Administrator  ❏ Proctor  ❏ Other:

_____     _____
Signature                                    Date

Submit this form (signed) to your School Test Coordinator, and keep a copy for your records.