*Placed in mailbox on 10-5-17*

# Staff Updates

**2017-18 School Year**
- ☐ Okay As Is
- ☐ Changes
- ☐ NEW Staff

Please review your information below and indicate to the right if the information is okay as is or if there are changes. **Write in any changes in blue or red ink and return Lori Mahaffey within the next week.**

| Last Name | First Name | MI | Phone | Unlisted | Birthday: Month/Day |
|---|---|---|---|---|---|
| POSTON | NICOLE | | (330) 312-0102 | ☐ UL | 6/13 |

Name Changes _____    Changes _____

| Street | City | State | Zip Code |
|---|---|---|---|
| 3407 TRADE WINDS COVE NW | CANTON | OH | 44708 |

Address Changes _____

**EMail:** nposton@massillonschools.org

**Primary Title:** GROUP TEACHER

Changes _____    Changes _____

**Building:** Massillon Intermediate School

**Primary Title 2:**

Changes _____    Changes _____

### Projects

- ☐ Not Applicable
- ☐ Board Member
- ☐ ADMINISTRATOR
- ☐ Superintendent
- ☐ Assist. Supt.
- ☐ HS Principal
- ☐ JH Principal
- ☐ MS Principal
- ☐ Elem Principal
- ☐ Asst. Principal
- ☐ Dean of Students
- ☐ Counselor
- ☐ Consultant
- ☐ Coordinator
- ☐ FINANCE
- ☐ Business Manager
- ☐ Treasurer
- ☐ Asst. Treasurer
- ☐ Payroll Clerk
- ☐ Accts Receivable
- ☐ Accts Payable
- ☐ Personnel Records
- ☐ Insurance

- ☐ Workers Comp Group
- ☐ DISTRICT WIDE
- ☐ Attendance Officer
- ☐ Business Official
- ☐ Career Tech
- ☐ EMIS Coordinator
- ☐ Facility Manager
- ☐ Food Service Supervisor
- ☐ Maintenance Supervisor
- ☐ Media Specialist
- ☐ Nurse
- ☐ Pupil Personnel
- ☐ Safety
- ☐ Social Worker
- ☐ Transportation Supervisor
- ☐ Edulog Users
- ☐ CURRICULUM
- ☐ CD
- ☐ Gifted Coordinator
- ☐ Title I
- ☐ Vocational Ed.
- ☐ SAMM
- ☐ SEEDS

- ☐ Saturn
- ☐ Science Fair
- ☐ Math Counts
- ☐ District Support
- ☐ EARLY CHILDHOOD
- ☐ Director
- ☐ Parent As Teachers
- ☐ Even Start
- ☐ Preschool Teacher
- ☐ Itinerant Teachers
- ☐ Speech Therapist
- ☐ Adaptive PE
- ☐ Physical Therapist
- ☐ Health Coordinator
- ☐ Resource Specialist
- ☐ Nutritionist
- ☐ Social Worker
- ☐ SCIP
- ☐ SPECIAL NEEDS
- ☐ Spec Ed Director
- ☐ Alternative Programs
- ☐ OT\PT
- ☐ Psychologist

- ☐ Speech\Hearing
- ☐ LD
- ☐ DH
- ☐ SBH
- ☐ MH
- ☐ Tutor
- ☐ TECHNOLOGY
- ☐ NetTat
- ☐ NMK
- ☐ Network Manager
- ☐ Tech Coordinator
- ☐ Athletic Director
- ☐ Coach
- ☐ LPDC
- ☐ ESC Assessment Team
- ☐ CLASSIFIED
- ☐ Interventionist
- ☐ Aide
- ☐ ESC Aide
- ☐ Bus Driver
- ☐ Cafeteria

- ☐ Custodian
- ☐ Mechanic
- ☐ Secretary
- ☐ Supt. Secretary
- ☐ EMIS
- ☐ CERTIFIED
- ☐ Department Head

### Core Content

- ☐ ART
- ☐ ENGLISH \ LANGUAGE ARTS
- ☐ FOREIGN LANGUAGE
- ☐ DRIVER'S ED
- ☐ HEALTH
- ☐ MATH
- ☐ Advanced Math
- ☐ Algebra
- ☐ Calculus

- ☐ Geometry
- ☐ Trigonometry
- ☐ MUSIC
- ☐ General Music
- ☐ Instrumental Music
- ☐ Vocal Music
- ☐ PHYS. ED.
- ☐ SCIENCE
- ☐ Biology

- ☐ Chemistry
- ☐ Earth\Space
- ☐ Environmental Science
- ☐ Physical Science
- ☐ Physics
- ☐ SOCIAL STUDIES
- ☐ American History
- ☐ Citizenship
- ☐ Geography

- ☐ Government
- ☐ World History
- ☐ INDUSTRIAL
- ☐ Industrial Arts
- ☐ Librarian

### Grade Level

☐ Pre-K  ☐ K  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12  ☐ District Wide