# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE POSTON, | ) | CASE NO. 5:16-cv-3013 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **JUDGMENT ENTRY** |
| | ) | |
| MASSILLON CITY SCHOOLS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, the motion for summary judgment of defendant Massillon City Schools is granted. Case closed.

**IT IS SO ORDERED**.

Dated: July 2, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**