IN THE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NICOLE POSTON | Case No. 5:16-cv-3013 |
| Plaintiff, | JUDGE SARA LIOI |
| v. | |
| MASSILLON CITY SCHOOLS, | **NOTICE OF APPEAL** |
| Defendant. | |

Now comes Plaintiff, Nicole Poston, and hereby appeals to the United State Court of Appeals for the Sixth Circuit from the granting of the Defendant's Motion for Summary Judgement entered in this action on July 2, 2018. Copies of the Judgement Entry and Opinion are attached.

Respectfully submitted,

/s/ Emily White_____
Emily White (0085662)
Marc E. Dann (0039425)
DANNLAW
P.O. Box 6031040
Cleveland, OH  44103
Telephone: (216) 373-0539
Direct Line: (614) 500-4395
Facsimile: (216) 373-0536
notices@dannlaw.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 26, 2018, a copy of the foregoing was submitted via regular or electronic mail to the following:

    Sherrie C. Massey (0067471)
    David Kane Smith (001608)
    SMITH PETERS KALAIL CO., LPA
    6480 Rockside Woods Blvd., South
    Suite 300
    Cleveland, OH 44131
    dsmith@ohioedlaw.com
    smassey@ohioedlaw.com
    Attorneys for Defendant

    */s/ Emily White*_____
    Emily White (0085662)